Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code   *Check one:*
   
   ☐ Chapter 7
   ■ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name   **Vascular Access Centers, L.P.**

3. Other names you know the debtor has used in the last 8 years

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN)
   ☐ Unknown
   **76-0790010**
   EIN

5. Debtor's address

   **Principal place of business**
   
   **2929 Arch Street**
   Number    Street
   **Suite 1705**
   
   **Philadelphia PA 19104-0000**
   City            State       Zip Code
   
   **Philadelphia**
   County

   **Mailing address, if different**
   
   Number    Street
   P.O. Box
   
   City            State       Zip Code
   
   Location of principal assets, if different from principal place of business
   
   Number    Street
   
   City            State       Zip Code

6. Debtor's website (URL)    www.vascularaccesscenters.com

7. Type of debtor
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ■ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business    *Check one:*

Debtor  **Vascular Access Centers, L.P.**                                    Case number (if known) _____

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the types of business listed.
☐ Unknown type of business.

| 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ■ No ☐ Yes. | | | |
|---|---|---|---|---|
| | Debtor _____ | | Relationship _____ | |
| | District _____ | Date filed _____ MM / DD / YYYY | Case number, if known _____ | |
| | Debtor _____ | | Relationship _____ | |
| | District _____ | Date filed _____ MM / DD / YYYY | Case number, if known _____ | |

## Part 3: Report About the Case

**10. Venue**  *Check one:*

■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**  Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
■ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Philadelphia Vascular Institute, LLC | secured loans (claim amount is principal only; unsecured portion of claim will be based upon collateral value, which is less than full claim) | $1202120 |
| | | $ |
| | | $ |
| Metter & Company | accounting services | $11911.25 |
| | | $ |
| | | $ |
| Crestwood Associates, LLC | vendor | $6090 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $1220121.25 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form,

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Vascular Access Centers, L.P. | Case number (if known) | |

set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**Philadelphia Vascular Institute, LLC**
Name

**585 County Line Road**
Number   Street

**Radnor PA 19087-0000**
City           State         Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number   Street

City           State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on **November 12, 2019**
MM / DD / YYYY

**/s/ James F. McGuckin**
Signature of petitioner or representative, including representative's title

### Attorneys

**David Smith, Esquire**
Printed name

**Smith Kane Holman, LLC**
Firm name, if any

**112 Moores Road Suite 300**
Number   Street

**Malvern PA 19355-0000**
City           State         Zip Code

Contact phone **610-407-7215**   Email **dsmith@skhlaw.com**

Bar number **59098**

State **PA**

**/s/ David Smith, Esquire**
Signature of attorney
Date signed **November 12, 2019**
MM / DD / YYYY

### Petitioners or Petitioners' Representative

Name and mailing address of petitioner
**Metter & Company**
Name

**831 DeKalb Pike**
Number   Street

**Blue Bell PA 19422-0000**
City           State         Zip Code

Name and mailing address of petitioner's representative, if any

Name

### Attorneys

**David Smith, Esquire**
Printed name

**Smith Kane Holman, LLC**
Firm name, if any

**112 Moores Road Suite 300**
Number   Street

**Malvern PA 19355-0000**
City           State         Zip Code

Contact phone **610-407-7215**   Email **dsmith@skhlaw.com**

Bar number **59098**

State **PA**

| Debtor | Vascular Access Centers, L.P. | Case number (if known) | |
|---|---|---|---|

Number | Street
City | State | Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   November 12, 2019
   MM / DD / YYYY

/s/ Stan A. Metter, Owner
Signature of petitioner or representative, including representative's title

/s/ David Smith, Esquire
Signature of attorney
Date signed   November 12, 2019
   MM / DD / YYYY

## Petitioners or Petitioner's Representative

Name and mailing address of petitioner
**Crestwood Associates, LLC**
Name

**240 East Lincoln Street**
Number   Street

**Mount Prospect IL 60056-0000**
City   State   Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number   Street

City   State   Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   November 12, 2019
   MM / DD / YYYY

/s/ Brian McGuckin
Signature of petitioner or representative, including representative's title

## Attorneys

**David Smith, Esquire**
Printed name

**Smith Kane Holman, LLC**
Firm name, if any

**112 Moores Road**
**Suite 300**
Number   Street

**Malvern PA 19355-0000**
City   State   Zip Code

Contact phone  610-407-7215   Email  dsmith@skhlaw.com

Bar number  59098

State   PA

/s/ David Smith, Esquire
Signature of attorney
Date signed   November 12, 2019
   MM / DD / YYYY

Debtor    Vascular Access Centers, L.P.                              Case number (if known)

Number    Street

City                    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    November 12,
               2019                                                   /s/ David Smith, Esquire
               MM / DD / YYYY                                         Signature of attorney
                                                                      Date signed    November 12, 2019
                                                                                     MM / DD / YYYY
/s/ Stan A. Metter, Owner
Signature of petitioner or representative, including representative's title

### Petitioner or Representative | Attorney

Name and mailing address of petitioner
**Crestwood Associates, LLC**
Name

**240 East Lincoln Street**
Number    Street

**Mount Prospect IL 60056-0000**
City                    State    Zip Code

Name and mailing address of petitioner's representative, if any

Name

Number    Street

City                    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    November 12,
               2019
               MM / DD / YYYY

/s/ Brian McGuckin
Signature of petitioner or representative, including representative's title

David Smith, Esquire
Printed name

Smith Kane Holman, LLC
Firm name, if any
112 Moores Road
Suite 300
Number    Street
Malvern PA 19355-0000
City                    State    Zip Code
Contact phone    610-407-7215    Email    dsmith@skhlaw.com

Bar number    59098

State    PA

/s/ David Smith, Esquire
Signature of attorney
Date signed    November 12, 2019
               MM / DD / YYYY