# EXHIBIT A

121215448_2

# VASCULAR ACCESS CENTERS, LP

### CONSENT OF SOLE GENERAL PARTNER

The undersigned, being the sole general partner (the "GP") of Vascular Access Centers, LP, a Pennsylvania limited partnership (the "Partnership"), does hereby approve and consent to the following actions:

WHEREAS, an involuntary petition under chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., the "Bankruptcy Code") has been filed in the United States Bankruptcy Court for the Eastern District of Pennsylvania against the Partnership ("Petition") by certain creditors of the Partnership;

WHEREAS, the GP, on behalf of the Partnership, has reviewed the materials presented by the advisors to the Partnership regarding the liabilities and liquidity situation of the Partnership, the findings of a third party monitor appointed by the Court of Common Pleas of Delaware County, Pennsylvania, in pending litigation there, the strategic alternatives available to the Partnership, the fiduciary duties of the GP and the Partnership to its creditors, and the impact of the foregoing and the Petition on the Partnership, its business obligations and its ability to continue its purpose as stated in the Fourth Amended and Restated Limited Partnership Agreement of Vascular Access Centers, L.P. (the "Partnership Agreement");

WHEREAS, the GP, on behalf of the Partnership, has had the opportunity to consult with the advisors of the Partnership and fully consider each of the strategic alternatives available to the Partnership;

WHEREAS, the GP, which holds 100% of the general partnership interests in the Partnership, has approved and consented to the actions set forth below;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the GP, on behalf of the Partnership, it is desirable and in the best interests of the Partnership, its creditors and other parties in interest, that the Partnership consent to the Petition and an order for relief under the provisions of chapter 11 of title 11 of the United States Code; and be it further

RESOLVED, that any of the officers of the GP as may be designated by the GP, including James F. McGuckin (Chief Executive Officer), Andrea Vernon (Chief Operating Officer), Mark Tucci (Chief Financial Officer and Controller), (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Partnership all consents, petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to obtain chapter 11 relief, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and be it further

121209214_1

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Partnership or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Partnership, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses in the chapter 11 case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and be it further

RESOLVED, that the Authorized Officers, on behalf of the Partnership and consistent with the Partnership's duties and obligations to its creditors, hereby direct the Partnership to consent to the Petition and order for relief; and be it further

RESOLVED, that the Authorized Officers, on behalf of the Partnership and consistent with the Partnership's duties and obligations to its creditors, hereby direct the Partnership to employ the law firm of Dilworth Paxson LLP as general bankruptcy counsel to represent and assist the Partnership in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Partnership's rights and obligations, including filing any pleadings; and in connection therewith; the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to entry of the order for relief and cause to be filed an appropriate application for authority to retain the services of Dilworth Paxson LLP; and be it further

RESOLVED, that the Authorized Officers, on behalf of the Partnership and consistent with the Partnership's duties and obligations to its creditors, hereby are, authorized and directed to cause the Partnership to employ any other professionals to assist the Partnership in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it be further

IN WITNESS WHEREOF, the GP has executed this Consent as of the date and year written below.

November 13, 2019            By: /s/ James F. McGuckin, MD
                                                                                 James F. McGuckin, MD
                                                                                 Sole Member of Philadelphia Vascular Institute, LLC, Sole Member of Vascular Access Centers, LLC, the General Partner of Vascular Access Centers LP

2