**VAC, LP**
**Projected 13 Week Budget 2019/2020**

| | Week 1 Week of 12/30 | Week 2 Week of 1/6 | Week 3 Week of 1/13 | Week 4 Week of 1/20 | Week 5 Week of 1/27 | Week 6 Week of 2/3 | Week 7 Week of 2/10 | Week 8 Week of 2/17 | Week 9 Week of 2/24 | Week 10 Week of 3/2 | Week 11 Week of 3/9 | Week 12 Week of 3/16 | Week 13 Week of 3/23 | Thirteen Wk Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | |
| Patient Insurance receipts | $ 475,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 6,655,000 |
| non-Patient Insurance Refunds | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net Receipts | $ 475,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 6,655,000 |
| **Total Gross Receipts** | $ 475,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 515,000 | $ 6,655,000 |
| **Expenses:** | | | | | | | | | | | | | | |
| Professional Supplies | $ 133,000 | $ 144,200 | $ 144,200 | $ 144,200 | $ 144,200 | $ 144,200 | $ 144,200 | $ 144,200 | $ 144,200 | $ 144,200 | $ 144,200 | $ 144,200 | $ 144,200 | 1,863,400 |
| Physician W-2 Payroll | $ - | $ - | $ - | $ - | $ 275,000 | $ - | $ - | $ - | $ - | $ 275,000 | $ - | $ - | $ 275,000 | 825,000 |
| Physician W-2 Bonus | $ - | $ - | $ - | $ - | $ 45,000 | $ - | $ 200,000 | $ - | $ - | $ - | $ - | $ - | $ - | 245,000 |
| Physician/NP 1099 Payroll | $ - | $ 120,000 | $ - | $ - | $ 15,000 | $ - | $ 120,000 | $ - | $ 15,000 | $ - | $ 120,000 | $ - | $ 15,000 | 405,000 |
| Staff Bi-weekly Payroll | $ - | $ 205,000 | $ - | $ - | $ 205,000 | $ - | $ 205,000 | $ - | $ 205,000 | $ - | $ 205,000 | $ - | $ 205,000 | 1,230,000 |
| HQ Payroll | $ - | $ - | $ - | $ - | $ 78,000 | $ - | $ - | $ - | $ - | $ 78,000 | $ - | $ - | $ 78,000 | 234,000 |
| 401K Funding | $ 12,000 | $ - | $ 8,000 | $ - | $ - | $ 12,000 | $ - | $ 8,000 | $ - | $ 8,000 | $ - | $ 8,000 | $ 12,000 | 68,000 |
| IA Self Pay | $ 31,917 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | $ 24,000 | 319,917 |
| Attorney Fees | $ - | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | 450,000 |
| Insurance | $ 279,826 | $ 4,388 | $ - | $ - | $ - | $ 28,008 | $ 4,388 | $ - | $ - | $ 523,627 | $ 4,388 | $ - | $ - | 844,625 |
| Professional Fees | $ - | $ - | $ 83,400 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 100,000 | $ - | 183,400 |
| Rent and Equip Leases | $ - | $ 246,000 | $ 92,000 | $ - | $ 123,000 | $ - | $ - | $ 92,000 | $ - | $ - | $ 123,000 | $ 92,000 | $ - | 768,000 |
| Administrative | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | 325,000 |
| DOJ | $ - | $ 215,250 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | 215,250 |
| LLC Minority Partner Distr. | $ - | $ - | $ - | $ - | $ 400,000 | $ - | $ - | $ - | $ - | $ 100,000 | $ - | $ - | $ - | 500,000 |
| **Total Expenses** | $ 481,743 | $ 1,021,338 | $ 414,100 | $ 848,700 | $ 765,700 | $ 783,708 | $ 335,088 | $ 450,700 | $ 691,700 | $ 1,202,327 | $ 335,088 | $ 450,700 | $ 695,700 | $ 8,476,592 |
| **NET CASH FROM OPERATIONS** | $ (6,743) | $ (506,338) | $ 100,900 | $ (333,700) | $ (250,700) | $ (268,708) | $ 179,912 | $ 64,300 | $ (176,700) | $ (687,327) | $ 179,912 | $ 64,300 | $ (180,700) | $ (1,821,592) |
| **DEBTOR IN POSESSION FUNDING** | - | 100,000 | - | 250,000 | 250,000 | 260,000 | (150,000) | - | 100,000 | 700,000 | - | - | - | $ 1,510,000 |
| **AVAILABLE CASH BEGINNING** | 416,161 | 409,418 | 3,080 | 103,980 | 20,280 | 19,580 | 10,872 | 40,784 | 105,084 | 28,384 | 41,057 | 220,969 | 285,269 | $ 416,161 |
| **AVAILABLE CASH END** | 409,418 | 3,080 | 103,980 | 20,280 | 19,580 | 10,872 | 40,784 | 105,084 | 28,384 | 41,057 | 220,969 | 285,269 | 104,569 | 104,569 |

Case 19-17117-amc Doc 148 Filed 01/08/20 Entered 01/08/20 09:28:01 Desc Document Page 1 of 1