## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| Vascular Access Centers, L.P., | Case No. 19-17117 (AMC) |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on January 14, 2020 at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document(s) to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- **Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (II) Granting Administrative Priority Claims to DIP Lender Pursuant to Section 364 of Bankruptcy Code, and (III) Scheduling Final Hearing [Docket No. 180]**

Dated: January 16, 2020

_____
Colin Linebaugh
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California        }
{                                     } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 10th day of January, 20 20, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public



DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# **EXHIBIT A**

Vascular Access Centers, L.P. -  Service List to e-mail Recipients

Served 1/14/2020

| BALLARD SPHAR LLP | BOCHETTO & LENTZ, P.C. | BOCHETTO & LENTZ, P.C. |
|---|---|---|
| LESLIE C. HEILMAN | DAVID P. HEIM | GEORGE BOCHETTO |
| HEILMANL@BALLARDSPAHR.COM | DHEIM@BOCHETTOANDLENTZ.COM | GBOCHETTO@BOCHETTOANDLENTZ.COM |
| | | |
| COMMONWEALTH OF PA DEPT OF LABOR AND INDUS | DILWORTH PAXSON LLP | DILWORTH PAXSON LLP |
| AMY WEIKEL | ANNE M. AARONSON | JESSE N. SILVERMAN |
| RA-LI-BETO-BANKREADING@STATE.PA.US | AAARONSON@DILWORTHLAW.COM | JSILVERMAN@DILWORTHLAW.COM |
| | | |
| DILWORTH PAXSON LLP | FOX ROTHSCHILD LLP | FOX ROTHSCHILD LLP |
| LAWRENCE G. MCMICHAEL | BRUCE J. BORRUS | MARTHA B. CHOVANES |
| LMCMICHAEL@DILWORTHLAW.COM | BBORRUS@FOXROTHSCHILD.COM | MCHOVANES@FOXROTHSCHILD.COM |
| | | |
| OFFICE OF THE UNITED STATE TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE | ROBINSON BROG LEINWAND GREENE GENOVESE & |
| KEVIN P. CALLAHAN | NICHOLAS S. HERRON | FRED B. RINGEL |
| KEVIN.P.CALLAHAN@USDOJ.GOV | NICHOLAS.S.HERRON@USDOJ.GOV | FBR@ROBINSONBROG.COM |
| | | |
| SMITH KANE HOLMAN, LLC | STARK & STARK | STEVENS & LEE, P.C. |
| DAVID SMITH | JENNIFER D. GOULD | JOHN C. KIGANNON |
| DSMITH@SKHLAW.COM | JGOULD@STARK-STARK.COM | JCK@STEVENSLEE.COM |
| | | |
| U.S. ATTORNEY'S OFFICE | | |
| MATTHEW E. K. HOWATT | | |
| MATTHEW.HOWATT@USDOJ.GOV | | |

Parties Served:  16

# **<u>EXHIBIT B</u>**

ABBOTT VASCULAR
75 REMITTANCE DR, STE 1138
CHICAGO, IL 60675

ANCERO
1001 BRIGGS RD, STE 220
MT LAUREL, NJ 08054

ANGIO DYNAMICS
P.O. BOX 1549
ALBANY, NY 12201-1549

BOSTON SCIENTIFIC CORP
P.O. BOX 8500-6205
PHILADELPHIA, PA 19178-6205

C.R. BARD, INC
P.O. BOX 75767
CHARLOTTE, NC 28275

CARDIOVASCULAR SYSTEM INC
DEPT CH 19348
PALATINE, IL 60055-9348

COOK MEDICAL INC
22988 NETWORK PL
CHICAGO, IL 60673-1229

GE HEALTHCARE FINANCE SERVICES
P.O. BOX 641419
PITTSBURGH, PA 15264-1419

GIBSON PLACE OFFICES, LLC
54 WEST MAIN ST
FREEHOLD, NJ 07728

GREENWAY
P.O. BOX 203658
DALLAS, TX 75350-3658

HENRY SCHEIN
P.O. BOX 382023
PITTSBURGH, PA 15250-8023

HIGHMARK FINANCIAL INVESTIGATIONS
P.O. BOX 890430
CAMP HILL, PA 17089-0138

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

MERIT MEDICAL
P.O. BOX 204842
DALLAS, TX 75320

MF IRVINE
21 E 5TH AVE, STE 204
CONSHOHCKEN, PA 19428

NEXTGEN HEALTHCARE
P.O. BOX 809390
CHICAGO, IL 60680

PHILADELPHIA VASCULAR INSTITUTE, LLC
585 COUNTY LINE RD
ROAD RADNOR, PA 19087

SMITH KANE HOLMAN, LLC
ATTN: DAVID SMITH
112 MOORES RD, STE 300
MALVERN, PA 19355

SOMA TECHNOLOGY
166 HIGHLAND PARK DR
BLOOMFIED, CT 06002

SPECTRANETICS CORP
DEPT CH 19038
PALATINE, IL 60055-9038

TERUMO MEDICAL CORP
P.O. BOX 281285
ATLANTA, GA 30384-1285

VOLCANO CORP
P.O. BOX 100355
ATLANTA, GA 30384-0355

WILENTZ GOLDMAN & SPITZER, P.A.
ATTN: JONATHAN J. BART
TWO PENN CENTER PLAZA, SUITE 910
PHILADELPHIA, PA 19102

Parties Served: 23