UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET - SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                                          Telephone
Clerk                                            March 20, 2020                                                      (215) 408-2800

      Re:      Vascular Access Centers, L.P.

             Bankruptcy No. 19-17117-amc

             Civil Action No. 20-1028 GEKP

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following documents filed in the above matter, together with certified copy of docket entries:

( ) Certificate of Appeal from Order dated February 7, 2020 by the Honorable Ashely M. Chan, entered on the docket February 7, 2020.

    Notice of Appeal filing fee    ( ) paid    ( ) not paid

    (X) Appellant Designation of Record on Appeal filed.
    (X) Appellee Designation of Record on Appeal filed.

( ) Supplemental Certificate of Appeal.

( ) Motion for Leave to Appeal filed.
    ( ) Answer to Motion filed.

( ) Proposed findings of fact and conclusions of law entered.
    ( ) Objections filed.

( ) Report and recommendation entered.
    ( ) Objections filed.

( ) Original record transferred to the District Court pursuant to order.

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

                For the Court

                Timothy B. McGrath
                Clerk

                By: John Barbetta
                Deputy Clerk

---

Received Above material or record tile this __20th__ day of __March__, 2020.

Civil Action No. __20-cv-1028__     Signature: __s/Nicole D'urso__

Miscellaneous No. _____        Date: __03/24/2020__

Assigned to Judge __Pratter__                                                                                BFL5.frm2