**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 19-17117 (AMC) |

**NOTICE OF CREDITOR SALIL JOSHI'S MOTION FOR DETERMINATION THAT THE AUTOMATIC STAY IS NOT APPLICABLE OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

Creditor Salil Joshi (the "Movant"), by and through his undersigned counsel, filed *Creditor's Motion for Determination that the Automatic Stay Is Not Applicable Or, In the Alternative, For Relief From the Automatic Stay* on July 7, 2020.

**Your rights may be affected.**
**You should read these papers carefully and discuss them**
**with your attorney, if you have one in this bankruptcy case.**
**(If you do not have an attorney, you may wish**
**to consult with an attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **JULY 22, 2020,** you or your attorney must do **all** of the following:

    (a) file an answer explaining your position at

    > UNITED STATES BANKRUPTCY COURT
    > CLERK'S OFFICE
    > 900 MARKET STREET, STE 400
    > PHILADELPHIA, PA 19107-4299

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Debtor's attorney:

    > Thomas D. Bielli, Esquire
    > Kathleen J. Seligman, Esquire
    > Bielli & Klauder, LLC
    > 1500 Walnut Street, Suite 900
    > Philadelphia, PA 19102

2.       If you or your attorney do not take steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3.       A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on **August 5, 2020 at 12:30 p.m. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania  19107**.

4.       If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.       You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**BIELLI & KLAUDER, LLC**

Dated: July 7, 2020

*/s/ Thomas D. Bielli*
Thomas D. Bielli, Esquire
Kathleen J. Seligman, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Phone: 215-642-8271
Fax: 215-754-4177
tbielli@bk-legal.com
kseligman@bk-legal.com

*Counsel to Salil Joshi*