*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Vascular Access Centers, L.P.
    Debtor(s)

Case No: 19–17117–amc
Chapter: 11

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*Telephonic Hearing\*\*

Objection to Application for Compensation filed by Accountant EisnerAmper LLP Filed by United States Trustee

    on: 12/16/20

    at: 12:30 PM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/25/20

Timothy B. McGrath
Clerk of Court

597 – 593
Form 167