IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

## ORDER SCHEDULING EXPEDITED HEARING

**AND NOW**, on this _____ day of _____, 2020, upon consideration of the Chapter 11 Trustee's (the "Trustee") request entry of an order scheduling an expedited hearing on the MOTION TO APPROVE DEBTOR'S INSURANCE PREMIUM FINANCE AGREEMENT WITH AFCO AND FOR RELATED RELIEF (the "Motion"), and any responses thereto; and it appearing that the relief requested therein is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. §157(b); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §1408 and §1409; and it appearing that the notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

1. The Motion to expedite is granted as set forth herein.

2. A hearing will be held on the Motion on December 7, 2020 at 10:00 a.m. prevailing Eastern time before the Honorable Ashely M. Chan, United States Bankruptcy Judge presiding. The parties are directed to call the Court's Telephonic Conferencing System by dialing 1-877-873-8017 Access: 3027681#.

3. Any objections or other responses to the Motion may be presented at or before the hearing.

4. On the same day this Order is entered, counsel for the Trustee shall give notice by serving a copy of this Order on (a) the Office of the United States Trustee for the Eastern District of Pennsylvania; (b) counsel for the Debtor; (c) counsel for Philadelphia Vascular Institute, LLC; (d) counsel for Dr. James F. McGuckin; (e) counsel for the lender, William Whitfield Gardner; and (f) all parties who have appeared or requested notice in this case.

5. Service may be made via electronic mail where possible.

Dated: _____, 2020  
Philadelphia, Pennsylvania  
**Date: December 1, 2020**

_____  
The Honorable Ashely M. Chan  
United States Bankruptcy Judge

WPOFDocs 442094v.1