# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-17117-AMC |

**ORDER APPROVING THIRD INTERIM FEE APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO STEPHEN V. FALANGA, CHAPTER 11 TRUSTEE OF VASCULAR ACCESS CENTER, L.P. FOR THE PERIOD OF JUNE 1, 2020 THROUGH JULY 31, 2020**

**AND NOW**, this _____ day of _____, 2020, upon consideration of the *Third Interim Application for Compensation and Reimbursement of Expenses of Walsh Pizzi O'Reilly Falanga LLP, Counsel to Stephen V. Falanga, Chapter 11 Trustee of Vascular Access Center, L.P. For The Period of June 1, 2020 through July 31, 2020 Pursuant to Local Rule 2016-5* (the "Application")*;* it is hereby;

**ORDERED** that Application is **APPROVED**; and it is further

**ORDERED** that pursuant to 11 U.S.C. §330 and Federal Rule of Bankruptcy procedure, the Chapter 11 Trustee, on behalf of the Debtor, is authorized to pay Walsh Pizzi O'Reilly Falanga LLP in the amount of $__139728.00__ for services rendered as counsel to Stephen V. Falanga, Chapter 11 Trustee and $__142.00__ for the reimbursement of expenses for the period of June 1, 2020 through July 31, 2020; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation of implementation of this order.

[CONTINUED ON NEXT PAGE]

BY THE COURT:

**Date: December 4, 2020**

_____

Honorable Ashely M. Chan
United States Bankruptcy Judge