**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

### ORDER APPROVING INSURANCE PREMIUM FINANCE AGREEMENT

**AND NOW**, on this _____ day of _____, 2020, upon consideration of the Chapter 11 Trustee's (the "Trustee") request for permission to enter into a commercial insurance premium finance agreement (the "Finance Agreement") with AFCO Credit Corporation ("AFCO"), on behalf of the Debtor, in order to obtain funding to pay the insurance premiums for the malpractice insurance Policies for Dr. Gregory D. Crenshaw (the "Motion"), and any responses thereto; and it appearing that the relief requested therein is in the best interests of the Debtor's estate, its creditors and other parties in interest; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Motion and opportunity for a hearing on the Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED that

1. The Motion is granted.

2. The Trustee, on behalf of the Debtor, is authorized to enter into the Finance Agreement with AFCO attached as **Exhibit A** to the Declaration of Counsel filed in support of the Motion.

3. The Trustee, on behalf of the Debtor, is authorized to timely make all payments due under the Finance Agreement and AFCO is authorized to receive and apply such payments to any indebtedness owed by the Debtor to AFCO as provided in the Finance Agreement.

4. The Trustee, on behalf of the Debtor, is authorized to enter into additional agreements with AFCO under substantially the same terms as the Finance Agreement in the future, without being required to file additional motions.

5. The Trustee, on behalf of the Debtor, is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Date: December 7, 2020**

Dated: _____, 2020
Philadelphia, Pennsylvania

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge

WPOFDocs 442094v.1