IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-17117-AMC |

**AMENDED ORDER APPROVING SECOND APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EISNERAMPER LLP, ACCOUNTANT AND FINANCIAL ADVISORS TO THE CHAPTER 11 TRUSTEE FOR THE PERIOD JUNE 1, 2020 THROUGH JULY 31, 2020**

**AND NOW**, this _____ day of _____, 2020, upon consideration of the *Second Application for Interim Compensation and Reimbursement of Expenses of EisnerAmper LLP, Accountant and Financial Advisors to the Chapter 11 Trustee for the Period February 12, 2020 through May 31, 2020* (the "Application"); it is hereby;

**ORDERED** that Application is **APPROVED**; and it is further

**ORDERED** that pursuant to 11 U.S.C. §330 and Federal Rule of Bankruptcy procedure, the Chapter 11 Trustee, on behalf of the Debtor, is authorized to pay EisnerAmper LLP in the amount of $64,151.20 for services rendered as accountant and financial advisors to Stephen V. Falanga, Chapter 11 Trustee and $19.30 for the reimbursement of expenses for the period of June 1, 2020 through July 31, 2020; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation of implementation of this order.

[CONTINUED ON NEXT PAGE]

**Date: December 8, 2020**

BY THE COURT:

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge