## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Involuntary Chapter 11 |
| | : | |
| Vascular Access Centers, L.P., | : | Case No. 19-17117 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

### ORDER GRANTING *PRO HAC VICE* ADMISSION

The above-captioned matter came before this court upon the motion for admission *pro hac vice* filed by Gary F. Seitz seeking admission of J. Stephen Simms in the above-captioned proceedings. Upon careful consideration of the same, together with the declaration of the said J. Stephen Simms, and it appearing that the requirements of rule 2090-1 of the Local Rules Of The United States Bankruptcy Court for the Eastern District of Pennsylvania having been satisfied, it is therefore,

**ORDERED**, that J. Stephen Simms be, and he hereby is, admitted to practice before this court in this case for representation of Michael I. Levine, an unsecured creditor and party-in-interest herein.

~~Dated this _8th_ day of December 2020~~

**Date: December 21, 2020**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE