**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VASCULAR ACCESS CENTERS, L.P. | : | Case No. 19-17117 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

**MOTION FOR ADMISSION PRO HAC VICE OF
JEFFREY K. GARFINKLE, ESQUIRE**

Christopher J. Leavell (the "Movant"), a member in good standing of the bar of the United States Bankruptcy Court for the Eastern District of Pennsylvania and an attorney with the law firm of Klehr Harrison Harvey Branzburg LLP, hereby moves this Court to enter an order permitting Jeffrey K. Garfinkle, Esquire to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Pennsylvania in the above-captioned bankruptcy case. In support of this motion, the Movant respectfully represents as follows:

1. Christopher J. Leavell, Esquire is an associate in the law firm of Klehr Harrison Harvey Branzburg LLP and maintains offices at 1835 Market Street, Suite 1400, Philadelphia, Pennsylvania 19103 and 10000 Lincoln Drive East, Suite 201, Marlton, New Jersey 08053.

2. As set forth in the Declaration attached hereto as **Exhibit A**, Jeffrey K. Garfinkle is a member in good standing of the Bars of the State of California and the State of Washington.

3. Jeffrey K. Garfinkle is not now subject to any disciplinary action, nor has he ever been disciplined for unethical or improper conduct by any court before which he has been admitted to practice.

4. Jeffrey K. Garfinkle will be representing NextGen Healthcare in this bankruptcy proceeding.

PHIL1 9299316v.2

WHEREFORE, Movant respectfully requests that the Court enter an order, in the form filed herewith, permitting Jeffrey K. Garfinkle to appear *pro hac vice* in the above-referenced bankruptcy proceeding.

        Respectfully submitted:

**KLEHR HARRISON HARVEY BRANZBURG LLP**

Dated: January 14, 2021    By:   */s/ Christopher J. Leavell*
Morton R. Branzburg, Esquire
Christopher J. Leavell, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-4298

*Counsel to NextGen Healthcare*

**EXHIBIT A**

PHIL1 9299316v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| VASCULAR ACCESS CENTERS, L.P. | : | Case No. 19-17117 (AMC) |
| Debtor | : | |

**DECLARATION OF JEFFREY K. GARFINKLE, ESQUIRE
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Jeffrey K. Garfinkle, Esquire, hereby submits this declaration in support of the *Motion for Admission Pro Hac Vice of Jeffrey K. Garfinkle, Esquire* pursuant to Local Rule of Bankruptcy Procedure 2090-1(b).

1. I am a licensed attorney and member in good standing of the Bars of the State of California and the State of Washington. I am also admitted to practice before the United States Supreme Court as well as the Courts of Appeals for the First, Third, Sixth, Eighth, and Ninth Circuits.

2. I am a shareholder with the law firm of Buchalter, P.C. and maintain offices at 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514 and 1420 5th Avenue, Suite 3100, Seattle, Washington 98101.

3. I am not now subject to any disciplinary action, nor have I ever been disciplined for unethical or improper conduct by any court before which I have been admitted to practice.

4. I have or will familiarize myself with the Local Rules of this Court.

5. I will pay the admission fee of $40.00 to the Clerk of the District for the Eastern District of Pennsylvania.

PHIL1 9299316v.2

I declare under penalty of perjury that the foregoing facts are true and correct.

                                      */s/ Jeffrey K. Garfinkle*
                                      Jeffrey K. Garfinkle, Esquire

Dated: January 14, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January 2021, a true and correct copy of the foregoing Motion was filed and served by way of the Court's CM/ECF system upon counsel of record.

/s/ *Christopher J. Leavell*
Christopher J. Leavell

PHIL1 9299316v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| VASCULAR ACCESS CENTERS, L.P. | : | Case No. 19-17117 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF JEFFREY K. GARFINKLE, ESQUIRE

Upon consideration of the Motion for Admission *Pro Hac Vice* of Jeffrey K. Garfinkle, Esquire (the "Motion"), due and proper notice having been given in accordance with the applicable provisions of Title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure, and other good cause appearing, it is HEREBY ORDERED that:

1.  The Motion is GRANTED; and

2.  Jeffrey K. Garfinkle, Esquire is permitted to appear *pro hac vice* as counsel for NextGen Healthcare this bankruptcy proceeding.

_____
Hon. Ashley M. Chan
United States Bankruptcy Judge

Dated: _____, 2021

PHIL1 9299316v.2