# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:  
VASCULAR ACCESS CENTERS, L.P.,  
    Debtor.

19-17117 (AMC)  
Chapter 11

### ORDER OF DISMISSAL

AND NOW, to wit, this ____ day of _____, 2021, in consideration of the United States Trustee's Motion to Dismiss, and after hearing in open court, and for the reasons stated on the record, it is

ORDERED, that the Motion is GRANTED, and that this case is dismissed pursuant to 11 U.S.C. § 1112(b),

IT IS FURTHER ADJUDGED that the Debtor is indebted to the United States Trustee in the sum of $_____ for outstanding quarterly fees pursuant to 28 U.S.C. § 1930(a)(6).

BY THE COURT:

_____  
Honorable Ashely M. Chan  
United States Bankruptcy Judge