**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSY**

| | |
|---|---|
| In re:<br>VASCULAR ACCESS CENTERS, L.P.,<br>      Debtor. | 19-17117 (AMC)<br>Chapter 11 |

## ORDER CONVERTING CASE TO A CHAPTER 7

AND NOW, to wit this ____ day of _____, 2021, pursuant to proper service and notice, a hearing on the Motion to Convert to Chapter 7 was held. The Court considered the United States Trustee's Motion, all responses, if any, the arguments of counsel and the pleadings and record herein. Based upon the foregoing, it is now, therefore:

ORDERED, ADJUDGED and DECREED as follows:

1. The United States Trustee's motion to convert this case to Chapter 7 is GRANTED and this case is hereby converted to one under Chapter 7.

It is FURTHER ORDERED as follows:

2. Within thirty (30) days of the date of this Order, or on or before the meeting of creditors scheduled in the converted Chapter 7 case, Debtor shall file a schedule of current income, current expenditures, all monthly operating reports and the statement of intention, if applicable, as required by 11 U.S.C. § 521(1), (2).

3. The Debtor shall file all applicable statements, schedules and reports in a timely manner pursuant to Rule 1019, Federal Rules of Bankruptcy Procedure.

FURTHER, professionals employed by the Debtor are hereby directed to file an application for compensation within thirty (30) days of the entry of this Order for outstanding fees and expenses incurred during the Chapter 11 administration or, alternatively, turn over prepetition retainers for which Court allowance has not been obtained, if applicable, to the appointed Chapter 7 Trustee.

IT IS SO ORDERED.

                                                      BY THE COURT:

                                                      _____
                                                      Honorable Ashely M. Chan
                                                      United States Bankruptcy Judge