IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
VASCULAR ACCESS CENTERS, L.P.,
       Debtor.

19-17117 (AMC)
Chapter 11

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on this 22nd day of March, 2021, the United States Trustee's Motion to Dismiss Case or Convert Case to Chapter 7, Proposed Orders, and Notice of Hearing, was served upon those parties as set forth on the attached Clerk's Service List via CM/ECF, unless otherwise noted below.

Those parties sent service by the United States First Class mail, postage prepaid, are as follows:

Vascular Access Centers, L.P.
2929 Arch Street, Suite 1705
Philadelphia, PA 19104
*(Debtor)*
*(By U.S. Mail)*


Lawrence G. McMichael, Esquire
Anne M. Aaronson Esquire
Dilworth Paxson, LLP.
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
*(Debtor's Counsel)*
*By E-Mail: lmcmichael@dilworthlaw.com*
*By E-Mail: aaaronson@dilworthlaw.com*

Stephen V. Falanga, Esquire
Walsh Pizzi O'Reilly Falagna, LLP.
100 Mulberry Street, 15th Floor
Three Gateway Center
Newark, NJ 07102
*(Chapter 11 Trustee)*
*By E-Mail:* [sfalanga@walsh.law](mailto:sfalanga@walsh.law)

                                                          BY:    */s/ Nancy Miller*_____
                                                                        Nancy Miller, Legal Clerk

# Mailing Information for Case 19-17117-amc

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **ANNE M. AARONSON**    aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
- **JOSEPH N ARGENTINA**    joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com
- **JONATHAN J. BART**    jbart@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com
- **THOMAS DANIEL BIELLI**    tbielli@bk-legal.com, ldees@bk-legal.com
- **AMY JANE BLUMENTHAL**    amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com
- **GEORGE BOCHETTO**    gbochetto@bochettoandlentz.com
- **KEVIN P. CALLAHAN**    kevin.p.callahan@usdoj.gov
- **MARTHA B. CHOVANES**    mchovanes@foxrothschild.com, rsolomon@foxrothschild.com;nhawke@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
- **GEORGE M. CONWAY**    george.m.conway@usdoj.gov
- **STEPHEN V. FALANGA**    sfalanga@walsh.law
- **JENNIFER D. GOULD**    jgould@stark-stark.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com
- **LESLIE C. HEILMAN**    heilmanl@ballardspahr.com, carbonej@ballardspahr.com
- **DAVID P. HEIM**    dheim@bochettoandlentz.com, twolf@bochettoandlentz.com
- **NICHOLAS S. HERRON**    nicholas.s.herron@usdoj.gov, USTPRegion03.PH.ECF@usdoj.gov
- **MATTHEW E. K. HOWATT**    matthew.howatt@usdoj.gov, JFiguero@usa.doj.gov;CaseView.ECF@usdoj.gov
- **JOHN C. KILGANNON**    jck@stevenslee.com, pam@stevenslee.com
- **CHRISTOPHER JOHN LEAVELL**    cleavell@klehr.com, lclark@klehr.com
- **AUTUMN M. MCCOURT**    amccourt@bracheichler.com
- **LAWRENCE G. MCMICHAEL**    lmcmichael@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
- **LISA M. PETERS**    lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com
- **PETER JOSEPH PIZZI**    sdarling@walsh.law
- **DANA S. PLON**    dplon@sirlinlaw.com
- **GARY F SEITZ**    gseitz@gsbblaw.com
- **FRIDRIKH V. SHRAYBER**    fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;terri.bukovac@dentons.com
- **DAVID B. SMITH**    dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
- **United States Trustee**    USTPRegion03.PH.ECF@usdoj.gov
- **HELEN SARA WARD**    helen.ward@dentons.com, michelle.graeb@dentons.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**BRUCE J. BORRUS**
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192

**RICHARD E COE**
One Logan Square
Suite 2000
Philadelphia, PA 19103-6996

**Commonwealth of PA UCTS**
651 Boas Street, Room 702
Harrisburg, PA 17121

**SYDNEY J. DARLING**
100 Mulberry Street, 15th Floor
Three Gateway Center
Newark, NJ 07102

**EisnerAmper LLP**
,

**NICHOLAS S. FELTHAM**
One Logan Square
Suite 2000
Philadelphia, PA 19103-6996

**JEFFREY GARFINKLE**
18400 Von Karman Avenue
Suite 800
Irvine, CA 92612

**CHRISTOPHER M. HEMRICK**
100 Mulberry Street, 15th Floor
Three Gateway Center
Newark, NJ 07102

**HARLAMPO "BOB" KASOLAS**
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068

**VERONICA I. MAGDA**
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500

Seattle, WA 98154-1192

**BRIAN P. MORGAN**
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714

**Omni Agent Solutions**
5955 De Soto Avenue
Suite 100
Woodland Hills, CA 91367

**ERIC S. PADILLA**
100 Mulberry Street, 15th Floor
Three Gateway Center
Newark, NJ 07102

**KRISTEN L. PERRY**
1717 Main Street
Suite 5400
Dallas, TX 75201-7367

**FRED B. RINGEL**
875 Third Ave. 9th floor
Robinson Brog Leinwand Greene Genovese &
Gluck P.C.
New York, NY 10022

**J. STEPHEN SIMMS**
201 International Circle
Suite 230
Baltimore, MD 21030

**VINCENT P. SLUSHER**
1717 Main Street
Suite 5400
Dallas, TX 75201-7367

**SSG Advisors,LLC**
J. Scott Victor, Managing Director
Investment Banker to the Ch. 11 Trustee
Five Tower Bridge, Suite 420
300 Barr Harbor Drive
West Conshohocken, PA 19428

**DAVID H. STEIN**
Wilentz Goldman & Spitzer P.A.
90 Woodbridge Center Drive
Woodbridge, NJ 07095

**DALLAS G. TAYLOR**
222 Delaware Avenue
Suite 1410
Wilmington, DE 19801

**Walsh Pizzi O'Reilly Falanga LLP**
Three Gateway Center
100 Mulberry Street
15th Floor
Newark, NJ 07102

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.