## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Vascular Access Centers, L.P., | : | Case No. 19-17117 (AMC) |
| | : | |
| Debtor. | : | Hearing: July 7, 2021 at 12:30 p.m. |
| | : | Courtroom #4 |

### NOTICE OF MOTION AND RESPONSE DEADLINE

The United States of America has filed a motion seeking an additional 120 days (*i.e.*, on or before September 30, 2021) to file a complaint under 11 U.S.C. § 523(c) to determine the dischargeability of Debtor's debt to the United States arising from a settlement under the civil False Claims Act, *see* Ex. 20 to Dkt. 43, and a Consent Judgment entered thereunder.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 15, 2021, you or your attorney must do all of the following:

    (a) file a brief opposing the requested extension at:

    > Office of the Clerk of Court
    > United States Bankruptcy Court
    > Robert C. Nix Building
    > 900 Market Street, Suite 400
    > Philadelphia, PA  19107

If you mail your opposition brief to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

> Matthew E. K. Howatt
> Assistant United States Attorney
> United States Attorney's Office
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA  19106

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on July 7, 2021 at 12:30 p.m. in Courtroom 4, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Court Clerk's office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an opposition to the motion

> JENNIFER ARBITTIER WILLIAMS
> Acting United States Attorney
>
> /s/ Matthew E. K. Howatt
> MATTHEW E. K. HOWATT
> Assistant United States Attorney
> 615 Chestnut Street, Suite 1250
> Philadelphia, PA  19106
> Tel:  215-861-8335
> Fax:  215-861-8618
> Matthew.Howatt@usdoj.gov

Dated: June 1, 2021

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing notice of motion was electronically filed and served via the Court's CM/ECF system.

Dated:  June 1, 2021

/s/ Matthew E. K. Howatt
MATTHEW E. K. HOWATT
Assistant United States Attorney