# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-17117 (AMC) |
| Vascular Access Centers, L.P., | Chapter 11 |
| Debtor. | |

## ORDER[1]

AND NOW, on this 25th day of June, 2021, upon consideration of McGuckin and VAC LLC's joint Recusal Motion, Gardner's objection, and the Chapter 11 Trustee's objection, and after notice and a hearing, it is hereby ORDERED:

1. The Recusal Motion is DENIED for the reasons stated in the accompanying opinion.

2. A hearing on McGuckin and VAC LLC's joint "Motion to Seal" their "Motion to Vacate" the Trustee Order and accompanying exhibits ("McGuckin Sealing Motion") will be held on July 7, 2021 at 12:30 p.m.

3. A hearing on Gardner's "Motion to Seal" his opposition to McGuckin and VAC LLC's "Motion to Vacate" the Trustee Order and accompanying exhibits (collectively with McGuckin Sealing Motion, "Motions to Seal") will be held on July 7, 2021 at 12:30 p.m.

4. Hearing dates for McGuckin and VAC LLC's joint "Motion to Vacate" the Trustee Order and Gardner's "Motion for Sanctions" against McGuckin and PVI will be set at the hearing on the Motions to Seal.

Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] All terms not otherwise defined in this order have the same meaning as defined in the accompanying opinion.