IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Vascular Access Centers, L.P.,<br><br>Debtor. | Chapter 11<br><br>Case No. 19-17117 (AMC) |

## CERTIFICATE OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on September 8, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served (i) via e-mail to the parties listed on **Exhibit A** and (ii) via first-class mail, postage pre-paid, to the parties listed in **Exhibit B** attached hereto:

- Notice of Application of Chapter 11 Trustee on Behalf of the Debtor Pursuant to 11 U.S.C. §§ 327(a) and 328, Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rules 2014-1 and 2016-5 for Entry of an Order Authorizing the Retention of Professional Bayard, P.A. as Avoidance Action Counsel [Docket No. 902]

Dated: September 9, 2021

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 9th day of September, 2021, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Cashman_
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

# EXHIBIT A

| | | |
|---|---|---|
| BALLARD SPHAR LLP<br>LESLIE C. HEILMAN<br>HEILMANL@BALLARDSPAHR.COM | BIELLI & KLAUDER, LLC<br>THOMAS D. BIELLI<br>TBIELLI@BK-LEGAL.COM | BOCHETTO & LENTZ, P.C.<br>DAVID P. HEIM<br>DHEIM@BOCHETTOANDLENTZ.COM |
| BOCHETTO & LENTZ, P.C.<br>GEORGE BOCHETTO<br>GBOCHETTO@BOCHETTOANDLENTZ.COM | BRACH EICHLER LLC<br>AUTUMN M. MCCOURT<br>AMCCOURT@BRACHEICHLER.COM | COMMONWEALTH OF PA DEPT OF LABOR AND INDUS<br>AMY WEIKEL<br>RA-LI-BETO-BANKREADING@STATE.PA.US |
| DENTONS COHEN & GRIGSBY P.C.<br>FRIDRIKH V. SHRAYBER<br>FRED.SHRAYBER@DENTONS.COM | DILWORTH PAXSON LLP<br>ANNE M. AARONSON<br>AAARONSON@DILWORTHLAW.COM | DILWORTH PAXSON LLP<br>LAWRENCE G. MCMICHAEL<br>LMCMICHAEL@DILWORTHLAW.COM |
| FOX ROTHSCHILD LLP<br>BRUCE J. BORRUS<br>BBORRUS@FOXROTHSCHILD.COM | FOX ROTHSCHILD LLP<br>DAVID P. PAPIEZ<br>DPAPIEZ@FOXROTHSCHILD.COM | FOX ROTHSCHILD LLP<br>JASON C. MANFREY<br>JMANFREY@FOXROTHSCHILD.COM |
| FRIER LEVITT<br>STEVEN L BENNET<br>SBENNET@FRIERLEVITT.COM | KUTAK ROCK LLP<br>LISA M. PETERS<br>LISA.PETERS@KUTAKROCK.COM | OFFICE OF THE UNITED STATES TRUSTEE<br>GEORGE M. CONWAY<br>GEORGE.M.CONWAY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE<br>KEVIN P. CALLAHAN<br>KEVIN.P.CALLAHAN@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>NICHOLAS S. HERRON<br>NICHOLAS.S.HERRON@USDOJ.GOV | OFFICE OF THE UNITED STATES TRUSTEE<br>USTPREGION03.PH.ECF@USDOJ.GOV |
| ROBINSON BROG LEINWAND GREENE GENOVESE &<br>FRED B. RINGEL<br>FBR@ROBINSONBROG.COM | SIRLIN LESSER & BENSON, P.C.<br>DANA S. PLON<br>DPLON@SIRLINLAW.COM | SMITH KANE HOLMAN, LLC<br>DAVID SMITH<br>DSMITH@SKHLAW.COM |
| STARK & STARK<br>JENNIFER D. GOULD<br>JGOULD@STARK-STARK.COM | STEVENS & LEE, P.C.<br>JOHN C. KIGANNON<br>JCK@STEVENSLEE.COM | U.S. ATTORNEY'S OFFICE<br>MATTHEW E. K. HOWATT<br>MATTHEW.HOWATT@USDOJ.GOV |
| WALSH PIZZI O'REILLY FALANGA LLP<br>CHRISTOPHER HEMRICK<br>CHEMRICK@WALSH.LAW | WALSH PIZZI O'REILLY FALANGA LLP<br>SYDNEY J. DARLING<br>SDARLING@WALSH.LAW | WILENTZ GOLDMAN & SPITZER, P.A.<br>JONATHAN J. BART<br>JBART@WILENTZ.COM |

Parties Served: 27

# **EXHIBIT B**

| | | |
|---|---|---|
| ABBOTT VASCULAR<br>75 REMITTANCE DR, STE 1138<br>CHICAGO, IL 60675 | ANCERO<br>1001 BRIGGS RD, STE 220<br>MT LAUREL, NJ 08054 | ANGIO DYNAMICS<br>P.O. BOX 1549<br>ALBANY, NY 12201-1549 |
| BOSTON SCIENTIFIC CORP<br>P.O. BOX 8500-6205<br>PHILADELPHIA, PA 19178-6205 | BRUCE J. BORRUS<br>FOX ROTHSCHILD LLP<br>1001 FOURTH AVENUE, SUITE 4500<br>SEATTLE, WA 98154-1192 | C.R. BARD, INC<br>P.O. BOX 75767<br>CHARLOTTE, NC 28275 |
| CARDIOVASCULAR SYSTEM INC<br>DEPT CH 19348<br>PALATINE, IL 60055-9348 | COMMONWEALTH OF PA UCTS<br>651 BOAS STREET, ROOM 702<br>HARRISBURG, PA 17121 | COOK MEDICAL INC<br>22988 NETWORK PL<br>CHICAGO, IL 60673-1229 |
| DALLAS G. TAYLOR<br>222 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801 | DAVID H. STEIN<br>WILENTZ GOLDMAN & SPITZER, P.A.<br>90 WOODBRIDGE CENTER DRIVE<br>WOODBRIDGE, NJ 07095 | FRED B. RINGEL<br>875 THIRD AVE., 9TH FLOOR<br>NEW YORK, NY 10022 |
| GE HEALTHCARE FINANCE SERVICES<br>P.O. BOX 641419<br>PITTSBURGH, PA 15264-1419 | GIBSON PLACE OFFICES, LLC<br>54 WEST MAIN ST<br>FREEHOLD, NJ 07728 | GREENWAY<br>P.O. BOX 203658<br>DALLAS, TX 75350-3658 |
| HENRY SCHEIN<br>P.O. BOX 382023<br>PITTSBURGH, PA 15250-8023 | HIGHMARK FINANCIAL INVESTIGATIONS<br>P.O. BOX 890430<br>CAMP HILL, PA 17089-0138 | J. STEPHEN SIMMS<br>201 INTERNATIONAL CIRCLE, SUITE 230<br>BALTIMORE, MD 21030 |
| JEFFREY GARFINKLE<br>18400 VON KARMAN AVENUE<br>SUITE 800<br>IRVINE, CA 92612 | KRISTEN L. PERRY<br>1717 MAIN STREET, SUITE 5400<br>DALLAS, TX 75201 | MERIT MEDICAL<br>P.O. BOX 204842<br>DALLAS, TX 75320 |
| MF IRVINE<br>21 E 5TH AVE, STE 204<br>CONSHOHCKEN, PA 19428 | NEXTGEN HEALTHCARE<br>P.O. BOX 809390<br>CHICAGO, IL 60680 | PHILADELPHIA VASCULAR INSTITUTE, LLC<br>585 COUNTY LINE RD<br>ROAD RADNOR, PA 19087 |
| SOMA TECHNOLOGY<br>166 HIGHLAND PARK DR<br>BLOOMFIED, CT 06002 | SPECTRANETICS CORP<br>DEPT CH 19038<br>PALATINE, IL 60055-9038 | SSG ADVISORS, LLC<br>FIVE TOWER BRIDGE, SUITE 420<br>300 BARR HARBOR DRIVE<br>WOODBRIDGE, NJ 07095 |
| TERUMO MEDICAL CORP<br>P.O. BOX 281285<br>ATLANTA, GA 30384-1285 | VASCULAR ACCESS CENTERS, LLC<br>585 COUNTYLINE RD<br>VILLANOVA, PA 19085 | VERONICA I. MAGDA<br>FOX ROTHSCHILD LLP<br>1001 FOURTH AVENUE, SUITE 4500<br>SEATTLE, WA 98154 |
| VOLCANO CORP<br>P.O. BOX 100355<br>ATLANTA, GA 30384-0355 | | |

Case 19-17117-amc Doc 909 Filed 09/13/21 Entered 09/13/21 17:17:53 Desc Main
Document Page 6 of 6
Vascular Access Centers, L.P. - U.S. Mail
Served 9/8/2021

Parties Served: 31