UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | Chapter 7 |
| **VASCULAR ACCESS CENTERS LP** | : | |
| | : | Case No. 19-17117-AMC |
| Debtor. | : | |
| | : | Re: Docket No. 1321 |
| | : | |

**CERTIFICATION OF NO OBJECTION TO MOTION OF SAUL EWING LLP FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE**

The undersigned counsel to Saul Ewing LLP ( "Saul Ewing") hereby certifies that:

1. On October 4, 2023, Saul Ewing filed the *Motion of Saul Ewing LLP for the Allowance of an Administrative Expense* (the "Motion") [D.I. 1321].

2. Pursuant to Local Rule, the deadline to object to the Motion was October 18, 2023 (the "Objection Deadline").

3. Saul Ewing adjourned the hearing on the Motion to November 15, 2023 in order to permit Stephen V. Falanga as the chapter 7 trustee (the "Trustee") to review the Motion. The Trustee has confirmed that he has no objection to the relief sought in the Motion.

4. The Objection Deadline has passed and no formal objections or responses to the Motion were served upon the undersigned counsel or entered on the Court's docket.

5. Accordingly, the Motion may be approved.

51293289.1

WHEREFORE, Saul Ewing respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated:  November 9, 2023                    SAUL EWING LLP

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Office: (215) 972-7777
Fax: (215) 972-7725
turner.falk@saul.com

*Counsel for Saul Ewing LLP*

2