# Exhibit A

# Proposed Order

51293289.1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : |
| | : **Chapter 7** |
| **VASCULAR ACCESS CENTERS LP** | : |
| | : **Case No. 19-17117-AMC** |
| Debtor. | : |
| | : |
| | : |

# ORDER

AND NOW, on this _____ day of _____, 2023, this matter having come before the Court upon the motion of Saul Ewing LLP for the allowance of an administrative expense (the "Motion"), after notice and hearing and upon consideration of any response thereto, it is hereby ORDERED:

1. The Motion is GRANTED.

2. Saul Ewing LLP is ALLOWED an administrative expense in the amount of $133,751.70 pursuant to 11 U.S.C. §§ 503(b), 507(a).

BY THE COURT:

_____
Honorable Judge Ashely Chan
United States Bankruptcy Judge