**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| VASCULAR ACCESS CENTERS LP | : | |
| | : | Case No. 19-17117-AMC |
| Debtor. | : | |
| | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Turner N. Falk, Esquire, hereby certify that on November 9, 2023, a true and correct copy of the foregoing certification of no objection to the motion of Saul Ewing LLP for the allowance of an administrative expense was served by the Court's CM/ECF system on all parties registered to receive notices of electronic filings.

Dated:  November 9, 2023              SAUL EWING LLP

*/s/ Turner N. Falk*
Turner N. Falk, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Office: (215) 972-7777
Fax: (215) 972-7725
turner.falk@saul.com

*Counsel for Saul Ewing LLP*