**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>          Debtor. | Chapter 7<br><br>Case No. 19-17117 (AMC) |

**CERTIFICATION OF STEVEN D. ADLER, ESQ. IN SUPPORT OF CHAPTER 7 TRUSTEE'S APPLICATION FOR RETENTION OF PROFESSIONAL BAYARD, P.A. AS AVOIDANCE ACTION COUNSEL FOR THE DEBTOR**

I, Steven D. Adler, Esquire, hereby certify as follows:

1.      I make this certification pursuant to 11 U.S.C. § 327, Fed. R. Bankr. P. 2014, and Local Bankruptcy Rule 2014-1 in support of the Chapter 7 Trustee's (the "Trustee") application for retention of Bayard, P.A. ("Bayard") as special counsel for the purpose of prosecuting and/or compromising and settling certain avoidance action claims on behalf of Vascular Access Centers, L.P.'s (the "Debtor's") bankruptcy estate.

2.      Bayard was special litigation counsel to the Trustee in his capacity as Chapter 11 Trustee in this case prior to its conversion from a chapter 11 case to a chapter 7 case.  With the exception of the foregoing representation, to the best of my knowledge, after reasonable and diligent investigation, neither myself nor Bayard has any connection with the Debtor, Trustee, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

Executed on: November 28, 2023
Wilmington, DE

                                                           */s/ Steven D. Adler*
                                                           STEVEN D. ADLER, ESQUIRE