### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Christopher M. Hemrick, of full age, hereby certify as follows:

On December 14, 2023, I caused to be served by ECF on all parties on the Clerk's Service List registered to receive notices of electronic filings a true and correct copy of the *Application of Chapter 7 Trustee Pursuant to 11 U.S.C. §327(A) and 328(A), Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1 For Authority To Employ Bayard, P.A. As Avoidance Action Counsel Effective March 8, 2023* along with Exhibit A thereto, the Certification of Steven D. Adler in support and proposed form of Order (the "Application") [Dkt. No. 1330]. In addition, on December 15, 2023, I caused a copy of the Application to be served on the following parties on the Clerk's Service List by regular mail:

| NAME | ADDRESS |
|---|---|
| Soma Tech. Int'l, LLC<br>c/o N. Kane Bennett<br>Aeton Law Partners, LLP | 311 Centerpoint Drive<br>Middletown, CT 06457 |
| Phillips Healthcare<br>c/o Bruce J. Borrus<br>Fox Rothschild LLP | 1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154 |
| Martha B. Chovanes | 2000 Market Street, 10th Floor<br>Philadelphia, PA 19103 |
| Merit Medical<br>c/o Joseph M.R. Covey<br>Parr Brown Gee & Loveless | 101 South 200 East, Ste 700<br>Salt Lake City, UT 84111 |
| Commonwealth of PA UCTS | 651 Boas Street, Room 702<br>Harrisburg, PA 17121 |

| NAME | ADDRESS |
|---|---|
| NextGen Healthcare<br>c/o Jeffrey Garfinkle | 18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612 |
| Spectrum Health Partners, LLC<br>c/o Kendra Lewis<br>Waller Lansden Dortch & Davis, LLP | 511 Union Street, Ste 2700<br>Nashville, TN 37219 |
| Cardiovascular Systems, Inc.<br>c/o Ryan Murphy<br>Fredrikson & Byron, P.A. | 200 South Sixth Street, Ste 4000<br>Minneapolis, MN 55402 |
| Volcano Corporation<br>c/o David P. Papiez<br>Fox Rothschild LLP | 1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154 |
| Piscataway Endovascular Center, LLC and West Orange Endovascular Center, LLC | 182 Industrial Road<br>Glen Rock, PA 17327 |
| Galleria Operating Co., LLP<br>c/o Fred B. Ringel<br>Robinson Brog Leinwand Green Genovese & Gluck P.C. | 875 Third Avenue, 9th Floor<br>New York, NY 10022 |
| Medical Components, Inc. d/b/a Medcomp<br>c/o Joseph E. Samuel, Jr.<br>Montgomery McCraken Walker & Rhoads LLP | 1735 Market Street<br>Philadelphia, PA 19103 |
| Biocompatibles, Inc.<br>c/o Steven Sass | PO Box 45<br>Clarksville, MD 21029 |
| Michael Levine<br>c/o Steven Simms | 201 International Circle, Suite 230<br>Baltimore, MD 21030 |
| SMA Properties, LLC<br>c/o Fox Rothschild LLP | 2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 |
| Morris Union Holdings, LLC<br>c/o David H. Stein<br>Wilentz Goldman & Spitzer, P.A. | 90 Woodbridge Center Drive<br>Woodbridge, NJ 07095 |
| Ameripride Linen and Apparel Services<br>c/o Hawley Troxell | 877 Main Street, Ste 1000<br>Boise, ID 83701 |
| TN Dept. of Revenue<br>c/o TN Atty General, Bankruptcy Division | PO Box 20207<br>Nashville, TN 37202 |
| Abbott Laboratories, Inc.<br>c/o Eric R. Von Helms | 4650 North Port Washington Road<br>Milwaukee, WI 53212 |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2024

_____
Christopher M. Hemrick