## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. §327 AND 328, FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 AND LOCAL BANKRUPTCY RULE 2014-1 FOR AUTHORITY TO EMPLOY BAYARD, P.A. AS AVOIDANCE ACTION COUNSEL EFFECTIVE MARCH 8, 2023**

Christopher M. Hemrick, of full age, hereby certifies as follows:

I am an attorney at law licensed in the States of New York and New Jersey, previously admitted *pro hac vice* in this matter in the United States Bankruptcy Court for the Eastern District of Pennsylvania, and a partner with the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel for Stephen V. Falanga, Chapter 7 Trustee for the bankruptcy estate of Vascular Access Centers, L.P. (the "Trustee").

1.      On December 14, 2023, the Trustee filed the *Application of Chapter 7 Trustee Pursuant to 11 U.S.C. §327 and 328, Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1 For Authority To Employ Bayard, P.A. As Avoidance Action Counsel Effective March 8, 2023* along with Exhibit A thereto, the Certification of Steven D. Adler in support and proposed form of Order (the "Application") [Dkt. No. 1330].

2.      Objections to the Application were due no later than December 22, 2023.

3.      The time for responses has now expired and no objection or other response was filed.

4.      Service of the Application was made on all required parties as appears from the

Certificate of Service [Dkt. No. 1331].

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2024

_____
Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi
WALSH PIZZI O'REILLY FALANGA LLP
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: (973) 757-1100
chemrick@walsh.law