United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                        Case No. 19-17117-amc

Vascular Access Centers, L.P.                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                   User: admin                          Page 1 of 6

Date Rcvd: Jan 05, 2024               Form ID: pdf900                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

**Recip ID**          **Recipient Name and Address**
db             +  Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ALFRED ABEL | on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com |
| AMY JANE BLUMENTHAL | on behalf of Creditor TIAA Commercial Finance  Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com |
| ANNE M. AARONSON | on behalf of Debtor Vascular Access Centers  L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| ANNE M. AARONSON | on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| AUTUMN M. MCCOURT | on behalf of Interested Party David Cohen amccourt@bracheichler.com |

District/off: 0313-2         User: admin         Page 2 of 6

Date Rcvd: Jan 05, 2024         Form ID: pdf900         Total Noticed: 1

AUTUMN M. MCCOURT
on behalf of Plaintiff David Cohen amccourt@bracheichler.com

Albert Anthony Ciardi, III
on behalf of Defendant Vascular Access Centers  LLC and James F. McGuckin, M.D. (and physician practices owned, run,
managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC aciardi@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant James McGuckin  M.D. (and physician practices owned, run, managed or operated by him)
aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Interested Party James F. McGuckin  M.D. aciardi@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com;mdickson@ciardilaw.com

BLAKE DANIEL ROTH
on behalf of Creditor Spectrum Health Partners  LLC blake.roth@hklaw.com,
chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

CHRISTOPHER JOHN LEAVELL
on behalf of Creditor NextGen Healthcare cleavell@klehr.com  lclark@klehr.com

DALLAS G. TAYLOR
on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com

DANA S. PLON
on behalf of Creditor Brandywine Cira  L.P. dplon@sirlinlaw.com

DANIEL N. BROGAN
on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate dbrogan@beneschlaw.com,
rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

DAVID B. SMITH
on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Vascular Access Centers  L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Crestwood Associates  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant PA Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Pennsylvania Vascular Institute  PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC dsmith@skhlaw.com,
b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Vascular Access Center Memphis  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Interested Party Vascular Access Centers  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Peripheral Vascular Institute of Philadelphia  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID E. LEMKE
on behalf of Creditor Spectrum Health Partners  LLC david.lemke@hklaw.com,
chris.cronk@hklaw.com;cathy.thomas@hklaw.com

DAVID M. KLAUDER
on behalf of Creditor Morris Union Holdings  LLC dklauder@bk-legal.com, ldees@bk-legal.com

DAVID P. HEIM
on behalf of Cross-Claimant PA Vascular Institute  LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
on behalf of Defendant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
on behalf of Interested Party James F. McGuckin  M.D. dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com  tbaker@bochettoandlentz.com

DAVID P. HEIM
on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com  tbaker@bochettoandlentz.com

DAVID P. HEIM
on behalf of Defendant Bochetto & Lentz  P.C. dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com,
tbaker@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia  LLC dheim@bochettoandlentz.com,
tbaker@bochettoandlentz.com

DAVID P. HEIM
on behalf of Interested Party Vascular Access Centers  LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

EDMOND M. GEORGE
on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

EVAN THOMAS MILLER
on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER
on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com  robyn.warren@saul.com

EVAN THOMAS MILLER
on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com,
robyn.warren@saul.com

EVAN THOMAS MILLER
on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com  robyn.warren@saul.com

FRANCIS J. LAWALL
on behalf of Defendant B. Braun Medical francis.lawall@troutman.com  susan.henry@troutman.com,wlbank@troutman.com

FRIDRIKH V. SHRAYBER
on behalf of Interested Party PBH2  LLC fred.shrayber@dentons.com,
katie.jacobs@dentons.com;michelle.graeb@dentons.com;terri.bukovac@dentons.com

GARY F SEITZ
on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO
on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC gbochetto@bochettoandlentz.com,
jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Interested Party James F. McGuckin  M.D. gbochetto@bochettoandlentz.com,
jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Defendant Philadelphia Vascular Institute  LLC gbochetto@bochettoandlentz.com,
jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Interested Party Vascular Access Centers  LLC gbochetto@bochettoandlentz.com,
jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Defendant James F. McGuckin  M.D. gbochetto@bochettoandlentz.com
jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE M. CONWAY
on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov

District/off: 0313-2                                    User: admin                                    Page 4 of 6
Date Rcvd: Jan 05, 2024                          Form ID: pdf900                          Total Noticed: 1

GEORGE M. CONWAY
on behalf of Creditor United States of America george.m.conway@usdoj.gov

GREGORY W. HAUSWIRTH
on behalf of Defendant Parish Cab ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

HARALAMPO "BOB" KASOLAS
on behalf of Interested Party David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
on behalf of Plaintiff David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD
on behalf of Interested Party PBH2  LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
on behalf of Interested Party 1750 Madison  LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
on behalf of Debtor Vascular Access Centers  L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR
on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com  ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
on behalf of Creditor Philips Healthcare jmanfrey@foxrothchild.com
brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE
on behalf of Defendant Vascular Access Centers  LLC and James F. McGuckin, M.D. (and physician practices owned, run,
managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
on behalf of Defendant James McGuckin  M.D. (and physician practices owned, run, managed or operated by him)
jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
on behalf of Creditor Philips Medical Capital  LLC jennifer.gould@volvo.com,
mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. HARRIS
on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS
on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN C. GENTILE
on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com  debankruptcy@beneschlaw.com

JOHN C. KILGANNON
on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com  pam@stevenslee.com

JONATHAN J. BART
on behalf of Creditor Morris Union Holdings  LLC jbart@wilentz.com,
jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR
on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com  cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com  cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC joseph.argentina@faegredrinker.com,
cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC
joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

KATE ROGGIO BUCK
on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL
on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

District/off: 0313-2                    User: admin                    Page 5 of 6
Date Rcvd: Jan 05, 2024                    Form ID: pdf900                    Total Noticed: 1

LAWRENCE G. MCMICHAEL
on behalf of Debtor Vascular Access Centers  L.P. lmcmichael@dilworthlaw.com,
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN
on behalf of Creditor Galleria Operating Co.  LLP heilmanl@ballardspahr.com, carbonej@ballardspahr.com

LISA M. PETERS
on behalf of Defendant GE HFS  LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com,
marybeth.brukner@kutakrock.com

LISA M. PETERS
on behalf of Defendant TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
on behalf of Creditor TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN
on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER
on behalf of Creditor Philips Medical Capital  LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT
on behalf of Creditor United States of America matthew.howatt@usdoj.gov
Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.
on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.
on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE
on behalf of Counter-Defendant Michael McCarrie mjm@artzmccarrie.com

MICHAEL J. MCCARRIE
on behalf of Defendant Artz McCarrie Health Law LLC mjm@artzmccarrie.com

NICHOLAS M CENTRELLA
on behalf of John E. Royer  Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC nengel@skhlaw.com

NICHOLAS S. HERRON
on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov  USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS
on behalf of Defendant Parish Cab pcarothers@ch-legal.com
ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

PETER JOSEPH PIZZI
on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Defendant Vascular Access Centers  L.P. sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law

RYAN T. KIRK
on behalf of Defendant Philadelphia Vascular Institute  LLC rkirk@bochettoandlentz.com

RYAN T. KIRK
on behalf of Defendant James F. McGuckin  M.D. rkirk@bochettoandlentz.com

STEPHEN V. FALANGA
on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law

STEPHEN V. FALANGA
sfalanga@walsh.law

STEVEN D. ADLER
on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com,
rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

STEVEN D. ADLER

on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com  rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

STEVEN D. ADLER

on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com
rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

THOMAS DANIEL BIELLI

on behalf of Creditor Jorge Salazar tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI

on behalf of Creditor Salil Joshi tbielli@bk-legal.com  bhoffmann@bk-legal.com

TURNER N. FALK

on behalf of Attorney Saul Ewing LLP turner.falk@saul.com  tnfalk@recap.email;catherine.santangelo@saul.com

Thomas Kamvosoulis

on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com

Thomas Kamvosoulis

on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 113

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**ORDER AUTHORIZING EMPLOYMENT OF SPECIAL
LITIGATION COUNSEL BY CHAPTER 7 TRUSTEE
<u>EFFECTIVE MARCH 8, 2023</u>**

Upon consideration of the *Application of Chapter 7 Trustee Pursuant to <u>11 U.S.C. §§ 327</u> and <u>328</u>, <u>Federal Rule of Bankruptcy Procedure 2014</u> and Local Bankruptcy Rules 2014-1 and 2016-5 for Entry of an Order Authorizing the Retention of Professional Bayard, P.A. as Avoidance Action Counsel Effective March 8, 2023* (the "<u>Application</u>")[1], and upon the Certification of Steven D. Adler, Esquire in support thereof; and it appearing that Bayard, P.A. ("<u>Bayard</u>") is qualified to represent the Chapter 7 Trustee for the estate of the above-captioned debtor, Vascular Access Centers, L.P. (the "<u>Debtor</u>"), as special litigation counsel for the purposes enumerated in the Application; and it appearing that Bayard neither holds nor represents any interest adverse to the Debtor or its estate; and that the employment of Bayard is in the best interest of the Debtor's estate and creditors; and adequate notice of the Application having been provided; and the Court having considered the papers submitted in support of the Application and any opposition thereto, if any; and the Court having determined that good and sufficient cause exists for granting the relief requested in the Application; it is hereby ORDERED that:

1.    The Application is granted.

2.    The Trustee is hereby authorized to employ Bayard as special counsel effective

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

March 8, 2023 on the terms and conditions set forth in the Application for the purpose of prosecuting and/or compromising and settling certain causes of action under 11 U.S.C. §§ 544, 547, and/or 548 of the Bankruptcy Code, to be delegated to Bayard at the Trustee's sole discretion from time to time (the "Avoidance Actions"), on behalf of the Debtor's estate, as more fully set forth in the Application.

3.      The terms of Bayard's compensation set forth in the Application are preapproved under 11 U.S.C. § 328(a).

4.      Bayard shall be entitled to be paid its actual and necessary expenses and its fees on a contingent fee basis in accordance with the terms set forth in the Application.

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.


**It is so Ordered:**

Date: Jan. 5, 2024

_____
The Honorable Ashely M. Chan
United States Bankruptcy Judge