# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>          Debtor. | Chapter 7<br><br>Case No. 19-17117 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>          Plaintiff,<br><br>v.<br><br>VASCULAR ACCESS CENTER, LLC AND JAMES F. MCGUCKIN, M.D. (and physician practices owned, run, managed or operated by him),<br><br>          Defendants. | Adv. Proc. No. 21-00128 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES McGUCKIN, M.D. (and physician practices owned, run, managed or operated by him); BOCHETTO & LENTZ, P.C.; ARTZ MCCARRIE HEALTH LAW LLC,<br><br>          Defendants. | Adv. Proc. No. 21-00130 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>         Plaintiff,<br><br>v.<br><br>PHILADELPHIA VASCULAR INSTITUTE, LLC, and JAMES F. McGUCKIN, M.D.,<br><br>         Defendants. | Adv. Proc. No. 23-00050 (AMC) |

**ORDER SCHEDULING EXPEDITED CONSIDERATION OF TRUSTEE'S EXPEDITED MOTION FOR AN ORDER APPROVING ADVERSARY PROCEEDING SETTLEMENTS PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon consideration of the motion (the "Motion")[3] filed by Stephen V. Falanga, in his capacity as chapter 11 trustee (the "Trustee") for the bankruptcy estate of the above-captioned debtor (the "Debtor"), for entry of an order approving the Settlement Agreement, attached to the Motion as **Exhibit B**, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9019, and the Settlement Procedures Order; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate and its creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The request for an expedited hearing **GRANTED.**

2. A hearing to consider the Motion shall be held on **June 26, 2024, at** 12:30 p.m. in Bankruptcy Court #4, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107. Parties may also attend the hearing by phone by dialing 877-873-8017 Access Code: 3027681#.

3. Any objections or other responses to the Motion must be filed and served so that they are received no later than June 19, 2024 at 4 p.m. prevailing Eastern time.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4. Within twenty-four (24) hours of entry of this Order, counsel for the Trustee shall give notice by serving a copy of this Order by email (where known) on the (i) the Office of the United States Trustee; (ii) counsel for the Defendants; (iii) the 20 largest unsecured creditors; and (iv) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 13, 2024

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE