**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-17117 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>                Plaintiff,<br><br>v.<br><br>VASCULAR ACCESS CENTER, LLC AND JAMES F. MCGUCKIN, M.D. (and physician practices owned, run, managed or operated by him),<br><br>                Defendants. | Adv. Proc. No. 21-00128 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES McGUCKIN, M.D. (and physician practices owned, run, managed or operated by him); BOCHETTO & LENTZ, P.C.; ARTZ MCCARRIE HEALTH LAW LLC,<br><br>                Defendants. | Adv. Proc. No. 21-00130 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>                Plaintiff,<br><br>v.<br><br>PHILADELPHIA VASCULAR INSTITUTE, LLC, and JAMES F. McGUCKIN, M.D.,<br><br>                Defendants. | Adv. Proc. No. 23-00050 (AMC) |

## CERTIFICATE OF SERVICE

I, Steven D. Adler, hereby certify that on June 13, 2024, I caused a true and correct copy of the ***Order Scheduling Expedited Consideration of Trustee's Expedited Motion for an Order Approving Adversary Proceeding Settlements pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure*** [D.I. 1336] to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed on the attached service list via first-class mail.

Dated: June 14, 2024                                  BAYARD, P.A.

*/s/ Steven D. Adler*
Steven D. Adler, Esq.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile:  (302) 658-6395
Email:   sadler@bayardlaw.com

*Counsel to Stephen V. Falanga in his Capacity as Chapter 7 Trustee*

| NAME | ADDRESS |
|---|---|
| Soma Tech. Int'l, LLC<br>c/o N. Kane Bennett<br>Aeton Law Partners, LLP | 311 Centerpoint Drive<br>Middletown, CT 06457 |
| Phillips Healthcare<br>c/o Bruce J. Borrus<br>Fox Rothschild LLP | 1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154 |
| Martha B. Chovanes | 2000 Market Street, 10th Floor<br>Philadelphia, PA 19103 |
| Merit Medical<br>c/o Joseph M.R. Covey<br>Parr Brown Gee & Loveless | 101 South 200 East, Ste 700<br>Salt Lake City, UT 84111 |
| Commonwealth of PA UCTS | 651 Boas Street, Room 702<br>Harrisburg, PA 17121 |
| NextGen Healthcare<br>c/o Jeffrey Garfinkle | 18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612 |
| Spectrum Health Partners, LLC<br>c/o Kendra Lewis<br>Waller Lansden Dortch & Davis, LLP | 511 Union Street, Ste 2700<br>Nashville, TN 37219 |
| Cardiovascular Systems, Inc.<br>c/o Ryan Murphy<br>Fredrikson & Byron, P.A. | 200 South Sixth Street, Ste 4000<br>Minneapolis, MN 55402 |
| Volcano Corporation<br>c/o David P. Papiez<br>Fox Rothschild LLP | 1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154 |
| Piscataway Endovascular Center, LLC and West Orange Endovascular Center, LLC | 182 Industrial Road<br>Glen Rock, PA 17327 |
| Galleria Operating Co., LLP<br>c/o Fred B. Ringel<br>Robinson Brog Leinwand Green Genovese & Gluck P.C. | 875 Third Avenue, 9th Floor<br>New York, NY 10022 |
| Biocompatibles, Inc.<br>c/o Steven Sass | PO Box 45<br>Clarksville, MD 21029 |

| NAME | ADDRESS |
|---|---|
| Michael Levine<br>c/o Steven Simms | 201 International Circle, Suite 230<br>Baltimore, MD 21030 |
| SMA Properties, LLC<br>c/o Fox Rothschild LLP | 2000 Market Street, 20th Floor<br>Philadelphia, PA 19103 |
| Morris Union Holdings, LLC<br>c/o David H. Stein<br>Wilentz Goldman & Spitzer, P.A. | 90 Woodbridge Center Drive<br>Woodbridge, NJ 07095 |
| Ameripride Linen and Apparel Services<br>c/o Hawley Troxell | 877 Main Street, Ste 1000<br>Boise, ID 83701 |
| TN Dept. of Revenue<br>c/o TN Atty General, Bankruptcy Division | PO Box 20207<br>Nashville, TN 37202 |
| Abbott Laboratories, Inc.<br>c/o Eric R. Von Helms | 4650 North Port Washington Road<br>Milwaukee, WI 53212 |