United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-17117-amc
Vascular Access Centers, L.P.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 6
Date Rcvd: Jun 13, 2024     Form ID: pdf900     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |
| aty | | BRIAN P. MORGAN, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | BRUCE J. BORRUS, FOX ROTHSCHILD LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | + | CHRISTOPHER M. HEMRICK, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | DAVID H. STEIN, Wilentz Goldman & Spitzer P.A., 90 Woodbridge Center Drive, Woodbridge, NJ 07095-1146 |
| aty | + | ERIC R. VON HELMS, 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| aty | + | ERIC S. PADILLA, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | FRED B. RINGEL, 875 Third Ave. 9th floor, Robinson Brog Leinwand Greene Genovese &, Gluck P.C., New York, NY 10022-0123 |
| aty | + | J. STEPHEN SIMMS, 201 International Circle, Suite 230, Baltimore, MD 21030-1344 |
| aty | + | JEFFREY GARFINKLE, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| aty | + | KENDRA LEWIS, Waller Lansden Dortch & Davis, LLP, 511 Union Street, Ste 2700, Nashville, TN 37219-1791 |
| aty | | KRISTEN L. PERRY, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| aty | + | MARTHA B. CHOVANES, 2000 Market Street, 10th Floor, Philadelphia, PA 19103-7006 |
| aty | | RICHARD E COE, One Logan Square, Suite 2000, Philadelphia, PA 19103-6996 |
| aty | + | SYDNEY J. DARLING, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| aty | | VERONICA I. MAGDA, Fox Rothschild LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | | VINCENT P. SLUSHER, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| intp | + | Vascular Access Centers, LLC, c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| NONE | + | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102 UNITED STATES 07102-4056 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102, UNITED STATES 07102-4056 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2     User: admin     Page 2 of 6
Date Rcvd: Jun 13, 2024     Form ID: pdf900     Total Noticed: 20

Date: Jun 15, 2024     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2024 at the address(es) listed below:**

**Name**     **Email Address**

ALFRED ABEL
on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com

AMY JANE BLUMENTHAL
on behalf of Creditor TIAA Commercial Finance Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com

ANNE M. AARONSON
on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

ANNE M. AARONSON
on behalf of Debtor Vascular Access Centers L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

AUTUMN M. MCCOURT
on behalf of Interested Party David Cohen amccourt@bracheichler.com

AUTUMN M. MCCOURT
on behalf of Plaintiff David Cohen amccourt@bracheichler.com

Albert Anthony Ciardi, III
on behalf of Interested Party James F. McGuckin M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BLAKE DANIEL ROTH
on behalf of Creditor Spectrum Health Partners LLC blake.roth@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

CHRISTOPHER JOHN LEAVELL
on behalf of Creditor NextGen Healthcare cleavell@klehr.com lclark@klehr.com

DALLAS G. TAYLOR
on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com

DANA S. PLON
on behalf of Creditor Brandywine Cira L.P. dplon@sirlinlaw.com

DANIEL N. BROGAN
on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate dbrogan@beneschlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

DAVID B. SMITH
on behalf of Interested Party Vascular Access Centers LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Peripheral Vascular Institute of Philadelphia LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Vascular Access Centers L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com b.dr70286@notify.bestcase.com

Case 19-17117-amc   Doc 1338   Filed 06/15/24   Entered 06/16/24 00:37:53   Desc
Imaged Certificate of Notice   Page 3 of 9

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jun 13, 2024 | Form ID: pdf900 | Total Noticed: 20 |

DAVID B. SMITH
    on behalf of Petitioning Creditor Crestwood Associates  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant PA Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Pennsylvania Vascular Institute  PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC dsmith@skhlaw.com,
b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Vascular Access Center Memphis  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID E. LEMKE
    on behalf of Creditor Spectrum Health Partners  LLC david.lemke@hklaw.com,
chris.cronk@hklaw.com;cathy.thomas@hklaw.com

DAVID M. KLAUDER
    on behalf of Creditor Morris Union Holdings  LLC dklauder@bk-legal.com, ldees@bk-legal.com

DAVID P. HEIM
    on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia  LLC dheim@bochettoandlentz.com,
tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Interested Party Vascular Access Centers  LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant James F. McGuckin  M.D. dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant Bochetto & Lentz  P.C. dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant PA Vascular Institute  LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Interested Party James F. McGuckin  M.D. dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com,
tbaker@bochettoandlentz.com

EDMOND M. GEORGE
    on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
;kathleen.jordan@obermayer.com

EDMOND M. GEORGE
    on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com
;kathleen.jordan@obermayer.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com  robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com,
robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com  robyn.warren@saul.com

FRANCIS J. LAWALL
    on behalf of Defendant B. Braun Medical francis.lawall@troutman.com  susan.henry@troutman.com,wlbank@troutman.com

FRIDRIKH V. SHRAYBER
          on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com

GARY F SEITZ
          on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO
          on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
          on behalf of Interested Party James F. McGuckin M.D. gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
          on behalf of Defendant James F. McGuckin M.D. gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
          on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
          on behalf of Interested Party Vascular Access Centers LLC gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com

GREGORY W. HAUSWIRTH
          on behalf of Defendant Parish Cab ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III
          on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III
          on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS
          on behalf of Interested Party David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
          on behalf of Plaintiff David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
          on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD
          on behalf of Interested Party 1750 Madison LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
          on behalf of Interested Party PBH2 LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
          on behalf of Debtor Vascular Access Centers L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR
          on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
          on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE
          on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
          on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
          on behalf of Creditor Philips Medical Capital LLC jennifer.gould@volvo.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. HARRIS
          on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JESSE M. HARRIS
          on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JOHN A. O'CONNELL
          on behalf of Defendant Bochetto & Lentz P.C. joconnell@bochettoandlentz.com, tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

JOHN C. GENTILE
    on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com debankruptcy@beneschlaw.com

JOHN C. KILGANNON
    on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com pam@stevenslee.com

JONATHAN J. BART
    on behalf of Creditor Morris Union Holdings LLC jbart@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR
    on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

KATE ROGGIO BUCK
    on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL
    on behalf of Debtor Vascular Access Centers L.P. lmcmichael@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
    on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN
    on behalf of Creditor Galleria Operating Co. LLP heilmanl@ballardspahr.com, carbonej@ballardspahr.com

LISA M. PETERS
    on behalf of Creditor TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Defendant GE HFS LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Defendant TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN
    on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER
    on behalf of Creditor Philips Medical Capital LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT
    on behalf of Creditor United States of America matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE
    on behalf of Counter-Defendant Michael McCarrie mjm@artzmccarrie.com

MICHAEL J. MCCARRIE
    on behalf of Defendant Artz McCarrie Health Law LLC mjm@artzmccarrie.com

NICHOLAS M CENTRELLA
    on behalf of John E. Royer Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC nengel@skhlaw.com

NICHOLAS S. HERRON
    on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS

| | |
|---|---|
| | on behalf of Defendant Parish Cab pcarothers@ch-legal.com ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com |
| PETER JOSEPH PIZZI | on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Defendant Vascular Access Centers  L.P. sdarling@walsh.law |
| RYAN T. KIRK | on behalf of Defendant James F. McGuckin  M.D. rkirk@bochettoandlentz.com |
| RYAN T. KIRK | on behalf of Defendant Philadelphia Vascular Institute  LLC rkirk@bochettoandlentz.com |
| STEPHEN V. FALANGA | on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law |
| STEPHEN V. FALANGA | sfalanga@walsh.law |
| STEVEN D. ADLER | on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com  rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Salil Joshi tbielli@bk-legal.com  bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Jorge Salazar tbielli@bk-legal.com  bhoffmann@bk-legal.com |
| TURNER N. FALK | on behalf of Attorney Saul Ewing LLP turner.falk@saul.com  tnfalk@recap.email;catherine.santangelo@saul.com |
| Thomas Kamvosoulis | on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com |
| Thomas Kamvosoulis | on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 115

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-17117 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>Plaintiff,<br><br>v.<br><br>VASCULAR ACCESS CENTER, LLC AND JAMES F. MCGUCKIN, M.D. (and physician practices owned, run, managed or operated by him),<br><br>Defendants. | Adv. Proc. No. 21-00128 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>Plaintiff,<br><br>v.<br><br>JAMES McGUCKIN, M.D. (and physician practices owned, run, managed or operated by him); BOCHETTO & LENTZ, P.C.; ARTZ MCCARRIE HEALTH LAW LLC,<br><br>Defendants. | Adv. Proc. No. 21-00130 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA VASCULAR INSTITUTE, LLC, and JAMES F. McGuckin, M.D.,<br><br>Defendants. | Adv. Proc. No. 23-00050 (AMC) |

**ORDER SCHEDULING EXPEDITED CONSIDERATION OF TRUSTEE'S
EXPEDITED MOTION FOR AN ORDER APPROVING ADVERSARY
PROCEEDING SETTLEMENTS PURSUANT TO RULE 9019 OF THE
<u>FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

Upon consideration of the motion (the "<u>Motion</u>")[3] filed by Stephen V. Falanga, in his capacity as chapter 11 trustee (the "<u>Trustee</u>") for the bankruptcy estate of the above-captioned debtor (the "<u>Debtor</u>"), for entry of an order approving the Settlement Agreement, attached to the Motion as **<u>Exhibit B</u>**, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9019, and the Settlement Procedures Order; and the Court having jurisdiction over this matter pursuant to <u>28 U.S.C. §§ 157</u> and <u>1334</u>; and venue being proper in this Court pursuant to <u>28 U.S.C. §§ 1408</u> and <u>1409</u>; and this matter being a core proceeding pursuant to <u>28 U.S.C. § 157(b)(2)</u>; and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate and its creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The request for an expedited hearing **GRANTED.**

2. A hearing to consider the Motion shall be held on **June** 26 **, 2024, at** 12:30 p.m. in Bankruptcy Court #4, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania, 19107. Parties may also attend the hearing by phone by dialing 877-873-8017 Access Code: 3027681#.

3. Any objections or other responses to the Motion must be filed and served so that they are received no later than June 19, 2024 at 4 p.m. prevailing Eastern time.

---

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4. Within twenty-four (24) hours of entry of this Order, counsel for the Trustee shall give notice by serving a copy of this Order by email (where known) on the (i) the Office of the United States Trustee; (ii) counsel for the Defendants; (iii) the 20 largest unsecured creditors; and (iv) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 13, 2024

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE