United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17117-amc

Vascular Access Centers, L.P.  Chapter 7

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 6
Date Rcvd: Jun 27, 2024　　　　　　　Form ID: pdf900　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

**Name　　　　　　　　　　Email Address**

ALFRED ABEL
　　on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com
　　g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com

AMY JANE BLUMENTHAL
　　on behalf of Creditor TIAA Commercial Finance  Inc. amy.blumenthal@kutakrock.com,
　　natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com

ANNE M. AARONSON
　　on behalf of Debtor Vascular Access Centers  L.P. aaaronson@dilworthlaw.com,
　　mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

ANNE M. AARONSON
　　on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

AUTUMN M. MCCOURT
　　on behalf of Interested Party David Cohen amccourt@bracheichler.com

District/off: 0313-2 | User: admin | Page 2 of 6
Date Rcvd: Jun 27, 2024 | Form ID: pdf900 | Total Noticed: 1

**AUTUMN M. MCCOURT**
on behalf of Plaintiff David Cohen amccourt@bracheichler.com

**Albert Anthony Ciardi, III**
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**
on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**
on behalf of Interested Party James F. McGuckin M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**
on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**BLAKE DANIEL ROTH**
on behalf of Creditor Spectrum Health Partners LLC blake.roth@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

**CHRISTOPHER JOHN LEAVELL**
on behalf of Creditor NextGen Healthcare cleavell@klehr.com lclark@klehr.com

**DALLAS G. TAYLOR**
on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com

**DANA S. PLON**
on behalf of Creditor Brandywine Cira L.P. dplon@sirlinlaw.com

**DANIEL N. BROGAN**
on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate dbrogan@beneschlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

**DAVID B. SMITH**
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant Vascular Access Centers L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Petitioning Creditor Crestwood Associates LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant PA Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Pennsylvania Vascular Institute PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant Vascular Access Center Memphis LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Interested Party Vascular Access Centers LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant Peripheral Vascular Institute of Philadelphia LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID E. LEMKE**
on behalf of Creditor Spectrum Health Partners LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com

**DAVID M. KLAUDER**
on behalf of Creditor Morris Union Holdings LLC dklauder@bk-legal.com, ldees@bk-legal.com

**DAVID P. HEIM**
on behalf of Defendant James F. McGuckin M.D. dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com

**DAVID P. HEIM**

| | |
|---|---|
| | on behalf of Cross-Claimant PA Vascular Institute LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Defendant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Interested Party James F. McGuckin M.D. dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com tbaker@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com tbaker@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Defendant Bochetto & Lentz P.C. dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Interested Party Vascular Access Centers LLC dheim@bochettoandlentz.com, tbaker@bochettoandlentz.com |
| EDMOND M. GEORGE | on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| EDMOND M. GEORGE | on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| EVAN THOMAS MILLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com |
| FRANCIS J. LAWALL | on behalf of Defendant B. Braun Medical francis.lawall@troutman.com susan.henry@troutman.com,wlbank@troutman.com |
| FRIDRIKH V. SHRAYBER | on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com |
| GARY F SEITZ | on behalf of Michael Levine gseitz@gsbblaw.com |
| GEORGE BOCHETTO | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Interested Party James F. McGuckin M.D. gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Interested Party Vascular Access Centers LLC gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant James F. McGuckin M.D. gbochetto@bochettoandlentz.com, jbaker@bochettoandlentz.com;tbaker@bochettoandlentz.com |

GREGORY W. HAUSWIRTH
    on behalf of Defendant Parish Cab ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III
    on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III
    on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS
    on behalf of Interested Party David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Plaintiff David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD
    on behalf of Interested Party PBH2  LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
    on behalf of Interested Party 1750 Madison  LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
    on behalf of Debtor Vascular Access Centers  L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR
    on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com  ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
    on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE
    on behalf of Defendant Vascular Access Centers  LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
    on behalf of Defendant James McGuckin  M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
    on behalf of Creditor Philips Medical Capital  LLC jennifer.gould@volvo.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. HARRIS
    on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS
    on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN A. O'CONNELL
    on behalf of Defendant Bochetto & Lentz  P.C. joconnell@bochettoandlentz.com, tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

JOHN C. GENTILE
    on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com  debankruptcy@beneschlaw.com

JOHN C. KILGANNON
    on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com  pam@stevenslee.com

JONATHAN J. BART
    on behalf of Creditor Morris Union Holdings  LLC jbart@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR
    on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com  cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com  cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

KATE ROGGIO BUCK
    on behalf of Defendant Cigna Health KBuck@mccarter.com

Case 19-17117-amc    Doc 1343    Filed 06/29/24    Entered 06/30/24 00:40:12    Desc
Imaged Certificate of Notice    Page 5 of 9

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: pdf900 | Total Noticed: 1 |

KEVIN P. CALLAHAN
  on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL
  on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com
  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
  on behalf of Debtor Vascular Access Centers L.P. lmcmichael@dilworthlaw.com,
  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN
  on behalf of Creditor Galleria Operating Co. LLP heilmanl@ballardspahr.com, carbonej@ballardspahr.com

LISA M. PETERS
  on behalf of Defendant GE HFS LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com,
  marybeth.brukner@kutakrock.com

LISA M. PETERS
  on behalf of Defendant TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
  on behalf of Creditor TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN
  on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER
  on behalf of Creditor Philips Medical Capital LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT
  on behalf of Creditor United States of America matthew.howatt@usdoj.gov
  Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.
  on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.
  on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE
  on behalf of Counter-Defendant Michael McCarrie mjm@artzmccarrie.com

MICHAEL J. MCCARRIE
  on behalf of Defendant Artz McCarrie Health Law LLC mjm@artzmccarrie.com

NICHOLAS M CENTRELLA
  on behalf of John E. Royer Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
  on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC nengel@skhlaw.com

NICHOLAS S. HERRON
  on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS
  on behalf of Defendant Parish Cab pcarothers@ch-legal.com
  ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

PETER JOSEPH PIZZI
  on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

PETER JOSEPH PIZZI
  on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI
  on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law

PETER JOSEPH PIZZI
  on behalf of Defendant Vascular Access Centers L.P. sdarling@walsh.law

PETER JOSEPH PIZZI
  on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law

RYAN T. KIRK
  on behalf of Defendant Philadelphia Vascular Institute LLC rkirk@bochettoandlentz.com

RYAN T. KIRK
  on behalf of Defendant James F. McGuckin M.D. rkirk@bochettoandlentz.com

STEPHEN V. FALANGA
  on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Jun 27, 2024 | Form ID: pdf900 | Total Noticed: 1 |

STEPHEN V. FALANGA
    sfalanga@walsh.law

STEVEN D. ADLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER
    on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Jorge Salazar tbielli@bk-legal.com bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Salil Joshi tbielli@bk-legal.com bhoffmann@bk-legal.com

TURNER N. FALK
    on behalf of Attorney Saul Ewing LLP turner.falk@saul.com tnfalk@recap.email;catherine.santangelo@saul.com

Thomas Kamvosoulis
    on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com

Thomas Kamvosoulis
    on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 115

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 19-17117 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>                Plaintiff,<br><br>v.<br><br>VASCULAR ACCESS CENTER, LLC AND JAMES F. MCGUCKIN, M.D. (and physician practices owned, run, managed or operated by him),<br><br>                Defendants. | Adv. Proc. No. 21-00128 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES McGUCKIN, M.D. (and physician practices owned, run, managed or operated by him); BOCHETTO & LENTZ, P.C.; ARTZ MCCARRIE HEALTH LAW LLC,<br><br>                Defendants. | Adv. Proc. No. 21-00130 (AMC) |
| STEPHEN V. FALANGA, AS CHAPTER 7 TRUSTEE FOR THE DEBTOR'S ESTATE,<br><br>                Plaintiff,<br><br>v.<br><br>PHILADELPHIA VASCULAR INSTITUTE, LLC, and JAMES F. McGuckin, M.D.,<br><br>                Defendants. | Adv. Proc. No. 23-00050 (AMC) |

**ORDER APPROVING ADVERSARY PROCEEDING SETTLEMENTS PURSUANT TO
RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon consideration of the motion (the "Motion")[1] filed by Stephen V. Falanga, in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate of the above-captioned debtor (the "Debtor"), for entry of an order approving the Settlement Agreement, attached to the Motion as **Exhibit B**, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9019, and the Settlement Procedures Order [Docket No.1335], and the limited objection to the Motion ("Limited Objection") [Docket No. 1339] filed by William Whitfield Gardner ("Gardner"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate and its creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Settlement Agreement attached to the Motion as **Exhibit B** is hereby approved.

3. Upon the Trustee's receipt of the Settlement Payment or any portion thereof, the Trustee shall pay Bayard, P.A. the first $27,500.00 received ("Bayard Amount"), which is 33% of that portion of the Settlement Payment allocated for the VAC, LLC Avoidance Claims and the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or Settlement Agreement, as applicable.

B&L Avoidance Claims, and is pursuant to the Trustee's approved retention application of Bayard, P.A. *See* D.I. 1330 & 1333.

4. Gardner's lien provided in the Post-Petition Financing Orders (as defined in the Limited Objection) shall attach to 50% of any portion of the Settlement Payment received by the Trustee in excess of the Bayard Amount.[2]

5. Except with respect to the payment of the Bayard Amount, the Trustee will not distribute any received portion of the Settlement Payment, pending further order of the Court.

6. For the avoidance of doubt, the Trustee is only releasing the Debtor's Claims in the Adversary Proceedings pursuant to the terms and conditions of the Settlement Agreement, and nothing in the Settlement Agreement shall be construed to waive, release, prejudice or in any way affect the claims asserted in the action styled *Gardner, et al. v. Vascular Access Centers LLC, et al.*, No. 16-000367, pending in the Court of Common Pleas of Delaware County.

7. The Trustee is authorized to enter into and take all actions necessary to effectuate the Settlement Agreement and the relief granted pursuant to this Order.

8. This Order shall be effective immediately upon entry, notwithstanding anything to the contrary in the Bankruptcy Rules or the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 26, 2024

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

---

[2] For the avoidance of doubt, the provisions of this Order reflect a compromised resolution of Gardner's Limited Objection. Nothing in this Order shall be construed to waive, prejudice, impair or otherwise affect the validity, extent and/or priority of Gardner's lien pursuant to the Post-Petition Financing Orders, or the parties' respective positions with respect thereto, with all such rights and remedies being expressly reserved.