IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VASCULAR ACCESS CENTERS LLC, and :
JAMES MCGUCKIN, M.D., :
 :
       *Appellants,* :
       v. :
 :
WILLIAM WHITFIELD GARDNER, :    CIVIL NO. 22-5011
 :
       *Appellee.* :

ORDER

AND NOW, this **30th** day of **September 2024**, it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, this Bankruptcy Appeal is **DISMISSED** as moot.

The Clerk is **DIRECTED** to close this case.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge