UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

George Wylesol  
Clerk of Court

Clerk's Office  
215-597-7704

Timothy McGrath  
Clerk  
U.S. Bankruptcy Court  
900 Market Street  
Suite 400  
Philadelphia, PA   19107-4299

      RE:    William Whitfield Gardner

           CA No.   22-5011  
           Bky. No. 19-17117-AMC  
           Adv. No.

Dear Mr. McGrath:

    Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 9/30/24.

    Kindly acknowledge receipt on the copy of letter provided.  Please return to InterdistrictTransfer_PAED@paed.uscourts.gov

Sincerely,

George Wylesol  
Clerk of Court

g

By:  s/Robert Fehrle  
Robert Fehrle , Deputy Clerk

Received above record this 15th day of January, 2025

s/ Yvette Ruiz  
(Signature)

bankrec.frm