United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                Case No. 19-17117-amc
Vascular Access Centers, L.P.                                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 6
Date Rcvd: Jan 15, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED ABEL | on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com |
| AMY JANE BLUMENTHAL | on behalf of Creditor TIAA Commercial Finance Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com |
| ANNE M. AARONSON | on behalf of Debtor Vascular Access Centers L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| ANNE M. AARONSON | on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| AUTUMN M. MCCOURT | |

Case 19-17117-amc    Doc 1347    Filed 01/17/25    Entered 01/18/25 00:36:23    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party David Cohen amccourt@bracheichler.com |
| AUTUMN M. MCCOURT | |
| | on behalf of Plaintiff David Cohen amccourt@bracheichler.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Interested Party James F. McGuckin M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BLAKE DANIEL ROTH | |
| | on behalf of Creditor Spectrum Health Partners LLC blake.roth@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com |
| CHRISTOPHER JOHN LEAVELL | |
| | on behalf of Creditor NextGen Healthcare cleavell@klehr.com lclark@klehr.com |
| DALLAS G. TAYLOR | |
| | on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com |
| DANA S. PLON | |
| | on behalf of Creditor Brandywine Cira L.P. dplon@sirlinlaw.com |
| DANIEL N. BROGAN | |
| | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate dbrogan@beneschlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com |
| DAVID B. SMITH | |
| | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Defendant Vascular Access Centers L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Petitioning Creditor Crestwood Associates LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Defendant PA Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Pennsylvania Vascular Institute PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Defendant Vascular Access Center Memphis LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Interested Party Vascular Access Centers LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | |
| | on behalf of Defendant Peripheral Vascular Institute of Philadelphia LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID E. LEMKE | |
| | on behalf of Creditor Spectrum Health Partners LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com |
| DAVID M. KLAUDER | |
| | on behalf of Creditor Morris Union Holdings LLC dklauder@bk-legal.com, ldees@bk-legal.com |
| DAVID P. HEIM | |
| | on behalf of Defendant James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |

Case 19-17117-amc    Doc 1347    Filed 01/17/25    Entered 01/18/25 00:36:23    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 1 |

DAVID P. HEIM
    on behalf of Cross-Claimant PA Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Interested Party James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant Bochetto & Lentz P.C. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Interested Party Vascular Access Centers LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

EDMOND M. GEORGE
    on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

EDMOND M. GEORGE
    on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com

FRANCIS J. LAWALL
    on behalf of Defendant B. Braun Medical francis.lawall@troutman.com susan.henry@troutman.com,wlbank@troutman.com

FRIDRIKH V. SHRAYBER
    on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com

GARY F SEITZ
    on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Interested Party James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Interested Party Vascular Access Centers LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant James F. McGuckin M.D. gbochetto@bochettoandlentz.com,

Case 19-17117-amc    Doc 1347    Filed 01/17/25    Entered 01/18/25 00:36:23    Desc
Imaged Certificate of Notice    Page 4 of 7

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 1 |

mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GREGORY W. HAUSWIRTH
    on behalf of Defendant Parish Cab ghauswirth@ch-legal.com
    pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III
    on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III
    on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS
    on behalf of Interested Party David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Plaintiff David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD
    on behalf of Interested Party PBH2 LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
    on behalf of Interested Party 1750 Madison LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
    on behalf of Debtor Vascular Access Centers L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR
    on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
    on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com
    brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE
    on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
    on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
    on behalf of Creditor Philips Medical Capital LLC jennifer.gould@volvo.com,
    mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. HARRIS
    on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS
    on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN A. O'CONNELL
    on behalf of Defendant Bochetto & Lentz P.C. joconnell@bochettoandlentz.com,
    tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

JOHN C. GENTILE
    on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com debankruptcy@beneschlaw.com

JOHN C. KILGANNON
    on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com pam@stevenslee.com

JONATHAN J. BART
    on behalf of Creditor Morris Union Holdings LLC jbart@wilentz.com,
    jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR
    on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com,
    cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC
    joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

Case 19-17117-amc    Doc 1347    Filed 01/17/25    Entered 01/18/25 00:36:23    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 1 |

KATE ROGGIO BUCK
    on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL
    on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
    on behalf of Debtor Vascular Access Centers L.P. lmcmichael@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN
    on behalf of Creditor Galleria Operating Co. LLP heilmanl@ballardspahr.com, carbonej@ballardspahr.com

LISA M. PETERS
    on behalf of Defendant GE HFS LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Defendant TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Creditor TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN
    on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER
    on behalf of Creditor Philips Medical Capital LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT
    on behalf of Creditor United States of America matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE
    on behalf of Counter-Defendant Michael McCarrie mjm@artzmccarrie.com

MICHAEL J. MCCARRIE
    on behalf of Defendant Artz McCarrie Health Law LLC mjm@artzmccarrie.com

NICHOLAS M CENTRELLA
    on behalf of John E. Royer Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC nengel@skhlaw.com

NICHOLAS S. HERRON
    on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS
    on behalf of Defendant Parish Cab pcarothers@ch-legal.com ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

PETER JOSEPH PIZZI
    on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Defendant Vascular Access Centers L.P. sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law

RYAN T. KIRK
    on behalf of Defendant Philadelphia Vascular Institute LLC rkirk@bochettoandlentz.com

RYAN T. KIRK
    on behalf of Defendant James F. McGuckin M.D. rkirk@bochettoandlentz.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Jan 15, 2025 | Form ID: pdf900 | Total Noticed: 1 |

STEPHEN V. FALANGA
    on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law

STEPHEN V. FALANGA
    sfalanga@walsh.law

STEVEN D. ADLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER
    on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Jorge Salazar tbielli@bk-legal.com bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
    on behalf of Creditor Salil Joshi tbielli@bk-legal.com bhoffmann@bk-legal.com

TURNER N. FALK
    on behalf of Attorney Saul Ewing LLP turner.falk@saul.com tnfalk@recap.email;catherine.santangelo@saul.com

Thomas Kamvosoulis
    on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com

Thomas Kamvosoulis
    on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 115

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VASCULAR ACCESS CENTERS LLC, and JAMES MCGUCKIN, M.D., | : : : | |
| *Appellants,* | : | |
| v. | : : | |
| WILLIAM WHITFIELD GARDNER, | : | CIVIL NO. 22-5011 |
| *Appellee.* | : : | |

## ORDER

**AND NOW**, this **30th** day of **September 2024**, it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, this Bankruptcy Appeal is **DISMISSED** as moot.

The Clerk is **DIRECTED** to close this case.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge