IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Christopher M. Hemrick, of full age, hereby certify as follows:

On December 27, 2024, I caused to be filed and served by ECF on all parties registered to receive notices of electronic filings the *Trustee's Notice of Proposed Abandonment of Property* [Dkt. No. 1344] (the "Notice of Abandonment"). In addition, on January 9, 2025, I caused a true and correct copy of the Notice of Abandonment to be served on all parties set forth on **Exhibit A** by regular mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2025

_____
Christopher M. Hemrick

# EXHIBIT A

| | | |
|---|---|---|
| Entergy<br>c/o Jon Majewski<br>Attn: Credit & Collections Dept<br>4809 Jefferson Hwy<br>Jefferson, LA 70121 | North Carolina Department of Revenue<br>Attn: Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Charter Communications<br>P.O. Box 742614<br>Cincinnati, OH 45274 |
| Louisiana Department of Revenue<br>P.O. Box 66658<br>Baton Rouge, LA 70896 | GE Precision Healthcare, LLC<br>c/o DeHaan & Bach, LPA<br>Attn: Michael B Bach<br>25 Whitney Dr, Ste 106<br>Milford, OH 45150 | Washington Gas<br>Attn: Bankruptcy Dept<br>6801 Industrial Rd<br>Springfield, VA 22151 |
| Innovo Staffing<br>Attn: Thomas Maffettone<br>P.O. Box 178<br>Thornton, PA 19373 | Department of Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Staples Business Advantage<br>Attn: Tom Riggleman<br>7 Technology Cir<br>Columbia, SC 29203 |
| Teleflex LLC<br>P.O. Box 936729<br>Atlanta, GA 31193-6729 | CNA Commercial Insurance<br>Attn: Cynthia Goral<br>500 Colonial Ctr Pkwy<br>Lake Mary, FL 32746 | MS Department of Employment Security<br>P.O. Box 1699<br>Jackson, MS 39125-3912 |
| PSE&G<br>Attn: Bankruptcy Court<br>P.O. Box 709<br>Newark, NJ 07101 | Denice M Jones<br>P.O. Box 754<br>Shelby, MS 38774 | Dell Marketing, LP<br>Attn: Chantell Ewing<br>1 Dell Way, RR1, MS 52<br>Round Rock, TX 78682 |
| Group IV Jax Development II, Inc<br>Attn: Matthew McLauchlin<br>5605 Florida Mining Blvd, Ste 210<br>Jacksonville, FL 32257 | Terumo Medical Corporation<br>Attn: Brian Wagner<br>265 Davidson Ave<br>Somerset, NJ 08873 | Cardiovascular Systems, Inc<br>c/o Fredrikson & Byron, PA<br>Attn: Ryan Murphy<br>200 S Sixth St, Ste 4000<br>Minneapolis, MN 55402 |
| Brandywine Cira, LP<br>c/o Sirlin Lesser & Benson, PC<br>Attn: Dana S Plon, Esq<br>123 S Broad St, Ste 2100<br>Philadelphia, PA 19109 | Maria Murasso<br>41 Annapolis Dr<br>Hazlet, NJ 07730 | State of New Jersey<br>c/o Division of Taxation / Bankruptcy<br>P.O. Box 245<br>Trenton, NJ 08695 |
| State of California Franchise Tax Board<br>c/o Bankruptcy Section MS A-340<br>Attn: Rebecca Estonilo<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Louisiana Department of Revenue<br>P.O. Box 66658<br>Baton Rouge, LA 70896 | Bandwave Systems LLC<br>Attn: Thomas Azelby<br>438 High St<br>Burlington, NJ 08016 |
| Asahi Intecc USA, Inc<br>Attn: Kazuaki Inukai<br>22 Executive Park, Ste 110<br>Irvine, CA 92614 | Johnson Controls Fire Protection<br>Attn: Bankruptcy<br>50 Technology Dr<br>Westminster, MA 01441 | Cook Medical<br>Attn: Leila Hatton<br>1025 W Acuff Rd<br>Bloomington, IN 47407 |
| Canon Solutions America<br>Attn William Ferrara<br>300 Commerce Square Blvd<br>Burlington, NJ 08016 | De Lage Landen Financial Services Inc<br>Attn: Russell Bender<br>P.O. Box 41602<br>Philadelphia, PA 19101 | Stan Metter, CPA<br>Partner, Baratz & Associates, PA<br>550 Pinetown Rd, Ste 410<br>Fort Washington, PA 19034 |

| | | |
|---|---|---|
| Galleria Operating Co LLC<br>c/o Robinson Brog<br>Attn: Fred Ringel<br>875 3rd Ave, 9th Fl<br>New York, NY 10022 | Airgas USA LLC<br>Attn: Amanda Dopieralski<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | Zetter Healthcare LLC<br>Attn: Barbara Zetter<br>2 Market Plaza Way, Ste 3<br>Mechanicsburg, PA 17055 |
| D&D Services<br>Attn: Richard Gordon<br>3687 Locks Hill<br>Martinez, GA 30907 | JoAnn Price<br>801 S Polk St 918<br>DeSoto, TX 75115 | Charles F Reindl<br>1412 Chickasaw Ave<br>Metairie, LA 70005 |
| Carolon Company<br>Attn: Denise Priddy<br>601 Forum Pkwy<br>Rural Hall, NC 27045 | LocumTenens.com LLC<br>Attn: Adwoa Awotwi<br>2575 Northwinds Pkwy<br>Alpharetta, GA 30009 | Supertech Inc<br>Attn: Judith Mell<br>P.O. Box 186<br>Elkhart, IN 46515 |
| Philips Healthcare<br>c/o Fox Rothschild LLP<br>Attn: Bruce J Borrus<br>1001 4th Ave, Ste 4500<br>Seattle, WA 98154 | Dr Wadah Atassi<br>c/o Stevens & Lee PC<br>Attn: John C Kilgannon, Esq<br>1818 Market St, 29th Fl<br>Philadelphia, PA 19103 | Valdmed LLC<br>Attn: Luis Valdes<br>1381 Beechwood Cir<br>Lawrenceville, GA 30046 |
| Cardinal Health 108 LLC<br>Attn: Erin Gapinski<br>7000 Cardinal Pl<br>Dublin, OH 43017 | Jimmie Andrews<br>1506 Clayton Ave<br>Tupelo, MS 38804 | PIH Health Real Estate Services LLC<br>c/o Lambert Operations<br>Attn: Mary Wargo<br>12532 Lambert Rd<br>Whittier, CA 90606 |
| PIH Health Real Estate Services LLC<br>c/o Lambert Operations<br>Attn: Mary Wargo<br>12532 Lambert Rd<br>Whittier, CA 90606 | NextGen Healthcare Inc<br>Attn: Shadi Bank<br>18111 Von Karman Ave, Ste 800<br>Irvine, CA 92612 | Arcus Design Group Architects Inc<br>Attn: Jeffrey Balch<br>103 Church St, Ste 10<br>Malvern, PA 19355 |
| Ancero LLC<br>Attn: Robert Hogg<br>1001 Briggs Rd, Ste 220<br>Mt Laurel, NJ 08054 | Denice M Jones<br>1307 Lake St, Apt 16<br>Shelby, MS 38774 | James Poindexter Jr<br>c/o Georgia Vascular Specialists<br>1718 Peachtree St, Ste 360<br>Atlanta, GA 30309 |
| Anish Shah<br>9601 Thistle Ridge Ln<br>Vienna, VA 22187 | 201 International Circle<br>c/o Simms Showers LLP<br>Attn: J Stephen Simms<br>201 International Cir<br>Hunt Valley, MD 21030-2103 | Gerard and Dana Marino<br>c/o Gerard Marino<br>623 Creekview Court<br>Newton Square, PA 19073 |
| Warren David Yu<br>9309 Langford Ct<br>Potomac, MD 20854 | Erica Boogaerts<br>5 Cristal Ct<br>Mandeville, LA 70448 | CR Bard Inc<br>c/o McCarter & English LLP<br>Attn: Lisa Bonsall<br>100 Mulberry St, 4 Gateway Ctr, Newark, NJ 07102 |
| SMA Properties Inc<br>Attn: John Palopoli<br>5 Samantha Dr<br>Covington, LA 70433 | TD Pharmacy Returns<br>Attn: Thomas Difilippo<br>351 Stockham Ave<br>Morrisville, PA 19067 | William Whitfield Gardner<br>285 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 |

| | | |
|---|---|---|
| Trust U/W of Virginia B D Gardner<br>Attn: W Whitfiled Gardner Trustee<br>285 Wilmington West Chester Pike<br>Chadds Ford, PA 19137 | JHG, a minor child<br>c/o William Whitfiled Gardner, parent<br>285 Wilmington - W Chester Pike<br>Chadds Ford, PA 19317 | Gregory W Gardner<br>285 Wilmington - W Chester Pike<br>Chadds Ford, PA 19317 |
| Eliza A Gardner<br>285 Wilmington - W Chester Pike<br>Chadds Ford, PA 19317 | Cynthia Gardner<br>285 Wilmington - W Chester Pike<br>Chadds Ford, PA 19317 | Chad Edwards<br>c/o Adams and Reese LLP<br>Attn: Scott Cheatham<br>701 Polydras St, Ste 4500<br>New Orleans, LA 70139 |
| Angio Advancements<br>Attn: Kim Levy<br>P.O. Box 60837<br>Ft Meyers, FL 33906-0837 | Drunella Williams<br>c/o Law Offices of Warren A Forstall Jr<br>Attn: Christopher Sherwood<br>320 N Carrollton Ave, Ste 200<br>New Orleans, LA 70119 | Peripheral Vascular Inst of Phila LLC<br>c/o Bochetto & Lentz PC<br>Attn: David Heim<br>1524 Locust St,<br>Philadelphia, PA 19102 |
| Phillips Medical Capital LLC<br>c/o Stark & Stark PC<br>Attn: Jennifer Gould<br>993 Lenox Dr<br>Lawrenceville, NJ 08648 | Greg Hoover<br>161 Clemson Road<br>Bryn Mawr, PA 19010 | Royer Cooper Cohen Braunfeld LLC<br>Attn: John Royer<br>101 W Elm St, Ste 400<br>Conshohocken, PA 19428 |
| Vascular Access Centers LLC<br>c/o Bochetto & Lentz PC<br>Attn: David Helm<br>1524 Locust St<br>Philadelphia, PA 19102 | William Whitfield Gardner<br>285 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | Intelerad Medical Systems Incorporated<br>Attn: Thevarajan Runghen<br>800 Blvd De Maisonneuve E, Ste 1200<br>Montreal, QC H2L 4L8, Canada |
| Jorge Salazar, MD<br>8705 Tanoak Dr<br>Germantown, TN 38138 | Salil Joshi, MD<br>2972 Devonshire Cove<br>Germantown, TN 38139 | Dr James McGucklin<br>c/o Bochetto and Lentz PC<br>Attn: David Heim<br>1524 Locust St<br>Philadelphia, PA 19102 |
| James and Allison McGucklin<br>c/o Bochetto & Lentz PC<br>Attn: David Heim<br>1524 Locust St<br>Philadelphia, PA 19102 | PA Vascular Institute LLC<br>c/o Bochetto & Lentz LLC<br>Attn: David Heim<br>1524 Locust St<br>Philadelphia, PA 19102 | Philadelphia Vascular Institute LLC<br>c/o Smith Kane Holman<br>Attn: David Smith<br>112 Moores Rd, Ste 300<br>Malvern, PA 19355 |
| PBH2 LLC<br>c/o Dentons Cohen & Grigsby PC<br>Attn: Helen Ward, Esq<br>625 Liberty Ave<br>Pittsburgh, PA 15222 | United States of America<br>c/o U.S. Attorney Office<br>Attn: Matthew Howatt<br>615 Chestnut St, Ste 1250<br>Philadelphia, PA 19106 | TIAA Commercial Finance Inc<br>c/o Kutak Rock LLP<br>Attn: Lisa Peters<br>1650 Farnam St<br>Omaha, NE 68102 |
| Rasesh Shah<br>104 Ashley Ct<br>Moorestown, NJ 08057 | Pravin Shah and Veena Shah<br>146 Merion Way<br>Hainesport, NJ 08096 | KOL Bio-Medical Instruments, Inc<br>P.O. Box 220630<br>Chantilly, VA 20153 |
| Dr.Atul Katyal<br>8109 Glenhurst Drive<br>Fairfax Station, VA 22039 | MedPro Group, Inc.<br>Attn: Leslie Kizziar<br>5814 Reed Road<br>Fort Wayne, IN 46835 | Chehardy Sherman Williams Murray Recile<br>Stakelum & Hayes LLP<br>Attn: Conrad Meyer<br>1 Galleria Blvd, Ste 1100<br>Metairie, LA 70001 |

Guardian Fund II-Centerpointe, LLC
6000 Executive Blvd.
Suite 400
North Bethesda, MD 20852

GE Precision Healthcare, LLC
c/o DeHaan & Bach, LPA
Attn: Michael B Bach
25 Whitney Dr, Ste 106
Milford, OH 45150

Iron Mountain Information Management, LLC
1101 Enterprise Drive
Royersford, PA 19468

Department Of Treasury - Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

AIG Property Casualty, Inc
80 Pine St, 13 Fl
New York, NY 10005

Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

AmeriPride Services, LLC
c/o Hawley Troxell Ennis & Hawley LLP
Attn: Sheila R Schwager
P.O. Box 1617, Boise, ID 83701

Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

State of New Jersey
c/o Division of Taxation / Bankruptcy
P.O. Box 245
Trenton, NJ 08695

KDPA, Inc.
dba Anago of Western PA
Bill Ross
c/o Anago of Western PA
300 Old Pond Road, Suite 202
Bridgeville, PA 15017

Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

Vascular Institute Interventional
Physicians, LLC
Vascular Institute of Virginia
14085 Crown Court
Woodbridge, VA 22193

Meisner Services
958 N Penn St
Allentown, PA 18102

Los Angeles County Treasurer and Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Abbott Vascular Division of Abbott Laboratories Inc
c/o Kohner Mann & Kailas, SC
Attn: Eric R von Helms
4650 N Port Washington Rd
Milwaukee, WI 53212

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

Department of Treasury - Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

City of Philadelphia / School District of Philadelphia
c/o City of Phila Law Dept - Tax & Revenue
Attn: Megan Harper
1401 JFK Blvd, 5th Fl
Philadelphia, PA  19102

David Cohen MD
c/o Brach Eichler LLC
Attn: Bob Kasolas, Esq
101 Eisenhower Pkwy
Roseland, NJ 07068

Stephen Ferrara
4524 32nd Road North
Arlington, VA 22207

Linda Franklin
151 Bailey Road
Glen Allen, MS 38744

Cheryl Brown, MD
11001 Damiano Road
Folsom, LA 7043

Sudhir K. Julka
2604 Gay Lynn Street
Kenner, LA 70065

Alice G. Gosfield and Associates, PC
Attn: Alice G. Gosfield
2309 Delancey Place
Philadelphia, PA 19103

Northeast Scientific, Inc.
2142 Thomaston Avenue
Waterbury, CT 06704

Lindsay L. Carter
205 St. Davids Court
Wayne, PA 19087