**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-17117-AMC |

**CERTIFICATION OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY**

Christopher M. Hemrick, of full age, hereby certifies as follows:

I am an attorney at law licensed in the States of New York and New Jersey, admitted *pro hac vice* in this matter in the United States Bankruptcy Court for the Eastern District of Pennsylvania, and a partner with the law firm of Walsh Pizzi O'Reilly Falanga LLP (the "Firm"), counsel for Stephen V. Falanga, Chapter 7 Trustee for the bankruptcy estate of Vascular Access Centers, L.P. (the "Trustee").

1. On December 27, 2024, the Trustee filed the *Trustee's Notice of Proposed Abandonment of Property* (the "Notice of Abandonment") [Dkt. 1344].

2. Pursuant to Fed. R. Bankr. P. 6007(a)(2), objections to the Notice of Abandonment were due within 14 days.

3. The deadline for objecting to the Notice of Abandonment has expired and no objection or other response was filed on the docket or served upon the Trustee.

4. Service of the Notice of Abandonment was made on all required parties as appears from the Certificate of Service [Dkt. 1348].

[*signature on following page*]

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 24, 2025

_____
Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi
WALSH PIZZI O'REILLY FALANGA LLP
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: (973) 757-1100
chemrick@walsh.law