IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VASCULAR ACCESS CENTERS, L.P., :
:
      *Appellant,* :
:
v. :
:
:
:
:
:
PHILADELPHIA VASCULAR : CIVIL NO. 22-4981
INSTITUTE, LLC et al., :
:
      *Appellees.* :
:

## ORDER

**AND NOW**, this **18th** day of **March 2025**, for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** that the Bankruptcy Court's Opinion and Order awarding sanctions will be **AFFIRMED**.

**IT IS FURTHER ORDERED** this case is **REMANDED** to the Bankruptcy Court to supplement the award of fees with those incurred by Gardner's counsel in defending this appeal.

The Clerk is directed to **CLOSE** this case.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**