UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

| | |
|---|---|
| George Wylesol<br>Clerk of Court | Clerk's Office<br>215-597-7704 |

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA   19107-4299

RE:   VASCULAR ACCESS CENTERS, L.P. v. PHILADELPHIA VASCULAR INSTITUTE, LLC et al

CA No.   22-4981
Bky. No. 19-17117
Adv. No.

Dear Mr. McGrath:

Enclosed herewith is an electronic copy of the Order remanding and/or returning your record, which was filed in this office on 3/18/25.

Kindly acknowledge receipt on the copy of letter provided.   Please return to InterdistrictTransfer_PAED@paed.uscourts.gov

Sincerely,

George Wylesol
Clerk of Court

g

By: s/Robert Fehrle
    Robert Fehrle, Deputy Clerk

Received above record this 20th day of March, 2025.

s/ Antoinette Stevenson

(Signature)

bankrec.frm