# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-17117 (AMC) |
| Vascular Access Centers, L.P., | Chapter 7 |
| Debtor | |

## ORDER

AND NOW, this 21st day of March 2025, upon consideration of the order entered by the United States District Court for the Eastern District of Pennsylvania ("District Court") on March 18, 2025 in civil no. 22-4981, captioned *Vascular Access Centers, L.P. v. Philadelphia Vascular Institute, LLC et al.*, remanding the case to this Court "to supplement the award of fees with those incurred by Gardner's counsel in defending this appeal[,]" it is hereby ORDERED:

1. Gardner's counsel may submit a supplemental application, including relevant timesheets and expenses incurred by Gardner's counsel in connection with defending the District Court appeal, on or before April 18, 2025.

2. McGuckin and PVI may submit any response on or before May 16, 2025.

3. Gardner may submit any reply on or before June 13, 2025.

4. Unless a Zoom hearing is requested by the parties, a telephonic evidentiary hearing to determine the reasonableness of Gardner's requested fees and costs shall be set for June 25, 2025 at 12:30 p.m.

_____
Ashely M. Chan
United States Bankruptcy Judge