United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17117-amc

Vascular Access Centers, L.P.     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Mar 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED ABEL | on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com |
| AMY JANE BLUMENTHAL | on behalf of Creditor TIAA Commercial Finance  Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com |
| ANNE M. AARONSON | on behalf of Debtor Vascular Access Centers  L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| ANNE M. AARONSON | on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| AUTUMN M. MCCOURT | |

Case 19-17117-amc    Doc 1353    Filed 03/22/25    Entered 03/23/25 00:36:35    Desc
Imaged Certificate of Notice    Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Interested Party David Cohen amccourt@bracheichler.com

**AUTUMN M. MCCOURT**

on behalf of Plaintiff David Cohen amccourt@bracheichler.com

**Albert Anthony Ciardi, III**

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**

on behalf of Defendant James McGuckin  M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**

on behalf of Interested Party James F. McGuckin  M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**

on behalf of Defendant Vascular Access Centers  LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**BLAKE DANIEL ROTH**

on behalf of Creditor Spectrum Health Partners  LLC blake.roth@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

**CHRISTOPHER JOHN LEAVELL**

on behalf of Creditor NextGen Healthcare cleavell@klehr.com  lclark@klehr.com

**DALLAS G. TAYLOR**

on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com

**DANA S. PLON**

on behalf of Creditor Brandywine Cira  L.P. dplon@sirlinlaw.com

**DANIEL N. BROGAN**

on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate dbrogan@beneschlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

**DAVID B. SMITH**

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant Vascular Access Centers  L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Petitioning Creditor Crestwood Associates  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant PA Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Pennsylvania Vascular Institute  PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant Vascular Access Center Memphis  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Interested Party Vascular Access Centers  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant Peripheral Vascular Institute of Philadelphia  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID E. LEMKE**

on behalf of Creditor Spectrum Health Partners  LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com

**DAVID M. KLAUDER**

on behalf of Creditor Morris Union Holdings  LLC dklauder@bk-legal.com, ldees@bk-legal.com

**DAVID P. HEIM**

on behalf of Defendant James F. McGuckin  M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant PA Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Interested Party James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant Bochetto & Lentz P.C. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Interested Party Vascular Access Centers LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

EDMOND M. GEORGE
    on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

EDMOND M. GEORGE
    on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com

FRANCIS J. LAWALL
    on behalf of Defendant B. Braun Medical francis.lawall@troutman.com susan.henry@troutman.com,wlbank@troutman.com

FRIDRIKH V. SHRAYBER
    on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com

GARY F SEITZ
    on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Interested Party James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Interested Party Vascular Access Centers LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant James F. McGuckin M.D. gbochetto@bochettoandlentz.com,

mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GREGORY W. HAUSWIRTH
    on behalf of Defendant Parish Cab ghauswirth@ch-legal.com
    pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III
    on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III
    on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS
    on behalf of Interested Party David Cohen bkasolas@bracheichler.com   ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Plaintiff David Cohen bkasolas@bracheichler.com   ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com   ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD
    on behalf of Interested Party PBH2  LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
    on behalf of Interested Party 1750 Madison  LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
    on behalf of Debtor Vascular Access Centers  L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR
    on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com   ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
    on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com
    brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE
    on behalf of Defendant Vascular Access Centers  LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
    on behalf of Defendant James McGuckin  M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
    on behalf of Creditor Philips Medical Capital  LLC jennifer.gould@volvo.com,
    mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. HARRIS
    on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS
    on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN A. O'CONNELL
    on behalf of Defendant Bochetto & Lentz  P.C. joconnell@bochettoandlentz.com,
    tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

JOHN C. GENTILE
    on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com   debankruptcy@beneschlaw.com

JOHN C. KILGANNON
    on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com   pam@stevenslee.com

JONATHAN J. BART
    on behalf of Creditor Morris Union Holdings  LLC jbart@wilentz.com,
    jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR
    on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com   cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com   cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC joseph.argentina@faegredrinker.com,
    cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC
    joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

Case 19-17117-amc    Doc 1353    Filed 03/22/25    Entered 03/23/25 00:36:35    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Mar 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

KATE ROGGIO BUCK
    on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL
    on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
    on behalf of Debtor Vascular Access Centers  L.P. lmcmichael@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN
    on behalf of Creditor Galleria Operating Co.  LLP heilmanl@ballardspahr.com, carbonej@ballardspahr.com

LISA M. PETERS
    on behalf of Defendant GE HFS  LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Defendant TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Creditor TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN
    on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER
    on behalf of Creditor Philips Medical Capital  LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT
    on behalf of Creditor United States of America matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE
    on behalf of Counter-Defendant Michael McCarrie mjm@artzmccarrie.com

MICHAEL J. MCCARRIE
    on behalf of Defendant Artz McCarrie Health Law LLC mjm@artzmccarrie.com

NICHOLAS M CENTRELLA
    on behalf of John E. Royer  Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
    on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC nengel@skhlaw.com

NICHOLAS S. HERRON
    on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS
    on behalf of Defendant Parish Cab pcarothers@ch-legal.com ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

PETER JOSEPH PIZZI
    on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Defendant Vascular Access Centers  L.P. sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law

RYAN T. KIRK
    on behalf of Defendant Philadelphia Vascular Institute  LLC rkirk@bochettoandlentz.com

RYAN T. KIRK
    on behalf of Defendant James F. McGuckin  M.D. rkirk@bochettoandlentz.com

| | |
|---|---|
| STEPHEN V. FALANGA | on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law |
| STEPHEN V. FALANGA | sfalanga@walsh.law |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Jorge Salazar tbielli@bk-legal.com bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Salil Joshi tbielli@bk-legal.com bhoffmann@bk-legal.com |
| TURNER N. FALK | on behalf of Attorney Saul Ewing LLP turner.falk@saul.com tnfalk@recap.email;catherine.santangelo@saul.com |
| Thomas Kamvosoulis | on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com |
| Thomas Kamvosoulis | on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 115

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VASCULAR ACCESS CENTERS, L.P., :
                   *Appellant*, :
v. :
                   :
PHILADELPHIA VASCULAR : CIVIL NO. 22-4981
INSTITUTE, LLC et al., :
                  *Appellees*. :

## ORDER

**AND NOW**, this **18th** day of **March 2025**, for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** that the Bankruptcy Court's Opinion and Order awarding sanctions will be **AFFIRMED**.

**IT IS FURTHER ORDERED** this case is **REMANDED** to the Bankruptcy Court to supplement the award of fees with those incurred by Gardner's counsel in defending this appeal.

The Clerk is directed to **CLOSE** this case.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge