United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                  Case No. 19-17117-amc
Vascular Access Centers, L.P.            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 6
Date Rcvd: Mar 21, 2025        Form ID: pdf900        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |
| intp | + | Vascular Access Centers, LLC, c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED ABEL | on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com |
| AMY JANE BLUMENTHAL | on behalf of Creditor TIAA Commercial Finance Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com |
| ANNE M. AARONSON | on behalf of Debtor Vascular Access Centers L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| ANNE M. AARONSON | on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 2 |

**AUTUMN M. MCCOURT**
on behalf of Interested Party David Cohen amccourt@bracheichler.com

**AUTUMN M. MCCOURT**
on behalf of Plaintiff David Cohen amccourt@bracheichler.com

**Albert Anthony Ciardi, III**
on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**
on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**Albert Anthony Ciardi, III**
on behalf of Interested Party James F. McGuckin M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

**BLAKE DANIEL ROTH**
on behalf of Creditor Spectrum Health Partners LLC blake.roth@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

**CHRISTOPHER JOHN LEAVELL**
on behalf of Creditor NextGen Healthcare cleavell@klehr.com lclark@klehr.com

**DALLAS G. TAYLOR**
on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com

**DANA S. PLON**
on behalf of Creditor Brandywine Cira L.P. dplon@sirlinlaw.com

**DANIEL N. BROGAN**
on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate dbrogan@beneschlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

**DAVID B. SMITH**
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant Vascular Access Centers L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Petitioning Creditor Crestwood Associates LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant PA Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Pennsylvania Vascular Institute PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant Vascular Access Center Memphis LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Interested Party Vascular Access Centers LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**
on behalf of Defendant Peripheral Vascular Institute of Philadelphia LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID E. LEMKE**
on behalf of Creditor Spectrum Health Partners LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com

**DAVID M. KLAUDER**
on behalf of Creditor Morris Union Holdings LLC dklauder@bk-legal.com, ldees@bk-legal.com

**DAVID P. HEIM**

Case 19-17117-amc    Doc 1354    Filed 03/23/25    Entered 03/24/25 00:31:58    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Defendant James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant PA Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Defendant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Interested Party James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Defendant Bochetto & Lentz P.C. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Interested Party Vascular Access Centers LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| EDMOND M. GEORGE | on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| EDMOND M. GEORGE | on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;kathleen.jordan@obermayer.com |
| EVAN THOMAS MILLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com |
| FRANCIS J. LAWALL | on behalf of Defendant B. Braun Medical francis.lawall@troutman.com susan.henry@troutman.com,wlbank@troutman.com |
| FRIDRIKH V. SHRAYBER | on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com |
| GARY F SEITZ | on behalf of Michael Levine gseitz@gsbblaw.com |
| GEORGE BOCHETTO | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Interested Party James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Interested Party Vascular Access Centers LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |

Case 19-17117-amc    Doc 1354    Filed 03/23/25    Entered 03/24/25 00:31:58    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0313-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 2 |

GEORGE BOCHETTO
    on behalf of Defendant James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GREGORY W. HAUSWIRTH
    on behalf of Defendant Parish Cab ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III
    on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III
    on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS
    on behalf of Interested Party David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Plaintiff David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD
    on behalf of Interested Party PBH2 LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
    on behalf of Interested Party 1750 Madison LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
    on behalf of Debtor Vascular Access Centers L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR
    on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
    on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE
    on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
    on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
    on behalf of Creditor Philips Medical Capital LLC jennifer.gould@volvo.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. HARRIS
    on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS
    on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN A. O'CONNELL
    on behalf of Defendant Bochetto & Lentz P.C. joconnell@bochettoandlentz.com, tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

JOHN C. GENTILE
    on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com debankruptcy@beneschlaw.com

JOHN C. KILGANNON
    on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com pam@stevenslee.com

JONATHAN J. BART
    on behalf of Creditor Morris Union Holdings LLC jbart@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR
    on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC

joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

KATE ROGGIO BUCK
    on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL
    on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com
    mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
    on behalf of Debtor Vascular Access Centers L.P. lmcmichael@dilworthlaw.com,
    mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN
    on behalf of Creditor Galleria Operating Co. LLP heilmanl@ballardspahr.com, carbonej@ballardspahr.com

LISA M. PETERS
    on behalf of Defendant GE HFS LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com,
    marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Defendant TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Creditor TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN
    on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER
    on behalf of Creditor Philips Medical Capital LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT
    on behalf of Creditor United States of America matthew.howatt@usdoj.gov
    Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE
    on behalf of Counter-Defendant Michael McCarrie mjm@artzmccarrie.com

MICHAEL J. MCCARRIE
    on behalf of Defendant Artz McCarrie Health Law LLC mjm@artzmccarrie.com

NICHOLAS M CENTRELLA
    on behalf of John E. Royer Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC nengel@skhlaw.com

NICHOLAS S. HERRON
    on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS
    on behalf of Defendant Parish Cab pcarothers@ch-legal.com
    ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

PETER JOSEPH PIZZI
    on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Defendant Vascular Access Centers L.P. sdarling@walsh.law

PETER JOSEPH PIZZI
    on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law

RYAN T. KIRK
    on behalf of Defendant Philadelphia Vascular Institute LLC rkirk@bochettoandlentz.com

RYAN T. KIRK

| District/off: 0313-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: pdf900 | Total Noticed: 2 |

|  |  |
|---|---|
|  | on behalf of Defendant James F. McGuckin M.D. rkirk@bochettoandlentz.com |
| STEPHEN V. FALANGA | on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law |
| STEPHEN V. FALANGA | sfalanga@walsh.law |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Jorge Salazar tbielli@bk-legal.com bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Salil Joshi tbielli@bk-legal.com bhoffmann@bk-legal.com |
| TURNER N. FALK | on behalf of Attorney Saul Ewing LLP turner.falk@saul.com tnfalk@recap.email;catherine.santangelo@saul.com |
| Thomas Kamvosoulis | on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com |
| Thomas Kamvosoulis | on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 115

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 19-17117 (AMC) |
| Vascular Access Centers, L.P., | Chapter 7 |
| Debtor | |

# ORDER

AND NOW, this 21st day of March 2025, upon consideration of the order entered by the United States District Court for the Eastern District of Pennsylvania ("District Court") on March 18, 2025 in civil no. 22-4981, captioned *Vascular Access Centers, L.P. v. Philadelphia Vascular Institute, LLC et al.*, remanding the case to this Court "to supplement the award of fees with those incurred by Gardner's counsel in defending this appeal[,]" it is hereby ORDERED:

1. Gardner's counsel may submit a supplemental application, including relevant timesheets and expenses incurred by Gardner's counsel in connection with defending the District Court appeal, on or before April 18, 2025.

2. McGuckin and PVI may submit any response on or before May 16, 2025.

3. Gardner may submit any reply on or before June 13, 2025.

4. Unless a Zoom hearing is requested by the parties, a telephonic evidentiary hearing to determine the reasonableness of Gardner's requested fees and costs shall be set for June 25, 2025 at 12:30 p.m.

_____
Ashely M. Chan
United States Bankruptcy Judge