# **EXHIBIT C**

Proposed Order

DMS_US.370307558.3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**Vascular Access Centers, L.P.,**<br><br>Debtor. | Hon. Ashely M. Chan<br><br>Chapter 7<br><br>Case No. 19-17117 (AMC) |

## ORDER AWARDING SANCTIONS AND ENTRY OF JUDGMENT BY THE CLERK

Upon the *Motion of Majority Limited Partner for an Order Imposing Sanctions against Dr. James F. McGuckin and Philadelphia Vascular Institute, LLC* [Docket. No. 304] ("**Motion**") of William Whitfield Gardner ("**Movant**") for entry of an order pursuant to the Court's inherent authority, sections 105(a) of the United States Code, 11 U.S.C. §§101-1532 (the "**Bankruptcy Code**"), and Rule 9011 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), imposing sanctions against Dr. James F. McGuckin ("**McGuckin**") and Philadelphia Vascular Institute, LLC ("**PVI**"); and the *Supplemental Application for Sanctions Amount* [Docket No. __] ("**Supplemental Application**") and the declarations in support thereof, and any opposition thereto; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Order of Reference* dated November 8, 1990 from the United States District Court for the Eastern District of Pennsylvania; and the Court having found that this is a core matter under 28 U.S.C. § 157(b) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that the venue of this proceeding and the Motion is proper under 28 U.S.C. § 1408 and 1409; and the Court having determined that the legal and factual bases set forth in the Motion and Supplemental Application establish just cause for the relief granted herein;

DMS_US.370307558.3

**IT IS HEREBY ORDERED THAT**:

1. The Court hereby awards sanctions against Dr. James F. McGuckin ("**McGuckin**") and Philadelphia Vascular Institute, LLC ("**PVI**", together the "**McGuckin Parties**"), jointly and severally, in favor of William Whitfield Gardner ("**Gardner**") in the amount of $1,530,211.66, plus interest at the legal post-judgment rate until payment in full is made and directs the McGuckin Parties to immediately pay such amount to Gardner.

2. The Clerk of this United States Bankruptcy Court for the Eastern District of Pennsylvania shall enter Judgment in favor Gardner against McGuckin and PVI, jointly and severally, in the amount of $1,530,211.66.

3. The terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

4. The Court retains jurisdiction with respect to all matters arising out of or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
THE HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge

DMS_US.370307558.3