UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :
                                                                    :     Chapter 7
Vascular Access Centers, L.P.,              :
                                                                    :     Case No. 19-17117-amc
                    Debtor                          :
                                                                    :
_____  :

# O R D E R

AND NOW, on March 18, 2025, the United States District Court for the Eastern District of Pennsylvania ("District Court") entered an order[1] remanding the appeal filed by James McGuckin ("McGuckin") and Philadelphia Vascular Institute ("PVI") of this Court's order awarding sanctions ("Sanctions Order") to William Whitfield Gardner ("Gardner")[2] back to this Court "to supplement the award of fees with those incurred by Gardner's counsel in defending [the] appeal."[3]

AND, on March 21, 2025, the Court entered an order ("Scheduling Order") setting forth a schedule for submissions and proceedings related to any supplemental fee application which Gardner wished to file;[4]

AND, on April 9, 2025, McGuckin appealed the District Court's order affirming the Sanctions Order to the Third Circuit Court of Appeals ("Third Circuit Appeal").[5]

AND, in light of the Third Circuit Appeal, it is hereby ORDERED that all deadlines in the Scheduling Order are STAYED until fourteen (14) days after a final order adjudicating the Sanctions Order has been entered and is no longer subject to appeal.

Date: April 29, 2025

_____
Ashely M. Chan
United States Bankruptcy Judge

---

[1] Case No. 19-17117 ECF No. 1350.
[2] Case No. 19-17117 ECF No. 1189, 1190, 1203.
[3] Case No. 19-17117 ECF No. 1350.
[4] Case No. 19-17117 ECF No. 1352.
[5] Vascular Access Centers, L.P. v. Philadelphia Vascular Institute, LLC, No. 22-4981 (E.D. Pa. Mar. 18, 2025).