United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-17117-amc

Vascular Access Centers, L.P. Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 7
Date Rcvd: Apr 29, 2025  Form ID: pdf900  Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |
| aty | | BRIAN P. MORGAN, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | BRUCE J. BORRUS, FOX ROTHSCHILD LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | + | CHRISTOPHER M. HEMRICK, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | DAVID H. STEIN, Wilentz Goldman & Spitzer P.A., 90 Woodbridge Center Drive, Woodbridge, NJ 07095-1146 |
| aty | + | ERIC R. VON HELMS, 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| aty | + | ERIC S. PADILLA, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | FRED B. RINGEL, 875 Third Ave. 9th floor, Robinson Brog Leinwand Greene Genovese &, Gluck P.C., New York, NY 10022-0123 |
| aty | + | J. STEPHEN SIMMS, 201 International Circle, Suite 230, Baltimore, MD 21030-1344 |
| aty | + | JEFFREY GARFINKLE, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| aty | + | KENDRA LEWIS, Waller Lansden Dortch & Davis, LLP, 511 Union Street, Ste 2700, Nashville, TN 37219-1791 |
| aty | | KRISTEN L. PERRY, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| aty | + | MARTHA B. CHOVANES, 2000 Market Street, 10th Floor, Philadelphia, PA 19103-7006 |
| aty | | RICHARD E COE, One Logan Square, Suite 2000, Philadelphia, PA 19103-6996 |
| aty | + | SYDNEY J. DARLING, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| aty | | VERONICA I. MAGDA, Fox Rothschild LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | | VINCENT P. SLUSHER, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| sp | + | Bayard, P.A., CO Evan T. Miller, 600 N. King Street, Suite 400, PO Box 25130, Wilmington, DE 19899-5130 |
| consult | + | Bayard, P.A., 600 N. King Street, Suite 400, PO Box 25130, Wilmington, DE 19899-5130 |
| cr | + | Brandywine Cira, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| ptcrd | + | Crestwood Associates, LLC, 240 East Lincoln Street, Mount Prospect, IL 60056-3244 |
| intp | + | David Cohen, 10 Northwind Drive, Jackson, TN 38305-5700 |
| acc | | Eisner Advisory Group LLC, 111 Wood Avenue South, Iselin, NJ 08830-2700 |
| intp | + | James F. McGuckin, M.D., c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| NONE | + | John E. Royer, Jr., 101 W. Elm Street, Suite 400, Conshocken, PA 19428-2075 |
| cr | + | Jorge Salazar, c/o Thomas D. Bielli, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| intp | + | Larry Rector, 8 Ledge Dr., Apt. 204, Schenectady, NY 12309-2116 |
| cd | + | Michael McCarrie, 10 Beatty Road, Suite 202, Media, PA 19063, UNITED STATES 19063-1758 |
| cr | + | Morris Union Holdings, LLC, 475 Prospect Avenue, West Orange, NJ 07052-4197 |
| ptcrd | + | Philadelphia Vascular Institute, LLC, 585 County Line Road, Radnor, PA 19087-3718 |
| cr | + | Philips Healthcare, c/o Bruce J. Borrus, Fox Rothschild LLP, 1001 4th Ave., Suite 4500 Seattle, WA 98154-1192 |
| cr | + | Philips Medical Capital, LLC, c/o Jennifer D. Gould, Esq., 777 Township Line Rd., Suite 120, Stark & Stark, P.C., Yardley, PA 19067 UNITED STATES 19067-5559 |
| intp | + | Piscataway Endovascular Center, LLC. and West Oran, 182 Industrial Road, Glen Rock, PA 17327-8626 |
| intp | + | QCC Insurance Company, Obermayer Rebmann Maxwell &Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia PA 19102-2100 |
| intp | + | SSG Advisors,LLC, J. Scott Victor, Managing Director, Investment Banker to the Ch. 11 Trustee, Five Tower Bridge, Suite 420, 300 Barr Harbor Drive West Conshohocken, PA 19428-2998 |
| cr | + | Salil Joshi, c/o Thomas D. Bielli, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Spectrum Health Partners, LLC, c/o Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Attn: Blake D. Roth, Esq., Nashville, TN 37219-1791 |
| cr | + | TIAA Commercial Finance, Inc., c/o Lisa M. Peters, Esq., 1650 Farnam Street, Omaha, NE 68102-2104 |
| intp | + | Vascular Access Centers, LLC, c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| NONE | + | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102 UNITED STATES 07102-4056 |

| District/off: 0313-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| cr | + | William Whitfield Gardner, c/o Faegre Drinker Biddle & Reath LLP, One Logan Square, Suite 2000, Philadelphia, PA 19103-6909 | |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 30 2025 01:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 30 2025 01:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| intp | Email/Text: susan.kempf@dentons.com | Apr 30 2025 01:41:00 | 1750 Madison, LLC, c/o Dentons Cohen & Grigsby P.C., Helen Sara Ward, Esq., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| ptcrd | Email/Text: stan@mettercpa.com | Apr 30 2025 01:40:00 | Metter & Company, 831 DeKalb Pike, Blue Bell, PA 19422 |
| intp | ^ MEBN | Apr 30 2025 01:38:41 | Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| intp | Email/Text: susan.kempf@dentons.com | Apr 30 2025 01:41:00 | PBH2, LLC, c/o Dentons Cohen & Grigsby P.C., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| cr | ^ MEBN | Apr 30 2025 01:38:40 | SMA Properties, LLC, c/o Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Apr 30 2025 01:40:00 | TN Dept of Revenue, c/oTN Atty General,Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| cr | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 30 2025 01:41:00 | United States of America, U.S. Attorneys' Office, 615 Chesnut Street, Suite 1250, Philadelphia, PA 19106-4490 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | EisnerAmper LLP |
| aty | *+ | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102, UNITED STATES 07102-4056 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:**

**Name**          **Email Address**

ALFRED ABEL
on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com
g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com

AMY JANE BLUMENTHAL
on behalf of Creditor TIAA Commercial Finance Inc. amy.blumenthal@kutakrock.com,
natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com

ANNE M. AARONSON
on behalf of Debtor Vascular Access Centers L.P. aaaronson@dilworthlaw.com,
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

ANNE M. AARONSON
on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

AUTUMN M. MCCOURT
on behalf of Plaintiff David Cohen amccourt@bracheichler.com

AUTUMN M. MCCOURT
on behalf of Interested Party David Cohen amccourt@bracheichler.com

Albert Anthony Ciardi, III
on behalf of Interested Party James F. McGuckin M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC aciardi@ciardilaw.com,
sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BLAKE DANIEL ROTH
on behalf of Creditor Spectrum Health Partners LLC blake.roth@hklaw.com,
chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

CHRISTOPHER JOHN LEAVELL
on behalf of Creditor NextGen Healthcare cleavell@klehr.com lclark@klehr.com

DALLAS G. TAYLOR
on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com

DANA S. PLON
on behalf of Creditor Brandywine Cira L.P. dplon@sirlinlaw.com

DANIEL N. BROGAN
on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate dbrogan@beneschlaw.com,
rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

DAVID B. SMITH
on behalf of Pennsylvania Vascular Institute PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC dsmith@skhlaw.com,
b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Vascular Access Center Memphis LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Interested Party Vascular Access Centers LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Peripheral Vascular Institute of Philadelphia LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Vascular Access Centers L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

Case 19-17117-amc    Doc 1358    Filed 05/01/25    Entered 05/02/25 00:36:52    Desc
Imaged Certificate of Notice    Page 4 of 8

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 7 |
| Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 52 |

| | |
|---|---|
| DAVID B. SMITH | on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Petitioning Creditor Crestwood Associates LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant PA Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID E. LEMKE | on behalf of Creditor Spectrum Health Partners LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com |
| DAVID M. KLAUDER | on behalf of Creditor Morris Union Holdings LLC dklauder@bk-legal.com, ldees@bk-legal.com |
| DAVID P. HEIM | on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Interested Party Vascular Access Centers LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Defendant James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Defendant Bochetto & Lentz P.C. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Cross-Claimant PA Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Defendant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| DAVID P. HEIM | on behalf of Interested Party James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |
| EDMOND M. GEORGE | on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com ;kathleen.jordan@obermayer.com |
| EDMOND M. GEORGE | on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com ;kathleen.jordan@obermayer.com |
| EVAN THOMAS MILLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com robyn.warren@saul.com |
| FRANCIS J. LAWALL | on behalf of Defendant B. Braun Medical francis.lawall@troutman.com susan.henry@troutman.com,wlbank@troutman.com |

Case 19-17117-amc    Doc 1358    Filed 05/01/25    Entered 05/02/25 00:36:52    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0313-2 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 52 |

FRIDRIKH V. SHRAYBER
on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com

GARY F SEITZ
on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Interested Party James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Defendant James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Interested Party Vascular Access Centers LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GREGORY W. HAUSWIRTH
on behalf of Defendant Parish Cab ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III
on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III
on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS
on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
on behalf of Interested Party David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
on behalf of Plaintiff David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD
on behalf of Interested Party 1750 Madison LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
on behalf of Interested Party PBH2 LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
on behalf of Debtor Vascular Access Centers L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR
on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE
on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
on behalf of Creditor Philips Medical Capital LLC jennifer.gould@volvo.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. HARRIS
on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS
on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN A. O'CONNELL
on behalf of Defendant Bochetto & Lentz P.C. joconnell@bochettoandlentz.com, tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

Case 19-17117-amc    Doc 1358    Filed 05/01/25    Entered 05/02/25 00:36:52    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0313-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 52 |

JOHN C. GENTILE
    on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com debankruptcy@beneschlaw.com

JOHN C. KILGANNON
    on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com pam@stevenslee.com

JONATHAN J. BART
    on behalf of Creditor Morris Union Holdings LLC jbart@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR
    on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
    on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

KATE ROGGIO BUCK
    on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN
    on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL
    on behalf of Debtor Vascular Access Centers L.P. lmcmichael@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
    on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN
    on behalf of Creditor Galleria Operating Co. LLP heilmanl@ballardspahr.com, carbonej@ballardspahr.com

LISA M. PETERS
    on behalf of Defendant TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Creditor TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
    on behalf of Defendant GE HFS LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN
    on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER
    on behalf of Creditor Philips Medical Capital LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT
    on behalf of Creditor United States of America matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.
    on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.
    on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE
    on behalf of Defendant Artz McCarrie Health Law LLC mjm@artzmccarrie.com

MICHAEL J. MCCARRIE
    on behalf of Counter-Defendant Michael McCarrie mjm@artzmccarrie.com

NICHOLAS M CENTRELLA
    on behalf of John E. Royer Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC nengel@skhlaw.com

NICHOLAS S. HERRON
    on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS

District/off: 0313-2 | User: admin | Page 7 of 7
Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 52

|  |  |
|---|---|
|  | on behalf of Defendant Parish Cab pcarothers@ch-legal.com ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com |
| PETER JOSEPH PIZZI | on behalf of Defendant Vascular Access Centers L.P. sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law |
| RYAN T. KIRK | on behalf of Defendant James F. McGuckin M.D. rkirk@bochettoandlentz.com |
| RYAN T. KIRK | on behalf of Defendant Philadelphia Vascular Institute LLC rkirk@bochettoandlentz.com |
| STEPHEN V. FALANGA | on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law |
| STEPHEN V. FALANGA | sfalanga@walsh.law |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Salil Joshi tbielli@bk-legal.com bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Jorge Salazar tbielli@bk-legal.com bhoffmann@bk-legal.com |
| TURNER N. FALK | on behalf of Attorney Saul Ewing LLP turner.falk@saul.com tnfalk@recap.email;catherine.santangelo@saul.com |
| Thomas Kamvosoulis | on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com |
| Thomas Kamvosoulis | on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 115

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :    Chapter 7
Vascular Access Centers, L.P.,                      :
                                                    :    Case No. 19-17117-amc
                        Debtor                     :
                                                    :
_____                 :

# O R D E R

     AND NOW, on March 18, 2025, the United States District Court for the Eastern District of Pennsylvania ("District Court") entered an order[1] remanding the appeal filed by James McGuckin ("McGuckin") and Philadelphia Vascular Institute ("PVI") of this Court's order awarding sanctions ("Sanctions Order") to William Whitfield Gardner ("Gardner")[2] back to this Court "to supplement the award of fees with those incurred by Gardner's counsel in defending [the] appeal."[3]

     AND, on March 21, 2025, the Court entered an order ("Scheduling Order") setting forth a schedule for submissions and proceedings related to any supplemental fee application which Gardner wished to file;[4]

     AND, on April 9, 2025, McGuckin appealed the District Court's order affirming the Sanctions Order to the Third Circuit Court of Appeals ("Third Circuit Appeal").[5]

     AND, in light of the Third Circuit Appeal, it is hereby ORDERED that all deadlines in the Scheduling Order are STAYED until fourteen (14) days after a final order adjudicating the Sanctions Order has been entered and is no longer subject to appeal.

Date: April 29, 2025

                                                                            _____
                                                                            Ashely M. Chan

                                                                            United States Bankruptcy Judge

---

[1] Case No. 19-17117 ECF No. 1350.
[2] Case No. 19-17117 ECF No. 1189, 1190, 1203.
[3] Case No. 19-17117 ECF No. 1350.
[4] Case No. 19-17117 ECF No. 1352.
[5] Vascular Access Centers, L.P. v. Philadelphia Vascular Institute, LLC, No. 22-4981 (E.D. Pa. Mar. 18, 2025).