# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-17117-AMC |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

**PLEASE TAKE NOTICE** that, May 16, 2025, Stephen V. Falanga, in his capacity as Chapter 7 Trustee for the estate of Vascular Access Centers, L.P., by and through his counsel, Walsh Pizzi O'Reilly Falanga LLP, filed a motion with the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court") pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a) for entry of an Order approving the Settlement Agreement with William Whitfield Gardner and Endovascular Health Services, LLC attached to the Motion as **Exhibit A** and for related relief [Dkt. No. 1359] (the "Motion").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to enter an Order as requested in the Motion, or if you want the Court to consider your views on the Motion, then on or before May 30, 2025, you or your attorney must:

1. File with the Court a written response explaining your position at:

   Clerk of the Court
   U.S. Bankruptcy Court for the Eastern District of Pennsylvania
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your response to the Court for filing, you must mail it early enough so that the

Court will receive it on or before the date set forth above.

**If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.**

2.  **On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:**

> Christopher M. Hemrick, Esq.
> Walsh Pizzi O'Reilly Falanga LLP
> One Liberty Place
> 1650 Market Street
> Philadelphia, PA 19102
> Telephone: (973) 757-1100
> Email: chemrick@walsh.law

3.  You must also attend the hearing scheduled to be held on June 25, 2025 at 12:30 p.m. in the courtroom of the Honorable Ashely M. Chan, Chief United States Bankruptcy Judge for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 204, Philadelphia, PA 19107.

You may contact the Bankruptcy Clerk's office at (215) 408- 2800 to find out whether the hearing has been canceled because no one filed a response.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

> WALSH PIZZI O'REILLY FALANGA LLP
> *Counsel for the Chapter 7 Trustee*

Dated: May 16, 2025            By: _____
> Christopher M. Hemrick (*pro hac vice*)
> Peter J. Pizzi
> One Liberty Place
> 1650 Market Street
> Philadelphia, PA 19102
> Ph: 973.757.1100 | F: 973.757.1090
> chemrick@walsh.law