## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. § 105(a) FOR ENTRY OF AN ORDER (A) APPROVING SETTLEMENT AGREEMENT WITH WILLIAM WHITFIELD GARDNER AND ENDOVASCULAR HEALTH SERVICES, LLC; AND (B) GRANTING RELATED RELIEF**

Christopher M. Hemrick, of full age, hereby certifies as follows:

I am an attorney at law licensed in the States of New York and New Jersey, previously admitted *pro hac vice* in this matter in the United States Bankruptcy Court for the Eastern District of Pennsylvania, and a partner with the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel for Stephen V. Falanga, Chapter 7 Trustee for the bankruptcy estate of Vascular Access Centers, L.P. (the "Trustee").

1. On May 16, 2025, the Trustee filed a *Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 105(a) For Entry of An Order (A) Approving Settlement Agreement With William Whitfield Gardner and Endovascular Health Services, LLC; and (B) Granting Related Relief* [Dkt. Nos. 1359-60] and supporting documents (the "Motion").

2. The deadline to object or otherwise respond to the Motion has now expired and no objection or other response was filed or served.

3. Notice of the Motion was served on all required parties as appears from the Certificate of Service [Dkt. 1361].

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2025

_____
Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi
WALSH PIZZI O'REILLY FALANGA LLP
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: (973) 757-1100
chemrick@walsh.law