IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**ORDER APPROVING SETTLEMENT AGREEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon consideration of the motion (the "Motion") filed by Stephen V. Falanga, in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate of the above-captioned debtor (the "Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 9019 and 11 U.S.C. § 105(a), for entry of an Order approving the Settlement Agreement with William Whitfield Gardner and Endovascular Health Services, LLC attached to the Motion as **Exhibit A** and for related relief; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate and its creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.  The Motion be and is hereby **GRANTED** in its entirety.

2.  The Settlement Agreement attached to the Motion as **Exhibit A** is hereby approved.

      3.      The Trustee is authorized to enter into and take all actions necessary or appropriate to effectuate the Settlement Agreement and the terms and conditions set forth therein.

      4.      This Order shall be effective immediately upon entry, notwithstanding anything to the contrary in the Bankruptcy Rules or the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

      5.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:   June 27, 2025

                                           HONORABLE ASHELY M. CHAN
                                           UNITED STATES BANKRUPTCY JUDGE