# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Christopher M. Hemrick, of full age, hereby certify as follows:

On August 13, 2025, I caused to be filed and served by ECF on all parties registered to receive notices of electronic filings the *Trustee's Notice of Proposed Destruction or, Alternatively, Abandonment of Property* [Dkt. No. 1367] (the "Notice of Intent to Abandon"). In addition, on August 14, 2025, I caused a true and correct copy of the Notice of Intent to Abandon to be served on all parties set forth on **Exhibit A** by regular mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2025        By: _____
Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi
WALSH PIZZI O'REILLY FALANGA LLP
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: (973) 757-1100
chemrick@walsh.law

# EXHIBIT A

Entergy
c/o Jon Majewski
Attn: Credit & Collections Dept
4809 Jefferson Hwy
Jefferson, LA 70121

North Carolina Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Charter Communications
P.O. Box 742614
Cincinnati, OH 45274

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

GE Precision Healthcare, LLC
c/o DeHaan & Bach, LPA
Attn: Michael B Bach
25 Whitney Dr, Ste 106
Milford, OH 45150

Washington Gas
Attn: Bankruptcy Dept
6801 Industrial Rd
Springfield, VA 22151

Innovo Staffing
Attn: Thomas Maffettone
P.O. Box 178
Thornton, PA 19373

Department of Treasury - Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Staples Business Advantage
Attn: Tom Riggleman
7 Technology Cir
Columbia, SC 29203

Teleflex LLC
P.O. Box 936729
Atlanta, GA 31193-6729

CNA Commercial Insurance
Attn: Cynthia Goral
500 Colonial Ctr Pkwy
Lake Mary, FL 32746

MS Department of Employment Security
P.O. Box 1699
Jackson, MS 39125-3912

PSE&G
Attn: Bankruptcy Court
P.O. Box 709
Newark, NJ 07101

Denice M Jones
P.O. Box 754
Shelby, MS 38774

Dell Marketing, LP
Attn: Chantell Ewing
1 Dell Way, RR1, MS 52
Round Rock, TX 78682

Group IV Jax Development II, Inc
Attn: Matthew McLauchlin
5605 Florida Mining Blvd, Ste 210
Jacksonville, FL 32257

Terumo Medical Corporation
Attn: Brian Wagner
265 Davidson Ave
Somerset, NJ 08873

Cardiovascular Systems, Inc
c/o Fredrikson & Byron, PA
Attn: Ryan Murphy
200 S Sixth St, Ste 4000
Minneapolis, MN 55402

Brandywine Cira, LP
c/o Sirlin Lesser & Benson, PC
Attn: Dana S Plon, Esq
123 S Broad St, Ste 2100
Philadelphia, PA 19109

Maria Murasso
41 Annapolis Dr
Hazlet, NJ 07730

State of New Jersey
c/o Division of Taxation / Bankruptcy
P.O. Box 245
Trenton, NJ 08695

State of California Franchise Tax Board
c/o Bankruptcy Section MS A-340
Attn: Rebecca Estonilo
P.O. Box 2952
Sacramento, CA 95812-2952

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

Bandwave Systems LLC
Attn: Thomas Azelby
438 High St
Burlington, NJ 08016

Asahi Intecc USA, Inc
Attn: Kazuaki Inukai
22 Executive Park, Ste 110
Irvine, CA 92614

Johnson Controls Fire Protection
Attn: Bankruptcy
50 Technology Dr
Westminster, MA 01441

Cook Medical
Attn: Leila Hatton
1025 W Acuff Rd
Bloomington, IN 47407

Canon Solutions America
Attn William Ferrara
300 Commerce Square Blvd
Burlington, NJ 08016

De Lage Landen Financial Services Inc
Attn: Russell Bender
P.O. Box 41602
Philadelphia, PA 19101

Stan Metter, CPA
Partner, Baratz & Associates, PA
550 Pinetown Rd, Ste 410
Fort Washington, PA 19034

| | | |
|---|---|---|
| Galleria Operating Co LLC<br>c/o Robinson Brog<br>Attn: Fred Ringel<br>875 3rd Ave, 9th Fl<br>New York, NY 10022 | Airgas USA LLC<br>Attn: Amanda Dopieralski<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | Zetter Healthcare LLC<br>Attn: Barbara Zetter<br>2 Market Plaza Way, Ste 3<br>Mechanicsburg, PA 17055 |
| D&D Services<br>Attn: Richard Gordon<br>3687 Locks Hill<br>Martinez, GA 30907 | JoAnn Price<br>801 S Polk St 918<br>DeSoto, TX 75115 | Charles F Reindl<br>1412 Chickasaw Ave<br>Metairie, LA 70005 |
| Carolon Company<br>Attn: Denise Priddy<br>601 Forum Pkwy<br>Rural Hall, NC 27045 | LocumTenens.com LLC<br>Attn: Adwoa Awotwi<br>2575 Northwinds Pkwy<br>Alpharetta, GA 30009 | Supertech Inc<br>Attn: Judith Mell<br>P.O. Box 186<br>Elkhart, IN 46515 |
| Philips Healthcare<br>c/o Fox Rothschild LLP<br>Attn: Bruce J Borrus<br>1001 4th Ave, Ste 4500<br>Seattle, WA 98154 | Dr Wadah Atassi<br>c/o Stevens & Lee PC<br>Attn: John C Kilgannon, Esq<br>1818 Market St, 29th Fl<br>Philadelphia, PA 19103 | Valdmed LLC<br>Attn: Luis Valdes<br>1381 Beechwood Cir<br>Lawrenceville, GA 30046 |
| Cardinal Health 108 LLC<br>Attn: Erin Gapinski<br>7000 Cardinal Pl<br>Dublin, OH 43017 | Jimmie Andrews<br>1506 Clayton Ave<br>Tupelo, MS 38804 | PIH Health Real Estate Services LLC<br>c/o Lambert Operations<br>Attn: Mary Wargo<br>12532 Lambert Rd<br>Whittier, CA 90606 |
| PIH Health Real Estate Services LLC<br>c/o Lambert Operations<br>Attn: Mary Wargo<br>12532 Lambert Rd<br>Whittier, CA 90606 | NextGen Healthcare Inc<br>Attn: Shadi Bank<br>18111 Von Karman Ave, Ste 800<br>Irvine, CA 92612 | Arcus Design Group Architects Inc<br>Attn: Jeffrey Balch<br>103 Church St, Ste 10<br>Malvern, PA 19355 |
| Ancero LLC<br>Attn: Robert Hogg<br>1001 Briggs Rd, Ste 220<br>Mt Laurel, NJ 08054 | Denice M Jones<br>1307 Lake St, Apt 16<br>Shelby, MS 38774 | James Poindexter Jr<br>c/o Georgia Vascular Specialists<br>1718 Peachtree St, Ste 360<br>Atlanta, GA 30309 |
| Anish Shah<br>9601 Thistle Ridge Ln<br>Vienna, VA 22187 | 201 International Circle<br>c/o Simms Showers LLP<br>Attn: J Stephen Simms<br>201 International Cir<br>Hunt Valley, MD 21030-2103 | Gerard and Dana Marino<br>c/o Gerard Marino<br>623 Creekview Court<br>Newton Square, PA 19073 |
| Warren David Yu<br>9309 Langford Ct<br>Potomac, MD 20854 | Erica Boogaerts<br>5 Cristal Ct<br>Mandeville, LA 70448 | CR Bard Inc<br>c/o McCarter & English LLP<br>Attn: Lisa Bonsall<br>100 Mulberry St, 4 Gateway Ctr, Newark, NJ 07102 |
| SMA Properties Inc<br>Attn: John Palopoli<br>5 Samantha Dr<br>Covington, LA 70433 | TD Pharmacy Returns<br>Attn: Thomas Difilippo<br>351 Stockham Ave<br>Morrisville, PA 19067 | William Whitfield Gardner<br>285 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 |

Trust U/W of Virginia B D Gardner
Attn: W Whitfiled Gardner Trustee
285 Wilmington West Chester Pike
Chadds Ford, PA 19137

JHG, a minor child
c/o William Whitfield Gardner, parent
285 Wilmington - W Chester Pike
Chadds Ford, PA 19317

Gregory W Gardner
285 Wilmington - W Chester Pike
Chadds Ford, PA 19317

Eliza A Gardner
285 Wilmington - W Chester Pike
Chadds Ford, PA 19317

Cynthia Gardner
285 Wilmington - W Chester Pike
Chadds Ford, PA 19317

Chad Edwards
c/o Adams and Reese LLP
Attn: Scott Cheatham
701 Polydras St, Ste 4500
New Orleans, LA 70139

Angio Advancements
Attn: Kim Levy
P.O. Box 60837
Ft Meyers, FL 33906-0837

Drunella Williams
c/o Law Offices of Warren A Forstall Jr
Attn: Christopher Sherwood
320 N Carrollton Ave, Ste 200
New Orleans, LA 70119

Peripheral Vascular Inst of Phila LLC
c/o Bochetto & Lentz PC
Attn: David Heim
1524 Locust St,
Philadelphia, PA 19102

Phillips Medical Capital LLC
c/o Stark & Stark PC
Attn: Jennifer Gould
993 Lenox Dr
Lawrenceville, NJ 08648

Greg Hoover
161 Clemson Road
Bryn Mawr, PA 19010

Royer Cooper Cohen Braunfeld LLC
Attn: John Royer
101 W Elm St, Ste 400
Conshohocken, PA 19428

Vascular Access Centers LLC
c/o Bochetto & Lentz PC
Attn: David Helm
1524 Locust St
Philadelphia, PA 19102

William Whitfield Gardner
285 Wilmington West Chester Pike
Chadds Ford, PA 19317

Intelerad Medical Systems Incorporated
Attn: Thevarajan Runghen
800 Blvd De Maisonneuve E, Ste 1200
Montreal, QC H2L 4L8, Canada

Jorge Salazar, MD
8705 Tanoak Dr
Germantown, TN 38138

Salil Joshi, MD
2972 Devonshire Cove
Germantown, TN 38139

Dr James McGucklin
c/o Bochetto and Lentz PC
Attn: David Heim
1524 Locust St
Philadelphia, PA 19102

James and Allison McGucklin
c/o Bochetto & Lentz PC
Attn: David Heim
1524 Locust St
Philadelphia, PA 19102

PA Vascular Institute LLC
c/o Bochetto & Lentz LLC
Attn: David Heim
1524 Locust St
Philadelphia, PA 19102

Philadelphia Vascular Institute LLC
c/o Smith Kane Holman
Attn: David Smith
112 Moores Rd, Ste 300
Malvern, PA 19355

PBH2 LLC
c/o Dentons Cohen & Grigsby PC
Attn: Helen Ward, Esq
625 Liberty Ave
Pittsburgh, PA 15222

United States of America
c/o U.S. Attorney Office
Attn: Matthew Howatt
615 Chestnut St, Ste 1250
Philadelphia, PA 19106

TIAA Commercial Finance Inc
c/o Kutak Rock LLP
Attn: Lisa Peters
1650 Farnam St
Omaha, NE 68102

Rasesh Shah
104 Ashley Ct
Moorestown, NJ 08057

Pravin Shah and Veena Shah
146 Merion Way
Hainesport, NJ 08096

KOL Bio-Medical Instruments, Inc
P.O. Box 220630
Chantilly, VA 20153

Dr.Atul Katyal
8109 Glenhurst Drive
Fairfax Station, VA 22039

MedPro Group, Inc.
Attn: Leslie Kizziar
5814 Reed Road
Fort Wayne, IN 46835

Chehardy Sherman Williams Murray Recile
Stakelum & Hayes LLP
Attn: Conrad Meyer
1 Galleria Blvd, Ste 1100
Metairie, LA 70001

| | | |
|---|---|---|
| Guardian Fund II-Centerpointe, LLC<br>6000 Executive Blvd.<br>Suite 400<br>North Bethesda, MD 20852 | GE Precision Healthcare, LLC<br>c/o DeHaan & Bach, LPA<br>Attn: Michael B Bach<br>25 Whitney Dr, Ste 106<br>Milford, OH 45150 | Iron Mountain Information Management, LLC<br>1101 Enterprise Drive<br>Royersford, PA 19468 |
| Department Of Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | AIG Property Casualty, Inc<br>80 Pine St, 13 Fl<br>New York, NY 10005 | Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| AmeriPride Services, LLC<br>c/o Hawley Troxell Ennis & Hawley LLP<br>Attn: Sheila R Schwager<br>P.O. Box 1617, Boise, ID 83701 | Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | State of New Jersey<br>c/o Division of Taxation / Bankruptcy<br>P.O. Box 245<br>Trenton, NJ 08695 |
| KDPA, Inc.<br>dba Anago of Western PA<br>Bill Ross<br>c/o Anago of Western PA<br>300 Old Pond Road, Suite 202<br>Bridgeville, PA 15017 | Omni Agent Solutions<br>5955 De Soto Avenue, Suite 100<br>Woodland Hills, CA 91367 | Vascular Institute Interventional<br>Physicians, LLC<br>Vascular Institute of Virginia<br>14085 Crown Court<br>Woodbridge, VA 22193 |
| Meisner Services<br>958 N Penn St<br>Allentown, PA 18102 | Los Angeles County Treasurer and Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 | Abbott Vascular Division of Abbott Laboratories Inc<br>c/o Kohner Mann & Kailas, SC<br>Attn: Eric R von Helms<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212 |
| Louisiana Department of Revenue<br>P.O. Box 66658<br>Baton Rouge, LA 70896 | Department of Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | City of Philadelphia / School District of Philadelphia<br>c/o City of Phila Law Dept - Tax & Revenue<br>Attn: Megan Harper<br>1401 JFK Blvd, 5th Fl<br>Philadelphia, PA 19102 |
| David Cohen MD<br>c/o Brach Eichler LLC<br>Attn: Bob Kasolas, Esq<br>101 Eisenhower Pkwy<br>Roseland, NJ 07068 | Stephen Ferrara<br>4524 32nd Road North<br>Arlington, VA 22207 | Linda Franklin<br>151 Bailey Road<br>Glen Allen, MS 38744 |
| Cheryl Brown, MD<br>11001 Damiano Road<br>Folsom, LA 7043 | Sudhir K. Julka<br>2604 Gay Lynn Street<br>Kenner, LA 70065 | Alice G. Gosfield and Associates, PC<br>Attn: Alice G. Gosfield<br>2309 Delancey Place<br>Philadelphia, PA 19103 |
| Northeast Scientific, Inc.<br>2142 Thomaston Avenue<br>Waterbury, CT 06704 | Lindsay L. Carter<br>205 St. Davids Court<br>Wayne, PA 19087 | |