**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**STIPULATION AND CONSENT ORDER (I) RESOLVING LIMITED OBJECTION OF WILLIAM WHITFIELD GARDNER TO TRUSTEE'S NOTICE OF PROPOSED DESTRUCTION OR, ALTERNATIVELY, ABANDONMENT OF PROPERTY; AND (II) ABANDONING THE DEBTOR'S REMAINNG RECORDS**

WHEREAS, on August 13, 2025, Stephen V. Falanga, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of the above-captioned debtor, Vascular Access Centers, L.P. (the "Debtor"), filed the *Trustee's Notice of Proposed Destruction or, Alternatively, Abandonment of Property* [Dkt. No. 1367] (the "Notice") pursuant to which the Trustee proposed to destroy the Debtor's remaining Records[1] wherever located, including, without limitation, all Records currently stored with Iron Mountain, Inc. ("Iron Mountain") or, alternatively in the event any objections to such destruction were received by the Objection Deadline, to immediately abandon the Records, as more fully set forth in the Notice; and

WHEREAS, on August 27, 2025, William Whitfield Gardner ("Gardner"), the majority-in-interest limited partner of the Debtor, timely filed a *Limited Objection to Trustee's Notice of Proposed Destruction or, Alternatively, Abandonment of Property* [Dkt. No. 1369] (the "Limited Objection") pursuant to which Gardner objected to the Trustee's proposed destruction of the Debtor's Records but agreed, as more fully set forth in the Limited Objection, that in lieu of destruction the Debtor's Records would be abandoned; and

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Notice.

WHEREAS, no other objections or responses to the Trustee's Notice have been filed or served; and

WHEREAS, Gardner and the Trustee have engaged in discussions in an effort to consensually resolve the Limited Objection to the Notice; and

WHEREAS, Gardner and the Trustee having agreed to resolve the Limited Objection to the Notice on the terms and conditions set forth in this stipulation and consent order (the "Consent Order"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and good and sufficient cause appearing therefor;

IT IS hereby **STIPULATED, AGREED and ORDERED** as follows:

1. The foregoing recitals are incorporated as if set forth at length herein.

2. Pursuant to 11 U.S.C. §§ 554 and 105(a) and Rule 6007 of the Federal Rules of Bankruptcy Procedure, the Debtor's remaining Records, as defined and more fully set forth in the Notice, wherever located, including, without limitation, all Records stored with Iron Mountain, be and are hereby abandoned by the Trustee for the reasons set forth in the Notice, effective immediately upon entry of this Consent Order by the Bankruptcy Court.

3. Notwithstanding anything to the contrary in the Bankruptcy Code or Bankruptcy Rules, this Consent Order shall be immediately effective upon its entry.

4. The Bankruptcy Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or relating to this Consent Order and the relief set forth herein.

**[SIGNATURES ON FOLLOWING PAGE]**

**SO STIPULATED AND AGREED**:

WALSH PIZZI O'REILLY FALANGA LLP
Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi
One Liberty Place
1650 Market Street
Tel: (973) 757-1100 | Fax: (973) 757-1090
chemrick@walsh.law
ppizzi@walsh.law
*Counsel for Stephen V. Falanga, Chapter 7 Trustee*

By: _____
Christopher M. Hemrick (*pro hac vice*)

Dated: September 29, 2025


FAEGRE DRINKER BIDDLE & REATH LLP
Joseph N. Argentina, Jr.
Richard E. Coe (*pro hac vice*)
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Phone: (215) 988-2700
Fax: (215) 988-2757
Joseph.Argentina@faegredrinker.com
Richard.Coe@faegredrinker.com
*Counsel for William Whitfield Gardner*


By:   */s/ Joseph N. Argentina, Jr.*
Joseph N. Argentina, Jr.

Dated: September 29, 2025

**SO ORDERED.**

_____
**HONORABLE ASHELY M. CHAN
CHIEF UNITED STATES BANKRUPTCY JUDGE**