United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17117-amc |
| Vascular Access Centers, L.P. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 03, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED ABEL | |
| | on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com |
| AMY JANE BLUMENTHAL | |
| | on behalf of Creditor TIAA Commercial Finance  Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com |
| ANNE M. AARONSON | |
| | on behalf of Debtor Vascular Access Centers  L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| ANNE M. AARONSON | |
| | on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| AUTUMN M. MCCOURT | |

Case 19-17117-amc    Doc 1375    Filed 10/03/25    Entered 10/04/25 00:49:06    Desc
Imaged Certificate of Notice    Page 2 of 9

| District/off: 0313-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: pdf900 | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Interested Party David Cohen amccourt@bracheichler.com |
| AUTUMN M. MCCOURT | on behalf of Plaintiff David Cohen amccourt@bracheichler.com |
| Albert Anthony Ciardi, III | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party James F. McGuckin M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BLAKE DANIEL ROTH | on behalf of Creditor Spectrum Health Partners LLC blake.roth@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor NextGen Healthcare cleavell@klehr.com lclark@klehr.com |
| DALLAS G. TAYLOR | on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com |
| DANA S. PLON | on behalf of Creditor Brandywine Cira L.P. dplon@sirlinlaw.com |
| DANIEL N. BROGAN | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate dbrogan@beneschlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com |
| DAVID B. SMITH | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant Vascular Access Centers L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Petitioning Creditor Crestwood Associates LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant PA Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Pennsylvania Vascular Institute PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant Vascular Access Center Memphis LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Interested Party Vascular Access Centers LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant Peripheral Vascular Institute of Philadelphia LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID E. LEMKE | on behalf of Creditor Spectrum Health Partners LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com |
| DAVID M. KLAUDER | on behalf of Creditor Morris Union Holdings LLC dklauder@bk-legal.com, ldees@bk-legal.com |
| DAVID P. HEIM | on behalf of Defendant James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com |

Case 19-17117-amc    Doc 1375    Filed 10/03/25    Entered 10/04/25 00:49:06    Desc
Imaged Certificate of Notice    Page 3 of 9

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: pdf900 | Total Noticed: 1 |

DAVID P. HEIM
  on behalf of Cross-Claimant PA Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
  on behalf of Defendant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
  on behalf of Interested Party James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
  on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID P. HEIM
  on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID P. HEIM
  on behalf of Defendant Bochetto & Lentz P.C. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
  on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
  on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
  on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
  on behalf of Interested Party Vascular Access Centers LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

EDMOND M. GEORGE
  on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
  on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EVAN THOMAS MILLER
  on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER
  on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com robyn.warren@saul.com

EVAN THOMAS MILLER
  on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com robyn.warren@saul.com

EVAN THOMAS MILLER
  on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com

FRANCIS J. LAWALL
  on behalf of Defendant B. Braun Medical francis.lawall@troutman.com susan.henry@troutman.com,wlbank@troutman.com

FRIDRIKH V. SHRAYBER
  on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com

GARY F SEITZ
  on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO
  on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
  on behalf of Interested Party James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
  on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
  on behalf of Interested Party Vascular Access Centers LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
  on behalf of Defendant James F. McGuckin M.D. gbochetto@bochettoandlentz.com,

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Oct 01, 2025 | Form ID: pdf900 | Total Noticed: 1 |

mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

**GREGORY W. HAUSWIRTH**
    on behalf of Defendant Parish Cab ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

**George M Conway, III**
    on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

**George M Conway, III**
    on behalf of Creditor United States of America gmconwayiii@gmail.com

**HARALAMPO "BOB" KASOLAS**
    on behalf of Interested Party David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

**HARALAMPO "BOB" KASOLAS**
    on behalf of Plaintiff David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

**HARALAMPO "BOB" KASOLAS**
    on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

**HELEN SARA WARD**
    on behalf of Interested Party PBH2 LLC helen.ward@dentons.com, michelle.graeb@dentons.com

**HELEN SARA WARD**
    on behalf of Interested Party 1750 Madison LLC helen.ward@dentons.com, michelle.graeb@dentons.com

**JAMES M. MATOUR**
    on behalf of Debtor Vascular Access Centers L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

**JAMES M. MATOUR**
    on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com ctomlin@dilworthlaw.com

**JASON CHRISTOPHER MANFREY**
    on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

**JENNIFER C. MCENTEE**
    on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**JENNIFER C. MCENTEE**
    on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

**JENNIFER D. GOULD**
    on behalf of Creditor Philips Medical Capital LLC jennifer.gould@volvo.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com

**JESSE M. HARRIS**
    on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

**JESSE M. HARRIS**
    on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

**JOHN A. O'CONNELL**
    on behalf of Defendant Bochetto & Lentz P.C. joconnell@bochettoandlentz.com, tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

**JOHN C. GENTILE**
    on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com debankruptcy@beneschlaw.com

**JOHN C. KILGANNON**
    on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com pam@stevenslee.com

**JONATHAN J. BART**
    on behalf of Creditor Morris Union Holdings LLC jbart@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

**JOSEPH N ARGENTINA, JR**
    on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

**JOSEPH N ARGENTINA, JR**
    on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

**JOSEPH N ARGENTINA, JR**
    on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

**JOSEPH N ARGENTINA, JR**
    on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

Case 19-17117-amc    Doc 1375    Filed 10/03/25    Entered 10/04/25 00:49:06    Desc
Imaged Certificate of Notice    Page 5 of 9

| District/off: 0313-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| KATE ROGGIO BUCK | on behalf of Defendant Cigna Health KBuck@mccarter.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| LAWRENCE G. MCMICHAEL | on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| LAWRENCE G. MCMICHAEL | on behalf of Debtor Vascular Access Centers L.P. lmcmichael@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| LESLIE C. HEILMAN | on behalf of Creditor Galleria Operating Co. LLP HeilmanL@ballardspahr.com, carbonej@ballardspahr.com;weidmanb@ballardspahr.com |
| LISA M. PETERS | on behalf of Defendant GE HFS LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com |
| LISA M. PETERS | on behalf of Defendant TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com |
| LISA M. PETERS | on behalf of Creditor TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com |
| MARIA G. PERRI-QUINN | on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com |
| MARSHALL T KIZNER | on behalf of Creditor Philips Medical Capital LLC mkizner@stark-stark.com |
| MATTHEW E. K. HOWATT | on behalf of Creditor United States of America matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov |
| MICHAEL G. BUSENKELL, Esq. | on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com |
| MICHAEL G. BUSENKELL, Esq. | on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com |
| MICHAEL J. MCCARRIE | on behalf of Counter-Defendant Michael McCarrie mjm@bochettoandlentz.com |
| MICHAEL J. MCCARRIE | on behalf of Defendant Artz McCarrie Health Law LLC mjm@bochettoandlentz.com |
| NICHOLAS M CENTRELLA | on behalf of John E. Royer Jr. ncentrella@clarkhill.com |
| NICHOLAS M. ENGEL | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC nengel@skhlaw.com |
| NICHOLAS S. HERRON | on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov |
| PATRICK W CAROTHERS | on behalf of Defendant Parish Cab pcarothers@ch-legal.com ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com |
| PETER JOSEPH PIZZI | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Defendant Vascular Access Centers L.P. sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law |
| RYAN T. KIRK | on behalf of Defendant Philadelphia Vascular Institute LLC rkirk@bochettoandlentz.com |
| RYAN T. KIRK | on behalf of Defendant James F. McGuckin M.D. rkirk@bochettoandlentz.com |

District/off: 0313-2 | User: admin | Page 6 of 6
Date Rcvd: Oct 01, 2025 | Form ID: pdf900 | Total Noticed: 1

| Name | Details |
|---|---|
| STEPHEN V. FALANGA | on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law |
| STEPHEN V. FALANGA | sfalanga@walsh.law |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Jorge Salazar tbielli@bk-legal.com bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Salil Joshi tbielli@bk-legal.com bhoffmann@bk-legal.com |
| TURNER N. FALK | on behalf of Attorney Saul Ewing LLP turner.falk@saul.com tnfalk@recap.email;catherine.santangelo@saul.com |
| Thomas Kamvosoulis | on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com |
| Thomas Kamvosoulis | on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 115

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-17117-AMC |

**STIPULATION AND CONSENT ORDER (I) RESOLVING LIMITED OBJECTION OF WILLIAM WHITFIELD GARDNER TO TRUSTEE'S NOTICE OF PROPOSED DESTRUCTION OR, ALTERNATIVELY, ABANDONMENT OF PROPERTY; AND (II) ABANDONING THE DEBTOR'S REMAINING RECORDS**

WHEREAS, on August 13, 2025, Stephen V. Falanga, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Estate") of the above-captioned debtor, Vascular Access Centers, L.P. (the "Debtor"), filed the *Trustee's Notice of Proposed Destruction or, Alternatively, Abandonment of Property* [Dkt. No. 1367] (the "Notice") pursuant to which the Trustee proposed to destroy the Debtor's remaining Records[1] wherever located, including, without limitation, all Records currently stored with Iron Mountain, Inc. ("Iron Mountain") or, alternatively in the event any objections to such destruction were received by the Objection Deadline, to immediately abandon the Records, as more fully set forth in the Notice; and

WHEREAS, on August 27, 2025, William Whitfield Gardner ("Gardner"), the majority-in-interest limited partner of the Debtor, timely filed a *Limited Objection to Trustee's Notice of Proposed Destruction or, Alternatively, Abandonment of Property* [Dkt. No. 1369] (the "Limited Objection") pursuant to which Gardner objected to the Trustee's proposed destruction of the Debtor's Records but agreed, as more fully set forth in the Limited Objection, that in lieu of destruction the Debtor's Records would be abandoned; and

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Notice.

WHEREAS, no other objections or responses to the Trustee's Notice have been filed or served; and

WHEREAS, Gardner and the Trustee have engaged in discussions in an effort to consensually resolve the Limited Objection to the Notice; and

WHEREAS, Gardner and the Trustee having agreed to resolve the Limited Objection to the Notice on the terms and conditions set forth in this stipulation and consent order (the "Consent Order"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and after due deliberation and good and sufficient cause appearing therefor;

IT IS hereby **STIPULATED, AGREED and ORDERED** as follows:

1. The foregoing recitals are incorporated as if set forth at length herein.

2. Pursuant to 11 U.S.C. §§ 554 and 105(a) and Rule 6007 of the Federal Rules of Bankruptcy Procedure, the Debtor's remaining Records, as defined and more fully set forth in the Notice, wherever located, including, without limitation, all Records stored with Iron Mountain, be and are hereby abandoned by the Trustee for the reasons set forth in the Notice, effective immediately upon entry of this Consent Order by the Bankruptcy Court.

3. Notwithstanding anything to the contrary in the Bankruptcy Code or Bankruptcy Rules, this Consent Order shall be immediately effective upon its entry.

4. The Bankruptcy Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or relating to this Consent Order and the relief set forth herein.

**[SIGNATURES ON FOLLOWING PAGE]**

**SO STIPULATED AND AGREED**:

WALSH PIZZI O'REILLY FALANGA LLP
Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi
One Liberty Place
1650 Market Street
Tel: (973) 757-1100 | Fax: (973) 757-1090
chemrick@walsh.law
ppizzi@walsh.law
*Counsel for Stephen V. Falanga, Chapter 7 Trustee*

By: _____
    Christopher M. Hemrick (*pro hac vice*)

Dated: September 29, 2025


FAEGRE DRINKER BIDDLE & REATH LLP
Joseph N. Argentina, Jr.
Richard E. Coe (*pro hac vice*)
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Phone: (215) 988-2700
Fax: (215) 988-2757
Joseph.Argentina@faegredrinker.com
Richard.Coe@faegredrinker.com
*Counsel for William Whitfield Gardner*


By: /s/ *Joseph N. Argentina, Jr.*
    Joseph N. Argentina, Jr.

Dated: September 29, 2025

                                  **SO ORDERED.**

Date: Oct. 1, 2025          _____
                                      **HONORABLE ASHELY M. CHAN**
                                      **CHIEF UNITED STATES BANKRUPTCY JUDGE**