# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-17117-AMC |

ORDER AUTHORIZING EMPLOYMENT OF COUNSEL BY CHAPTER 7 TRUSTEE EFFECTIVE MARCH 8, 2023

Upon consideration of the *Application of Chapter 7 Trustee Pursuant to 11 U.S.C. §§327(a) and 328(a), Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rules and 2014-1 for Authority to Employ Walsh Pizzi O'Reilly Falanga LLP as Counsel Effective March 8, 2023* (the "Application"), and upon the Declaration of Christopher M. Hemrick, Esquire in support thereof; and it appearing that Walsh Pizzi O'Reilly Falanga LLP ("Walsh") is duly qualified to represent Stephen V. Falanga, the chapter 7 trustee (the "Trustee") of the above-captioned debtor, Vascular Access Centers, L.P. (the "Debtor"), in the above-captioned proceeding and that Walsh neither holds nor represents any interest adverse to the Debtor or its estate; and it appearing that employment of Walsh is necessary and is in the best interest of the Debtor, the Debtor's estate and its creditors; and it being certified that adequate notice of the Application has been provided; and it appearing that good cause exists for granting the relief requested in the Application; and there being no objection thereto; it is hereby ORDERED that:

1. The Application is granted.

2. The Trustee is hereby authorized to employ Walsh as his attorneys in this case under chapter 7 of the Bankruptcy Code on the terms stated in the Application, effective as of March 8, 2023, the date of the order converting the Debtor's bankruptcy case to a case under chapter 7.

      3.      Compensation and reimbursement of expenses are to be allowed only by order of this court upon submission of an application for compensation in conformity with the Rules of Court and In re Busy Beaver Building Centers, Inc., 19 F.3d 833 (3d Cir. 1994).

DATED: July 11, 2023

THE HONORABLE ASHELY M. CHAN,
UNITED STATES BANKRUPTCY JUDGE

383031v.1