IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> VASCULAR ACCESS CENTERS, L.P., <br><br> Debtor. | Chapter 7 <br><br> Case No. 19-17117-AMC |

**NOTICE OF FIRST AND FINAL FEE APPLICATION OF WALSH PIZZI O'REILLY FALANGA LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO STEPHEN V. FALANGA, CHAPTER 7 TRUSTEE OF VASCULAR ACCESS CENTER, L.P. FOR THE PERIOD FROM AND AFTER MARCH 9, 2023**

PLEASE TAKE NOTICE THAT Walsh Pizzi O'Reilly Falanga, LLP ("Applicant"), counsel to Stephen V. Falanga, Chapter 7 Trustee ("Trustee"), has filed the *First and Final Application for Compensation and Reimbursement of Expenses of Walsh Pizzi O'Reilly Falanga LLP, Counsel to Stephen V. Falanga, Chapter 7 Trustee of Vascular Access Centers, L.P. For The Period From and After March 9, 2023 Pursuant to 11 U.S.C. § 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2016* (the "Application") in the above-captioned case.

1. The Application seeks final allowance and payment of fees in the amount of $287,972.50 incurred by Applicant for services rendered as counsel to the Trustee for the period from and after March 9, 2023.

2. Any creditor or party in interest may file an objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19106 and serve a copy on counsel whose name and address appear below on or before fourteen (14) days from the date of this Notice.

3. Any creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary. Such a request should be filed and served as provided in the preceding paragraph.

4. In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, counsel shall certify to the Court fifteen (15) days from the date of this Notice, the absence of such filing and request approval of the Application.

**WALSH PIZZI O'REILLY FALANGA LLP**

By: _____
Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi

One Liberty Place
1650 Market Street
Ph: 973.757.1100 | F: 973.757.1090
chemrick@walsh.law
ppizzi@walsh.law

Dated: December 16, 2025