# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> VASCULAR ACCESS CENTERS, L.P., <br><br> Debtor. | Chapter 7 <br><br> Case No. 19-17117-AMC |

**NOTICE OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EISNERAMPER LLP, ACCOUNTANTS AND FINANCIAL ADVISORS TO STEPHEN V. FALANGA, CHAPTER 7 TRUSTEE OF VASCULAR ACCESS CENTER, L.P. FOR THE PERIOD OF MARCH 14, 2023 THROUGH SEPTEMBER 30, 2025**

PLEASE TAKE NOTICE THAT EisnerAmper, LLP ("Applicant"), accountants and financial advisors to Stephen V. Falanga, Chapter 7 Trustee ("Trustee"), has filed the *Final Application For Compensation And Reimbursement Of Expenses Of EisnerAmper LLP, Accountants And Financial Advisors To Stephen V. Falanga Chapter 7 Trustee Of Vascular Access Center, L.P. For The Period From March 14, 2023 Through September 30, 2025* (the "Application") in the above-captioned case.

1. The Application seeks final allowance and payment of fees in the amount of $68,277.00 and expenses in the amount of $61.96 incurred by Applicant for services rendered as accountants and financial advisors to the Trustee for the period from March 14, 2023 through September 30, 2025.

2. Any creditor or party in interest may file an objection or other responsive pleading with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19106 and serve a copy on counsel whose name and address appear below on or before fourteen (14) days from the date of this Notice.

3. Any creditor or party in interest may request a hearing in writing stating the reasons why a hearing is necessary. Such a request should be filed and served as provided in the preceding paragraph.

4. In the absence of any of the foregoing answer, objection, responsive pleading or request for a hearing, counsel shall certify to the Court fifteen (15) days from the date of this Notice, the absence of such filing and request approval of the Application.

**WALSH PIZZI O'REILLY FALANGA LLP**

By: _____
Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi

One Liberty Place
1650 Market Street
Ph: 973.757.1100 | F: 973.757.1090
chemrick@walsh.law
ppizzi@walsh.law

Dated: December 16, 2025