# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

## CERTIFICATE OF SERVICE

I, Christopher M. Hemrick, of full age, hereby certify as follows:

On December 16, 2025, I caused to be served by ECF on all parties on the Clerk's Service List registered to receive notices of electronic filings a true and correct copy of the *First and Final Application for Compensation and Reimbursement of Expenses of Walsh Pizzi O'Reilly Falanga LLP, Counsel to Stephen V. Falanga, Chapter 7 Trustee of Vascular Access Centers, L.P. For The Period From and After March 9, 2023 Pursuant to 11 U.S.C. § 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2016* (the "Application") [Dkt. 1376]. In addition, on December 17, 2025, I caused a copy of the Application to be served on all parties set forth on **Exhibit A** by regular mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2026

_____
Christopher M. Hemrick

# EXHIBIT A

Entergy
c/o Jon Majewski
Attn: Credit & Collections Dept
4809 Jefferson Hwy
Jefferson, LA 70121

North Carolina Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Charter Communications
P.O. Box 742614
Cincinnati, OH 45274

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

GE Precision Healthcare, LLC
c/o DeHaan & Bach, LPA
Attn: Michael B Bach
25 Whitney Dr, Ste 106
Milford, OH 45150

Washington Gas
Attn: Bankruptcy Dept
6801 Industrial Rd
Springfield, VA 22151

Innovo Staffing
Attn: Thomas Maffettone
P.O. Box 178
Thornton, PA 19373

Department of Treasury - Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Staples Business Advantage
Attn: Tom Riggleman
7 Technology Cir
Columbia, SC 29203

Teleflex LLC
P.O. Box 936729
Atlanta, GA 31193-6729

CNA Commercial Insurance
Attn: Cynthia Goral
500 Colonial Ctr Pkwy
Lake Mary, FL 32746

MS Department of Employment Security
P.O. Box 1699
Jackson, MS 39125-3912

PSE&G
Attn: Bankruptcy Court
P.O. Box 709
Newark, NJ 07101

Denice M Jones
P.O. Box 754
Shelby, MS 38774

Dell Marketing, LP
Attn: Chantell Ewing
1 Dell Way, RR1, MS 52
Round Rock, TX 78682

Group IV Jax Development II, Inc
Attn: Matthew McLauchlin
5605 Florida Mining Blvd, Ste 210
Jacksonville, FL 32257

Terumo Medical Corporation
Attn: Brian Wagner
265 Davidson Ave
Somerset, NJ 08873

Cardiovascular Systems, Inc
c/o Fredrikson & Byron, PA
Attn: Ryan Murphy
200 S Sixth St, Ste 4000
Minneapolis, MN 55402

Brandywine Cira, LP
c/o Sirlin Lesser & Benson, PC
Attn: Dana S Plon, Esq
123 S Broad St, Ste 2100
Philadelphia, PA 19109

Maria Murasso
41 Annapolis Dr
Hazlet, NJ 07730

State of New Jersey
c/o Division of Taxation / Bankruptcy
P.O. Box 245
Trenton, NJ 08695

State of California Franchise Tax Board
c/o Bankruptcy Section MS A-340
Attn: Rebecca Estonilo
P.O. Box 2952
Sacramento, CA 95812-2952

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

Bandwave Systems LLC
Attn: Thomas Azelby
438 High St
Burlington, NJ 08016

Asahi Intecc USA, Inc
Attn: Kazuaki Inukai
22 Executive Park, Ste 110
Irvine, CA 92614

Johnson Controls Fire Protection
Attn: Bankruptcy
50 Technology Dr
Westminster, MA 01441

Cook Medical
Attn: Leila Hatton
1025 W Acuff Rd
Bloomington, IN 47407

Canon Solutions America
Attn William Ferrara
300 Commerce Square Blvd
Burlington, NJ 08016

De Lage Landen Financial Services Inc
Attn: Russell Bender
P.O. Box 41602
Philadelphia, PA 19101

Stan Metter, CPA
Partner, Baratz & Associates, PA
550 Pinetown Rd, Ste 410
Fort Washington, PA 19034

| | | |
|---|---|---|
| Galleria Operating Co LLC<br>c/o Robinson Brog<br>Attn: Fred Ringel<br>875 3rd Ave, 9th Fl<br>New York, NY 10022 | Airgas USA LLC<br>Attn: Amanda Dopieralski<br>6055 Rockside Woods Blvd<br>Independence, OH 44131 | Zetter Healthcare LLC<br>Attn: Barbara Zetter<br>2 Market Plaza Way, Ste 3<br>Mechanicsburg, PA 17055 |
| D&D Services<br>Attn: Richard Gordon<br>3687 Locks Hill<br>Martinez, GA 30907 | JoAnn Price<br>801 S Polk St 918<br>DeSoto, TX 75115 | Charles F Reindl<br>1412 Chickasaw Ave<br>Metairie, LA 70005 |
| Carolon Company<br>Attn: Denise Priddy<br>601 Forum Pkwy<br>Rural Hall, NC 27045 | LocumTenens.com LLC<br>Attn: Adwoa Awotwi<br>2575 Northwinds Pkwy<br>Alpharetta, GA 30009 | Supertech Inc<br>Attn: Judith Mell<br>P.O. Box 186<br>Elkhart, IN 46515 |
| Philips Healthcare<br>c/o Fox Rothschild LLP<br>Attn: Bruce J Borrus<br>1001 4th Ave, Ste 4500<br>Seattle, WA 98154 | Dr Wadah Atassi<br>c/o Stevens & Lee PC<br>Attn: John C Kilgannon, Esq<br>1818 Market St, 29th Fl<br>Philadelphia, PA 19103 | Valdmed LLC<br>Attn: Luis Valdes<br>1381 Beechwood Cir<br>Lawrenceville, GA 30046 |
| Cardinal Health 108 LLC<br>Attn: Erin Gapinski<br>7000 Cardinal Pl<br>Dublin, OH 43017 | Jimmie Andrews<br>1506 Clayton Ave<br>Tupelo, MS 38804 | PIH Health Real Estate Services LLC<br>c/o Lambert Operations<br>Attn: Mary Wargo<br>12532 Lambert Rd<br>Whittier, CA 90606 |
| PIH Health Real Estate Services LLC<br>c/o Lambert Operations<br>Attn: Mary Wargo<br>12532 Lambert Rd<br>Whittier, CA 90606 | NextGen Healthcare Inc<br>Attn: Shadi Bank<br>18111 Von Karman Ave, Ste 800<br>Irvine, CA 92612 | Arcus Design Group Architects Inc<br>Attn: Jeffrey Balch<br>103 Church St, Ste 10<br>Malvern, PA 19355 |
| Ancero LLC<br>Attn: Robert Hogg<br>1001 Briggs Rd, Ste 220<br>Mt Laurel, NJ 08054 | Denice M Jones<br>1307 Lake St, Apt 16<br>Shelby, MS 38774 | James Poindexter Jr<br>c/o Georgia Vascular Specialists<br>1718 Peachtree St, Ste 360<br>Atlanta, GA 30309 |
| Anish Shah<br>9601 Thistle Ridge Ln<br>Vienna, VA 22187 | 201 International Circle<br>c/o Simms Showers LLP<br>Attn: J Stephen Simms<br>201 International Cir<br>Hunt Valley, MD 21030-2103 | Gerard and Dana Marino<br>c/o Gerard Marino<br>623 Creekview Court<br>Newton Square, PA 19073 |
| Warren David Yu<br>9309 Langford Ct<br>Potomac, MD 20854 | Erica Boogaerts<br>5 Cristal Ct<br>Mandeville, LA 70448 | CR Bard Inc<br>c/o McCarter & English LLP<br>Attn: Lisa Bonsall<br>100 Mulberry St, 4 Gateway Ctr, Newark, NJ 07102 |
| SMA Properties Inc<br>Attn: John Palopoli<br>5 Samantha Dr<br>Covington, LA 70433 | TD Pharmacy Returns<br>Attn: Thomas Difilippo<br>351 Stockham Ave<br>Morrisville, PA 19067 | William Whitfield Gardner<br>285 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 |

| | | |
|---|---|---|
| Trust U/W of Virginia B D Gardner<br>Attn: W Whitfiled Gardner Trustee<br>285 Wilmington West Chester Pike<br>Chadds Ford, PA 19137 | JHG, a minor child<br>c/o William Whitfield Gardner, parent<br>285 Wilmington - W Chester Pike<br>Chadds Ford, PA 19317 | Gregory W Gardner<br>285 Wilmington - W Chester Pike<br>Chadds Ford, PA 19317 |
| Eliza A Gardner<br>285 Wilmington - W Chester Pike<br>Chadds Ford, PA 19317 | Cynthia Gardner<br>285 Wilmington - W Chester Pike<br>Chadds Ford, PA 19317 | Chad Edwards<br>c/o Adams and Reese LLP<br>Attn: Scott Cheatham<br>701 Polydras St, Ste 4500<br>New Orleans, LA 70139 |
| Angio Advancements<br>Attn: Kim Levy<br>P.O. Box 60837<br>Ft Meyers, FL 33906-0837 | Drunella Williams<br>c/o Law Offices of Warren A Forstall Jr<br>Attn: Christopher Sherwood<br>320 N Carrollton Ave, Ste 200<br>New Orleans, LA 70119 | Peripheral Vascular Inst of Phila LLC<br>c/o Bochetto & Lentz PC<br>Attn: David Heim<br>1524 Locust St,<br>Philadelphia, PA 19102 |
| Phillips Medical Capital LLC<br>c/o Stark & Stark PC<br>Attn: Jennifer Gould<br>993 Lenox Dr<br>Lawrenceville, NJ 08648 | Greg Hoover<br>161 Clemson Road<br>Bryn Mawr, PA 19010 | Royer Cooper Cohen Braunfeld LLC<br>Attn: John Royer<br>101 W Elm St, Ste 400<br>Conshohocken, PA 19428 |
| Vascular Access Centers LLC<br>c/o Bochetto & Lentz PC<br>Attn: David Helm<br>1524 Locust St<br>Philadelphia, PA 19102 | William Whitfield Gardner<br>285 Wilmington West Chester Pike<br>Chadds Ford, PA 19317 | Intelerad Medical Systems Incorporated<br>Attn: Thevarajan Runghen<br>800 Blvd De Maisonneuve E, Ste 1200<br>Montreal, QC H2L 4L8, Canada |
| Jorge Salazar, MD<br>8705 Tanoak Dr<br>Germantown, TN 38138 | Salil Joshi, MD<br>2972 Devonshire Cove<br>Germantown, TN 38139 | Dr James McGucklin<br>c/o Bochetto and Lentz PC<br>Attn: David Heim<br>1524 Locust St<br>Philadelphia, PA 19102 |
| James and Allison McGucklin<br>c/o Bochetto & Lentz PC<br>Attn: David Heim<br>1524 Locust St<br>Philadelphia, PA 19102 | PA Vascular Institute LLC<br>c/o Bochetto & Lentz LLC<br>Attn: David Heim<br>1524 Locust St<br>Philadelphia, PA 19102 | Philadelphia Vascular Institute LLC<br>c/o Smith Kane Holman<br>Attn: David Smith<br>112 Moores Rd, Ste 300<br>Malvern, PA 19355 |
| PBH2 LLC<br>c/o Dentons Cohen & Grigsby PC<br>Attn: Helen Ward, Esq<br>625 Liberty Ave<br>Pittsburgh, PA 15222 | United States of America<br>c/o U.S. Attorney Office<br>Attn: Matthew Howatt<br>615 Chestnut St, Ste 1250<br>Philadelphia, PA 19106 | TIAA Commercial Finance Inc<br>c/o Kutak Rock LLP<br>Attn: Lisa Peters<br>1650 Farnam St<br>Omaha, NE 68102 |
| Rasesh Shah<br>104 Ashley Ct<br>Moorestown, NJ 08057 | Pravin Shah and Veena Shah<br>146 Merion Way<br>Hainesport, NJ 08096 | KOL Bio-Medical Instruments, Inc<br>P.O. Box 220630<br>Chantilly, VA 20153 |
| Dr.Atul Katyal<br>8109 Glenhurst Drive<br>Fairfax Station, VA 22039 | MedPro Group, Inc.<br>Attn: Leslie Kizziar<br>5814 Reed Road<br>Fort Wayne, IN 46835 | Chehardy Sherman Williams Murray Recile<br>Stakelum & Hayes LLP<br>Attn: Conrad Meyer<br>1 Galleria Blvd, Ste 1100<br>Metairie, LA 70001 |

| | | |
|---|---|---|
| Guardian Fund II-Centerpointe, LLC<br>6000 Executive Blvd.<br>Suite 400<br>North Bethesda, MD 20852 | GE Precision Healthcare, LLC<br>c/o DeHaan & Bach, LPA<br>Attn: Michael B Bach<br>25 Whitney Dr, Ste 106<br>Milford, OH 45150 | Iron Mountain Information Management, LLC<br>1101 Enterprise Drive<br>Royersford, PA 19468 |
| Department Of Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | AIG Property Casualty, Inc<br>80 Pine St, 13 Fl<br>New York, NY 10005 | Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| AmeriPride Services, LLC<br>c/o Hawley Troxell Ennis & Hawley LLP<br>Attn: Sheila R Schwager<br>P.O. Box 1617, Boise, ID 83701 | Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | State of New Jersey<br>c/o Division of Taxation / Bankruptcy<br>P.O. Box 245<br>Trenton, NJ 08695 |
| KDPA, Inc.<br>dba Anago of Western PA<br>Bill Ross<br>c/o Anago of Western PA<br>300 Old Pond Road, Suite 202<br>Bridgeville, PA 15017 | Omni Agent Solutions<br>5955 De Soto Avenue, Suite 100<br>Woodland Hills, CA 91367 | Vascular Institute Interventional<br>Physicians, LLC<br>Vascular Institute of Virginia<br>14085 Crown Court<br>Woodbridge, VA 22193 |
| Meisner Services<br>958 N Penn St<br>Allentown, PA 18102 | Los Angeles County Treasurer and Tax Collector<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 | Abbott Vascular Division of Abbott Laboratories Inc<br>c/o Kohner Mann & Kailas, SC<br>Attn: Eric R von Helms<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212 |
| Louisiana Department of Revenue<br>P.O. Box 66658<br>Baton Rouge, LA 70896 | Department of Treasury - Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | City of Philadelphia / School District of Philadelphia<br>c/o City of Phila Law Dept - Tax & Revenue<br>Attn: Megan Harper<br>1401 JFK Blvd, 5th Fl<br>Philadelphia, PA 19102 |
| David Cohen MD<br>c/o Brach Eichler LLC<br>Attn: Bob Kasolas, Esq<br>101 Eisenhower Pkwy<br>Roseland, NJ 07068 | Stephen Ferrara<br>4524 32nd Road North<br>Arlington, VA 22207 | Linda Franklin<br>151 Bailey Road<br>Glen Allen, MS 38744 |
| Cheryl Brown, MD<br>11001 Damiano Road<br>Folsom, LA 7043 | Sudhir K. Julka<br>2604 Gay Lynn Street<br>Kenner, LA 70065 | Alice G. Gosfield and Associates, PC<br>Attn: Alice G. Gosfield<br>2309 Delancey Place<br>Philadelphia, PA 19103 |
| Northeast Scientific, Inc.<br>2142 Thomaston Avenue<br>Waterbury, CT 06704 | Lindsay L. Carter<br>205 St. Davids Court<br>Wayne, PA 19087 | |