# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**CERTIFICATION OF NO OBJECTION REGARDING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EISNERAMPER LLP, ACCOUNTANTS AND FINANCIAL ADVISORS TO STEPHEN V. FALANGA, CHAPTER 7 TRUSTEE OF VASCULAR ACCESS CENTER, L.P. FOR THE PERIOD OF MARCH 14, 2023 THROUGH SEPTEMBER 30, 2025**

Christopher M. Hemrick, of full age, hereby certifies as follows:

I am an attorney at law licensed in the States of New York and New Jersey, admitted *pro hac vice* in this matter in the United States Bankruptcy Court for the Eastern District of Pennsylvania, and a partner with the law firm of Walsh Pizzi O'Reilly Falanga LLP (the "Firm"), counsel for Stephen V. Falanga, Chapter 7 Trustee for the bankruptcy estate of Vascular Access Centers, L.P. (the "Trustee").

1. On December 16, 2025, the Firm filed the *First and Final Application for Compensation and Reimbursement of Expenses of EisnerAmper LLP Accountant and Financial Advisors to Stephen V. Falanga, Chapter 7 Trustee of Vascular Access Centers, L.P. For The Period of March 14, 2023 Through September 30, 2025* (the "Application") [Dkt. 1377].

2. Pursuant to Local Rule 2016-1, objections to the Application were due within 14 days.

3. The deadline for objecting to the Application has expired and no objection or other response was filed on the docket or served upon the Trustee.

4.	Service of the Application was made on all required parties as appears from the Certificate of Service [Dkt. 1382].

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2026

_____
Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi
WALSH PIZZI O'REILLY FALANGA LLP
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: (973) 757-1100
chemrick@walsh.law