**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-17117-AMC |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION OF WALSH PIZZI O'REILLY FALANGA LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO STEPHEN V. FALANGA, CHAPTER 7 TRUSTEE OF VASCULAR ACCESS CENTERS, L.P. FOR THE PERIOD FROM AND AFTER MARCH 9, 2023**

AND NOW, this 13th day of Jan., 2026, upon consideration of the *First and Final Application for Compensation and Reimbursement of Expenses of Walsh Pizzi O'Reilly Falanga LLP, Counsel to Stephen V. Falanga, Chapter 7 Trustee of Vascular Access Centers, L.P. For The Period From and After March 9, 2023 Pursuant to 11 U.S.C. § 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2016* (the "Application"); it is hereby:

**ORDERED** that the Application is **APPROVED**; and it is further

**ORDERED** that pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016, the fees in the amount of $287,972.50 and expenses in the amount of $ $0 incurred by Walsh Pizzi O'Reilly Falanga LLP for services rendered as counsel to Stephen V. Falanga in his capacity as Chapter 7 Trustee for the period from and after March 9, 2023 be and are hereby approved on a final basis (the "Fee Award"); and it is further

**ORDERED** that the Trustee, on behalf of the Debtor, be and is hereby authorized to pay the Fee Award to Walsh Pizzi O'Reilly Falanga LLP; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from

or relating to the interpretation or implementation of this Order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE