UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EISNERAMPER LLP, ACCOUNTANTS AND FINANCIAL ADVISORS TO STEPHEN V. FALANGA, CHAPTER 7 TRUSTEE OF VASCULAR ACCESS CENTERS, L.P. FOR THE PERIOD FROM MARCH 14, 2023 THROUGH SEPTEMBER 30, 2025**

**AND NOW**, this __13th__ day of __Jan.__, 2026, upon consideration of the *Final Application For Compensation And Reimbursement Of Expenses Of EisnerAmper LLP, Accountants And Financial Advisors To Stephen V. Falanga, Chapter 7 Trustee Of Vascular Access Centers, L.P. For The Period From March 14, 2023 Through September 30, 2025* (the "Application"); it is hereby:

**ORDERED** that the Application is **APPROVED**; and it is further

**ORDERED** that pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016, the fees in the amount of $ __68,277.00__ and expenses in the amount of $ __61.96__ incurred by EisnerAmper LLP for services rendered as accountants and financial advisors to Stephen V. Falanga in his capacity as Chapter 7 Trustee for the period from March 14, 2023 through September 30, 2025 be and are hereby approved on a final basis (the "Fee Award"); and it is further

**ORDERED** that the Trustee, on behalf of the Debtor, be and is hereby authorized to pay the Fee Award to EisnerAmper LLP; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this Order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE