United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Vascular Access Centers, L.P.

Debtor

Case No. 19-17117-amc

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 7 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |
| aty | | BRIAN P. MORGAN, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | BRUCE J. BORRUS, FOX ROTHSCHILD LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | + | CHRISTOPHER M. HEMRICK, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | DAVID H. STEIN, Wilentz Goldman & Spitzer P.A., 90 Woodbridge Center Drive, Woodbridge, NJ 07095-1146 |
| aty | + | ERIC R. VON HELMS, 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| aty | + | ERIC S. PADILLA, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | FRED B. RINGEL, 875 Third Ave. 9th floor, Robinson Brog Leinwand Greene Genovese &, Gluck P.C., New York, NY 10022-0123 |
| aty | + | J. STEPHEN SIMMS, 201 International Circle, Suite 230, Baltimore, MD 21030-1344 |
| aty | + | JEFFREY GARFINKLE, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| aty | + | KENDRA LEWIS, Waller Lansden Dortch & Davis, LLP, 511 Union Street, Ste 2700, Nashville, TN 37219-1791 |
| aty | | KRISTEN L. PERRY, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| aty | + | MARTHA B. CHOVANES, 2000 Market Street, 10th Floor, Philadelphia, PA 19103-7006 |
| aty | | RICHARD E COE, One Logan Square, Suite 2000, Philadelphia, PA 19103-6996 |
| aty | + | SYDNEY J. DARLING, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| aty | | VERONICA I. MAGDA, Fox Rothschild LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | | VINCENT P. SLUSHER, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| sp | + | Bayard, P.A., CO Evan T. Miller, 600 N. King Street, suite 400, PO Box 25130, Wilmington, DE 19899-5130 |
| consult | + | Bayard, P.A., 600 N. King Street, Suite 400, PO Box 25130, Wilmington, DE 19899-5130 |
| cr | + | Brandywine Cira, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| ptcrd | + | Crestwood Associates, LLC, 240 East Lincoln Street, Mount Prospect, IL 60056-3244 |
| intp | + | David Cohen, 10 Northwind Drive, Jackson, TN 38305-5700 |
| acc | | Eisner Advisory Group LLC, 111 Wood Avenue South, Iselin, NJ 08830-2700 |
| intp | + | James F. McGuckin, M.D., c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| NONE | + | John E. Royer, Jr., 101 W. Elm Street, Suite 400, Conshocken, PA 19428-2075 |
| cr | + | Jorge Salazar, c/o Thomas D. Bielli, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| intp | + | Larry Rector, 8 Ledge Dr., Apt. 204, Schenectady, NY 12309-2116 |
| cd | + | Michael McCarrie, 10 Beatty Road, Suite 202, Media, PA 19063, UNITED STATES 19063-1758 |
| cr | + | Morris Union Holdings, LLC, 475 Prospect Avenue, West Orange, NJ 07052-4197 |
| ptcrd | + | Philadelphia Vascular Institute, LLC, 585 County Line Road, Radnor, PA 19087-3718 |
| cr | + | Philips Healthcare, c/o Bruce J. Borrus, Fox Rothschild LLP, 1001 4th Ave., Suite 4500 Seattle, WA 98154-1192 |
| cr | #+ | Philips Medical Capital, LLC, c/o Jennifer D. Gould, Esq., 777 Township Line Rd., Suite 120, Stark & Stark, P.C., Yardley, PA 19067 UNITED STATES 19067-5559 |
| intp | + | Piscataway Endovascular Center, LLC. and West Oran, 182 Industrial Road, Glen Rock, PA 17327-8626 |
| intp | + | QCC Insurance Company, Obermayer Rebmann Maxwell &Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia 19102-2100 |
| intp | + | SSG Advisors,LLC, J. Scott Victor, Managing Director, Investment Banker to the Ch. 11 Trustee, Five Tower Bridge, Suite 420, 300 Barr Harbor Drive West Conshohocken, PA 19428-2998 |
| cr | + | Salil Joshi, c/o Thomas D. Bielli, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Spectrum Health Partners, LLC, c/o Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Attn: Blake D. Roth, Esq., Nashville, TN 37219-1791 |
| cr | + | TIAA Commercial Finance, Inc., c/o Lisa M. Peters, Esq., 1650 Farnam Street, Omaha, NE 68102-2104 |

District/off: 0313-2 | User: admin | Page 2 of 7
Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 52

| | | |
|---|---|---|
| intp | + | Vascular Access Centers, LLC, c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| NONE | + | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102 UNITED STATES 07102-4056 |
| cr | + | William Whitfield Gardner, c/o Faegre Drinker Biddle & Reath LLP, One Logan Square, Suite 2000, Philadelphia, PA 19103-6909 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 14 2026 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| intp | Email/Text: susan.kempf@dentons.com | Jan 14 2026 00:21:00 | 1750 Madison, LLC, c/o Dentons Cohen & Grigsby P.C., Helen Sara Ward, Esq., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| ptcrd | Email/Text: stan@mettercpa.com | Jan 14 2026 00:21:00 | Metter & Company, 831 DeKalb Pike, Blue Bell, PA 19422 |
| intp | ^ MEBN | Jan 14 2026 00:16:16 | Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| intp | Email/Text: susan.kempf@dentons.com | Jan 14 2026 00:21:00 | PBH2, LLC, c/o Dentons Cohen & Grigsby P.C., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| cr | ^ MEBN | Jan 14 2026 00:16:15 | SMA Properties, LLC, c/o Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| cr | ^ MEBN | Jan 14 2026 00:16:20 | Spectrum Health Partners, LLC, c/o Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Attn: Blake D. Roth, Esq., Nashville, TN 37219-1791 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Jan 14 2026 00:21:00 | TN Dept of Revenue, c/oTN Atty General,Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| cr | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2026 00:21:00 | United States of America, U.S. Attorneys' Office, 615 Chesnut Street, Suite 1250, Philadelphia, PA 19106-4490 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | EisnerAmper LLP |
| aty | *+ | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102, UNITED STATES 07102-4056 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFRED ABEL | on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com |
| AMY JANE BLUMENTHAL | on behalf of Creditor TIAA Commercial Finance  Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com |
| ANNE M. AARONSON | on behalf of Debtor Vascular Access Centers  L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| ANNE M. AARONSON | on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com  mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| AUTUMN M. MCCOURT | on behalf of Plaintiff David Cohen amccourt@bracheichler.com |
| AUTUMN M. MCCOURT | on behalf of Interested Party David Cohen amccourt@bracheichler.com |
| Albert Anthony Ciardi, III | on behalf of Interested Party James F. McGuckin  M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant Vascular Access Centers  LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | on behalf of Defendant James McGuckin  M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| BLAKE DANIEL ROTH | on behalf of Creditor Spectrum Health Partners  LLC blake.roth@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor NextGen Healthcare cleavell@klehr.com  lclark@klehr.com |
| DALLAS G. TAYLOR | on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com |
| DANA S. PLON | on behalf of Creditor Brandywine Cira  L.P. dplon@sirlinlaw.com |
| DANIEL N. BROGAN | on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate dbrogan@bayardlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com |
| DAVID B. SMITH | on behalf of Pennsylvania Vascular Institute  PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Defendant Vascular Access Center Memphis  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Interested Party Vascular Access Centers  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |

DAVID B. SMITH
on behalf of Defendant Peripheral Vascular Institute of Philadelphia  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Vascular Access Centers  L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Crestwood Associates  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant PA Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID E. LEMKE
on behalf of Creditor Spectrum Health Partners  LLC david.lemke@hklaw.com,
chris.cronk@hklaw.com;cathy.thomas@hklaw.com

DAVID M. KLAUDER
on behalf of Creditor Morris Union Holdings  LLC dklauder@bk-legal.com, ldees@bk-legal.com

DAVID P. HEIM
on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com,
mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia  LLC dheim@bochettoandlentz.com,
mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Interested Party Vascular Access Centers  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Defendant James F. McGuckin  M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Defendant Bochetto & Lentz  P.C. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant PA Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Defendant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Interested Party James F. McGuckin  M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

EDMOND M. GEORGE
on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EVAN THOMAS MILLER
on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com  robyn.warren@saul.com

EVAN THOMAS MILLER
on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER

District/off: 0313-2                        User: admin                        Page 5 of 7
Date Rcvd: Jan 13, 2026                     Form ID: pdf900                     Total Noticed: 52

|  |  |
|---|---|
|  | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com |
| EVAN THOMAS MILLER | on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com robyn.warren@saul.com |
| FRANCIS J. LAWALL | on behalf of Defendant B. Braun Medical francis.lawall@troutman.com susan.henry@troutman.com,wlbank@troutman.com |
| FRIDRIKH V. SHRAYBER | on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com |
| GARY F SEITZ | on behalf of Michael Levine gseitz@gsbblaw.com |
| GEORGE BOCHETTO | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Interested Party James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GEORGE BOCHETTO | on behalf of Interested Party Vascular Access Centers LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com |
| GREGORY W. HAUSWIRTH | on behalf of Defendant Parish Cab ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com |
| George M Conway, III | on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com |
| George M Conway, III | on behalf of Creditor United States of America gmconwayiii@gmail.com |
| HARALAMPO "BOB" KASOLAS | on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com |
| HARALAMPO "BOB" KASOLAS | on behalf of Interested Party David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com |
| HARALAMPO "BOB" KASOLAS | on behalf of Plaintiff David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com |
| HELEN SARA WARD | on behalf of Interested Party 1750 Madison LLC helen.ward@dentons.com, michelle.graeb@dentons.com |
| HELEN SARA WARD | on behalf of Interested Party PBH2 LLC helen.ward@dentons.com, michelle.graeb@dentons.com |
| JAMES M. MATOUR | on behalf of Debtor Vascular Access Centers L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com |
| JAMES M. MATOUR | on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com ctomlin@dilworthlaw.com |
| JASON CHRISTOPHER MANFREY | on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com |
| JENNIFER C. MCENTEE | on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| JENNIFER C. MCENTEE | on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com |
| JENNIFER D. GOULD | on behalf of Creditor Philips Medical Capital LLC jennifer.gould@volvo.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com |

District/off: 0313-2 | User: admin | Page 6 of 7
Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 52

JESSE M. HARRIS

on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS

on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN A. O'CONNELL

on behalf of Defendant Bochetto & Lentz  P.C. joconnell@bochettoandlentz.com,
tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

JOHN C. GENTILE

on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com  debankruptcy@beneschlaw.com

JOHN C. KILGANNON

on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com  pam@stevenslee.com

JONATHAN J. BART

on behalf of Creditor Morris Union Holdings  LLC jbart@wilentz.com,
jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR

on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC joseph.argentina@faegredrinker.com,
cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR

on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC
joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR

on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com  cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR

on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com  cathy.greer@faegredrinker.com

KATE ROGGIO BUCK

on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL

on behalf of Debtor Vascular Access Centers  L.P. lmcmichael@dilworthlaw.com,
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL

on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN

on behalf of Creditor Galleria Operating Co.  LLP HeilmanL@ballardspahr.com,
carbonej@ballardspahr.com;weidmanb@ballardspahr.com

LISA M. PETERS

on behalf of Defendant TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS

on behalf of Creditor TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS

on behalf of Defendant GE HFS  LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com,
marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN

on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER

on behalf of Creditor Philips Medical Capital  LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT

on behalf of Creditor United States of America matthew.howatt@usdoj.gov
Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.

on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.

on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE

on behalf of Defendant Artz McCarrie Health Law LLC mjm@bochettoandlentz.com

MICHAEL J. MCCARRIE

on behalf of Counter-Defendant Michael McCarrie mjm@bochettoandlentz.com

District/off: 0313-2                                    User: admin                                    Page 7 of 7
Date Rcvd: Jan 13, 2026                                Form ID: pdf900                              Total Noticed: 52

NICHOLAS M CENTRELLA
on behalf of John E. Royer  Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC nengel@skhlaw.com

NICHOLAS S. HERRON
on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov  USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS
on behalf of Defendant Parish Cab pcarothers@ch-legal.com
ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

PETER JOSEPH PIZZI
on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Defendant Vascular Access Centers  L.P. sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

RYAN T. KIRK
on behalf of Defendant James F. McGuckin  M.D. rkirk@bochettoandlentz.com

RYAN T. KIRK
on behalf of Defendant Philadelphia Vascular Institute  LLC rkirk@bochettoandlentz.com

STEPHEN V. FALANGA
on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law

STEPHEN V. FALANGA
sfalanga@walsh.law

STEVEN D. ADLER
on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com,
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER
on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com  rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER
on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

THOMAS DANIEL BIELLI
on behalf of Creditor Salil Joshi tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
on behalf of Creditor Jorge Salazar tbielli@bk-legal.com  bhoffmann@bk-legal.com

TURNER N. FALK
on behalf of Attorney Saul Ewing LLP turner.falk@saul.com  tnfalk@recap.email;catherine.santangelo@saul.com

Thomas Kamvosoulis
on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com

Thomas Kamvosoulis
on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 116

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION OF WALSH PIZZI O'REILLY FALANGA LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO STEPHEN V. FALANGA, CHAPTER 7 TRUSTEE OF VASCULAR ACCESS CENTERS, L.P. FOR THE PERIOD FROM AND AFTER MARCH 9, 2023**

**AND NOW**, this 13th day of Jan. , 2026, upon consideration of the

*First and Final Application for Compensation and Reimbursement of Expenses of Walsh Pizzi O'Reilly Falanga LLP, Counsel to Stephen V. Falanga, Chapter 7 Trustee of Vascular Access Centers, L.P. For The Period From and After March 9, 2023 Pursuant to 11 U.S.C. § 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Local Rule 2016* (the "Application"); it is hereby:

**ORDERED** that the Application is **APPROVED**; and it is further

**ORDERED** that pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016, the fees in the amount of $ 287,972.50 and expenses in the amount of $ $0 incurred by Walsh Pizzi O'Reilly Falanga LLP for services rendered as counsel to Stephen V. Falanga in his capacity as Chapter 7 Trustee for the period from and after March 9, 2023 be and are hereby approved on a final basis (the "Fee Award"); and it is further

**ORDERED** that the Trustee, on behalf of the Debtor, be and is hereby authorized to pay the Fee Award to Walsh Pizzi O'Reilly Falanga LLP; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from

or relating to the interpretation or implementation of this Order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

2