United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                         Case No. 19-17117-amc
Vascular Access Centers, L.P.                                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                    Page 1 of 7
Date Rcvd: Jan 13, 2026                           Form ID: pdf900                                Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |
| aty | | BRIAN P. MORGAN, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | BRUCE J. BORRUS, FOX ROTHSCHILD LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | + | CHRISTOPHER M. HEMRICK, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | DAVID H. STEIN, Wilentz Goldman & Spitzer P.A., 90 Woodbridge Center Drive, Woodbridge, NJ 07095-1146 |
| aty | + | ERIC R. VON HELMS, 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| aty | + | ERIC S. PADILLA, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | FRED B. RINGEL, 875 Third Ave. 9th floor, Robinson Brog Leinwand Greene Genovese &, Gluck P.C., New York, NY 10022-0123 |
| aty | + | J. STEPHEN SIMMS, 201 International Circle, Suite 230, Baltimore, MD 21030-1344 |
| aty | + | JEFFREY GARFINKLE, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| aty | + | KENDRA LEWIS, Waller Lansden Dortch & Davis, LLP, 511 Union Street, Ste 2700, Nashville, TN 37219-1791 |
| aty | | KRISTEN L. PERRY, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| aty | + | MARTHA B. CHOVANES, 2000 Market Street, 10th Floor, Philadelphia, PA 19103-7006 |
| aty | | RICHARD E COE, One Logan Square, Suite 2000, Philadelphia, PA 19103-6996 |
| aty | + | SYDNEY J. DARLING, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| aty | | VERONICA I. MAGDA, Fox Rothschild LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | | VINCENT P. SLUSHER, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| sp | + | Bayard, P.A., CO Evan T. Miller, 600 N. King Street, Suite 400, PO Box 25130, Wilmington, DE 19899-5130 |
| consult | + | Bayard, P.A., 600 N. King Street, Suite 400, PO Box 25130, Wilmington, DE 19899-5130 |
| cr | + | Brandywine Cira, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| ptcrd | + | Crestwood Associates, LLC, 240 East Lincoln Street, Mount Prospect, IL 60056-3244 |
| intp | + | David Cohen, 10 Northwind Drive, Jackson, TN 38305-5700 |
| acc | | Eisner Advisory Group LLC, 111 Wood Avenue South, Iselin, NJ 08830-2700 |
| intp | + | James F. McGuckin, M.D., c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| NONE | + | John E. Royer, Jr., 101 W. Elm Street, Suite 400, Conshocken, PA 19428-2075 |
| cr | + | Jorge Salazar, c/o Thomas D. Bielli, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| intp | + | Larry Rector, 8 Ledge Dr., Apt. 204, Schenectady, NY 12309-2116 |
| cd | + | Michael McCarrie, 10 Beatty Road, Suite 202, Media, PA 19063, UNITED STATES 19063-1758 |
| cr | + | Morris Union Holdings, LLC, 475 Prospect Avenue, West Orange, NJ 07052-4197 |
| ptcrd | + | Philadelphia Vascular Institute, LLC, 585 County Line Road, Radnor, PA 19087-3718 |
| cr | + | Philips Healthcare, c/o Bruce J. Borrus, Fox Rothschild LLP, 1001 4th Ave., Suite 4500 Seattle, WA 98154-1192 |
| cr | #+ | Philips Medical Capital, LLC, c/o Jennifer D. Gould, Esq., 777 Township Line Rd., Suite 120, Stark & Stark, P.C., Yardley, PA 19067 UNITED STATES 19067-5559 |
| intp | + | Piscataway Endovascular Center, LLC. and West Oran, 182 Industrial Road, Glen Rock, PA 17327-8626 |
| intp | + | QCC Insurance Company, Obermayer Rebmann Maxwell &Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia 19102-2100 |
| intp | + | SSG Advisors,LLC, J. Scott Victor, Managing Director, Investment Banker to the Ch. 11 Trustee, Five Tower Bridge, Suite 420, 300 Barr Harbor Drive West Conshohocken, PA 19428-2998 |
| cr | + | Salil Joshi, c/o Thomas D. Bielli, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| cr | + | Spectrum Health Partners, LLC, c/o Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Attn: Blake D. Roth, Esq., Nashville, TN 37219-1791 |
| cr | + | TIAA Commercial Finance, Inc., c/o Lisa M. Peters, Esq., 1650 Farnam Street, Omaha, NE 68102-2104 |

| District/off: 0313-2 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 52 |

| | | |
|---|---|---|
| intp | + | Vascular Access Centers, LLC, c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| NONE | + | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102 UNITED STATES 07102-4056 |
| cr | + | William Whitfield Gardner, c/o Faegre Drinker Biddle & Reath LLP, One Logan Square, Suite 2000, Philadelphia, PA 19103-6909 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 14 2026 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2026 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| intp | Email/Text: susan.kempf@dentons.com | Jan 14 2026 00:21:00 | 1750 Madison, LLC, c/o Dentons Cohen & Grigsby P.C., Helen Sara Ward, Esq., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| ptcrd | Email/Text: stan@mettercpa.com | Jan 14 2026 00:21:00 | Metter & Company, 831 DeKalb Pike, Blue Bell, PA 19422 |
| intp | ^ MEBN | Jan 14 2026 00:16:17 | Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| intp | Email/Text: susan.kempf@dentons.com | Jan 14 2026 00:21:00 | PBH2, LLC, c/o Dentons Cohen & Grigsby P.C., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| cr | ^ MEBN | Jan 14 2026 00:16:15 | SMA Properties, LLC, c/o Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| cr | ^ MEBN | Jan 14 2026 00:16:21 | Spectrum Health Partners, LLC, c/o Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Attn: Blake D. Roth, Esq., Nashville, TN 37219-1791 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Jan 14 2026 00:21:00 | TN Dept of Revenue, c/oTN Atty General,Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| cr | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2026 00:21:00 | United States of America, U.S. Attorneys' Office, 615 Chesnut Street, Suite 1250, Philadelphia, PA 19106-4490 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| acc | | EisnerAmper LLP |
| aty | *+ | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102, UNITED STATES 07102-4056 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:

**Name**  **Email Address**

ALFRED ABEL
on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com

AMY JANE BLUMENTHAL
on behalf of Creditor TIAA Commercial Finance Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com

ANNE M. AARONSON
on behalf of Debtor Vascular Access Centers L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

ANNE M. AARONSON
on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

AUTUMN M. MCCOURT
on behalf of Plaintiff David Cohen amccourt@bracheichler.com

AUTUMN M. MCCOURT
on behalf of Interested Party David Cohen amccourt@bracheichler.com

Albert Anthony Ciardi, III
on behalf of Interested Party James F. McGuckin M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BLAKE DANIEL ROTH
on behalf of Creditor Spectrum Health Partners LLC blake.roth@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

CHRISTOPHER JOHN LEAVELL
on behalf of Creditor NextGen Healthcare cleavell@klehr.com lclark@klehr.com

DALLAS G. TAYLOR
on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com

DANA S. PLON
on behalf of Creditor Brandywine Cira L.P. dplon@sirlinlaw.com

DANIEL N. BROGAN
on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate dbrogan@bayardlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

DAVID B. SMITH
on behalf of Pennsylvania Vascular Institute PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Vascular Access Center Memphis LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Interested Party Vascular Access Centers LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

| District/off: 0313-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 52 |

DAVID B. SMITH
    on behalf of Defendant Peripheral Vascular Institute of Philadelphia LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant Vascular Access Centers L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Petitioning Creditor Crestwood Associates LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Defendant PA Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID E. LEMKE
    on behalf of Creditor Spectrum Health Partners LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com

DAVID M. KLAUDER
    on behalf of Creditor Morris Union Holdings LLC dklauder@bk-legal.com, ldees@bk-legal.com

DAVID P. HEIM
    on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Interested Party Vascular Access Centers LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant Bochetto & Lentz P.C. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Cross-Claimant PA Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Defendant Philadelphia Vascular Institute LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
    on behalf of Interested Party James F. McGuckin M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

EDMOND M. GEORGE
    on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
    on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER

    on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER
    on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com robyn.warren@saul.com

FRANCIS J. LAWALL
    on behalf of Defendant B. Braun Medical francis.lawall@troutman.com susan.henry@troutman.com,wlbank@troutman.com

FRIDRIKH V. SHRAYBER
    on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com

GARY F SEITZ
    on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO
    on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Interested Party James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant James F. McGuckin M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
    on behalf of Interested Party Vascular Access Centers LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GREGORY W. HAUSWIRTH
    on behalf of Defendant Parish Cab ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III
    on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III
    on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS
    on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Interested Party David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
    on behalf of Plaintiff David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD
    on behalf of Interested Party 1750 Madison LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
    on behalf of Interested Party PBH2 LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
    on behalf of Debtor Vascular Access Centers L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR
    on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
    on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE
    on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
    on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
    on behalf of Creditor Philips Medical Capital LLC jennifer.gould@volvo.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com

Case 19-17117-amc   Doc 1387   Filed 01/15/26   Entered 01/16/26 00:38:41   Desc
Imaged Certificate of Notice   Page 6 of 9

| District/off: 0313-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 52 |

| | |
|---|---|
| JESSE M. HARRIS | on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com |
| JESSE M. HARRIS | on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com |
| JOHN A. O'CONNELL | on behalf of Defendant Bochetto & Lentz P.C. joconnell@bochettoandlentz.com, tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com |
| JOHN C. GENTILE | on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com debankruptcy@beneschlaw.com |
| JOHN C. KILGANNON | on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com pam@stevenslee.com |
| JONATHAN J. BART | on behalf of Creditor Morris Union Holdings LLC jbart@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com |
| JOSEPH N ARGENTINA, JR | on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com |
| JOSEPH N ARGENTINA, JR | on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com |
| JOSEPH N ARGENTINA, JR | on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com |
| JOSEPH N ARGENTINA, JR | on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com |
| KATE ROGGIO BUCK | on behalf of Defendant Cigna Health KBuck@mccarter.com |
| KEVIN P. CALLAHAN | on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov |
| LAWRENCE G. MCMICHAEL | on behalf of Debtor Vascular Access Centers L.P. lmcmichael@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| LAWRENCE G. MCMICHAEL | on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| LESLIE C. HEILMAN | on behalf of Creditor Galleria Operating Co. LLP HeilmanL@ballardspahr.com, carbonej@ballardspahr.com;weidmanb@ballardspahr.com |
| LISA M. PETERS | on behalf of Defendant TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com |
| LISA M. PETERS | on behalf of Creditor TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com |
| LISA M. PETERS | on behalf of Defendant GE HFS LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com |
| MARIA G. PERRI-QUINN | on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com |
| MARSHALL T KIZNER | on behalf of Creditor Philips Medical Capital LLC mkizner@stark-stark.com |
| MATTHEW E. K. HOWATT | on behalf of Creditor United States of America matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov |
| MICHAEL G. BUSENKELL, Esq. | on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com |
| MICHAEL G. BUSENKELL, Esq. | on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com |
| MICHAEL J. MCCARRIE | on behalf of Defendant Artz McCarrie Health Law LLC mjm@bochettoandlentz.com |
| MICHAEL J. MCCARRIE | on behalf of Counter-Defendant Michael McCarrie mjm@bochettoandlentz.com |

Case 19-17117-amc   Doc 1387   Filed 01/15/26   Entered 01/16/26 00:38:41   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0313-2 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Jan 13, 2026 | Form ID: pdf900 | Total Noticed: 52 |

| | |
|---|---|
| NICHOLAS M CENTRELLA | on behalf of John E. Royer Jr. ncentrella@clarkhill.com |
| NICHOLAS M. ENGEL | on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC nengel@skhlaw.com |
| NICHOLAS S. HERRON | on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov |
| PATRICK W CAROTHERS | on behalf of Defendant Parish Cab pcarothers@ch-legal.com ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com |
| PETER JOSEPH PIZZI | on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Defendant Vascular Access Centers L.P. sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law |
| RYAN T. KIRK | on behalf of Defendant James F. McGuckin M.D. rkirk@bochettoandlentz.com |
| RYAN T. KIRK | on behalf of Defendant Philadelphia Vascular Institute LLC rkirk@bochettoandlentz.com |
| STEPHEN V. FALANGA | on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law |
| STEPHEN V. FALANGA | sfalanga@walsh.law |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Salil Joshi tbielli@bk-legal.com bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Jorge Salazar tbielli@bk-legal.com bhoffmann@bk-legal.com |
| TURNER N. FALK | on behalf of Attorney Saul Ewing LLP turner.falk@saul.com tnfalk@recap.email;catherine.santangelo@saul.com |
| Thomas Kamvosoulis | on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com |
| Thomas Kamvosoulis | on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 116

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VASCULAR ACCESS CENTERS, L.P.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-17117-AMC |

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF EISNERAMPER LLP, ACCOUNTANTS AND FINANCIAL ADVISORS TO STEPHEN V. FALANGA, CHAPTER 7 TRUSTEE OF VASCULAR ACCESS CENTERS, L.P. FOR THE PERIOD FROM MARCH 14, 2023 THROUGH SEPTEMBER 30, 2025**

**AND NOW**, this  13th  day of  Jan.  , 2026, upon consideration of the *Final Application For Compensation And Reimbursement Of Expenses Of EisnerAmper LLP, Accountants And Financial Advisors To Stephen V. Falanga, Chapter 7 Trustee Of Vascular Access Centers, L.P. For The Period From March 14, 2023 Through September 30, 2025* (the "Application"); it is hereby:

**ORDERED** that the Application is **APPROVED**; and it is further

**ORDERED** that pursuant to 11 U.S.C. § 330 and Federal Rule of Bankruptcy Procedure 2016, the fees in the amount of $ 68,277.00  and expenses in the amount of $ 61.96  incurred by EisnerAmper LLP for services rendered as accountants and financial advisors to Stephen V. Falanga in his capacity as Chapter 7 Trustee for the period from March 14, 2023 through September 30, 2025 be and are hereby approved on a final basis (the "Fee Award"); and it is further

**ORDERED** that the Trustee, on behalf of the Debtor, be and is hereby authorized to pay the Fee Award to EisnerAmper LLP; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or relating to the interpretation or implementation of this Order.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

2