# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., *Debtor* | No. 19-17117 |

## NOTICE OF APPLICATION OF ALLIED WORLD SPECIALTY INSURANCE COMPANY FOR AUTHORIZATION TO ENTER INTO STIPULATION AUTHORIZING ALLIED WORLD SPECIALTY INSURANCE COMPANY TO PAY CERTAIN DEFENSE COSTS UNDER DEBTOR'S DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY

PLEASE TAKE NOTICE THAT, on March 4, 2026, Allied World Specialty Insurance Company ("Allied World"), filed an application (the "Application") pursuant to section 105(a) and 362(d) of title 11 of the United States Code (the "Bankruptcy Code") and Local Bankruptcy Rule 9013-3 for authorization to enter into the proposed Stipulation attached thereto as Exhibit A) (the "Stipulation"), to modify the automatic stay and authorize payment of defense costs to counsel under the Directors and Officers Liability Policy issued by Allied World to the Debtor, as set forth in the Stipulation (Docket # 1388).

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 9013-3(b), any objection to the entry of the proposed Stipulation must be filed with the Clerk of the Court and served upon (a) counsel for the Trustee and (b) the undersigned counsel for applicant, Allied World.

PLEASE TAKE FURTHER NOTICE that, in the event no objections are received within Fourteen (14) days of the date of this notice, counsel for Allied World shall cause to be filed a certification of no objection and the Stipulation may be entered by the Court.

                                             Respectfully submitted,

                                             WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP

By:    /s/ *Jesse M. Endler*
            Jesse M. Endler
            PA ID Nos. 200622
            Two Commerce Square
            2001 Market Street - Suite 3100
            Philadelphia, PA 19103
            215-627-6900
            ATTORNEYS FOR ALLIED WORLD
            SPECIALTY INSURANCE COMPANY

Date: March 4, 2026