## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:<br>　　VASCULAR ACCESS CENTERS, L.P.,<br><br>　　　　　　　　　　*Debtor.* | Chapter 7<br><br>No. 19-17117-AMC |

### AMENDED CERTFICIATE OF SERVICE

　　I, Jesse M. Endler, hereby certify as follows:

　　On March 5, 2026, I caused to be filed and served by ECF on all parties registered to receive notices of electronic filing the Application of Allied World Specialty Insurance for Authorization to Enter into Stipulation Authorizing Allied World Specialty Insurance Company to Pay Defense Costs Under Debor's Direction and Officers Liability Insurance Policy (the "Application"). In addition, on March 5, 2026, I caused a true and correct copy of the Notice of the Application of Allied World Specialty Insurance Company for Authorization to Enter into Stipulation Authorizing Allied World Specialty Insurance Company to Pay Certain Defense Costs Under Debtor's Directors and Officers Liability Insurance Policy (the "Notice of Application") on all parties set forth on Exhibit "A" by regular first class mail.

　　I certify under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　WILSON, ELSER, MOSKOWITZ,
　　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP

　　　　　　　　　　　　By:　　/s/ *Jesse M. Endler*
　　　　　　　　　　　　　　　　Jesse M. Endler
　　　　　　　　　　　　　　　　PA ID Nos. 200622
　　　　　　　　　　　　　　　　Two Commerce Square
　　　　　　　　　　　　　　　　2001 Market Street - Suite 3100
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　215-627-6900
　　　　　　　　　　　　　　　　Attorneys for Allied World
　　　　　　　　　　　　　　　　Specialty Insurance Company

Date: March 5, 2026

# EXHIBIT "A"

Entergy
c/o Jon Majewski
Attn: Credit & Collections Dept
4809 Jefferson Hwy
Jefferson, LA 70121

North Carolina Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Charter Communications
P.O. Box 742614
Cincinnati, OH 45274

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

GE Precision Healthcare, LLC
c/o DeHaan & Bach, LPA
Attn: Michael B Bach
25 Whitney Dr, Ste 106
Milford, OH 45150

Washington Gas
Attn: Bankruptcy Dept
6801 Industrial Rd
Springfield, VA 22151

Innovo Staffing
Attn: Thomas Maffettone
P.O. Box 178
Thornton, PA 19373

Department of Treasury - Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Staples Business Advantage
Attn: Tom Riggleman
7 Technology Cir
Columbia, SC 29203

Teleflex LLC
P.O. Box 936729
Atlanta, GA 31193-6729

CNA Commercial Insurance
Attn: Cynthia Goral
500 Colonial Ctr Pkwy
Lake Mary, FL 32746

MS Department of Employment Security
P.O. Box 1699
Jackson, MS 39125-3912

PSE&G
Attn: Bankruptcy Court
P.O. Box 709
Newark, NJ 07101

Denice M Jones
P.O. Box 754
Shelby, MS 38774

Dell Marketing, LP
Attn: Chantell Ewing
1 Dell Way, RR1, MS 52
Round Rock, TX 78682

Group IV Jax Development II, Inc
Attn: Matthew McLauchlin
5605 Florida Mining Blvd, Ste 210
Jacksonville, FL 32257

Terumo Medical Corporation
Attn: Brian Wagner
265 Davidson Ave
Somerset, NJ 08873

Cardiovascular Systems, Inc
c/o Fredrikson & Byron, PA
Attn: Ryan Murphy
200 S Sixth St, Ste 4000
Minneapolis, MN 55402

Brandywine Cira, LP
c/o Sirlin Lesser & Benson, PC
Attn: Dana S Plon, Esq
123 S Broad St, Ste 2100
Philadelphia, PA 19109

Maria Murasso
41 Annapolis Dr
Hazlet, NJ 07730

State of New Jersey
c/o Division of Taxation / Bankruptcy
P.O. Box 245
Trenton, NJ 08695

State of California Franchise Tax Board
c/o Bankruptcy Section MS A-340
Attn: Rebecca Estonilo
P.O. Box 2952
Sacramento, CA 95812-2952

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

Bandwave Systems LLC
Attn: Thomas Azelby
438 High St
Burlington, NJ 08016

Asahi Intecc USA, Inc
Attn: Kazuaki Inukai
22 Executive Park, Ste 110
Irvine, CA 92614

Johnson Controls Fire Protection
Attn: Bankruptcy
50 Technology Dr
Westminster, MA 01441

Cook Medical
Attn: Leila Hatton
1025 W Acuff Rd
Bloomington, IN 47407

Canon Solutions America
Attn William Ferrara
300 Commerce Square Blvd
Burlington, NJ 08016

De Lage Landen Financial Services Inc
Attn: Russell Bender
P.O. Box 41602
Philadelphia, PA 19101

Stan Metter, CPA
Partner, Baratz & Associates, PA
550 Pinetown Rd, Ste 410
Fort Washington, PA 19034

Galleria Operating Co LLC
c/o Robinson Brog
Attn: Fred Ringel
875 3rd Ave, 9th Fl
New York, NY 10022

Airgas USA LLC
Attn: Amanda Dopieralski
6055 Rockside Woods Blvd
Independence, OH 44131

Zetter Healthcare LLC
Attn: Barbara Zetter
2 Market Plaza Way, Ste 3
Mechanicsburg, PA 17055

D&D Services
Attn: Richard Gordon
3687 Locks Hill
Martinez, GA 30907

JoAnn Price
801 S Polk St 918
DeSoto, TX 75115

Charles F Reindl
1412 Chickasaw Ave
Metairie, LA 70005

Carolon Company
Attn: Denise Priddy
601 Forum Pkwy
Rural Hall, NC 27045

LocumTenens.com LLC
Attn: Adwoa Awotwi
2575 Northwinds Pkwy
Alpharetta, GA 30009

Supertech Inc
Attn: Judith Mell
P.O. Box 186
Elkhart, IN 46515

Philips Healthcare
c/o Fox Rothschild LLP
Attn: Bruce J Borrus
1001 4th Ave, Ste 4500
Seattle, WA 98154

Dr Wadah Atassi
c/o Stevens & Lee PC
Attn: John C Kilgannon, Esq
1818 Market St, 29th Fl
Philadelphia, PA 19103

Valdmed LLC
Attn: Luis Valdes
1381 Beechwood Cir
Lawrenceville, GA 30046

Cardinal Health 108 LLC
Attn: Erin Gapinski
7000 Cardinal Pl
Dublin, OH 43017

Jimmie Andrews
1506 Clayton Ave
Tupelo, MS 38804

PIH Health Real Estate Services LLC
c/o Lambert Operations
Attn: Mary Wargo
12532 Lambert Rd
Whittier, CA 90606

PIH Health Real Estate Services LLC
c/o Lambert Operations
Attn: Mary Wargo
12532 Lambert Rd
Whittier, CA 90606

NextGen Healthcare Inc
Attn: Shadi Bank
18111 Von Karman Ave, Ste 800
Irvine, CA 92612

Arcus Design Group Architects Inc
Attn: Jeffrey Balch
103 Church St, Ste 10
Malvern, PA 19355

Ancero LLC
Attn: Robert Hogg
1001 Briggs Rd, Ste 220
Mt Laurel, NJ 08054

Denice M Jones
1307 Lake St, Apt 16
Shelby, MS 38774

James Poindexter Jr
c/o Georgia Vascular Specialists
1718 Peachtree St, Ste 360
Atlanta, GA 30309

Anish Shah
9601 Thistle Ridge Ln
Vienna, VA 22187

201 International Circle
c/o Simms Showers LLP
Attn: J Stephen Simms
201 International Cir
Hunt Valley, MD 21030-2103

Gerard and Dana Marino
c/o Gerard Marino
623 Creekview Court
Newton Square, PA 19073

Warren David Yu
9309 Langford Ct
Potomac, MD 20854

Erica Boogaerts
5 Cristal Ct
Mandeville, LA 70448

CR Bard Inc
c/o McCarter & English LLP
Attn: Lisa Bonsall
100 Mulberry St, 4 Gateway Ctr, Newark, NJ 07102

SMA Properties Inc
Attn: John Palopoli
5 Samantha Dr
Covington, LA 70433

TD Pharmacy Returns
Attn: Thomas Difilippo
351 Stockham Ave
Morrisville, PA 19067

William Whitfield Gardner
285 Wilmington West Chester Pike
Chadds Ford, PA 19317

Trust U/W of Virginia B D Gardner
Attn: W Whitfiled Gardner Trustee
285 Wilmington West Chester Pike
Chadds Ford, PA 19137

JHG, a minor child
c/o William Whitfield Gardner, parent
285 Wilmington - W Chester Pike
Chadds Ford, PA 19317

Gregory W Gardner
285 Wilmington - W Chester Pike
Chadds Ford, PA 19317

Eliza A Gardner
285 Wilmington - W Chester Pike
Chadds Ford, PA 19317

Cynthia Gardner
285 Wilmington - W Chester Pike
Chadds Ford, PA 19317

Chad Edwards
c/o Adams and Reese LLP
Attn: Scott Cheatham
701 Polydras St, Ste 4500
New Orleans, LA 70139

Angio Advancements
Attn: Kim Levy
P.O. Box 60837
Ft Meyers, FL 33906-0837

Drunella Williams
c/o Law Offices of Warren A Forstall Jr
Attn: Christopher Sherwood
320 N Carrollton Ave, Ste 200
New Orleans, LA 70119

Peripheral Vascular Inst of Phila LLC
c/o Bochetto & Lentz PC
Attn: David Heim
1524 Locust St,
Philadelphia, PA 19102

Phillips Medical Capital LLC
c/o Stark & Stark PC
Attn: Jennifer Gould
993 Lenox Dr
Lawrenceville, NJ 08648

Greg Hoover
161 Clemson Road
Bryn Mawr, PA 19010

Royer Cooper Cohen Braunfeld LLC
Attn: John Royer
101 W Elm St, Ste 400
Conshohocken, PA 19428

Vascular Access Centers LLC
c/o Bochetto & Lentz PC
Attn: David Helm
1524 Locust St
Philadelphia, PA 19102

William Whitfield Gardner
285 Wilmington West Chester Pike
Chadds Ford, PA 19317

Intelerad Medical Systems Incorporated
Attn: Thevarajan Runghen
800 Blvd De Maisonneuve E, Ste 1200
Montreal, QC H2L 4L8, Canada

Jorge Salazar, MD
8705 Tanoak Dr
Germantown, TN 38138

Salil Joshi, MD
2972 Devonshire Cove
Germantown, TN 38139

Dr James McGucklin
c/o Bochetto and Lentz PC
Attn: David Heim
1524 Locust St
Philadelphia, PA 19102

James and Allison McGucklin
c/o Bochetto & Lentz PC
Attn: David Heim
1524 Locust St
Philadelphia, PA 19102

PA Vascular Institute LLC
c/o Bochetto & Lentz LLC
Attn: David Heim
1524 Locust St
Philadelphia, PA 19102

Philadelphia Vascular Institute LLC
c/o Smith Kane Holman
Attn: David Smith
112 Moores Rd, Ste 300
Malvern, PA 19355

PBH2 LLC
c/o Dentons Cohen & Grigsby PC
Attn: Helen Ward, Esq
625 Liberty Ave
Pittsburgh, PA 15222

United States of America
c/o U.S. Attorney Office
Attn: Matthew Howatt
615 Chestnut St, Ste 1250
Philadelphia, PA 19106

TIAA Commercial Finance Inc
c/o Kutak Rock LLP
Attn: Lisa Peters
1650 Farnam St
Omaha, NE 68102

Rasesh Shah
104 Ashley Ct
Moorestown, NJ 08057

Pravin Shah and Veena Shah
146 Merion Way
Hainesport, NJ 08096

KOL Bio-Medical Instruments, Inc
P.O. Box 220630
Chantilly, VA 20153

Dr.Atul Katyal
8109 Glenhurst Drive
Fairfax Station, VA 22039

MedPro Group, Inc.
Attn: Leslie Kizziar
5814 Reed Road
Fort Wayne, IN 46835

Chehardy Sherman Williams Murray Recile
Stakelum & Hayes LLP
Attn: Conrad Meyer
1 Galleria Blvd, Ste 1100
Metairie, LA 70001

Guardian Fund II-Centerpointe, LLC
6000 Executive Blvd.
Suite 400
North Bethesda, MD 20852

GE Precision Healthcare, LLC
c/o DeHaan & Bach, LPA
Attn: Michael B Bach
25 Whitney Dr, Ste 106
Milford, OH 45150

Iron Mountain Information Management, LLC
1101 Enterprise Drive
Royersford, PA 19468

Department Of Treasury - Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

AIG Property Casualty, Inc
80 Pine St, 13 Fl
New York, NY 10005

Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

AmeriPride Services, LLC
c/o Hawley Troxell Ennis & Hawley LLP
Attn: Sheila R Schwager
P.O. Box 1617, Boise, ID 83701

Tennessee Department of Revenue
c/o Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

State of New Jersey
c/o Division of Taxation / Bankruptcy
P.O. Box 245
Trenton, NJ 08695

KDPA, Inc.
dba Anago of Western PA
Bill Ross
c/o Anago of Western PA
300 Old Pond Road, Suite 202
Bridgeville, PA 15017

Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

Vascular Institute Interventional
Physicians, LLC
Vascular Institute of Virginia
14085 Crown Court
Woodbridge, VA 22193

Meisner Services
958 N Penn St
Allentown, PA 18102

Los Angeles County Treasurer and Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Abbott Vascular Division of Abbott Laboratories Inc
c/o Kohner Mann & Kailas, SC
Attn: Eric R von Helms
4650 N Port Washington Rd
Milwaukee, WI 53212

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896

Department of Treasury - Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

City of Philadelphia / School District of Philadelphia
c/o City of Phila Law Dept - Tax & Revenue
Attn: Megan Harper
1401 JFK Blvd, 5th Fl
Philadelphia, PA 19102

David Cohen MD
c/o Brach Eichler LLC
Attn: Bob Kasolas, Esq
101 Eisenhower Pkwy
Roseland, NJ 07068

Stephen Ferrara
4524 32nd Road North
Arlington, VA 22207

Linda Franklin
151 Bailey Road
Glen Allen, MS 38744

Cheryl Brown, MD
11001 Damiano Road
Folsom, LA 7043

Sudhir K. Julka
2604 Gay Lynn Street
Kenner, LA 70065

Alice G. Gosfield and Associates, PC
Attn: Alice G. Gosfield
2309 Delancey Place
Philadelphia, PA 19103

Northeast Scientific, Inc.
2142 Thomaston Avenue
Waterbury, CT 06704

Lindsay L. Carter
205 St. Davids Court
Wayne, PA 19087