## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                              Chapter 7

VASCULAR ACCESS CENTERS, L.P.,      No: 19-17117

       Debtor.

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF ALLIED WORLD SPECIALTY INSURANCE COMPANY FOR AUTHORITY TO ENTER INTO STIPULATION AUTHROIZING ALLIED WORLD SPECIALTY INSURANCE COMPANY TO PAY CERTAIN DEFENSE COSTS UNDER DEBTOR'S DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY DOCKET NUMBER 1388**

Jesse M. Endler hereby certifies as follows:

The Court has received no answer, objection or other responsive pleading to the Application of Allied World Specialty Insurance Company for Authority to Enter into Stipulation Authorizing Allied World Specialty Insurance Company to Pay Certain Defense Costs Under Debtor's Directors and Officers Liability Insurance Policy Docket Number 1388 (the "Application") filed on March 4, 2026.

Pursuant to the Notice of the Application all answers, objections or other response pleading were to be filed no later than March 18, 2026.

It is hereby respectfully requested that the Application be granted and entered at the earliest convenience of the Court.

Date: <u>March 27, 2026</u>

                                **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

                By:     /s/ *Jesse M. Endler*

                                  Jesse M. Endler
                                  PA ID No. 200622
                                  Two Commerce Square
                                  2001 Market Street - Suite 3100
                                  Philadelphia, PA 19103
                                  215-627-6900
                                  Attorneys for Allied World
                                  Specialty Insurance Company

332562968v.1