Saturday, March 28, 2026

Bankruptcy Court
900 Market St, Ste. 400
Philadelphia, PA 19107

**Bankruptcy #19-17117-AMC**

Hello, my name is Jo Ann Price, and I am sending this letter for an update on
the change of address as follows:

**Old Address:**
801 S. Polk St.
DeSoto, Texas 75115

**New Adress:**
330 Maltese Dr.
Red Oak, Texas 75154
(214 505-2620

Please make the necessary corrections.

Sincerely,

Jo Ann Price