United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17117-amc |
| Vascular Access Centers, L.P. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Apr 06, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFRED ABEL | |
| | on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com |
| AMY JANE BLUMENTHAL | |
| | on behalf of Creditor TIAA Commercial Finance  Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com |
| ANNE M. AARONSON | |
| | on behalf of Debtor Vascular Access Centers  L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;shenry@dilworthlaw.com |
| ANNE M. AARONSON | |
| | on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;shenry@dilworthlaw.com |
| AUTUMN M. MCCOURT | |

District/off: 0313-2                          User: admin                                    Page 2 of 6

Date Rcvd: Apr 06, 2026                   Form ID: pdf900                          Total Noticed: 1

on behalf of Interested Party David Cohen amccourt@bracheichler.com

AUTUMN M. MCCOURT

on behalf of Plaintiff David Cohen amccourt@bracheichler.com

Albert Anthony Ciardi, III

on behalf of Defendant Vascular Access Centers  LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

on behalf of Defendant James McGuckin  M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III

on behalf of Interested Party James F. McGuckin  M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BLAKE DANIEL ROTH

on behalf of Creditor Spectrum Health Partners  LLC blake.roth@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com;annmarie.jezisek@hklaw.com

CHRISTOPHER JOHN LEAVELL

on behalf of Creditor NextGen Healthcare cleavell@klehr.com  lclark@klehr.com

DALLAS G. TAYLOR

on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com

DANA S. PLON

on behalf of Creditor Brandywine Cira  L.P. dplon@sirlinlaw.com

DANIEL N. BROGAN

on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate dbrogan@bayardlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

DAVID B. SMITH

on behalf of Defendant Peripheral Vascular Institute of Philadelphia  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Defendant Vascular Access Centers  L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Petitioning Creditor Crestwood Associates  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Defendant PA Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Pennsylvania Vascular Institute  PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Defendant Vascular Access Center Memphis  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH

on behalf of Interested Party Vascular Access Centers  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID E. LEMKE

on behalf of Creditor Spectrum Health Partners  LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com

DAVID M. KLAUDER

on behalf of Creditor Morris Union Holdings  LLC dklauder@bk-legal.com, ldees@bk-legal.com

DAVID P. HEIM

on behalf of Defendant James F. McGuckin  M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

District/off: 0313-2 | User: admin | Page 3 of 6

Date Rcvd: Apr 06, 2026 | Form ID: pdf900 | Total Noticed: 1

DAVID P. HEIM

on behalf of Cross-Claimant PA Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Defendant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Interested Party James F. McGuckin  M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Defendant Bochetto & Lentz  P.C. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Interested Party Vascular Access Centers  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

EDMOND M. GEORGE

on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE

on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EVAN THOMAS MILLER

on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER

on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com  robyn.warren@saul.com

EVAN THOMAS MILLER

on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER

on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com  robyn.warren@saul.com

FRANCIS J. LAWALL

on behalf of Defendant B. Braun Medical francis.lawall@troutman.com  susan.henry@troutman.com,wlbank@troutman.com

FRIDRIKH V. SHRAYBER

on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com

GARY F SEITZ

on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO

on behalf of Interested Party James F. McGuckin  M.D. gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO

on behalf of Defendant Philadelphia Vascular Institute  LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO

on behalf of Interested Party Vascular Access Centers  LLC gbochetto@bochettoandlentz.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO

on behalf of Defendant James F. McGuckin  M.D. gbochetto@bochettoandlentz.com,

mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GREGORY W. HAUSWIRTH

on behalf of Defendant Parish Cab ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III

on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III

on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS

on behalf of Interested Party David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS

on behalf of Plaintiff David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS

on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD

on behalf of Interested Party PBH2  LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD

on behalf of Interested Party 1750 Madison  LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR

on behalf of Debtor Vascular Access Centers  L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR

on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com  ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY

on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com
brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE

on behalf of Defendant Vascular Access Centers  LLC and James F. McGuckin, M.D. (and physician practices owned, run,
managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE

on behalf of Defendant James McGuckin  M.D. (and physician practices owned, run, managed or operated by him)
jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD

on behalf of Creditor Philips Medical Capital  LLC jennifer.gould@volvo.com,
mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. ENDLER

on behalf of Allied World Specialty Insurance Company jesse.endler@wilsonelser.com

JESSE M. HARRIS

on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS

on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN A. O'CONNELL

on behalf of Defendant Bochetto & Lentz  P.C. joconnell@bochettoandlentz.com,
tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

JOHN C. GENTILE

on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com  debankruptcy@beneschlaw.com

JOHN C. KILGANNON

on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com  pam@stevenslee.com

JONATHAN J. BART

on behalf of Creditor Morris Union Holdings  LLC jbart@wilentz.com,
jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR

on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com  cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR

on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com  cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR

on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC joseph.argentina@faegredrinker.com,
cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR

District/off: 0313-2      User: admin      Page 5 of 6

Date Rcvd: Apr 06, 2026      Form ID: pdf900      Total Noticed: 1

on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC
joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

KATE ROGGIO BUCK

on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN

on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL

on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL

on behalf of Debtor Vascular Access Centers  L.P. lmcmichael@dilworthlaw.com,
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN

on behalf of Creditor Galleria Operating Co.  LLP HeilmanL@ballardspahr.com,
carbonej@ballardspahr.com;weidmanb@ballardspahr.com

LISA M. PETERS

on behalf of Defendant GE HFS  LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com,
marybeth.brukner@kutakrock.com

LISA M. PETERS

on behalf of Defendant TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS

on behalf of Creditor TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN

on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER

on behalf of Creditor Philips Medical Capital  LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT

on behalf of Creditor United States of America matthew.howatt@usdoj.gov
Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.

on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.

on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE

on behalf of Counter-Defendant Michael McCarrie mjm@bochettoandlentz.com

MICHAEL J. MCCARRIE

on behalf of Defendant Artz McCarrie Health Law LLC mjm@bochettoandlentz.com

NICHOLAS M CENTRELLA

on behalf of John E. Royer  Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC nengel@skhlaw.com

NICHOLAS S. HERRON

on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov  USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS

on behalf of Defendant Parish Cab pcarothers@ch-legal.com
ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

PETER JOSEPH PIZZI

on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

PETER JOSEPH PIZZI

on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI

on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI

on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law

PETER JOSEPH PIZZI

on behalf of Defendant Vascular Access Centers  L.P. sdarling@walsh.law

PETER JOSEPH PIZZI

on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law

District/off: 0313-2                                    User: admin                                         Page 6 of 6
Date Rcvd: Apr 06, 2026                                 Form ID: pdf900                                     Total Noticed: 1

RYAN T. KIRK
                    on behalf of Defendant Philadelphia Vascular Institute  LLC rkirk@bochettoandlentz.com

RYAN T. KIRK
                    on behalf of Defendant James F. McGuckin  M.D. rkirk@bochettoandlentz.com

STEPHEN V. FALANGA
                    on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law

STEPHEN V. FALANGA
                    sfalanga@walsh.law

STEVEN D. ADLER
                    on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com,
                    rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER
                    on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com  rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER
                    on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com
                    rhudson@bayardlaw.com;ccampbell@bayardlaw.com

THOMAS DANIEL BIELLI
                    on behalf of Creditor Jorge Salazar tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
                    on behalf of Creditor Salil Joshi tbielli@bk-legal.com  bhoffmann@bk-legal.com

TURNER N. FALK
                    on behalf of Attorney Saul Ewing LLP turner.falk@saul.com  tnfalk@recap.email;catherine.santangelo@saul.com

Thomas Kamvosoulis
                    on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com

Thomas Kamvosoulis
                    on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 117

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., *Debtor* | No. 19-17117-AMC |

---

**STIPULATION MODIFYING THE AUTOMATIC STAY AND AUTHORIZING
PAYMENT OF DEFENSE COSTS TO COUNSEL**

---

Allied World Specialty Insurance Company ("Allied World"), Walsh Pizzi O'Reilly Falanga, LLP ("Walsh Pizzi"), on behalf of itself and Stephen V. Falanga, Chapter 7 Trustee (the "Trustee") for the debtor, Vascular Access Centers, L.P. (the "Debtor"), and Faegre Drinker Biddle & Reath LLP ("Faegre Drinker"), on behalf of itself and Vascular Access Center Bolivar County, LLC, hereby stipulate and agree (the "Stipulation") as follows:

WHEREAS, on November 12, 2019, an involuntary petition was filed against the Debtor for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor consented to the relief [Dkt. No. 3] and an Order for relief was entered on November 26, 2019.  [Dkt. No. 46].

WHEREAS, on February 7, 2020, the Bankruptcy Court issued an Opinion and entered an Order for the appointment of a chapter 11 trustee [Dkt. No. 235].

WHEREAS, on February 12, 2020, Stephen V. Falanga, Esq. was appointed as Chapter 11 Trustee in this case [Dkt. No. 245].

WHEREAS, on March 8, 2023, the Court entered an Order converting this Case to one under Chapter 7 and Stephen V. Falanga was appointed the Chapter 7 Trustee of the Debtor on March 9, 2023.  [Dkt. No. 1257-58].

WHEREAS, on or about March 15, 2022, the Adversary Proceeding styled *David Cohen, M.D. v. Vascular Access Center, L.P., et al;* Adversary Proceeding No. 21-00021-amc (the "Adversary Proceeding") was filed in this court by David Cohen, M.D. against the Debtor and certain of the Debtor's non-debtor subsidiaries, Vascular Access Center Memphis, LLC ("VAC of Memphis") and Vascular Access Center Bolivar County, LLC ("VAC of Bolivar") (The Debtor and its non-debtor subsidiaries are collectively referred to herein as the "VAC Entities" or the "Insureds"), and other non-debtor parties, including Philadelphia Vascular Institute, LLC ("PVI"). In the Amended Complaint, Dr. Cohen alleged that he was previously employed by PVI, an affiliate of the Debtor, to provide interventional radiology services at VAC of Memphis and VAC of Bolivar and that, although he was paid his base compensation, PVI breached its obligations under the Agreement by failing to pay productivity incentive bonuses per the terms of the Agreement, and that the VAC Entities were also liable for the alleged payments due.

WHEREAS, the Debtor and the other VAC Entities were insured under ForceField[SM] Healthcare Organizations Management Liability Package Policy No. 0308-4088 to Vascular Access Centers LP for the Policy Period of June 17, 2019 to June 17, 2020 (the "Policy"). The Policy provides a limit of liability of $1,000,000 under the Directors and Officers Liability Coverage Section ("D&O Coverage Section") subject to a $50,000 **Retention** for each and every **Claim**[1]. Pursuant to the terms of the Policy, the $50,000 Retention must be paid by the **Insured** before the Policy will pay any **Loss**, including **Defense Costs**.

---

[1] The terms that appear in bold are terms that are defined in the Policy.

WHEREAS, at the time the Adversary Proceeding was filed, Allied World agreed to pay certain **Defense Costs** for the Debtor and the other VAC Entities under the Policy for their defense in the Adversary Proceeding.

WHEREAS, on July 21, 2023, the Debtor filed a motion to dismiss the Adversary Proceeding.

WHEREAS, on August 10, 2023, VAC of Bolivar filed a motion to dismiss the Adversary Proceeding.

WHEREAS, on November 29, 2023, the Court granted the above motions to dismiss the Adversary Proceeding, which was dismissed and terminated in its entirety on December 14, 2023 and no appeal was taken.

WHEREAS, Faegre Drinker, on behalf of VAC of Bolivar, and Walsh Pizzi, on behalf of the Debtor, incurred **Defense Costs.** Allied World applied certain of those Defense Costs toward the Policy's $50,000 Retention as follows: Wash Pizzi - $12,189.50; Faegre Drinker - $37,810.50. Faegre Drinker and VAC of Bolivar reserve all rights with respect to the foregoing.

WHEREAS, Allied World has agreed to pay the following **Defense Costs**, which Allied World believes exceed the Retention:

- $5,425.00 to Fox Rothschild LLP ("Fox Rothschild"), which was assigned defense counsel from Allied World and initially represented the interests of the Debtor in the Adversary Proceeding prior to Walsh Pizzi;

- $41,827.00 to Walsh Pizzi on behalf of the Debtor.

WHEREAS, the Adversary Proceeding has since been dismissed and there are no ongoing Defense Costs being incurred and Allied World has sought entry of this Stipulation as a condition of payment of certain Defense Costs.

3

**STIPULATION**

NOW, THEREFORE, in consideration of the foregoing recitals, it is hereby stipulated, consented, and agreed to by and among the Parties effective upon the Court's approval of this Stipulation that:

1.    Allied World is permitted to pay $5,425.00 in **Defense Costs** incurred by the law firm of Fox Rothschild for the defense of **Insureds** under the Policy.[2]

2.    Allied World is authorized and directed to pay $41,827.00 in **Defense Costs** incurred by the law firm of Walsh Pizzi for the defense of the Debtor under the Policy, which payment shall be final, non-refundable, and not otherwise subject to claims of claw-back or repayment by Allied World.[3]   The payments to Fox Rothschild and Walsh Pizzi are collectively referred to herein as the "**Defense Cost** Payments."

3.    To the extent necessary, the automatic stay triggered by the commencement of the bankruptcy filing shall be modified to permit Allied World to issue the **Defense Cost** Payments, which Defense Cost Payments Allied World be and is hereby authorized to pay directly to Fox Rothschild and Walsh Pizzi, respectively, as reimbursement for each firm's respective Defense Costs on behalf of the Debtor.

4.    Allied World and its administrators, partners, principals, predecessors, successors, parents, subsidiaries, assigns, affiliates, directors, agents, employees, adjusters, and representatives (the "Allied World Parties"), and Walsh Pizzi and its members, managers, predecessors, successors, parents, subsidiaries, assigns, affiliates, agents, representatives (the "Walsh Pizzi

---

[2] The Trustee and VAC of Bolivar take no position on the Defense Costs incurred by Fox Rothschild but does not object to Allied World making this payment.

[3] VAC of Bolivar takes no position on the Defense Costs incurred by Walsh Pizzi but does not object to Allied World making this payment.

4

Parties") hereby release each other of and from any and all claims and liability whatsoever arising out of, in connection with, or relating to the **Defense Costs** paid to Walsh Pizzi pursuant to this Stipulation.

5. Faegre Drinker, on behalf of itself and VAC of Bolivar, consent only to the payment of Defense Costs as set forth above, and do not agree or consent to any other fact or circumstance set forth in this Stipulation. For the avoidance of doubt, Faegre Drinker, on behalf of itself and VAC of Bolivar, expressly reserve all rights and remedies with respect to the Policy, the Retention, and (with the exception of the payments of Defense Costs authorized and/or directed under this Stipulation) past or future Defense Cost claims or payments.

6. The Allied World Parties and Faegre Drinker and its members, managers, predecessors, successors, parents, subsidiaries, assigns, affiliates, agents, representatives (the "Faegre Drinker Parties") hereby reserve all rights relating to the Adversary Proceeding, the **Insureds'** request for coverage under the Policy, and **Defense Costs** incurred in defense of the Adversary Proceeding.

7. Except for the payment of Defense Costs pursuant to the terms of this Stipulation, this Stipulation is without prejudice to the rights of any party with respect to the Policy, all of which are expressly reserved.

8. This Stipulation does not modify or alter any provision of the Policy.

9. This Stipulation may be executed in counterparts. Scanned, image, or facsimile signatures shall have the same force and effect as originals.

5

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _____
    Jesse M. Endler

**ATTORNEYS FOR ALLIED WORLD
SPECIALTY INSURANCE COMPANY**

_____
**STEPHEN V. FALANGA
CHAPTER 7 TRUSTEE**

**WALSH PIZZI O'REILLY FALANGA LLP**
*On behalf of itself and as counsel for Stephen V. Falanga, Chapter 7 Trustee*

By: _____
    Christopher M. Hemrick

**FAEGRE DRINKER BIDDLE & REATH LLP**
*On behalf of itself and as counsel for Vascular Access Center Bolivar County, LLC*

By: /s/ Joseph N. Argentina, Jr. _____
    Joseph N. Argentina, Jr.

SO ORDERED BY THE COURT:

Dated: __April 6__ , 2026

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

6