UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Vascular Access Centers, L.P.

Chapter 7
Bankruptcy No. 19-17117

Debtor(s)

ORDER OF DISTRIBUTION

AND NOW, this _____ day of _____20___, the Trustee, STEPHEN V.

FALANGA, is hereby ordered and directed to (i) distribute to the parties in interest listed in the

attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s),

within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United

States Trustee, within one hundred twenty (120) days after the appeal period for this order

expires, statements for all estate deposit or investment accounts indicating zero balances and all

canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final

Report and Account.

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE