**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: Vascular Access Centers, L.P. | § | Case No. 19-17117 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Stephen V. Falanga, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

900 Market Street, Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 PM on 09/09/2026 in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/06/2026                              By: /s/ Stephen V. Falanga

                                                              Trustee

Stephen V. Falanga
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re: Vascular Access Centers, L.P.          §    Case No. 19-17117
                                              §
                                              §
                                              §
              Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 1,627,444.02 |
| *and approved disbursements of:* | $ | 1,374,658.02 |
| *leaving a balance on hand of[1]:* | $ | 252,786.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| C43-S | Cardinal Health 108 LLC | 38,503.05 | 0.00 | 0.00 | 0.00 |
| C70 | Peripheral Vascular Inst of Phila LLC | 653,254.38 | 0.00 | 0.00 | 0.00 |
| C72 | Philips Medical Capital LLC | 697,046.88 | 0.00 | 0.00 | 0.00 |
| C80 | James and Allison McGucklin | 129,178.14 | 0.00 | 0.00 | 0.00 |
| C81 | PA Vascular Institute LLC | 216,864.02 | 0.00 | 0.00 | 0.00 |
| C82-S | Philadelphia Vascular Institute LLC | 1,407,955.20 | 0.00 | 0.00 | 0.00 |
| C90 | Phillips Medical Capital | 199,215.00 | 0.00 | 0.00 | 0.00 |
| 51 | Philadelphia Vascular Institute, LLC | 1,407,955.20 | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 64 | Los Angeles County Treasurer and Tax Collector | 3,920.97 | 3,920.97 | 0.00 | 0.00 |
| 84 | William Whitfield Gardner | 4,000,000.00 | 4,000,000.00 | 442,908.37 | 0.00 |
| 86S | Iron Mountain Information Management, LLC | 185.00 | 185.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 252,786.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Stephen V.  Falanga | 48,823.32 | 0.00 | 30,244.75 |
| Attorney for Trustee Fees - Walsh Pizzi O'Reilly Falanga LLP | 287,972.50 | 0.00 | 179,858.82 |
| Fees, United States Trustee | 248.80 | 248.80 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Bayard, P.A. | 40,833.33 | 40,833.33 | 0.00 |
| Attorney for Trustee Expenses (Other Firm)  - Bayard, P.A. | 217.18 | 217.18 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - EisnerAmper LLP | 68,277.00 | 0.00 | 42,643.73 |
| Accountant for Trustee Expenses (Other Firm) - EisnerAmper LLP | 61.96 | 0.00 | 38.70 |

Total to be paid for chapter 7 administrative expenses: $ 252,786.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation  - Stephen V. Falanga | 826,392.00 | 162,664.45 | 0.00 |
| Prior Chapter Trustee Expenses - Stephen V. Falanga | 2,574.25 | 0.00 | 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Walsh Pizzi O'Reilly Falanga LLP<br>Retainer: $200,653.80 | 2,677,742.01 | 526,346.81 | 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - Walsh Pizzi O'Reilly Falanga LLP<br>Retainer: $495.60 | 4,612.70 | 0.00 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm)  - Bayard, P.A.<br>Retainer: $103,185.54 | 115,115.04 | 0.00 | 0.00 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Bayard, P.A.<br>Retainer: $16,719.52 | 20,033.18 | 0.00 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - EisnerAmper LLP | 946,375.75 | 185,552.72 | 0.00 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - EisnerAmper LLP | 187.22 | 187.22 | 0.00 |
| Other Prior Chapter Professional's Fees - SSG Advisors, LLC | 264,113.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Cardiovascular Systems, Inc | 66,312.27 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Cardiovascular Systems, Inc | 66,312.27 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Galleria Operating Co LLC | 16,564.70 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Cardinal Health 108 LLC | 22,205.21 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - CR Bard Inc | 58,717.42 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Gregory Crenshaw MD | 0.00 | 0.00 | 0.00 |
| Other Prior Chapter Administrative Expenses - Philadelphia Vascular Institute LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for prior chapter administrative expenses:   $ 0.00

Remaining balance:   $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $882,817.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| C2-P | North Carolina Department of Revenue | 0.58 | 0.00 | 0.00 |
| C20 | Maria Murasso | 3,750.00 | 0.00 | 0.00 |
| C21 | State of New Jersey | 3,770.78 | 0.00 | 0.00 |
| C22 | State of California | 800.00 | 0.00 | 0.00 |
| C4-P | Louisiana Department of Revenue | 73.33 | 0.00 | 0.00 |
| C51 | James Poindexter Jr | 12,000.00 | 0.00 | 0.00 |
| C54 | 201 International Circle | 270,480.00 | 0.00 | 0.00 |
| C7 | Innovo Staffing | 10,907.90 | 0.00 | 0.00 |
| C8 | Department of Treasury - Internal Revenue Service | 500.00 | 0.00 | 0.00 |
| 2P | North Carolina Department of Revenue | 0.58 | 0.00 | 0.00 |
| 7 | Innovo Staffing | 10,907.90 | 0.00 | 0.00 |
| 13P | Abbott Vascular | 56,716.42 | 0.00 | 0.00 |
| 17P | Cardiovascular Systems, Inc. | 66,312.27 | 0.00 | 0.00 |
| 18 | Maria Murasso | 3,750.00 | 0.00 | 0.00 |
| 20 | Franchise Tax Board | 800.00 | 0.00 | 0.00 |
| 27P | Galleria Operating Co., LLC | 16,564.70 | 0.00 | 0.00 |
| 33P | C.R. Bard, Inc. | 58,717.42 | 0.00 | 0.00 |
| 47 | 201 International Circle | 270,480.00 | 0.00 | 0.00 |
| 62 | State of New Jersey | 5,521.92 | 0.00 | 0.00 |
| 66P | David Cohen | 15,150.00 | 0.00 | 0.00 |
| 79 | PBH2, LLC | 12,500.00 | 0.00 | 0.00 |
| 85 | Omni Agent Solutions | 63,113.29 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $63,402,026.10 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| C1 | Entergy | 137.04 | 0.00 | 0.00 |
| C10 | Teleflex LLC | 9,108.89 | 0.00 | 0.00 |
| C11 | CNA Commercial Insurance | 200,253.00 | 0.00 | 0.00 |
| C12 | MS Department of Employment Security | 6.00 | 0.00 | 0.00 |
| C13 | PSE&G | 1,261.01 | 0.00 | 0.00 |
| C14 | Denice M Jones | 0.00 | 0.00 | 0.00 |
| C15 | Dell Marketing, L.P. | 12,466.80 | 0.00 | 0.00 |
| C16 | Group IV Jax Development II, Inc | 205,768.06 | 0.00 | 0.00 |
| C17 | Terumo Medical Corporation | 128,932.70 | 0.00 | 0.00 |
| C18-U | Cardiovascular Systems, Inc | 23,970.73 | 0.00 | 0.00 |
| C19 | Brandywine Cira LP | 28,546.92 | 0.00 | 0.00 |
| C2-U | North Carolina Department of Revenue | 20.20 | 0.00 | 0.00 |
| C23 | Louisiana Department of Revenue | 1,837.65 | 0.00 | 0.00 |
| C24 | Bandwave Systems LLC | 1,049.98 | 0.00 | 0.00 |
| C25 | Asahi Intecc USA, Inc | 2,977.12 | 0.00 | 0.00 |
| C26 | Johnson Controls Fire Protection | 1,361.66 | 0.00 | 0.00 |
| C27 | Cook Medical | 26,709.13 | 0.00 | 0.00 |
| C28 | Canon Solutions America | 203.65 | 0.00 | 0.00 |
| C29 | De Lage Landen Financial Services Inc | 2,342.90 | 0.00 | 0.00 |
| C3 | Charter Communications | 275.11 | 0.00 | 0.00 |
| C30 | Metter & Company | 11,144.25 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| C31-U | Galleria Operating Co LLC | 12,812.59 | 0.00 | 0.00 |
| C32 | Airgas USA LLC | 687.30 | 0.00 | 0.00 |
| C33 | Zetter Healthcare LLC | 3,658.00 | 0.00 | 0.00 |
| C34 | D&D Services | 376.80 | 0.00 | 0.00 |
| C35 | JoAnn Price | 0.00 | 0.00 | 0.00 |
| C36 | Charles F Reindl | 450.00 | 0.00 | 0.00 |
| C38 | LocumTenens.com LLC | 5,591.40 | 0.00 | 0.00 |
| C39 | Supertech Inc | 589.00 | 0.00 | 0.00 |
| C4-U | Louisiana Department of Revenue | 2,033.00 | 0.00 | 0.00 |
| C40 | Philips Healthcare | 698,931.79 | 0.00 | 0.00 |
| C41 | Dr Wadah Atassi | 1,063,878.50 | 0.00 | 0.00 |
| C42 | Valdmed LLC | 7,247.00 | 0.00 | 0.00 |
| C44 | Jimmie Andrews | 0.00 | 0.00 | 0.00 |
| C45 | PIH Health Real Estate Services LLC | 202,932.90 | 0.00 | 0.00 |
| C46 | PIH Health Real Estate Services LLC | 202,932.90 | 0.00 | 0.00 |
| C47 | NextGen Healthcare Inc | 83,373.01 | 0.00 | 0.00 |
| C48 | Arcus Design Group Architects Inc | 2,405.00 | 0.00 | 0.00 |
| C49 | Ancero LLC | 96,688.88 | 0.00 | 0.00 |
| C5 | GE Precision Healthcare, LLC | 10,154.51 | 0.00 | 0.00 |
| C50 | Denice M Jones | 0.00 | 0.00 | 0.00 |
| C52 | Anish Shah | 500,000.00 | 0.00 | 0.00 |
| C53-U | Gregory Crenshaw MD | 30,800.00 | 0.00 | 0.00 |
| C55 | Anish Shah | 0.00 | 0.00 | 0.00 |
| C56 | Warren David Yu | 0.00 | 0.00 | 0.00 |
| C57 | Erica Boogaerts | 711,774.56 | 0.00 | 0.00 |
| C58-U | CR Bard Inc | 298,668.25 | 0.00 | 0.00 |
| C59 | SMA Properties Inc | 0.00 | 0.00 | 0.00 |
| C6 | Washington Gas | 25.26 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| C60 | TD Pharmacy Returns | 10,600.00 | 0.00 | 0.00 |
| C63 | JHG, a minor child | 0.00 | 0.00 | 0.00 |
| C64 | Gregory W Gardner | 0.00 | 0.00 | 0.00 |
| C65 | Eliza A Gardner | 0.00 | 0.00 | 0.00 |
| C66 | Cynthia Gardner | 0.00 | 0.00 | 0.00 |
| C67 | Chad Edwards | 711,774.56 | 0.00 | 0.00 |
| C68 | Angio Advancements | 5,935.00 | 0.00 | 0.00 |
| C69 | Drunella Williams | 0.00 | 0.00 | 0.00 |
| C71 | Phillips Medical Capital LLC | 546,021.01 | 0.00 | 0.00 |
| C73 | Royer Cooper Cohen Braunfeld LLC | 1,547.00 | 0.00 | 0.00 |
| C74 | Vascular Access Centers LLC | 357,750.00 | 0.00 | 0.00 |
| C75 | William Whitfield Gardner | 4,219,483.00 | 0.00 | 0.00 |
| C76 | Intelerad Medical Systems Incorporated | 4,250.00 | 0.00 | 0.00 |
| C77 | Jorge Salazar, MD | 0.00 | 0.00 | 0.00 |
| C78 | Salil Joshi, MD | 0.00 | 0.00 | 0.00 |
| C79 | Dr James McGucklin | 2,132,376.00 | 0.00 | 0.00 |
| C84 | United States of America | 17,881,010.73 | 0.00 | 0.00 |
| C85 | TIAA Commercial Finance Inc | 407,998.81 | 0.00 | 0.00 |
| C88 | KOL Bio-Medical Instruments, Inc. | 953.92 | 0.00 | 0.00 |
| C9 | Staples Business Advantage | 7,148.22 | 0.00 | 0.00 |
| 1 | ENTERGY c/o JON MAJEWSKI | 137.04 | 0.00 | 0.00 |
| 2U | North Carolina Department of Revenue | 20.20 | 0.00 | 0.00 |
| 3 | Charter Communications | 275.11 | 0.00 | 0.00 |
| 4 | Louisiana Department of Revenue | 1,837.65 | 0.00 | 0.00 |
| 5 | GE Precision Healthcare LLC | 10,154.51 | 0.00 | 0.00 |
| 6 | Washington Gas | 25.26 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 9 | Staples Business Advantage | 7,148.22 | 0.00 | 0.00 |
| 10 | Teleflex LLC | 9,108.89 | 0.00 | 0.00 |
| 11 | CNA Commercial Insurance | 200,253.00 | 0.00 | 0.00 |
| 12 | MS Department of Employment Security | 6.00 | 0.00 | 0.00 |
| 13U | Abbott Vascular | 104,671.90 | 0.00 | 0.00 |
| 14 | Denice M. Jones | 0.00 | 0.00 | 0.00 |
| 15 | Dell Marketing, L.P. | 12,466.80 | 0.00 | 0.00 |
| 16 | Group IV Jax Development II, Inc. | 205,768.06 | 0.00 | 0.00 |
| 17U | Cardiovascular Systems, Inc. | 87,283.00 | 0.00 | 0.00 |
| 19 | State of New Jersey | 0.00 | 0.00 | 0.00 |
| 21 | Bandwave Systems LLC | 1,049.98 | 0.00 | 0.00 |
| 22 | Asahi Intecc USA Inc | 2,977.12 | 0.00 | 0.00 |
| 23 | Johnson Controls Fire Protection | 1,361.66 | 0.00 | 0.00 |
| 24 | Cook Medical | 26,709.13 | 0.00 | 0.00 |
| 25 | Canon Solutions America | 203.65 | 0.00 | 0.00 |
| 26 | De Lage Landen Financial Services Inc | 2,342.90 | 0.00 | 0.00 |
| 27U | Galleria Operating Co., LLC | 12,812.59 | 0.00 | 0.00 |
| 28 | Dr. Wadah Atassi | 1,063,878.50 | 0.00 | 0.00 |
| 29 | LocumTenens.com, LLC | 5,591.40 | 0.00 | 0.00 |
| 30 | Philips Healthcare | 698,931.79 | 0.00 | 0.00 |
| 31 | PIH Health real Estate Services, LLC | 202,932.90 | 0.00 | 0.00 |
| 32 | T.D. Business Ventures Inc./ | 10,600.00 | 0.00 | 0.00 |
| 33U | C.R. Bard, Inc. | 298,668.25 | 0.00 | 0.00 |
| 34 | Chad Edwards | 711,774.56 | 0.00 | 0.00 |
| 35 | Erica Boogaerts | 711,774.56 | 0.00 | 0.00 |
| 36 | SMA Properties, LLC | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 37 | Philips Medical Capital | 546,021.01 | 0.00 | 0.00 |
| 38 | Philips Medical Capital | 185,536.55 | 0.00 | 0.00 |
| 39 | Angio Advancements | 5,935.00 | 0.00 | 0.00 |
| 40 | Cynthia Gardner | 0.00 | 0.00 | 0.00 |
| 41 | Eliza Gardner | 0.00 | 0.00 | 0.00 |
| 42 | Gregory W. Gardner | 0.00 | 0.00 | 0.00 |
| 43 | JHG, A Minor Child | 0.00 | 0.00 | 0.00 |
| 44 | Trust U/W of Virginia B. D. Gardner | 0.00 | 0.00 | 0.00 |
| 45 | William Whitfield Gardner | 0.00 | 0.00 | 0.00 |
| 46 | William Whitfield Gardner | 4,219,483.00 | 0.00 | 0.00 |
| 48 | Royer Cooper Cohen Braunfeld LLC | 1,547.00 | 0.00 | 0.00 |
| 49 | PBH2, LLC | 0.00 | 0.00 | 0.00 |
| 50 | TIAA Commercial Finance, Inc. | 407,998.81 | 0.00 | 0.00 |
| 52 | James F McGuckin MD | 129,178.14 | 0.00 | 0.00 |
| 53 | James F McGuckin MD | 2,132,376.00 | 0.00 | 0.00 |
| 54 | PA Vascular Institute LLC | 216,864.02 | 0.00 | 0.00 |
| 55 | Internal Revenue Service | 17,881,010.73 | 0.00 | 0.00 |
| 56 | Peripheral Vascular Institute of Phila., LLC | 653,254.38 | 0.00 | 0.00 |
| 57 | Vascular Access Centers, LLC | 357,750.00 | 0.00 | 0.00 |
| 58 | Jorge Salazar | 0.00 | 0.00 | 0.00 |
| 59 | Salil Joshi MD | 0.00 | 0.00 | 0.00 |
| 60 | Chehardy, Sherman, Williams, Murray, Recile, | 14,700.00 | 0.00 | 0.00 |
| 61 | AIG Property Casualty, Inc | 0.00 | 0.00 | 0.00 |
| 63 | Meisner Services | 2,756.00 | 0.00 | 0.00 |
| 66U | David Cohen | 159,656.09 | 0.00 | 0.00 |
| 67 | Valdmed LLC | 7,247.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 68 | Stephen Ferrara | 22,764.00 | 0.00 | 0.00 |
| 69 | Cardiovascular Systems, Inc. | 153,595.27 | 0.00 | 0.00 |
| 70 | Linda Franklin | 0.00 | 0.00 | 0.00 |
| 71 | Erica Boogaerts | 0.00 | 0.00 | 0.00 |
| 72 | Cheryl Brown, MD | 0.00 | 0.00 | 0.00 |
| 73 | Sudhir K. Julka | 39,042.00 | 0.00 | 0.00 |
| 74 | Alice G. Gosfield and Associates, PC | 4,040.83 | 0.00 | 0.00 |
| 75 | Northeast Scientific, Inc. | 2,674.57 | 0.00 | 0.00 |
| 76 | Lindsay L. Carter | 200,000.00 | 0.00 | 0.00 |
| 77 | Gerard and Dana Marino | 50,000.00 | 0.00 | 0.00 |
| 78 | Guardian Fund II-Centrepointe, LLC | 172,599.41 | 0.00 | 0.00 |
| 80 | KDPA, Inc. | 7,165.60 | 0.00 | 0.00 |
| 81 | Dr. Atul Katyal | 50,000.00 | 0.00 | 0.00 |
| 82 | Greg Hoover | 44,800.00 | 0.00 | 0.00 |
| 83 | Vascular Institute Interventional Physicians, LLC | 428,339.00 | 0.00 | 0.00 |
| 86U | Iron Mountain Information Management, LLC | 33,695.36 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $10,000.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 87 | MedPro Group Inc. | 10,000.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for tardily filed general unsecured claims:    $            0.00
Remaining balance:    $            0.00

　　　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

　　　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:    $            0.00
Remaining balance:    $            0.00

Prepared By: /s/ Stephen V. Falanga  _____
Trustee

Stephen V. Falanga

Three Gateway Center

100 Mulberry Street, 15th Floor

Newark, NJ 07102

(973) 757-1100

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.