UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Chapter 7

Vascular Access Centers, L.P.

Case No. 19-17117

Debtor(s)

### APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES

1.      A petition under chapter 11 of the United States Bankruptcy Code was filed on November 12, 2019 by the Debtor, Vascular Access Centers, L.P. ("Debtor").  Applicant was appointed chapter 11 trustee on February 12, 2020.  By Court Order entered on May 15, 2023, Applicant was awarded a commission in the amount of $862,392.00 and expenses of $2,574.25 on account of Applicant's request for compensation in the chapter 11 case.  The case was converted to one under Chapter 7 on March 8, 2023.  Applicant was appointed trustee of this bankruptcy estate on 03/09/2023.

2.      Applicant has performed all duties of the trustee as prescribed by Section 704 of the Bankruptcy Code.

3.      Applicant requests compensation in the amount of $48,823.32 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4.      Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5.      Applicant requests reimbursement in the amount of $0.00 for actual and necessary expenses incurred during the administration of this bankruptcy estate.

6.      COMPUTATION OF COMPENSATION

Total disbursement since date of conversion to parties in interest, EXCLUDING DISBURSEMENT TO THE DEBTOR, are $1,627,444.02.
Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

Percentages Used for Cases Filed after 10/23/94:

| | | |
|---|---|---|
| 25% on 1st | $       N/A | = $       0.00 |
| 10% on next | $       N/A | = $       0.00 |
| 5% on next | $       N/A | = $       0.00 |
| 3% on balance over | $   1,627,444.02 | = $ 48,823.32 |
| Calculated Compensation | | = $ 48,823.32 |
| Less Adjustment | | = 0.00 |
| Total Compensation | | = $ 48,823.32 |

7.      TRUSTEE EXPENSES ITEMIZATION

| Description of Expenses | Amount of Expenses |
|---|---|
| Total Expenses: | $.00 |

WHEREFORE, Applicant requests approval of the payment of compensation in the amount of $48,823.32 and reimbursement of expenses in the amount of $0.00.

/s/ Stephen V. Falanga

Dated:   May 22, 2026

Stephen V. Falanga