UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Vascular Access Centers, L.P.            Chapter 7

Debtor(s)            Case No. 19-17117

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this _____ day of _____ 20___, upon consideration of the

foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002

to all parties in interest, it is ORDERED, that the sum of $48,823.32 is reasonable compensation

for the services in this case by STEPHEN V. FALANGA, Trustee; that such sum does not

exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is

reasonable for actual and necessary expenses advanced by the trustee; and that such sums are

awarded to the trustee.

BY THE COURT

_____
ASHELY M. CHAN
United States Bankruptcy Judge