**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re: Vascular Access Centers, L.P.                    §          Case No. 19-17117
                                                        §          Chapter 7
                                                        §
                                                        §
                    Debtor(s)

---

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Please take notice that on August 6, 2026, Stephen V. Falanga, trustee of the above styled estate, filed a Final Report and the trustee and the trustee's professionals have filed final fee applications. A Summary of the Final Report is available at https://www.paeb.uscourts.gov/case-info. The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court

900 Market Street, Suite 400

Philadelphia, PA 19107

or

201 Penn Street, Suite 103

Reading, PA 19601

        Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 PM on 09/09/2026 in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

For the Court

Date Mailed: 08/06/2026

Mohung Wong
Clerk of Court