United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 19-17117-amc

Vascular Access Centers, L.P.                                               Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 72 |
|---|---|---|
| Date Rcvd: Aug 07, 2026 | Form ID: pdf900 | Total Noticed: 3576 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |
| aty | | BRIAN P. MORGAN, 1177 Avenue of the Americas, 41st Floor, New York, NY 10036-2714 |
| aty | | BRUCE J. BORRUS, FOX ROTHSCHILD LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | + | CHRISTOPHER M. HEMRICK, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | DAVID H. STEIN, Wilentz Goldman & Spitzer P.A., 90 Woodbridge Center Drive, Woodbridge, NJ 07095-1146 |
| aty | + | ERIC R. VON HELMS, 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| aty | + | ERIC S. PADILLA, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | FRED B. RINGEL, 875 Third Ave. 9th floor, Robinson Brog Leinwand Greene Genovese &, Gluck P.C., New York, NY 10022-0123 |
| aty | + | J. STEPHEN SIMMS, 201 International Circle, Suite 230, Baltimore, MD 21030-1344 |
| aty | + | JEFFREY GARFINKLE, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514 |
| aty | + | KENDRA LEWIS, Waller Lansden Dortch & Davis, LLP, 511 Union Street, Ste 2700, Nashville, TN 37219-1791 |
| aty | | KRISTEN L. PERRY, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| aty | + | MARTHA B. CHOVANES, 2000 Market Street, 10th Floor, Philadelphia, PA 19103-7006 |
| aty | | RICHARD E COE, One Logan Square, Suite 2000, Philadelphia, PA 19103-6996 |
| aty | + | SYDNEY J. DARLING, 100 Mulberry Street, 15th Floor, Three Gateway Center, Newark, NJ 07102-4061 |
| aty | + | Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| aty | | VERONICA I. MAGDA, Fox Rothschild LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1192 |
| aty | | VINCENT P. SLUSHER, 1717 Main Street, Suite 5400, Dallas, TX 75201-7367 |
| sp | + | Bayard, P.A., CO Evan T. Miller, 600 N. King Street, Suite 400, PO Box 25130, Wilmington, DE 19899-5130 |
| consult | + | Bayard, P.A., 600 N. King Street, Suite 400, PO Box 25130, Wilmington, DE 19899-5130 |
| cr | + | Commonwealth of PA UCTS, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| intp | + | David Cohen, 10 Northwind Drive, Jackson, TN 38305-5700 |
| acc | | Eisner Advisory Group LLC, 111 Wood Avenue South, Iselin, NJ 08830-2700 |
| intp | + | James F. McGuckin, M.D., c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| cr | + | Jo Ann Price, 330 Maltese Dr., Red Oak, TX 75154-8996 |
| NONE | + | John E. Royer, Jr., 101 W. Elm Street, Suite 400, Conshocken, PA 19428-2075 |
| cr | + | Jorge Salazar, c/o Thomas D. Bielli, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| intp | + | Larry Rector, 8 Ledge Dr., Apt. 204, Schenectady, NY 12309-2116 |
| cd | + | Michael McCarrie, 10 Beatty Road, Suite 202, Media, PA 19063, UNITED STATES 19063-1758 |
| cr | + | Morris Union Holdings, LLC, 475 Prospect Avenue, West Orange, NJ 07052-4197 |
| cr | #+ | Philips Medical Capital, LLC, c/o Jennifer D. Gould, Esq., 777 Township Line Rd., Suite 120, Stark & Stark, P.C., Yardley, PA 19067 UNITED STATES 19067-5559 |
| intp | + | Piscataway Endovascular Center, LLC. and West Oran, 182 Industrial Road, Glen Rock, PA 17327-8626 |
| intp | + | QCC Insurance Company, Obermayer Rebmann Maxwell &Hippel LLP, Centre Square West, 1500 Market Street, Suite 3400, Philadelphia 19102-2100 |
| intp | + | SSG Advisors,LLC, J. Scott Victor, Managing Director, Investment Banker to the Ch. 11 Trustee, Five Tower Bridge, Suite 420, 300 Barr Harbor Drive West Conshohocken, PA 19428-2998 |
| cr | + | Salil Joshi, c/o Thomas D. Bielli, Esquire, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

| | | |
|---|---|---|
| cr | + | TIAA Commercial Finance, Inc., c/o Lisa M. Peters, Esq., 1650 Farnam Street, Omaha, NE 68102-2104 |
| intp | + | Vascular Access Centers, LLC, c/o Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401 |
| NONE | + | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102 UNITED STATES 07102-4056 |
| cr | + | William Whitfield Gardner, c/o Faegre Drinker Biddle & Reath LLP, One Logan Square, Suite 2000, Philadelphia, PA 19103-6909 |
| 14422500 | + | 10 IWE, LLC, 3350 State Route 138 Bldg 1 , Ste 113, Wall, NJ 07719-9694 |
| 14422501 | + | 100 Southdown LLC, 100 SouthDown Lane, Covington, LA 70433-7804 |
| 14422502 | + | 1010 Vermont Ave SPE LLC, 1000 Vermont Avenue NW Suite LL02, Washington, DC 20005-4903 |
| 14512565 | + | 201 International Circle, J. Stephen Simms, Simms Showers LLP, 201 International Circle, Hunt Valley, MD 21030-1304 |
| 14422503 | + | 347 Mt Pleasant LLC, 1240 Headquarters Plaza , 8th Fl East To, Morristown, NJ 07960-6837 |
| 14512983 | + | 4220 Market Street, 2nd Floor, Philadelphia, PA 19104-3007 |
| 14422505 | | 505 Holdings, LP, P.O. Box 826529, Philadelphia, PA 19182-6529 |
| 14422506 | + | 688 Walnut Street Properties, LLC, 688 Walnut Street, Suite 200, Macon, GA 31201-0333 |
| 14422508 | + | A General Plumbing & Sewer Service, P.O. Box 335, Farmingdale, NJ 07727-0335 |
| 14422510 | + | A to Z Electric Co, 5030 W. Lawrence Ave, Chicago, IL 60630-3822 |
| 14422511 | + | A& P Electrical Services, P.O. Box 589, Youngsville, LA 70592-0589 |
| 14422512 | + | A&A Signs, 718 Labarre Road, Jefferson, LA 70121-2111 |
| 14422513 | + | A&E Techinical Services Inc, 204 Carnation Ave, Metairie, LA 70001-4339 |
| 14422514 | + | A&I Medical Transportation, 7913 S 82nd Court 2N, Justice, IL 60458-1548 |
| 14422515 | + | A-1 Copy Center, One Galleria Blvd - Ste 712, Metairie, LA 70001-2082 |
| 14422516 | | A-1 Fire Equipment Co Inc, PO Box 9953, Houston, TX 77213-0953 |
| 14422517 | + | A-1 Lock& Safe of NC Inc, PO Box 2673, Durham, NC 27715-2673 |
| 14422518 | + | A-E Plumbing, Heating & AC, 35481 Army Navy Dr, Mechansicsville, MD 20659-2931 |
| 14422519 | + | A-General Sewer & Plumbing SVC Inc, P O Box 335, Farmingdale, NJ 07727-0335 |
| 14422520 | + | AAA Emergency Services, P O Box 263, St Rose, LA 70087-0263 |
| 14422521 | | AAA Signs Inc, 3200 Cameron St POB 62856, Lafayette, VA 70596-2856 |
| 14422522 | + | AALA Plumbing and Mechanical, 76 Altamawr Ave, Lawrenceville, NJ 08648-3806 |
| 14422526 | + | ABC Lock and Key, 1315 Lancelot LN., Macon, GA 31220-3550 |
| 14422527 | + | ABCO Fire Protection, PO Box 2530, Pittsburgh, PA 15230-2530 |
| 14422528 | + | ABMC, 16 Bank Street, Medford, NJ 08055-2602 |
| 14422532 | + | ACA Cardiovascular, LLC, 930 Tahoe Blvd, Ste 802-329, Incline Village, NV 89451-9451 |
| 14422533 | + | ACC Capital Corporation, 4956 West 6200 South #455, Salt Lake City, UT 84118-6703 |
| 14422534 | | ACC/AT&T Business, P.O. Box 105306, Atlanta, GA 30348-5306 |
| 14422551 | + | ACS Recovery Services, 31355 Oak Crest Drive Suite 100, Westlake Village, CA 91361-4680 |
| 14422561 | + | ADP Commercial Leasing, 3726 Solutions Center, Chicago, IL 60677-3007 |
| 14422562 | | ADP Screennig and Selections Services, P O Box 645177, Cincinnati, OH 45264-5177 |
| 14422563 | | ADP, LLC, P.O. Box 842875, Boston, MA 02284-2875 |
| 14422573 | + | ADVANCE MEDICAL DESIGNS, INC., 1241 Atlanta Insustrial Drive, Marietta, Gorgiia 30066-6606 |
| 14422588 | + | AFA Protective Services Inc, 155 Michael Drive, Syosset, NY 11791-5310 |
| 14422589 | | AFCO, PO Box 4795, Carol Stream, IL 60197-4795 |
| 14422594 | | AHIMA, P.O. Box 4295, Carol Stream, IL 60197-4295 |
| 14422596 | | AIG Life Insurance Co., P.O. Box 62046, Baltimore, MD 21264-2046 |
| 14422600 | ++ | AIRGAS USA LLC, 110 WEST 7TH STREET, SUITE 1300, TULSA OK 74119-1106 address filed with court:, Airgas - Southwest, PO Box 676015, Dallas, TX 75267 |
| 14422609 | + | AJ Celiano Inc, 460 Ludlow Ave, Cranford, NJ 07016-3244 |
| 14422611 | + | AJT Electrical Contractors LLC, 3580 Quakerbridge Rd, Hamilton, NJ 08619-1262 |
| 14422656 | + | ALNA Construction Corp, 100 Plaza Center Suite 2, Secaucus, NJ 07094-3545 |
| 14422659 | + | ALP Investment Group Inc., 206 S. Ann St., Baltimore, MD 21231-2534 |
| 14422677 | + | AME Electric LLC, 125 Liberty Street, Metuchen, NJ 08840-1215 |
| 14422702 | + | AMERIGROUP Texas, Inc., 4425 Corporation Lane Ste 100, Virginia Beach, VA 23462-3103 |
| 14422755 | + | ANNA 3 Rivers Chapter, 2040 Redrose Ave, Pittsburgh, PA 15210-4230 |
| 14422756 | + | ANNA 3 Rivers Chapter 104, 2040 Redrose Ave - C/O Ms Krapp, Pittsburgh, PA 15210-4230 |
| 14422757 | + | ANNA Northeast - INC NJ Renal Coalition, 10 Cromwell Dr West, Morristown, NJ 07960-4606 |
| 14422777 | + | APC Construction LLC, P O Box 55280, Metairie, LA 70055-5280 |
| 14422781 | + | APT, PO Box 954029, Lake Mary, FL 32795-4029 |
| 14422785 | + | ARC, PO Box 16883, Philadelphia, PA 19142-0883 |
| 14422793 | + | ARK's Enterprises LLC, 120 Normandy Dr, Folsom, LA 70437-5500 |
| 14422797 | + | ARNA, 7794 Grow Drive, Pensacola, FL 32514-7072 |
| 14422808 | + | ASDIN, 134 Fairmont St, Clinton, MS 39056-4739 |
| 14422809 | | ASG Security, PO Box 219044, Kanas City, MO 64121-9044 |
| 14422845 | | AWS, 3929 Senator Street, Memphis, TN 38118-6026 |
| 14422524 | | Aaron Buffkin, VAC of SW Chicago - Coral Plaza, Oak Lawn, IL 60453 |
| 14422525 | + | Abbott Vascular, 75 Remittance Drive, Suite 1138, Chicago, IL 60675-1138 |

14422529    + Above All Taxi & Car Service, 174 Main Street, Eatontown, NJ 07724-4010
14422530    + Abriana McMillan, 6724 Crystal Dr, Olive Branch, MS 38654-5176
14422531    + Absolute Electric Service, 8787 Branch Ave, Clinton, MD 20735-2630
14422535      Accellos, PO Box 673922, Detroit, MI 48267-3922
14422537      Accent Insurance Recovery Solutions, PO Box 952366, St Louis, MO 63195-2366
14422538      Access, P.O. Box 101048, Atlanta, GA 30392-1048
14422539    + Access RN Inc, 3950 Constance Road, Philadelphia, PA 19114-2008
14422540    + Access Solutions, 8818 Robin Dr, Des Plaines, IL 60016-5411
14422541    + Accountemps, 12400 Collection Center Drive, Chicago, IL 60693-0124
14422542    + Accounting Computer Solutions, P.O. Box 486, Wallingford, PA 19086-0486
14422543    + Accu Air Cooling Service, Inc, 8544 Alicanta Ave, Jacksonville, FL 32244-9503
14422545    + Accurate Trash Removal, 25 Second Street, Lansdowne, PA 19050-3125
14422546    + Ace Fire Extinguisher Service Inc, 5117 College Ave, College Park, MD 20740-3833
14422547    + Ace Lock & Key, 5964 Baum Blvd., Pittsburgh, PA 15206-3815
14422548    + Ace Restoration Inc, 85 Franklin Rd Ste B10, Dover, NJ 07801-5632
14422549    + Ace Services ATL, 6555 Sugarloaf Pkwy., Deluth, GA 30097-4930
14422552    + Acteon Networks LLC, 165 Indiana Ave, Fort Washington, PA 19034-3307
14422553      Action Electrical & Mechanical Contracto, 2600 Collins Springs Drive SE, Smyrna, GA 30080
14422554    + Action Med Personnel, 3920 Arwright Road Ste 275, Macon, GA 31210-1752
14422555    + Action Mobility Transportation, 3585 Shafto Road, Farmingdale, NJ 07727-3930
14422556    + Active Medical, Inc., 2200-B Woodview Drive, Harrisburg, PA 17112-1544
14422557    + Adam Hankins, MD LLC, 6003 Walden Pl, Mandeville, LA 70448-7047
14422558    + Adanech Boku, 5932 3rd St NW, Washington, DC 20011-2117
14422559      Adecco, Dept LA 21403, Pasadena, CA 91185-1403
14422564    + Adrian Amedia, 1315 Fox Den Trail, Canfield, OH 44406-8312
14422565    + Adriana Mendez-Jimenez, 23404 61st Ave Apt X-203, Kent, WA 98032-3907
14422566    + Adrienne Bzura, 598-600 Somerset Street, North Plainfield, NJ 07060-4943
14422567    + Adrienne Desensi, 7 Brighton Ave, Andover, NJ 07821-4543
14422568    + Adrienne Gosnear, 15037 Endicott St, Philadelphia, PA 19116-1530
14422569    + Adrienne Wilson, 4608 Penhurst St, Philadelphia, PA 19124-3828
14422571    + Advance Data Systems Corp, 15 Prospect St, Paramus, NJ 07652-2712
14422572    + Advance Door Services, 777 Schwab Rd Ste A, Hatfield, PA 19440-3272
14422574    + Advanced Care Training LLC, 1908 Chamberlain Dr, Frederick, MD 21702-3527
14422575    + Advanced Electronics Security, 4 Mourar Drive, Spring City, PA 19475-3429
14422576    + Advanced Health Education Center, 8502 Tybor Drive, Houston, TX 77074-3012
14422577      Advanced Heart & Vascular of Hunterdon, 200 Raritan Commons Ste 101, Flemington, NJ 08822
14422579    + Advantage Fire Specialists LLC, PO Box 415, Ponchatoula, LA 70454-0415
14422580    + Aerolase Corporation, 777 Old Saw Mill Rd, Tarrytown, NY 10591-6717
14422581    + Aeroways Inc., 131 N. DuPont Hwy., New Castle, DE 19720-3135
14422585      Aetna, PO Box 14079, Lexington, KY 40512-4079
14422584      Aetna, 29406 Reliable Parkway, Chicago, IL 60686-0294
14422582    + Aetna, 3500 East Coliseum Blvd, Fort Wayne, IN 46805-1668
14422586      Aetna Inc, P O Box 784836, Philadelphia, PA 19178-4836
14422587    + Aetna Senior Supplemental Insurance, P.O. Box 30969, Amarillo, TX 79120-0969
14422590      Aflac/Continental American Ins, PO Box 84069, Columbus, GA 31908-4069
14422591    + AfterMath Claim Science Inc, 1212 S Naper Blvd Ste 119-262, Naperville, IL 60540-8360
14422592    + Agabiti Janitorial Service Inc, 11 Elmont Road, Hamilton, NJ 08610-1203
14422593    + Agripina Bravo, 3900 S. I-10 Service Road Apt 411, Metairie, LA 70001-1518
14422597    + Ainsworth Sign Co, 406 Lamar St, Greenwood, MS 38930-4531
14422598    + Air Group LLC, 1 Prince Road, Whippany, NJ 07981-2100
14422599    + Air Newport, LLC, 1501 Narcissa Road, Blue Bell, PA 19422-2404
14422602      Airgas Great Lakes, PO Box 734445, Chicago, IL 60673-4445
14422603    + Airgas Mid South Inc, PO Box 734671, Dallas, TX 75373-4671
14422604      Airgas National Welders, PO Box 601985, Charlotte, NC 28260-1985
14422605    + Airgas Nor Pac, PO Box 7423, Pasadena, CA 91109-7423
14422606      Airgas North Central, P.O. Box 802588, Chicago, IL 60680-2588
14422607    + Airgas South, PO Box 532609, Atlanta, GA 30353-2609
14422608    + Airgas West, PO Box 7423, Pasadena, CA 91109-7423
14422610    + Ajith Kumar, 1617 E Division St, Mount Vernon, WA 98274-4503
14422612    + Akins Auto Sales -, 835 Rt 100 N, Bechtelsville, PA 19505-9201
14422613    + Al Rodrigue, 870 Highway 665, Montegut, LA 70377-2228
14422614      Alabama Board of Medical Examiners, PO Box 946, Montogmery, AL 36101-0946
14422615    + Alabama Medical Board, PO Box 946, Montgomery, AL 36101-0946

District/off: 0313-2                                    User: admin                                              Page 4 of 72
Date Rcvd: Aug 07, 2026                              Form ID: pdf900                                    Total Noticed: 3576

14422616    + Alan Cerino, 5937 Blackthorne Ave, Lakewood, CA 90712-1110
14422617    + Albany Medical College, 47 New Scotland Ave MC3, Albany, NY 12208-3479
14422618      Albert Budesa, 803 N 14th St, Millville, NJ 08332
14422619    + Albert Scheungrab, 39985 George G Place, Mechanicsville, MD 20659-4413
14422620    + Albert Tagoe MD, 150 Country Club Drive, Stockbridge, GA 30281-9089
14422621    + Albert Widmaier, 123 Chancellor Drive, Woodbury, NJ 08096-5158
14422622    + Alert Ambulance Service Inc., 1195 Airport Rd, Lakewood, NJ 08701-5970
14422623    + Alexander Castillo, 3805 Houma Blvd Apt A 106, Metairie, LA 70006-5010
14422624   #+ Alexander Kelley, 10505 Cedarville Road Lot 1-6, Brandywine, MD 20613-7801
14422625    + Alexandra Wiredu, 5430 Bradford Court Apt A, Alexandria, VA 22311-5430
14422626    + Alexis Wilson, 132 Covington Drive, Macon, GA 31210-4449
14422627    + Alfa Galindo, 11411 Brookshire Ave., Ste 301, Downey, CA 90241-5009
14422628    + Alfaville, LLC, 11024 North 28th Drive, Suite 200, Phoenix, AZ 85029-4336
14422629    + Alfax Specialties Inc, 130 James Drive East, St Rose, LA 70087-4005
14422630    + Alfonsito Zulatbar, 11 Meyers Place, Middlesex, NJ 08846-1864
14422631    + Alfonso Alfano, 8 Herb Road, Middletown, NJ 07748-1206
14422632    + Alfred James Beyer, 5201 Trentwoods Dr., New Bern, NC 28562-7441
14422633      Ali Anaim, P.O. Box 95000-1280, Philadelphia, PA 19195-1280
14422634    + Alice G. Gosfield and Associates, P.C., 2309 Delancey Place, Philadelphia, PA 19103-6406
14812849    + Alice G. Gosfield and Associates, PC, Attn: Alice G. Gosfield, 2309 Delancey Place, Philadelpia PA 19103-6406
14422635    + Alice Udo RN, 8904 Elm Street, Bowie, MD 20720-3612
14422636    + Alice Victoria Hardeman, 186 Chestnut Drive, Eastman, GA 31023-8321
14422637    + Alicia Mercure, 6860 Desales Place, Hughesville, MD 20637-2988
14422638    + Alicia Morgan, 1210 Weber Drive, Pine Hill, NJ 08021-6614
14422639    + Alicia Urrutia, 10450 Ferina St, Bellflower, CA 90706-4121
14422640      Alicia Warren, VAC of Houston, Houston, TX 77054
14422641      Alimed, PO Box 9135, Dedam, MA 02027-9135
14422642    + Alison Romain, 311 Woodside Place, Waldorf, MD 20601-2953
14422643    + All Clean Inc, 1517 W Patrick Street ste B11, Frederick, MD 21702-9064
14422644    + All Points Capital Corp, P.O. Box 9066, Hicksville, NY 11802-9066
14422645    + All Steam Carpet Cleaning LLC, 9 Roe Lane, Howell, NJ 07731-9067
14422648    + AllDestination Inc, 16323 Puma Ave, Cerritos, CA 90703-1529
14422646    + Allcare Medical, P.O. Box 694, Old Bridge, NJ 08857-0694
14422647    + Alldestination Inc., 16323 Pluma Ave, Cerritos, CA 90703-1529
14422649    + Allen Allison, 7625 McElroy, Olive Branch, MS 38654-8961
14422651    + Allied Universal Security, P O Box 732565, Dallas, TX 75373-2565
14422653    + Allied World National Assurance, 1690 New Britain Ave, Suite 101, Farmington, CT 06032-3361
14422654    + Allison Henley, 942 Eastwood Terrace, Collierville, TN 38017-1312
14422655    + Allstar Building Service, 1013 269th Ave SE, Sammamish, WA 98075-7975
14422657    + Alonzo Diodene, 12750 Woodshire Place, Baton Rouge, LA 70816-2545
14422658      Alozna Ray Davis, P O Box 1292, La Plata, MD 20646-1292
14422660    + Alpha M Kagel, 250 N Gross Apt 1B, Kingsland, GA 31548-6231
14422662    + Alpha-Sure Technologies LLC, 5909 Old Capitol Trail, Wilmington, DE 19808-4836
14422663    + Alteva LLC, PO Box 592, Warwick, NY 10990-0592
14422664    + Altondra Crockett, 23155 Deleny Street, Mandeville, LA 70471-7903
14422665    + Alva Gipson, P O Box 281, Holly Springs, MS 38635-0281
14422666    + Alvarado's Home Improvement, 16845 Holly Way, Accokeek, MD 20607-9714
14422667    + Alyn Nazario, 3940 N 5th Street, Philadelphia, PA 19140-3303
14422668    + Alysia Knight, 1713 Martin Road, Wall Twp, NJ 07719-3437
14422708      AmWins Brokerage of PA, P.O. Box 60539, Charlotte, NC 28260-0539
14422669    + Amanda C Hill, 24 Guest Rd, Drew, MS 38737-9521
14422670    + Amanda Hill, 24 Guest Road, Drew, MS 38737-9521
14422672    + Amanuel Fessahaye, 1111 Wythe St., Alexandria, VA 22314-1842
14422673      Amato Keating and Lessa PC, 107 North Commerce Way, Ste 100, Bethlehem, PA 18017-8913
14422674    + Amber Carter, 1340 Surrey St - Suite 101, Lafayette, LA 70501-7647
14422675    + Amber Lewis, 245 Lite-n-tie Road, Gray, GA 31032-6201
14422678    + Ameldia Lion, 4037 St Ferdinand St, Chef Menteur, LA 70126-4911
14422698      AmeriChoice, PO Box 203921 - Johnson & Roundtree, Houston, TX 77216-3921
14422679    + American Arbitration Association, 6795 North Plam Ave - 2nd Floor, Fresno, CA 93704-1088
14422680      American Bankers Insurance Company, P.O. Box 731178, Dallas, TX 75373-1178
14422682      American College of Phlebology, 100 Webster Street, Suite 101, Oakland, CA 94607-3724
14422683    + American College of Physician Executives, 400 North Ashley Drive - Ste 400, Tampa, FL 33602-4322
14422684      American College of Surgeons Professiona, P O Box 5181, Carol Stream, IL 60197-5181

14422687   + American International Company, 22427 Network Place, Chicago, IL 60673-1224
14422689   + American Medical Depot, P O Box 278258, Miramar, FL 33027-8258
14422690   + American Nurses Credentialing Center, 8515 Georgia Ave, NW Ste 400, Silver Spring, MD 20910-3492
14422691     American Physicians Insurance, P O Box 731355, Dallas, Texas 75373-1355
14422692   + American Plumbing Contractors Inc, 5720 Arlington Rd, Jacksonville, FL 32211-5318
14422693   + American Plumbing Contractrors Inc, 5720 Arlington Rd, Jacksonville, FL 32211-5318
14422694     American Roentgen Ray Society, P.O. Box 630570, Baltimore, MD 21263-0570
14422695     American Society of Angiology, 708 Glen Cove Avenue, Glen Head, NY 11545-1655
14422696     American Society of Nephrology, P.O. Box 890658, Charlotte, NC 28289-0658
14422697   + American VIP, PO Box 79, Leesburg, NJ 08327-0079
14422699   + Americna Furniture Installation Inc, 400 Griffith Morgan Lane, Pennsauken, NJ 08110-3202
14422700     Amerigroup Comunity Care, PO Box 933657, Atlanta, GA 31193-3657
14422701   + Amerigroup Corporation, P.O. Box 179, Manchester, NH 03105-0179
14422703     Amerihealth Claims Overpayment, P.O. Box 15075, Newark, NJ 07192-5075
14422704     Ameripride Linen and Apparel Services, P O Box 1280, Bemidji, MN 56619-1280
14422705   + Amit Gupta, 3555 Promenade Pl, Waldorf, MD 20603-7230
14422706   + Amplatzer, 5050 Nathan Lane N, Plymouth, MN 55442-3209
14422707   + Amsouth Logistics, 120 Park 42 Drive - Ste E, Locust Grove, GA 30248-2567
14422709   + Amy LaHood, 115 Ashwood Drive, Lafayette, LA 70503-5101
14422710     Amy Young, 114 Ashwood Drive, Lafayette, LA 70503
14422711   + Ana Brooker, 9408 Harrell Street, Pico Rivera, CA 90660-1522
14422712   + Ana Marie Sanchez, 9720 Myron St, Pico Rivera, CA 90660-4719
14422713   + Ana Mendiola, 1303 Aubert, Houston, TX 77017-4809
14422715   + Anago Pitts, 300 Old Pond Rd Ste 202, Bridgeville, PA 15017-1270
14422714   + Anago of Washington DC, 8401 Corporate Drive Ste 640, Landover, MD 20785-2290
14422716   + Ancero, 1001 Briggs Road, Ste 220, Mt Laurel, NJ 08054-4100
14422717   + Anchor Painting Inc., 214 Suffolk RD, FLourtown, PA 19031-2118
14422718     Anda Inc., P.O. Box 930219, Atlanta, GA 31193-0219
14422719   + Andi Vernon, 2177 Yellow Springs Road, Malvern, PA 19355-9753
14422720   + Andre Berry, 8201 Meadowfield Way, Laurel, MD 20708-2490
14422721   + Andre Harris, 1879 Manor Drive Apt B, Union, NJ 07083-4566
14422722   + Andre Prue, 5664 Virginia Lane, Forest Heights, MD 20745-3662
14422723   + Andrea Cutillo, 2177 Yellow Springs Road, Malvern, PA 19355-9753
14422724   + Andrea D'Amico, 4C Yale Street, Nutley, NJ 07110-5314
14422725   + Andrea Solari, 40 Shipmaster Drive, Brigantine, NJ 08203-1331
14422726   + Andrea Solari, 104 45th St South, Brigantine, NJ 08203-1404
14422727   + Andrei Kranz MD, 41 Valley Road, Old Westbury, NY 11568-1015
14422729   + Andrew Doe MD, 30 Darren Drive, Basking Ridge, NJ 07920-4108
14422730   + Andrew Jacobs, 415 E. 9th St., #1, New York, NY 10009-4973
14422731   + Andrew Kraft, 133 lehigh Ave, Blackwood, NJ 08012-3829
14422732   + Andrew Repetti, 60 Basswood Ct, Red Bank, NJ 07701-5101
14422733   + Andrew Smith, 1340 Surrey Street Ste 101 - VAC, Lafayette, LA 70501-7647
14422735   + Andrzej Jakowluk, 85 Farrington Road, Matawan, NJ 07747-6404
14422736   + Anelia Narine RT, 3512 Cherry Blossom Crossing, Laurel, MD 20724-1936
14422737     Anetta L Smith, 1221 Ridge Forest Lane, Jacksonville, FL 32246
14422738   + Angel Lopez, 5169 Music Street, New Orleans, LA 70122-5121
14422739   + Angel Ramos, 2 Diamond Ct, Sicklerville, NJ 08081-1670
14422740   + Angela Connelly, 210 Willow Brook Dr, Roswell, GA 30076-3934
14422741   + Angela Feldman, 546 Maple Ave., Southhampton, PA 18966-3565
14422742   + Angela McCoy, 537 Hamel Avenue, Greensburg, PA 15601-4470
14422743     Angelica Textil, PO Box 535122, Atlanta, GA 30353-5122
14422744   + Angelo DiStefano, 200 Celia Avenue, Hammond, LA 70403-3512
14422745   + Angelyn Acosta, 1010 Vermont Avenue NW Suite 300, Washington, DC 20005-4945
14422746   + Angio Advancements, P O Box 60837, Ft Meyers, FL 33906-6837
14422748     AngioScore, 4588 Solutions Center, Chicago, IL 60677-4005
14422749   + Angiotech, P O Box 535594, Atlanta, GA 30353-5595
14422750   + Anish Shah, 9601 Thistle Ridge Lane, Vienna, VA 22182-1991
14422751   + Anisha Hardaway, 10206 Farrar Ave, Cheltenham, MD 20623-1029
14422752   + Anita Lozenich, 167 Ninooska trail, Medford Lakes, NJ 08055-1321
14422753     Ann Harris Bennett, PO Box 4622, Houston, TX 77210-4622
14422754   + Ann Thron, 153 Ridley Circle, Decatur, GA 30030-1118
14422758   + Anna Price, 731 Broadmoor Drive, Annapolis, MD 21409-4680
14422759   + Annamarie Jeanbaptiste, 11 Princeton Ave., Neptune, NJ 07753-2531

District/off: 0313-2 User: admin Page 6 of 72
Date Rcvd: Aug 07, 2026 Form ID: pdf900 Total Noticed: 3576

14422760 + Anne Booher, 10038 Richton Street, Jacksonville, FL 32246-1885
14422761 + Anne Calladonato, 2764 Jenkintown Road, Glenside, PA 19038-2431
14422762 Anne DelRio, VAC of South LA, Downey, CA 90241
14422763 + Annmarie Daly, 69 Hilltop Trail, Sparta Township, NJ 07871-2134
14422764 Anthem, P.O. Box 70000, Van Nuys, CA 91470-0001
14422765 + Anthony Harwood MD, 12408 Woodwalk Ter, Mitchellville, MD 20721-4232
14422766 + Anthony Bivens, 1380 Henryton Road, Marriottville, MD 21104-1429
14422767 + Anthony Butts, 45 Lakeside Court, Covington, GA 30016-1250
14422768 + Anthony Dubuclet, 8801 Lake Forest Blvd Apt #17312, New Orleans, LA 70127-2457
14422769 + Anthony Fox, 4303 Midtown Square Ste 133, Suitland, MD 20746-4427
14422770 + Anthony Petescia, 162 N 17th Street, Bloomfield, NJ 07003-5817
14422771 + Anthony Walker, 5404 Melwood Park Ave, Upper Malboro, MD 20772-7418
14422772 + Anthony Wilson, 7772 Hunter Lake Cir S, Jacksonville, FL 32210-4660
14422773 + Antonio Rivers, Sr, 45311 East Othello Way, California, MD 20619-3131
14422774 + Anwar Gerges, 17319 Fountain Mist, San Antonio, TX 78248-1930
14422775 + Anwar Gerges MD, 17319 Fountain Mist, San Antonio, TX 78248-1930
14422776 + Apartment Fire Extinguisher Service Inc, 5200 Beach Boulevard, Jacksonville, FL 32207-5022
14422778 + Apploed Fire Protection Services, 10501-C Ewing Road, Beltsville, MD 20705-2304
14422779 + April Harris, 4705 Old Panola Rd, Sardis, MS 38666-5324
14422782 + Arad Partnership, 128 N Craig St., Pittsburgh, PA 15213-2744
14422783 + Arba Graphics, 14074 Beverly Drive, Hughesville, MD 20637-2050
14422784 + Arbor Temporary Services of Jacksonville, PO Box 354526, Palm Coast, FL 32135-4526
14422787 + Ardus Medical Inc, 11297 Grooms Road, Cincinnati, OH 45242-1428
14422788 + Argon Medical Devices, P O Box 677482, Dallas, TX 75267-7482
14422789 + Argosy Management Group LLC, 7905 Browning Road, Suite 112, Pennsauken, NJ 08109-4319
14422790 + Aria Medical Equipment, 1330 West Blanco Road, San Antonio, TX 78232-1014
14422791 + Aric Mecchia, 115 Roberts Lane, Baden, PA 15005-2321
14422792 + Ark Electric LLC, 401 Bloomfield Dr Ste 2, West Berlin, NJ 08091-2404
14422794 + Arkansas Medical Board, 1401 West Capitol Ste 340, Little Rock, AR 72201-2948
14422795 + Arkansas Nurses Association, 1123 South University Suite 1015, Little Rock, AR 72204-1617
14422796 + Arlene Campbell, 5615 Council Grove Court, Houston, TX 77088-5515
14422798 + Arnaud Quality Plumbing, 1030 Sherwood Drive, Breaux Bridge, LA 70517-7201
14422799 + Arose, 1229 Broadway, Westville, NJ 08093-2161
14422800 Arrow, PO Box 936729, Atlanta, GA 31193-6729
14422801 + Arrowhead, PO Box 856158, Lousiville, KY 40285-6158
14422802 + Art.Com, 2100 Powell Street Ste 13, Emeryville, CA 94608-1893
14422803 + Arthur Meltzer MD, 528 W Beechtree Lane, Wayne, PA 19087-2679
14422804 + Artiss Dandridge, 7114 Talon Lane, Sunderland, MD 20689-3053
14422805 + Artz Health Law, 200 North Third Street Ste 12-B, Harrisburg, PA 17101-1589
14422806 + Asahi Intecc USA Inc, 22 Executive Park, Suite 110, Irvine, CA 92614-2705
14422810 + Ashley Harper, 9548 Thomas Downs Lane, Jonesboro, GA 30238-5843
14422811 + Ashley Martinez, 3814 Cedar Valley Drive, Missouri City, TX 77459-4228
14422812 + Ashley Rivera, 169 Saber St, Philadelphia, PA 19140-1622
14422813 + Ashley Welch, 1392 Redwood Circle, LaPlata, MD 20646-9581
14422814 + Ashton Bruno, 4 S Creek Ln, Violet, LA 70092-3513
14422816 + Asset Protection Unit Inc, P O Box 33061, Amarillo, TX 79120-3061
14422817 Associated Building Cleaning Inc, PO Box 426, Kent, WA 98035-0426
14422818 + Associates in Medical Physics, 10210 Greenbelt Road - Suite 110, Lanham, MD 20706-6226
14422820 + Atlanta News Group LLC, 3445 eachtree Road - Ste 175, Atlanta, GA 30326-1234
14422821 + Atlanta South Safe & Lock, 6045 North Henry Blvd., Ste D, Stockbridge, GA 30281-3024
14422822 + Atlanta South Safe & Lock, 6047 North Henry Blvd Suite H, Stockbridge, GA 30281-3061
14422823 + Atlantic Coast Communications, 7112 Airport Highway, Pennsauken, NJ 08109-4302
14422824 + Atlantic Fire & Safety, P O Box 295, Pomfret, MD 20675-0295
14422825 + Atlantic Lock & Key, 7641 E Firestone Blvd, Downey, CA 90241-4205
14422826 + Atlantic States Specialty Gases, P O Box 2519, Westfield, NJ 07091-2519
14422827 + Atlantic X-Ray, 5500 Military Trail #22-253, Jupiter, FL 33458-2869
14422830 Atmos Energy, PO Box 790311, Saint Louis, MO 63179-0311
14422829 Atmos Energy, PO Box 790311, St Louis, MO 63179-0311
14422831 + Atmos Energy, 1005 Convention Plaza, Saint Louis, MO 63101-1229
14422832 + Atmospheric Products & Services - APS, 17 Norris Run Court, Reisterstown, MD 21136-5833
14422833 + Atrium Medical Corporation, 3615 Solutions Center, Chicago, IL 60677-3006
14422834 + Atul Guleena, LLC, 8109 Glenhurst Drive, Fairfax Station, VA 22039-3145
14422835 + Aucoin's Plumbing, PO Box 60791, Lafayette, LA 70596-0791

District/off: 0313-2                    User: admin                                      Page 7 of 72
Date Rcvd: Aug 07, 2026                 Form ID: pdf900                          Total Noticed: 3576

14422836    + Audrey Lambert, P O Box 973, Rosedale, MS 38769-0973
14422837    + Auto Expressions of Georgia Inc, 280 Macon Street, Mcdonough, GA 30253-3514
14422838    + Automated Security Alert, Inc., 3500 Main Street, Munhall, PA 15120-3286
14422839    + Autumn Rich, 4944 Welchshire Ave, Memphis, TN 38117-5647
14422840    + Avadanian & Adler, 6001 Broken Sound Parkway NW, Boca Raton, FL 33487-2765
14422841    + Avais Masud, MD, 16 Imperial Court, Tinton Falls, NJ 07724-4442
14422842    + Avelino Madenilla, 6 Avon Street, Piscataway, NJ 08854-4652
14422843    + Avinger, Dept CH16883, Palatine, IL 60055-0001
14422844    + Avritt Medical Equipment, Inc., 4020 Hwy 8 East, Cleveland, MS 38732-8551
14422846    + Axtecs Cleaning, 1804 W Montgomery, Philadelphia, PA 19121-3115
14422847    + Azar Walsh Architects, 401 Cherry St Ste 700, Macon, GA 31201-3430
14422848    + Azure Cederholm, 1311 S Elm Street, Hammond, LA 70403-6201
14422849    + B&B Medical Transport, PO Box 1237, Flowery Branch, GA 30542-0021
14422850    + B&W Mechanical Contractors, PO Box 2223, Norcross, GA 30091-2223
14422851    + B+C Health Benefits Fund, 10401 Connecticut Ave, Kensington, MD 20895-3936
14422852      B. Braun Medical, P.O. Box 780412, Philadelphia, PA 19178-0412
14422854      BAEDKE, TAMMY LYNN M, 429 EDINBURGH ROAD WEST, LEFT BRIDGE, AB T1J5A6
14422893      BCBS of IL, P O Box 7344, Chicago, IL 60680-7344
14422894    + BCBSGA-Recovery, PO Box 92306, Cleveland, OH 44193-0003
14422921      BFPEInternational, P O Box 791045, Baltimore, MD 21279-1045
14422927    + BIOCARDIA, 125 Shoreway RD, San Carlos, CA 94070-2718
14422938    + BK Limousine, 411 Bloomfield Ave, Verona, NJ 07044-2022
14423006    + BTW Transportation Inc, 831 Bullington Ave, Memphis, TN 38106-4652
14422853      Bacchus Vascular Inc, PO Box 122154 Dept 892154, Dallas, TX 75312-2154
14422855    + Bailey Strawhecker, 4078 Cedar Point Rd, Lakeland, TN 38002-3988
14422856    + Baker & Whitt PLLC, 6800 Poplar Ave Ste 205, Memphis, TN 38138-7439
14422857    + Baker Donelson ,Bearman,Caldwell, 201 St. Charles Avenue, Ste 3600, New Orleans, LA 70170-3600
14422858    + Bandwave Systems LLC, 438 High Street, Burlington, NJ 08016-4524
14422859      Bank Direct Capital Finance LLC, PO Box 660448, Dallas, TX 75266-0448
14422860    + BankDirect Capital Finance, LLC, P.O. Box 660448, Dallas, TX 75266-0448
14422861    + Bankers Life and Casualty, P O Box 1935, Carmel, IN 46082-1935
14422862      Banyan International Corporation, 2118 E Interstate 20 - PO Box 1779, Abilene, TX 79604-1779
14422863    + Bar Ray, 95 Monarch Street, Littletown, PA 17340-1644
14422865    + Barbara Alice, 3804 Starlight Circle, Mays Landing, NJ 08330-3459
14422866    + Barbara Deuel, 240 9th Street, South Amboy, NJ 08879-2014
14422867    + Barbara Ferrell, 201 27th Ave SE Bldg A #303, Puyallup, WA 98374-1135
14422868    + Barbara Friedman, 15 Appian Court, East Freehold, NJ 07728-9264
14422869    + Barbara Friel, 110 Raven Ct, Berlin, NJ 08009-9723
14422870    + Barbara Houston, 340 Plymouth Drive, East Freehold, NJ 07728-2732
14422871    + Barbara James, P.O. Box 1569, Pleasantville, NJ 08232-6569
14422872    + Barbara Lang, 475 South 19th St. 2nd Floor, Newark, NJ 07103-1232
14422873    + Barbara Munster, 4700 Jasper St, Metairie, LA 70006-2715
14422874    + Barbara Swann, 44 Kings Wharf Place, Waldorf, MD 20602-2236
14422875    + Barbara Sweigart, 226 Garden Drive, South Plainfield, NJ 07080-2906
14422876    + Barbara Whalen, 388 Palm Lakes Blvd, Little River, SC 29566-7758
14422877    + Barbara Williams, 821 Patterson Rd, Jackson, NJ 08527-4933
14422878    + Barbera Electric LLC, 349 Vernon Drive, West Newton, PA 15089-1064
14422879    + Barbra Maher, 12 Wedgewood Ave, Colts Neck, NJ 07722-1137
14422880    + Barnett & Sons Inc, 3017 Walnut Lane, Waldorf, MD 20601-3324
14422881    + Barrier Technologies, 7060 W State Rd 84, Suite 8, Davie, FL 33317-7365
14422882      Barry Kercher, 847 Old Warehouse Landing Rd, Port Tobacco, MD 20677
14422883    + Barry L Kercher, 8470 Old Warehouse Landing Rd, Port Tobacco, MD 20677-2059
14422884    + Bart Dolmatch MD, 3812 Colgate Ave., Dallas, TX 75225-5223
14422885    + Barwood, 4900 Nicholson Ct, Kensington, MD 20895-1076
14422889    + Bayer Health Care, P O Box 360172, Pittsburgh, PA 15251-6172
14422890      Bayer HealthCare, PO Box 8500-6205, Philadelphia, PA 19178-6205
14422891      Baylis Medical Company, 5959 Trans-Canada Highway, St-Laurent, Quebec H4T 1A1
14422892    + Baylor College of Medicine, One Baylor Plaza, Houston, TX 77030-3498
14422895    + Beacon Hill Staffing, P.O. Box 846193, Boston, MA 02284-6193
14422896    + Beacon Plumbing Heating & Mechanical Inc, 8611 S 192nd Street, Kent, WA 98031-1202
14422897      BeaconMedaes LLC, Dept 3234 P O Box 123234, Dallas, TX 75312-3234
14422899    + Bedell, Ditmar, DeVault, Pillans & Coxe, 101 East Adams Street, Jacksonville, FL 32202-3303
14422900      Belinda Williams, 11748 Tortoise Way N, Jacksonville, FL 32218-7623

14422901    +  Bell Medical Transport, 215 C Rutgers Street, Maplewood, NJ 07040-3229
14422902    +  Belltown Investment Partners, LLC, 2505 2nd Avenue Suite 520, Seattle, WA 98121-1484
14422903    +  Benefit Dynamics Inc., 8 Reynoldo Terrace, Suite 200, Cherry Hill, NJ 08034-2112
14422904    +  Benjamin Lee, MD, 2639 S. Carrollton Ave., New Orleans, LA 70118-3066
14422905    +  Benjamin Prince, 300 Palmer Ave, Neptune, NJ 07753-3615
14422906    +  Bennett & Heyman, P.A., 201 N. Charles Street Ste 500, Baltimore, MD 21201-4199
14422907    +  Bennie Farrow, 9230 Kirby Drive - Suite 100, Houston, TX 77054-2541
14422909    +  Berman Fink Van Horn, 3475 Piedmont Road, NE Ste 1100, Atlanta, GA 30305-6400
14422910    +  Bernadette Thompson, 5506 Newton Street, Hyattsville, MD 20784-1156
14422911    +  Bernard Jeskin, 620 Smith Drive, Metairie, LA 70005-2918
14422912    +  Best Tech Computer Services, 1510 Veterans Memorial Blvd., 2nd Fl, Metairie, LA 70005-2670
14422913       Beth Anderson, VAC of SW Chicago - Coral Plaza, Oak Lawn, IL 60453
14422914       Beth Joel, 317 Frederick Dr, Cleveland, MS 38732
14422915    +  Bethlehm LVCC 3450-3500 LP, One Belmont Ave, Ste 300, Bala Cynwyd, PA 19004-1604
14422916    +  Betty Byers, 2881 Bishop Estates Rd, Jacksonville, FL 32259-3005
14422917    +  Betty Hale, 4904 Woodland Blvd, Oxen Hill, MD 20745-3746
14422918    +  Beverly A Simpson Inc, 333 Lakewood Circle, Burr Ridge, IL 60527-6308
14422919    +  Beverly Greenwald, 6545 Dobbins Ct, Laplata, MD 20646-3373
14422920    +  Beverly Moss-Johnson, 1010 Vermont Avenue, N.W., Washington, DC 20005-4901
14422922    +  Bhupinder Singh MD, 3008 Lexington Court, Export, PA 15632-9057
14422923    +  Big Branch Plumbing Service, 21357 Marion Lane, Ste 400, Mandeville, LA 70471-8717
14422924    +  Bill Gosnear, 15037 Endicott Street, Phialdelphia, PA 19116-1530
14422925    +  Billie R Seals, 10511 Clinton Street, River Ridge, LA 70123-1223
14422926    +  Billie Seals, 10511 Clinton St, River Ridge, LA 70123-1223
14422930    +  BioLife, 1235 Tallevast Rd, Sarasota, FL 34243-3271
14422931    +  BioMed Assoc Inc, 4 Main Street, Flemington, NJ 08822-2189
14422932    +  BioMed IRB, 2525 Camino Del Rio South, San Diego, CA 92108-3717
14422928    +  Biocompatibles Inc, PO Box 789811, Philadelphia, PA 19178-9811
14422929       Biocompatibles Inc (BTG), P O Box 789811, Philadelphia, PA 19178-9811
14422933    +  Biomed Plus LLC, 20354 Old Covington Hwy, Hammond, LA 70403-0506
14422934    +  Biomedicon, 30 East Central Ave., Moorestown, NJ 08057-2519
14422937    +  Birte Hoehne-Mahyera, 520 John Carlyle Street Unit 430, Alexandria, VA 22314-6811
14422939       Black Box Network Services, PO Box 8500-2595, Philadelphia, PA 19178-2595
14422940    +  Blanca's Cleaner, 1906 Arrowood Ct, Fort Washington, MD 20744-2649
14422942    +  Blaze Branding Group Inc, 6250 Coral Ridge Drive, Coral Springs, FL 33076-3383
14422944    +  Blue Cross Blue Shield of Alabama, P.O. Box 360899, Birmingham, AL 35236-0899
14422945    +  Blue Cross Blue Shield of Mississippi, P O Box 23071, Jackson, MS 39225-3071
14422947    +  Blue Line Drywall, 2300 US Rt 1, Bldg 31, North Brunswick, NJ 08902-4438
14422948    +  Blue Mountain Hospital, 211 North 12th Street, Lehighton, PA 18235-1138
14422949       Blue Ridge Communications, P O Box 316, Palmerton, PA 18071-0316
14422950    +  Blue Williams LP, 3421 North Causeway Blvd., Ste 900, Metairie, LA 70002-3760
14422951    +  Board of Physicians - MD, PO Box 37217, Baltimore, MD 21297-3217
14422952       Board of Registered Nursing - CA, PO Box 944210, Sacramento, CA 94244-2100
14422953    +  Bobby Evans, 8132 Woodson Dr, Olive Bransch, MS 38654-8097
14422954    +  Bobby Robertson, 3600 Martinique Apt C, Kenner, LA 70065-3543
14422955    +  Bochetto & Lentz, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401
14422956    +  Boffard Holdings LLC, 1323 Stuyvesant Avenue, Union, NJ 07083-5380
14422957    +  Bolivar Co. Tax Collector, P.O. Box 248, Cleveland, MS 38732-0248
14422958    +  Bolivar County Council on Aging, Inc., 800 South Davis Street, Cleveland, MS 38732-3943
14422959       Bolivar Physician Practice, PO Box 15044, Belfast, ME 04915-4045
14422960    +  Bon Voyage Chauffeured Services, 11663 Edgemere Dr, Jacksonville, FL 32223-1390
14422961    +  Bonita Brown, 5100 Alfred Dr, Waldorf, MD 20601-3258
14422963    +  Boris Paul, 913 Summit Drive, Stroudsburg, PA 18360-6867
14422964    +  Borough of Eatontown, 47 Broad Street, Eatontown, NJ 07724-1572
14422965       Boston Scientific, P O Box 8500-6205, Philadelphia, PA 19178-6205
14422967    +  Bradley Fitzhenry, 3505 Lake Trail Dr, Kenner, LA 70065-3309
14422968    +  Brandi Boutte, 4480 Beau Rd, Maurice, LA 70555-3746
14422969    +  Brandon Paal, 513 River Renaissance, East Rutherford, NJ 07073-1628
14422970    +  Brandy Gautreaux, 513 Walter Drive, Lafayette, LA 70507-2462
14422971       Brandywine Cira, P.O. Box 826727, Philadelphia, PA 19182-6727
14458526    +  Brandywine Cira, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA
                19109-1042
14422972    +  Brandywine Cira, LP, PO Box 11951, Newark, NJ 07101-4950

14422973   + Brandywine Investment Properties LLC, 14145 Brandywine Rd, Brandywine, MD 20613-3003
14422974   + Bravo Health Pennsyvania Inc., 1500 Spring Garden Street Ste 800, Philadelphia, PA 19130-4071
14422975   + Breezemere Solutions, 3873 Windrose Lane, Marietta, GA 30062-5189
14422976   + Brenda Caleb, 8116 Verree Road, Apt D208, Philadelphia, PA 19111-2372
14422977   + Brenda Coontz, 1107 Princeton Lane, Waldorf, MD 20602-3418
14422979   + Brent Brockway, 8981 Dogwood RD, Germantown, TN 38139-5405
14422980   + Brent Gallenbeck, 2815 Bialock Dr, Somerville, TN 38068-4305
14422981   + Brent Hall, 4611 Birch St., Flower Mound, TX 75028-1726
14422982   + Brent Theriot, 6926 FLeur de Lis Drive, New Orleans, LA 70124-1502
14422983   + Brent Woods, 1207 S Frederick Street, Arlington, VA 22204-3326
14422984   + Brgid Connell, 2008 S State Street - Apt A, Abbeville, LA 70510-8228
14422985   + Brian Corrado, 1514 Lucon Road, Oreland, PA 19075-2428
14422986   + Brian DeCesare, 18 Newton/Sparta Road, Newton, NJ 07860-2723
14422987   + Brian Dunfee MD, 1339 Richmond Drive, Melbourne Beach, FL 32935-5325
14422988   + Brian Eckman, 123 Regal Court, Limerick, PA 19468-3406
14422989     Brian Kazienko, 201 LaGrange Dr, Cranberry, PA 16066
14422990   + Brian LaMendola, 1415 Alice Drive, Bridgeville, PA 15017-2661
14422991   + Brian Sahdev, 9905 Hillridge Drive, Kensington, MD 20895-3230
14422992   + Briana Fennel Folmar, 110 Von Ron Drive, Macon, GA 31210-7314
14422993   + Broadway Linen, 548 N Broadway St, Greenville, MS 38701-2551
14422994   + Broussard Air Conditoning Inc, 104 Avenue C, Broussard, LA 70518-4308
14422997     Brown Brothers, 2820 Roxboro Road, Durham, NC 27707
14422995   + Brown and Brown Insurance, 1000 Bishops Gate Blvd Suite 100, Mt Laurel, NJ 08054-4634
14422996   + Brown and Gallo LLC, 101 Marietta Street - 2700 Centennial To, Atlanta, GA 30303-2711
14422998   + Brubach Plumbing Co, 1314 Woods Run Ave, Pittsburgh, PA 15212-2390
14422999   + Bruce Dietz, 404 Fenimore St, Vineland, NJ 08360-3171
14423000   + Bruce Malcolm, 3730 Iconi Court, Middleburg, FL 32068-3962
14423001   + Brusilow & Associates, 255 S. 17th Street Ste 1503, Philadelphia, PA 19103-6215
14423002   + Bryan Carpets LLC, 879 Willow Tree Circle, Cardova, TN 38018-3121
14423003   + Bryan Corporation, 4 Plympton Street, Woburn, MA 01801-2917
14423005   + Bryon Smith, 30065 Frank Murphy Rd, Independence, LA 70443-8848
14423007     Bucks County Courier Times, 8400 Route 13, Levittown, PA 19057
14423008   + Bullocks Plumbing and Heating Co, P O Box 8203, Piscataway, NJ 08855-8002
14423010     Bureau of Radiation Protection, P.O. Box 8469, Harrisburg, PA 17105-8469
14423011   + Burgess Chemist, 559 Franklin Ave, Nutley, NJ 07110-1746
14423012   + Burks & Associates, 12621 NW 1st PL, Plantation, FL 33325-2332
14423013   + Burlington Center, LLC, 140 Franklin Corner Rd, Lawrenceville, NJ 08648-2587
14423014     Burlington Medical Supplies, P.O. Box 71130, Charlotte, NC 28272-1130
14423015     Business Filings Division, 9980 Ninth St 16th Floor, Sacramento, CA 95814
14423016   + Busy Bee Environmental Services Inc., 7826 Eastern Avenue, NW, Washington, DC 20012-1337
14423017   + Butler Cranberry Lock Safe Door, 302 East Brady St, Butler, PA 16001-4816
14423018   + Buttonwood Inv, PO Box 500, Eagleville, PA 19408-0500
14423019     Byers & Anderson, 2208 North 30th Street, Ste 202, Tacoma, WA 98403-3360
14423020   + Byron Felder, 9825 Patriot Ridge Drive, Jacksonville, FL 32221-5619
14423021   + C&H Distribtors LLC, 22133 Network Place, Chicago, NJ 60673-1221
14423023   + C.N.A., Three Radnor Corporate Center, 100 Matsonford Road, Suite 200, Wayne, PA 19087-4558
14423022   + C.N.A., 333 S. Wabash, Chicago, IL 60604-4107
14423024   + C.N.A. Commercial Insurance, 151 N. Franklin St., Chicago, IL 60606-1915
14423025   + C.R. Bard, Inc., P.O. Box 75767, Charlotte, NC 28275-0767
14423110   + CBS Outdoor, PO Box 33074, Newark, NJ 07188-0074
14423111     CDPH-RHB, PO Box 997414, Sacramento, CA 95899-7414
14423124   + CES Electrical Services, 913 Smoke Rise Way, Macon, GA 31210-2205
14423127     CG Jepsen Plumbing, 165 Tingly Lane, Edison, NJ 08820
14423201   + CITY OF DOWNEY, 11111Brookshire Ave, Downey, CA 90241-3817
14423219   + CL Presser Company, 4224 Market Street, Philadelphia, PA 19104-3095
14423239     CLEMENTS, CATHY R, 1196 163RD STREET, SURREY, BC V4A7T9
14423245     CLIA Laboratory Program, PO Box 530882, Atlanta, GA 30353-0882
14423250   + CMD Inc, 4460 S W 35th Terrace, Gainesville, FL 32608-6527
14423251     CME Resources, P.O. Box 997571, Sacaramento, CA 95899-7571
14423252   + CMG of Easton, 4001 Freemansburg Ave, Easton, PA 18045-5520
14423253   + CMP Group LLC, 1627 Westshore Drive, Houston, TX 77094-3301
14443537   + CNA Commercial Insurance, 500 Colonial Center Parkway, Lake Mary, FL 32746-7630
14423254     CNA Insurance, P.O. Box 790094, St. Louis, MO 63179-0094

14423255   + CNSW of Western Pennsylvania, 1630 Arlington Ave - FMC Mt Oliver, Pittsburgh, PA 15210-1737
14447413   + COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS
             STREET, ROOM 925, HARRISBURG, PA 17121-0751
14423299     CONCENTRIC MEDICAL, INC., DEPT 2514 PO BOX 122514, DALLAS, TX 75312-2514
14423336   + CQS Inc, 8600 West Bryn Mawr Ave - Ste 850N, Chicago, IL 60631-3579
14423344   + CROWSON, KAREN A, PO BOX 383, Hawi, HI 96719-0383
14423348   + CSA LLC, 1303 Central Ave, Aberdeen, NJ 07747-1064
14423350     CSC Medicaid Fee Processing, P O Box 602328, Charlotte, NC 28260-2328
14423351   + CSPD, LLC, 761 Osage Road, Pittsburgh, PA 15243-1039
14423352   + CT Corp System, 2001 Market Street 5th Floor, Philadelphia, PA 19103-7020
14423361   + CV Medical, 2818 E 2nd st Ste 200, Vancouver, WA 98661-7778
14423027     Cab Service By John B James, 1403 Fourth Street Ext, Braddock Hills, PA 15221
14423029   + Cable Netwoking Inc., 7610M Rickenbacker Drive, Gaithersburg, MD 20879-4806
14423028   + Cable and Connectivity Solutions LLC, 4721 Hasting Place, Lake Oswego, OR 97035-5726
14423031     Cacheaux Cavazos & Newton, 333 Convent Street, San Antonio, TX 78205-1348
14423032   + Cadieux Interior Design & Solutions, 33316 35th Ave SW, Federal Way, WA 98023-2901
14423033     Cahaba Government Benefit Admin., P O box 7247, Phila, PA 19170-6029
14423034   + Cairncross & Hemplemann, 524 Second Ave, Ste 500, Seattle, Wa 98104-2323
14423035   + Cajun Grill& Bar, 2309 N Causeway, Metairie, LA 70001-1920
14423036   + Caliber Patient Care, 1431 Riverplace Blvd., #1404, Jacksonville, FL 32207-9101
14423037     California Department of Health Services, PO Box 997414, Sacramento, CA 95899-7414
14423038     California Dept of Public Health, PO Box 997414, Sacramento, CA 95899-7414
14423039   + California Dialysis Council, 303 E Gurley Street PMB #458, Prescott, AZ 86301-3804
14423040   + California Medical Physics Inc, 16590 Suttles Drive, Riverside, CA 92504-5761
14423041     Calilfornia State Disbursement Unit, PO Box 989067, West Sacramento, CA 95798-9067
14423042   + Calvert Memorial Hospital, 100 Hospital Road, Prince Frederick, MD 20678-4016
14423043   + Calvin Goines, 12320 North Lake Carmel, New Orleans, LA 70128-4573
14423044   + Cambridge Prof Center Condominium Phase, 2938 Edgewater Drive, Edgewater, MD 21037-1305
14423045   + Camille Acosta, 9215 Sandy Crrek Road, Fort Washington, MD 20744-4828
14423046   + Camson Construction, Inc., 13 Park Avenue, Gaithersburg, MD 20877-2915
14423047   + Canary Transport, 3505 Esquilin Terrace, Bowie, MD 20716-1277
14423048   + Canary Transportation, 3505 Esquillin Terrace, Bowie, MD 20716-1277
14423049   + Cannon Bros, 5492 Old Hwy 78, Memphis, TN 38118-7909
14423050   + Canon Business Solution Inc, 15004 Collections Center Drive, Chicago, IL 60693-0001
14487733   + Canon Solutions America, 300 Commerce Square Blvd., Burlington, NJ 08016, Burlington, NJ 08016-1270
14423052   + Cantrece Anthony, 206 Elderberry Hill Court, Cary, NC 27513-4569
14423053   + Capital Business Brokers of NJ LLC, 3 Prospect Street, Morristown, NJ 07960-6809
14423054     Capital Group Retirement Plan, PO Box 659530, San Antonio, TX 78265-9530
14423055   + Capital Health Medical Staff, 750 Brunswick Ave, Trenton, NJ 08638-4143
14423056     Capital Health System, PO Box 8500-1571 Fuld Campus, Philadelphia, PA 19178-1571
14423058   + Capitol Services, PO Box 1831, Austin, TX 78767-1831
14423059   + Caputo Foot and Ankle, 719 N. Beers Street Ste. 2A, Holmdel, NJ 07733-1523
14423060     Cara Perkins Nunez, 3537 Tolmas Drive, Metairie, LA 70002-3819
14423061   + Cardinal Health, PO Box 70539, Chicago, IL 60673-0539
14423063   + Cardinal Health, P O Box 13862, Newark, NJ 07188-3862
14423066   + CardioThoracic, Vascular & Ped Surg Asso, 688 Walnut Street Suite 200, Macon, GA 31201-0333
14423068   + CardioVascular Coalition, 300 New Jersey Ave, NW Ste 900, Washington, DC 20001-2271
14423065   + Cardiothoracic & Vascular Surgical Assoc, 1824 King Street Ste 200, Jacksonville, FL 32204-4736
14423067   + Cardiovascular Care Group, PC, 433 Central Ave, Westfield, NJ 07090-2520
14423069   + Cardiovascular Research Foundation, PO Box 30730, New York, NY 10087-0730
14423070     Cardiovascular System Inc, Dept. CH 19348, Palatine, IL 60055-9348
14459729   + Cardiovascular Systems, Inc., attn: Ryan Murphy, 200 South Sixth Street, Suite 4000, Minneapolis MN 55402-1431
14423071   + Cardiva Medical Inc, PO Box 744137, Atlanta, GA 30374-4137
14423074   + Care Medical Transit, P O Box 9265, South El Monte, CA 91733-0949
14423075     Care Medicla Equipment, 4135 Stone Way North, Seattle, WA 98103-8013
14423073     Care improvement Plus ofthe Southeast In, P.O. Box 822657, Philadelphia, PA 19182-2657
14423076     Careerbuilder LLC, 13047 Collections Center Drive, Chicago, IL 60693-0130
14423077   + Caremore Medical Recovery, 12900 Park Plaza Dr Ste 150, Cerritos, CA 90703-9329
14423078   + Carl Montgomery, 260 El Dorado Blvd Unit 2906, Webster, TX 77598-2250
14423079   + Carl Rashid, 1410 E Washington Street, New Castle, PA 16101-4418
14423080     Carl Tobias, 29031 Hensley Drive, Clinton, MD 20735
14423081   + Carla Margolis, 30 Forest Ave, Rumson, NJ 07760-1606
14423082   + Carmen Neris, 341 Barbara Drive, Point Pleasant, NJ 08742-2107

| 14423083 | + | Carmin Mendez, 4100 Longshore Ave APT D-14, Philadelphia, PA 19135-2134 |
|---|---|---|
| 14423084 | + | Carol Benedict, 32 Long Bow Drive, Sewell, NJ 08080-1664 |
| 14423085 | + | Carol Davis Hayes, 2319 S Lincoln Ave, Vineland, NJ 08361-7234 |
| 14423086 | + | Carolina Esquivel, 14608 Calpella St, La Mirada, CA 90638-3710 |
| 14423087 | + | Caroline Keene, 9121 Vancouver Dr NE, Lacey, WA 98516-6043 |
| 14423088 | + | Carolon Co., 601 Forum Parkway, Rural Hill, NC 27045-8934 |
| 14423089 | | Carolyn Barkman, 23105 Hilltop Drive, Bushwood, MD 20618 |
| 14423090 | + | Carolyn Grimes, 11 Turn Hill Lane, Levittown, PA 19054-2309 |
| 14423091 | + | Carolyn Sampson, 165 New Ballard Rd, Collierville, TN 38017-5269 |
| 14423092 | + | Carolyn Siverson, 606 Oxford Way, Neptune, NJ 07753-4350 |
| 14423093 | + | Carolyn Walder, 7 Mary Street, Madisonville, LA 70447-9738 |
| 14423094 | + | Carrie Fisher, 6169 Hegerman Street, Philadelphia, PA 19135-3711 |
| 14423095 | + | Carrie Melton, 1507 Derring Street, Cleveland, MS 38732-2930 |
| 14423096 | + | Carrieann Arnold, 37 Robeson Ridge, Oxford, NJ 07863-3258 |
| 14423097 | + | Carter's Cleaning Service, 1218 Lullwater Way, McDonough, GA 30252-5771 |
| 14423098 | + | Cary Alarm Co., Inc, P O Box 1916, Cary, NC 27512-1916 |
| 14423099 | + | Cary Thomas, 10927 Campus Heights Lane, Jacksonville, FL 32218-8216 |
| 14423100 | + | Caryl Guerrero, 101 Phillip E Frank Way, Cliffwood, NJ 07721-1224 |
| 14423101 | + | Cascade Healthcare Services, 101 Nickerson Suite 200, Seattle, WA 98109-1620 |
| 14423103 | + | Cassandra Arnold, 12607 Tartan Lane, Fort Washington, MD 20744-6327 |
| 14423104 | | Catalane Surgical Associates PC, PO Box 240, Ingomar, PA 15127-0240 |
| 14423105 | + | Catherine Baker, 3420 Ricky Ave, Camp Springs, MD 20748-4685 |
| 14423106 | + | Catherine Pellone, 12 Terrell Rd, Lambertville, NJ 08530-3429 |
| 14423107 | + | Cathy Joswiak, 322 S Green Street - Ste 108, Chicago, IL 60607-3544 |
| 14423108 | + | Cathy Purves, 3624 Shannon Rd Ste 104, Durham, NC 27707-3772 |
| 14423109 | + | Cathy Rosales, 9520 S Knox, Oak Lawn, IL 60453-3118 |
| 14423112 | + | Cecelia C. Pocoski, 4402 Cotuit Circle, Waldorf, MD 20601-3243 |
| 14423113 | | Cecilia Benitez, 720 E Jefferson Pk Ave, Jefferson, LA 70121 |
| 14423114 | + | Cecilia Cruz, 42 N 5th Ave Apt B, Long Branch, NJ 07740-6965 |
| 14423115 | + | CeloNova BioSciences, 49 Spring Street, Newnan, GA 30263-2768 |
| 14423116 | + | Celtic Leasing, 4 Park Plaza Suite 300, Irvine, CA 92614-8511 |
| 14423117 | + | Cenero, LLC, 2587 Yellow Springs Road, Malvern, PA 19355-1431 |
| 14423118 | + | Center for Continuing Education, 1430 Tulane Ave, TB-51, New Orleans, LA 70112-2632 |
| 14423119 | + | Center for Hearing and Deaf Services Inc, 1945 Fifth Avenue, Pittsburgh, PA 15219-5547 |
| 14423120 | | Central Respository, P O Box 32708, Pikesville, MD 21282-2708 |
| 14423121 | + | CertaPro Painters of Durham-Chapel Hill, 4324 S Alston Ave Suite 106, Durham, NC 27713-5296 |
| 14423122 | + | Certified Diagnostic Radiological Physic, 1412 Chickasaw Ave, Metairie, LA 70005-1304 |
| 14423123 | + | Certified Equipment Appraisal Assoc. Inc, 127 Hanover Ave, North Wales, PA 19454-1632 |
| 14423125 | + | Cessna 210 LLC, 398 Yale Street Apt. C-3, Cleveland, MS 38732-9598 |
| 14423126 | + | Ceth Embrey, 398 Yale Street, Cleveland, MS 38732-9599 |
| 14512166 | + | Chad Edwards, Adams and Reese LLP, c/o Mr. Scott R. Cheatham, 701 Poydras Street, Suite 4500, New Orleans, LA 70139-4596 |
| 14423128 | + | Chad Thompson, 4428 Milgate Street, Pittsburgh, PA 15224-1527 |
| 14423129 | + | Chamco Inc, 798 Clearlake Road, Cocoa, FL 32922-5114 |
| 14423130 | #+ | Champagne Limousine Service, P.O. Box 32, Pen Argyl, PA 18072-0032 |
| 14423131 | + | Chandler Edwards, 47 Mark Smith Drive, Mandeville, LA 70471-5301 |
| 14423133 | | Channing Bete Company, PO Box 84-5897, Boston, MA 02284-5897 |
| 14423134 | + | Chantel DeVore, 1789 S 65th Street, Philadelphia, PA 19142-1432 |
| 14423135 | | Charlene's Safe Ride, 3020 Pickett Road Ste 302, Durham, NC 27705 |
| 14423136 | + | Charles L Wacker, 195 Eva Earl Rd, St Johns, FL 32259-2996 |
| 14423137 | | Charles County MD, P O Box 2607, La Plata, MD 20646-2607 |
| 14423138 | + | Charles Dinerstein, 11 Golden Pond Dr, Milltown, NJ 08850-2181 |
| 14423139 | + | Charles F. Albright IV, 336 Phosphor Ave, Metairie, LA 70005-3735 |
| 14423140 | + | Charles Green, 10259 Classic Oak Rd N, Jacksonville, FL 32225-9032 |
| 14423141 | + | Charles Griffith, 4 Greenwood place, Indian Head, MD 20640-1004 |
| 14423142 | + | Charles Lee, 1013 Cheval PL, Kenner, LA 70065-2923 |
| 14423143 | + | Charles Miller, 18 Hillside Ave, Camel, NJ 08332-4422 |
| 14423144 | + | Charles Narcross, 7 Deer St, Leesburg, NJ 08327-2009 |
| 14423145 | + | Charles Pascale, 22 London Drive, East Brunswick, NJ 08816-3937 |
| 14423146 | + | Charles Proctor, 1022 Stone Ave, Waldorf, MD 20602-2955 |
| 14423147 | + | Charles Reindl MS CHP, 1412 Chickasaw Ave, Metairie, LA 70005-1304 |
| 14423148 | #+ | Charley's Painting LLC, 146 Ave C, Bayonne, NJ 07002-7076 |
| 14423149 | + | Charlie Atkins, 1115 Captial Ave, Memphis, TN 38107-1614 |
| 14423150 | + | Charlotte Schrecengost, 145 Berts Hill Dr, Kitanning, PA 16201-3207 |

14423151 + Charlotte Walker, 2600 Northampton St, Easton, PA 18045-2656
14423153   Chase Insustries, Inc., P.O. Box 790448, St Louis, MO 63179-0448
14423154   Checkered Yellow Cab of Jacksonville, 32245 Collection Center Drive, Chicago, IL 32207
14423155 + Chehardy Sherman Williams, 1 Galleria Blvd Ste 1100, Metairie, LA 70001-2033
14548608 + Chehardy, Sherman, Williams, Murray, Recile,, Stakelum & Hayes, LLP, attn: Conrad Meyer, One Galleria Blvd., Suite 1100, Metairie, LA 70001-7534
14423156 + Chelbus Cleaning Compnay Inc, 275 Newton Sparta Rd, Newton, NJ 07860-2748
14423157 + Chelsea Crowley, 385 Nail Road E, Southhaven, MS 38671-8853
14423158 + Chelsea Mims, 988 County Rd 97, Grenada, MS 38901-6653
14423159 + Chemway Inc, P O Box 10913, Pittsburgh, PA 15236-0913
14423160 + Cherry Lane, 806 Main Street, Toms River, NJ 08753-6520
14423161 #+ Cheryl Brown MD, 397 Hwy 21, Ste 601, Madisonville, LA 70447-3407
14812000 + Cheryl Brown, MD, 11001 Damiano Road, Folsom, LA 70437-5966
14423162 + Chesapeake Holdings East, LLC Special As, 1100 North Market Street, Wilmington, DE 19801-1243
14423163 + Chestnut Hill Hospital Medical Staff, 8835 Germantown Ave, Philadelphia, PA 19118-2765
14423164 + Chris Elling Creative associate, 745 Simpson Ave., Ocean City, NJ 08226-3714
14423165 + Christiana Gamble, 8305 Blossom Point Rd, Welcome, MD 20693-3305
14423166 + Christiana Keefer, 21123 Camp Cosoma Rd, Lenardtown, MD 20650-5149
14423167 + Christin O'Brien, 5808 Milton Avenue, Whittier, CA 90601-3451
14423168 + Christina Carr, 7813 Fillmore Street, Philadelphia, PA 19111-2215
14423169 + Christina Clavijo, 2115 Aldrin Rd Apt 12A, Asbury Park, NJ 07712-8053
14423170 + Christina Ford, 836 S Haine Circle, Downingtown, PA 19335-4977
14423171 + Christina Gonzales, 2233 Darlene Dr, Covington, LA 70435-5636
14423172 + Christina Gonzales, 3109 Blomquist Street, Meraux, LA 70075-2147
14423173 + Christina Prochownik, 1808 Wilson Rd, Huntingtown, MD 20639-9270
14423174 + Christina Sylvestre, 250 Bontura Drive, Senoia, GA 30276-1330
14423175 + Christine McDermott, 813 S 3rd Street, Philadelphia, PA 19147-3312
14423176 + Christopher Descano Photography, 707 Cedar Grove Rd, Broomall, PA 19008-2720
14423177 + Christopher English, 3201 Inglside Ave, Macon, GA 31204-1938
14423178 + Christopher Glover, 301 North Gross Rd Apt 715, Kingsland, GA 31548-7038
14423179 + Christopher Greg, 290 Lewis Circle, Easton, PA 18045-7485
14423180 + Christopher Stevens, 398 Yale Street Apt. C-3, Cleveland, MS 38732-9598
14423181 + Christopher Velez, 4718 Fowler Street, Philadelphia, PA 19127-1002
14423182 + Churaman Jelall, 323 Elm St, South Plainfield, NJ 07080-3414
14423183 + Cigna Healthcare, 1000 Great West Drive, Kennett, MO 63857-3749
14423184 + Cigna Healthspring, PO Box 20002, Nashville, TN 37202-4000
14423185 + CignaKY, P O Box 2010, Lagrange, KY 40031-2010
14423188 + Circa Design Company, 12864 Biscayne Boulevard, North Miami, FL 33181-2007
14423189 + Circulation Inc, 53 State Street, 23 FL, Boston, MA 02109-2820
14423192 + Citibank, 1650 Market Street, 35th Floor, Philadelphia, PA 19103-7301
14423193   Citrix Systems Inc, PO Box 931686, Atlanta, GA 31193-1686
14423194 + City Dinner LLC, 201 Ameila Street, Gretna, LA 70053-5320
14423195 # City Fire Extinguisher Co, PO Box 172131, Memphis, TN 38187-2131
14423196   City Lock and Key, PO Box 15034, Anaheim, CA 92803-5034
14423202   City Of Downey, VAC of South LA, Downey, CA 90241
14423197 + City of Atlanta, 55 Trinity Ave., SW Ste. 1350, Atlanta, GA 30303-3534
14423198 + City of Chicago Dept of Revenue, PO Box 4956, Chicago, IL 60680-4916
14423200 + City of Covington, PO Box 4057, Covington, LA 70434-4057
14423204   City of Durham Fire Dept, PO Box 935667, Atlanta, GA 31193-5667
14423206   City of Houston, PO Box 3625, Houston, TX 77253-3625
14423205   City of Houston, P O Box 203887, Houston, TX 77216-3887
14423207   City of Houston, P O Box 2688, Houston, TX 77252-2688
14423208   City of Houston Emergency Medical Servic, P O Box 4945, Houston, TX 77210-4945
14423209 + City of Houston Fire Permit Office, PO Box 3625, Houston, TX 77253-3625
14423210 + City of Houston Police Department, 1200 Travis, Houston, TX 77002-6001
14423211 + City of Jacksonville, 231 E Forsyth St. Ste 141, Jacksonville, FL 32202-3380
14423212   City of Macon, PO Box 247, Macon, GA 31202-0247
14423213   City of Philadelphia, Municipal Services Bldg., Philadelphia, PA 19102
14423214   City of Philadelphia, P O Box 56318, Philadelphia, PA 19130-6318
14423216 + City of Stockbridge, 4640 North Henry Blvd, Stockbridge, GA 30281-3651
14423217   City of Tukwila, 6200 Southcenter Boulevard, Tukwila, WA 98188-2599
14423220 + Clarence Best, 11448 Leland Place, Waldord, MD 20601-4955
14423221 + Clarence Jackson, 738 13th St SE, Washington, DC 20003-2922

District/off: 0313-2                          User: admin                                    Page 13 of 72
Date Rcvd: Aug 07, 2026                        Form ID: pdf900                          Total Noticed: 3576

14423222    +  Clarion Medical LLC, 515 Shoemaker Road Ste D, King of Prussia, PA 19406-3599
14423223       Clarus Consulting, Celeste Barr, CPA, West Chester, PA 19380
14423225    +  Claude Thatcher, 772 Breeze Way, Cordova, TN 38018-1486
14423226    +  Claudette Williams, 1157 Scarlet Oak Lane, Mandeville, LA 70448-6422
14423227    +  Claudia Arbelle, 317 DeZaire Drive, Madisonville, LA 70447-3711
14423228    +  Claudia Asberry, 6820 Southpoint Pkwy Ste. 1, Jacksonville, FL 32216-6277
14423229    +  Clean Lines Enterprise, 568 Stonewall Dr, Galloway, NJ 08205-3247
14423230    +  Clean Sweeps Cleaning Service, 4322 Dalmatian, Houston, TX 77045-6248
14423231    +  Clean Team Janitorial Services, Inc., 4506 Saint Barnabas Road, Temple Hills, MD 20748-1912
14423232    +  CleanNet of Philadelphia, 234 Mall Boulevard Ste 115, King of Prussia, PA 19406-2940
14423233    +  Clear Day Healthcare Staffing, 157 Mattox Ave, Colonial Beach, VA 22443-3917
14423234    +  ClearDay Healthcare Staffing, 9412 Kings Hwy, King George, VA 22485-3425
14423235    +  Cleco Power LLC, P.O. Box 660228, Dallas, TX 75266-0228
14423237       Cleco Power LLC, 2030 Donahue Ferry Road, PO Box 5000, Pineville, LA 71361-5000
14423240    +  Clerk of the Supreme Court, 200 E. Capitol Ave., Springfield, IL 62701-1708
14423242    +  Cleveland Medical Clinic PLLC, 810 E Sunflower Road Ste 100-A, Cleveland, MS 38732-2828
14423243    +  Cleveland Smith, 3660 Lake Timberland, Gretna, LA 70056-8309
14423244    +  Cleveland Taxi Service LLC, 506 Meadow Lane, Cleveland, MS 38732-4106
14423241    +  Cleveland clinic Educational Foundation, 4455 Douglas Ave Suite 11E, Riverdale, NY 10471-3547
14423246    +  Clifford Sangster, 1866 Berkshire Drive, Union, NJ 07083-5402
14423247    +  Climantech Inc, 200 Bilmar Drive, Pittsburgh, PA 15205-4601
14423249    +  Clover Health, P.O. Box 471, Jersey City, NJ 07303-0471
14423256    +  Coast Healthcare Management LLC, 4909 Lakewood Blvd - Suite 200, Lakewood, CA 90712-2434
14423257    +  Coca-Cola - PG, 1019 Brightseat Road, Landover, MD 20785-3738
14423258    +  Codman and Shurtleff, Inc., 325 Paramount Drive Po box 350, Raynham, MASS 02767-0600
14423259    +  Coles Plumbing & Mech Contractors, 310 Palermo Dr, Slidell, LA 70458-7304
14423260    +  Collaborative Care Diagnostics, LLC, 2025 Centre Pointe Blvd, Suite 200, Saint Paul, MN 55120-1259
14423261    +  Colleen Mounteer, 805 Pennsylvania Ave, Bangor, PA 18013-1632
14423262       College of American Pathologists, POBox 71698, Chicago, IL 60694-1698
14423263    +  Collon McLawhorn, 1211 10th Ave, Neptune, NJ 07753-5162
14423264    +  Colonial Transport Inc, 24 Lees Aveunue, Collingswood, NJ 08108-2070
14423265       Columbia Presbyterian Pathologists, P O Box 26947, New York, NY 10087-6947
14423277   #+  Comed Medical Specialites LLC, P O Box 573600, Salt Lake City, UT 84157-3600
14423280    +  Commercial Buildings Maintenance, Inc, 1519 W. Patrick St., Suite A-6,, Frederick, MD 21702-3763
14423281    +  Commonwealth Computer Recycling LLC, 1628 Roseytown Rd. Ste 9, Greensburg, PA 15601-7584
14423283    +  Commonwealth of Massachusetts, 200 Harvard Mill Square Suite 330, Wakefield, MA 01880-3239
14423284    +  Commonwealth of PA, PO Box 2649, Harrisburg, PA 17105-2649
14423285       Community Coffee, P O Box 679510, Dallas, TX 75267-9510
14423298    +  CompView Medical LLC, 10035 SW Arctic Dr, Beaverton, OR 97005-4181
14423286    +  Compass Funding Group, 12969 N. 98th St., Scottsdale, AZ 85260-4641
14423287    +  Complete Medical Transport, P O Box 361335, Decatur, GA 30036-1335
14423288    +  Compliance Plus LLC, 325 Kaliste Sallom Road Suite 100, Lafayette, LA 70508-3877
14423289       Compliance Services, PO Box 1265, Studio City, CA 91614-0265
14423290    +  Compliance Signs Inc, 56 Main Street, Chadwick, IL 61014-9425
14423291    +  Comprehensive Medical Service, P.O. Box 1572, Stockbridge, GA 30281-8572
14423292    +  Comprehensive Vascular Surgery of GA, 150 Country Club Drive Suite 100, Stockbridge, GA 30281-9089
14423293       Comptek LLC, 1150 Dexter Lane, Memphis, TN 38106
14423296    +  CompuRay Medical Staffing Inc, 201 East Army Trail Rd - Ste 210, Bloomingdale, IL 60108-2103
14423297    +  Compview Medical LLC, 2818 E 2nd Street Ste 200, Vancouver, WA 98661-7778
14423300       ConcentSW, P.O. Box 82549, Hapeville, GA 30354-0549
14423301    +  Conceptus Inc, 331 E. Evelyn Ave, Mountain View, CA 94041-1530
14423302       ConferenceCall.Com, P.O. Box 409573, Atlanta, GA 30384-9573
14423303    +  Confero Inc, 535 Keisler Dr Ste 204, Cary, NC 27518-9308
14423304    +  Confires Fire Protection LLC, 910 Oak Tree Ave Ste J, South Plainfield, NJ 07080-5137
14423305    +  Connelly Associates, 1157 Victoria Rd, Warminster, PA 18974-3958
14423306    +  Connie Lavergne, 123 Stanley Rd, Carencro, LA 70520-5929
14423307    +  Conrad Westerman, 2628 Pebblebrook Terrace Court, Waldorf, MD 20603-3970
14423308       Consolidated Laboratory Services, P O Box 2850, Jacksonville, FL 32203-2850
14423309    +  Constance Hines, 5237 Cord Ave, Jacksonville, FL 32209-3126
14423310    +  Contemporary Insurance, 11301 Amherst Ave Ste 202, Silver Spring, MD 20902-4665
14423311       Continental Casualty Co, 23453 Network Place, Chicago, IL 60673-1234
14423312    +  Continental General, P.O. Box 26580, Austin, TX 78755-0580
14423313    +  Contract Cleaners Supply Inc, 15 Portland Road, West Conshohocken, PA 19428-2716

14423314 + Control Medical Technology, c/o 1776 Park Ave #4-318, Park City, UT 84060-5148
14423315 + Coogan & Coogan Inc, 1590 West Causeway Approach, Mandeville, LA 70471-3468
14423316   Cook & Boardman LLC, 1710 N Shelby Oaks Dr., Ste #7, Memphis, TN 38134-7403
14477410 + Cook Medical, 1025 West Acuff Road, Bloomington IN 47404-9295
14423317   Cook Medical Incorporated, 22988 Network Place, Chicago, IL 60673-1229
14423318 + Cooks Taxi, PO Box 1941, Cleveland, MS 38732-4941
14423319   Coral Equity Investors, LLC, P.O. Box 5965, Hicksville, NY 11802-5965
14423321 + Corporate Filing Unit, PO Box 944230, Sacramento, CA 94244-2300
14423323   Cory Lane Consulting, 117 N Ctr Drive 0 Dr Kapoian, North Brunswick, NJ 08902
14423324 + Cost Managament Inc, 158 Terra Mango Loop Ste B, Orlando, FL 32835-8506
14423325 + Costello & Assoc Inc, 609 Galway Drive, Bethel Park, PA 15102-1303
14423326   Court Square Leasing Corporation, PO Box 17625, Baltimore, MD 21297-1625
14423327 + Courtney Johnson, 3011 Lexington Ave, Kenner, LA 70065-4426
14423328 + Courtney Mullaney, 3011 1st Ave, Baltimore, MD 21234-3201
14423329 + Courtney Wills, 6101 Memphis St, New Orleans, LA 70124-3038
14423330 + Coverall North America Inc, 2955 Momentum Place, Chicago, IL 60689-5329
14423331 + Coverall of North Florida, P O Box 57490, Jacksonville, FL 32241-7490
14423332   Covidien, Department 00 10318, Palatine, IL 60055-0318
14423333   Cox Business, PO Box 919292, Dallas, TX 75391-9292
14423335 + Cozen O'Connor, PC, 1900 Market Street, Philadelphia, PA 19103-3527
14423337   Craig Sauls, 6634 Old Hampton Dr, Clarkston, GA 30021-2438
14423340 + Creative Technical Services, PO Box 9106, Whittier, CA 90608-9106
14423341 + Crestwood Associates L.L.C., 240 East Lincoln Street, Mount Prospect, IL 60056-3244
14423342 + Crissy Murphy, 3595 Southern Ave, Memphis, TN 38111-2506
14423343 + Cristo Rey Work Study Program, 5218 North Broad Street, Philadelphia, PA 19141-1628
14423345 + Crump Firm, 81 Monroe Ave. Ste 100, Memphis, TN 38103-2416
14423346 + Crystal Imaging Services, 518 Bellwood Aveune, Monroeville, PA 15146-3912
14423347   Crystal Springs, PO Box 660579, Dallas, TX 75266-0579
14423354   Cubex, P O Box 265, Minneapolis, MN 55480-0265
14423355 + Cubex Financial Services, 6915 Vista Drive, West Des Moines, IA 50266-9309
14423356 + Curexa, 3007 Ocean Height Ave, Egg Harbor, NJ 08234-7749
14423357 + Curley & Rothman, 1100 E Hector Street - Ste 425, Conshohocken, PA 19428-2353
14423358   Curtis Bay Energy- Reading, P O Box 65047, Baltimore, MD 21264-5047
14423359 + Curtis Woody, 11323 Kittering Terrace, Glenarden, MD 20774-1567
14423360 + Cutera Inc, 3240 Bayshore Boulevard, Brisbane, CA 94005-1021
14423362 #+ Cynthia Bankston, 5221 Alexander Dr, Metairie, LA 70003-2505
14423363 + Cynthia Bastain, 3600 Laurel Drive, Indian Head, MD 20640-3120
14423364 + Cynthia Dzema, 23 Castle Pines Court, Holmdel, NJ 07733-2507
14423365 + Cynthia Galjour, 912 Oaklawn Drive, Matairie, LA 70005-1648
14423366 + Cynthia Gardner, 285 Wilmington-West Chster Pike, Chadds Ford, PA 19317-9039
14423368 + Cynthia Pertile, 890 Midway Dr, Ellwood City, PA 16117-3436
14423369 + D & D Services, 3687 Locks Hill, Martinez, GA 30907-4969
14423371 + D'amico Gershwin Inc, 11475 West Road, Roswell, GA 30075-2124
14423372 + D2 Solutions Inc, 2540 Renaissance Blvd Suite 100, King of Prussia, PA 19406-2673
14423425 + DAVIE, MARILYN G, 6401 DAYTON AVE N, SEATTLE, WA 98103-5532
14423433 + DBR Development, 5119 Summer Ave - Suite 407, Memphis, TN 38122-4415
14423434 + DBSI, 12426 West Explorer Drive, Boise, ID 83713-1560
14423435   DBSI-Fairway-13, P.O. Box 24823, Seattle, WA 98124-0823
14423436 + DC Department of Health, P.O. Box 37804, Washington, DC 20013-7804
14423437 + DC Health Care Association, 1220 L St., NW Ste 100-242, Washington, DC 20005-4018
14423438 + DC Spray and Polish LLC, 637 E Oak Street Apt D, Norristown, PA 19401-4072
14423439 + DC Treasurer, 899 North Capitol Street, NE - 2nd Floo, Washington, DC 20002-5686
14423462   DELL BUSINESS CREDIT, PAYMENT PROCESSING CENTER, CAROL STREAM, IL 60197
14423466 + DEMPSEY UNIFORM & LINEN SUPPLY, 1200 MID VALLEY DRIVE, JESSUP, PA 18434-1823
14423503 + DEXMED Inc., 433 N Briad Street, Elizabeth, NJ 07208-3300
14423504   DHHS Licensure Unit, P O Box 94986, Lincoln, NE 68509-4986
14423505 + DHMH - Division of Drug Control, 4201 Patterson Ave., 5th Fl, Baltimore, MD 21215-2216
14423536 + DMC SECURITY SERVICES INC, 4455 W 147TH STREET, MIDLOTHIAN, IL 60445-2643
14423568 + DPSC, 630 Camp Street, New Orleans, LA 70130-3424
14423583   DSHS OFR, PO Box 9501, Olympia, WA 98507-9501
14423373 + Dale Gordon, 7035 Glenloch St, Philadelphia, PA 19135-1805
14423374 + Dalia Canales, 9230 Kirby Drive - Suite 100, Houston, TX 77054-2541
14423375 + Dan Long Consulting LLC, 31 Wagon Lane, Cherry Hill, NJ 08002-1561

14423376    +  Dan Simon MD, 384 Upper Mountain Ave, Montclair, NJ 07043-1437
14423377    +  Dan Walker Associates, Inc., 5350 Poplar Avenue, Ste 420, Memphis, TN 38119-3648
14423379    +  Dana Mitchell Electric Co, 184 Neil Street, Memphis, TN 38112-4505
14423380    +  Dana Webster, 816 Grand Central Drive, Hamilton, NJ 08619-2065
14423381    +  Daniel Simon MD, 96 Union Street, Montclair, NJ 07042-2613
14423383    +  Danielle Rheaume, 4233 49th Ave. S, Unit B, Seattle, WA 98118-1420
14423384    +  Danielle Sullivan, 208 Arian LN, Covington, LA 70433-7913
14423385    +  Danilo Paras, 4809 W. Strong Street, Chicago, IL 60630-2415
14423386    +  Danny Pesce, 7770 Greenbrook Pkwy, Southhaven, MS 38671-5403
14423387    +  Darlen Reynaud, 1203 Moisant, Kenner, LA 70062-6551
14423388    +  Darlene Harris, 3266 80th Ave SE, Mercer Island, WA 98040-2944
14423389    +  Darnell Brown, 347 Mount Pleasant Ave., Ste 100, West Orange, NJ 07052-2745
14423390    +  Darnell Riddick - RT, 4700 Govenor Ogle Court., Upper Marlboro, MD 20772-5945
14423391    +  Darrell K Rozell, 410 Armstrong Rd, Drummonds, TN 38023-4908
14423392    +  Darryl Latimore, 510 Park lane, East Vineland, NJ 08360-3316
14423393    +  Darryl T. Brown, 4436 Central Church Road, Douglasville, GA 30135-2762
14423395    +  Darshieda Thompson, 6406 Greig Street # 201, Capital Heights, MD 20743-6944
14423394    +  Darshieda Thompson, 3747 1st SE APT 30, Washington, DC 20032-2321
14423396    +  Daryl Boffard MD, 290 Hartshorn Drive, Short Hills, NJ 07078-1915
14423397    +  Daryl Kearney, 17 Victoria Dr., Eatontown, NJ 07724-1234
14423400    +  DataSense LLC, 8606 Grand Cypress Lane, Lone Tree, CO 80124-3149
14423399    +  Datascope, PO Box 34374, Newark, NJ 07189-0001
14423401    +  Dave Goldstein, 216 Highland Avenue, Moorestown, NJ 08057-2717
14423402    +  Dave Owens, 12724 Lake City Way #A510, Seattle, WA 98125-4448
14423403       Dave Stebbins, VAC of Pittsburgh, Cranberry Twp., PA 16066
14423404    +  David B. Smith, Smith Kane Holman, LLC, 112 Moores Road, Suite 300, Malvern, PA 19355-1002
14423405    +  David Butler, 950 25th Street NW APT 719N, Washington, DC 20037-2173
14423406   #+  David Catalane, 27 Heckel Rd #213, McKees Rocks, PA 15136-1695
14423407    +  David Cohen, 8886 Classic Dr, Memphis, TN 38125-8839
14597602    +  David Cohen, M.D., c/o Thomas Kamvosoulis, Esq., 101 Eisenhower Parkway, Roseland, New Jersey 07068-1032
14511693    +  David Cohen, M.D., c/o Autumn M. McCourt, Esq., 101 Eisenhower Parkway, Roseland, New Jersey 07068-1032
14423408    +  David E McHugh, 2020 Majestic Drive, Canonsburg, PA 15317-4867
14423410    +  David Gitlitz, 108 Old Crossing Dr, Pikesville, MD 21208-3320
14423411    +  David Honeycutt, 6625 Doc Corbett, Cedar Grove, NC 27231-9343
14423412    +  David Jones, 1208 Anchor Ave, Beachwood, NJ 08722-3309
14423413    +  David Marcelli, 97284 Diamond Street, Yulee, FL 32097-6004
14423414    +  David Marcus, 74153 Wyndotte Road, Kentwood, LA 70444-3621
14423416    +  David Oertel, 1442 Pioneer Street, Enumclaw, WA 98022-2204
14597411       David P. Papiez, Esquire, Fox Rothschild LLP, 1001 Fourth Avenue, Suite 4500, Seattle, WA 98154-1065
14423417    +  David Perry, 44 South Finley Avenue, Basking Ridge, NJ 07920-1400
14423418    +  David Pflueger, 16596 West Bayaud Drive, Golden, CO 80401-6532
14423419    +  David Ramirez, 366 Casino Drive, Farmingdale, NJ 07727-3573
14423420    +  David Ross, 10431 Willetts Crossing Road, White Plains, MD 20695-2701
14423421    +  David Singh MD, 3008 Lexington Ct, Export, PA 15632-9057
14423422    +  David Thomas, 153 Elsie Street, Opelousas, LA 70570-9281
14423423    +  David Torres, 496 Race Street, Apt C2, Rahway, NJ 07065-2648
14423424       David Yelverton, 2725 Green Turtle Trail, Memphis, TN 38016
14423426    +  Davis Moving Company, 2100 Brown Cemetary Rd., Luray, TN 38352-1706
14423428    +  Dawn Buckenberger, 18 Ziegert St, South River, NJ 08882-1160
14423429    +  Dawn Carter, 11310 Rhodenda Ave, Upper Malboro, MD 20772-4741
14423430    +  Dawn Costello, 209 Dogwood Lane, Lincroft, NJ 07738-1401
14423431    +  Dawn Miller, 9018 Taylor St, Glenarden, MD 20774-2551
14423432    +  Dawn Nowak, 899 Willow Way, Atco, NJ 08004-1340
14423448    +  DeBlanc Construction Services Inc, 10615 Shadow Wood Drive - Suite 250, Houston, TX 77043-2845
14423441    +  Dea Byers, 554 Dinnerbell Road, Butler, PA 16002-7724
14423444    +  Debbie Brouwer, 110 Spring Street, McMurray, PA 15317-2942
14423445    +  Debbie Carpellotti, 3844 Chester Street, Munhall, PA 15120-3028
14423446    +  Debbie Gill, P.O. Box 378, Allenwood, NJ 08720-0378
14423447    +  Debbies Cleaning Service, 5360 Leonardtown Rd, Waldorf, MD 20601-3679
14423449    +  Deborah Drexel, 507 Weymouth Road, Buena, NJ 08310-1627
14423450    +  Deborah J York, 1499 Coffman Craig Rd P.O. Box 103, Friendship, TN 38034-0103
14423451    +  Deborah Threats, 11277 Raging Brook Drive, Bowie, MD 20720-3702
14423452       Debra Ann Kaiser, 1425 Maple Street, Western Springs, IL 60558-1071

District/off: 0313-2                    User: admin                                    Page 16 of 72
Date Rcvd: Aug 07, 2026                 Form ID: pdf900                             Total Noticed: 3576

14423453    + Dedric Reed, 21723 Manitou Falls Ln, Katy, TX 77449-4697
14423454    + Deep South Physicsa PLLC, 111 Napoleon Dr, Brandon, MS 39047-8465
14423455      Deer Park, P.O. Box 856192, Louisville, KY 40285-6192
14423460    + DelCon Constructions Services, 214 Borel Road, Sunset, LA 70584-5432
14423457    + Delaina Wagner, 1010 Vermont Ave NW Ste 300, Washington, DC 20005-4945
14423459    + Delaware Valley Medical Management, 100 N. Presidential Blvd., Bala Cynwyd, PA 19004-1108
14423461    + Delcrest, 1202 Haddonfield-Berlin Rd - Ste 1, Voorhees, NJ 08043-4850
14423463    + Dell Marketing LP, P O Box 643561, Pittsburgh, PA 15264-3561
14423464      Deluxe, PO Box 742572, Cincinnati, OH 45274-2572
14423465    + Deluxe Cleaning Concepts, 516 Cypress Ave Box 3356, Crosby, TX 77532-6918
14423467    + Denholtz 1776 LLC, 14 Cliffwood Avenue Suite 200, Matawan, NJ 07747-3932
14423468    + Denice M Jones, P O Box 754, Shelby, MS 38774-0754
14423469    + Denis E Graf, 111 Gregg Street, Ellwood City, PA 16117-1178
14423470    + Denis Primakov, 10760 Brewer House Rd, Rockville, MD 20852-3451
14423471    + Denise Bartle, 6505 Normandy Dr, Mt Laurel, NJ 08054-5991
14423472    + Denise H. Snow, 20211 Homecroft Road, Meadville, PA 16335-8689
14423473    + Denise Lassiter, 9118 Friar Road, Fort Washington, MD 20744-6877
14423474    + Denlea & Carton LLP, 2 Westchester Park Drive, Suite 410, White Plains, NY 10604-3432
14423475    + Dennis Manion, 2311 Knotweed Ct, Waldorf, MD 20603-4946
14423476    + Dennis Richman Services for the Professi, 1500 JFK Boulevard Suite 1706, Philadelphia, PA 19102-1726
14423477    + Dennis Robinson, 238 Crann St, Hillside, NJ 07205-2124
14423478    + Dennis Trocchio, 131 W. Sharpnack Street, Philadelphia, PA 19119-4034
14423479      Department of Assessments And Taxation, 301 West Preston Street, Baltimore, MD 21201-2395
14423480    + Department of Consumer and Regulatroy Af, P O Box 92300, Washington, DC 20090-2300
14423481    + Department of Environmental Control, 400 Market Street - PO Box 8469, Harrisburg, PA 17105-8469
14423482    + Department of Environmental Protection, 400 Market Street - PO Box 8469, Harrisburg, PA 17105-8469
14423483      Department of Environmental Quality, P O Box 733676, Dallas, TX 75373-3676
14423484    + Department of Financial & Prof Regulatio, PO Box 7007, Springfield, IL 62791-7007
14423485    + Department of Financial and Professional, 320 West Washington Street, Springfiled, IL 62786-0001
14423486      Department of Health - WA MD / RN, PO Box 1099, Olympia, WA 98507-1099
14423487    + Department of Health - WA RN, PO Box 1099, Olympia, WA 98507-1099
14423489      Department of Health TN, C/O Department of Revenue, Nashville, TN 37219-8990
14423488    + Department of Health and Mental Hygiene, 55 Wade Ave, Catonsville, MD 21228-4663
14423491    + Department of State, PO Box 8722, Harrisburg, PA 17105-8722
14423492    + Department of State, 99 Washington Ave, Albany, NY 12210-2822
14423494      Department of State Health Services, 1100 West 49th Street, Austin, TX 78756-3199
14423495   #+ Dependable Glass Works, 509 East Gibson Street, Covington, LA 70433-2927
14423496    + Dept of Insp. and Code Enforcement, 1221 Elmwood Park Blvd. Room 101, Harahan, LA 70123-2361
14423498    + Design Organization Inc, 57 Franklin Street - Ste 201, Valparaiso, IN 46383-5670
14423500      Desmond Kelly, 1382 HWY 441, Holden, LA 70744
14423499    + Desmond Kelly, 1383 HWY 441, Holden, LA 70744-8124
14423501    + Deutsch Kerrigan, 755 Magazine Street, New Orleans, LA 70130-3629
14423502    + Dewayne Irion, 1307 Oxford Place, Greenville, MS 38701-8329
14423506    + Diagnostic Staffing Solutions, PO Box 25118, Philadelphia, PA 19147-0118
14423507    + Dialysis Search Incorporated, 1776 Peachtree Street NW Ste 306 S, Atlanta, GA 30309-2307
14423508    + Diamond, Polsky & Bauer, 1608 Walnut St, Philadelphia, PA 19103-5451
14423509    + Diana Carrol, 845 Copley Ave, Saint Charles, MD 20602-2803
14423510    + Diana Cook, 3104 Reaping Ct, Henrico, VA 23231-5412
14423511    + Diana Medrano, 1280 West Peachtree Street #2102, Atlanta, GA 30309-3436
14423512      Diana Sharp, VAC of Houston, Houston, TX 77054
14423513    + Diane Groom, 754 County Road 579, Pittstown, NJ 08867-5150
14423515      Diane Stewart, 21 Peoria Ln, Sicklerville, NJ 08081-1816
14423516    + Diane Wheeler, 9800 Bitter Melon Drive, Angier, NC 27501-5910
14423518    + Dianne smith, 78 Nottingham Drive, Eatontown, NJ 07724-1419
14423519    + Dietrik Group LLC, 1801 Market Street, Suite 550, Philadelphia, PA 19103-1632
14423520    + Digital Document Solutions, Inc., 575 Rt. 73 North, West Berlin, NJ 08091-2440
14423522    + Dilworth Paxson LLP, 1500 Market Street Ste 3500E, Philadelphia, PA 19102-2101
14423523    + Dima Beck, 6 Poplar Ave, Hillsborough, NJ 08844-3207
14423524    + Diogenes Then, 6 Westminster Terrace, West Orange, NJ 07052-2722
14423526    + Dipen Parikh, 3414 Balfour E, Durham, NC 27713-1485
14423525    + Dipen Parikh, 3414 Balfour East, Durham, NC 27713-1485
14423527    + Direct America, P.O. Box 165, Seal Beach, CA 90740-0165
14423529    + Directlink Realty LP, 2561 Bernville Road, Reading, PA 19605-9611

District/off: 0313-2 User: admin Page 17 of 72

Date Rcvd: Aug 07, 2026 Form ID: pdf900 Total Noticed: 3576

14423532 + Diversified Biologicals LLC, 1018 South Batesaville Road Unit 3C, Greer, SC 29650-5203
14423533 + Division of Drug Control, 4201 Patterson Ave., Baltimore, MD 21215-2222
14423534 + Dixie Cab Company Inc, 1544 N Bertrand Drive, Lafayette, LA 70506-2130
14423535 + Dixie fire Protection Inc, 1185 VFW Road, Greensville, MS 38701-9400
14423537 + Doctor Pipe Inc, P O Box 718, St Rose, LA 70087-0718
14423538 + Doctor's Help Inc, 6188 Oxon Hill Road, National Harbor, MD 20745-3113
14423539 + Doctors Community Hospital, 8118 Good Luck Road, Lanham, MD 20706-3530
14423541 + Domingo Sarmiento, 2505 W 181 Street, Torrance, CA 90504-5215
14423543 + Don Garberg, 14220 Interurban Ave South - Ste 100, Tukwila, WA 98168-4662
14423544 + Don Geer, 4425 Harbor Ln N, Plymouth, MN 55446-2766
14423545 Don Sumners, PO Box 4622 Tax Assessor-Collector, Houston, TX 77210-4622
14423546 + Donahue Real Estate Advisors, 2403 Sidney Street Ste 202, Pittsburgh, PA 15203-2168
14423547 + Donald Jackson, 224 49th Street NE, Washington, DC 20019-4682
14423548 Donald Sutliff, VAC of South LA, Downey, CA 90241
14423549 + Donald Thomas, 6038 Carlisle Ct, New Orleans, LA 70131-7306
14423550 + Donald Weagley, 334 Pinnacle Drive, Lake Hopatcong, NJ 07849-2433
14423551 + Done Rite Plumbing & Heating, 1215 Mayfield Rd, Wilmington, DE 19803-3412
14423552 + Donna Biancaniello Transcription Service, 1365 Pond View Lane, Newtown Square, PA 19073-2716
14423553 + Donna Clarke, 85178 Angie Road, Yulee, FL 32097-4576
14423554 + Donna Fisher, 70 Hamilton Ave, Leonardo, NJ 07737-1407
14423555 #+ Donna Freitag, 27 Reservoir Place, Belleville, NJ 07109-2111
14423556 + Donna Giraldi, 26 Deb Lynn Drive, Erial, NJ 08081-9625
14423557 + Donna Lipkin, 666 W. Germantown Pike-604S, Plymouth Meeting, PA 19462-1030
14423558 #+ Donna Rice, 17 Emma Place, Eatontown, NJ 07724-1901
14423559 + Donna Robatisin, 101 Northfield Drive, Pittsburgh, PA 15237-1276
14423560 + Donna Semeniuk, 868 Carmel Rd, Carmel, NJ 08332-9756
14423562 + Donovan James, 1582 West Siesta Drive, Pueblo West, CO 81007-6131
14423563 + Doris Lopez, 2406 Athania Pkwy, Metairie, LA 70001-1918
14423564 + Doris Mendez-Marshall, 2100 N Line St Aptt P302, Lansdale, PA 19446-1043
14423565 + Dorothy Randolph, 442 Emerson St. NW, Washington, DC 20011-6113
14423566 + Douglas Mayo, 333 Pinehurst Drive, Keyport, NJ 07735-5517
14423567 + Dowley Security Systems, 4321 W Sam Houston Pkwy North Suite 180, Houston, TX 77043-1230
14423569 + Dr Peter Doss, 39 Ellsworth Dr, Warren, NJ 07059-7137
14423570 + Dr Bob Tahara, PO Box 158, Bradford, PA 16701-0158
14423571 + Dr David Soto, 77 7th Avenue Apt 18K, New York, NY 10011-6655
14423572 Dr Ewart Mark Haacke, 440 E Ferry Street Unit 2, Detroit, MI 48202-3849
14423573 + Dr James Urso, 2525 Maple Hall Court, Midlothian, VA 23113-6385
14423575 + Dr. Christopher Hajnosz, 1074 Greentree Rd., Pittsburgh, PA 15220-3140
14423576 + Dr. Frank Tursi, 602 Hancock Drive, Mullica Hill, NJ 08062-1829
14423578 + Dr. Sara Naren/Collierville Family Healt, 2028 West Popular Ave. Ste 115, Collierville, TN 38017-0618
14507877 + Dr. Wadah Atassi, John C. Kilgannon, Esq., Stevens & Lee, P.C., 1818 Market Street, 29th Floor, Philadelphia, PA 19103-3652
14423579 + Drandy Bartholomew, 13 Kristen Court, New Orleans, LA 70128-1171
14423581 + Dri-Klean, 373 Route 46 Bldg D, Fairfiled, NJ 07004-2442
14423582 + Drunella Williams, 113 Oak Knoll Court, La Place, LA 70068-7135
14423584 + Duane Rape, 130 Harkins Mill Rd, Rochester, PA 15074-2754
14423586 + Duke University Hosp Med Staff Fund, 3643 N. Roxboro Rd, Durham, NC 27704-2702
14423587 + Dunphy Motors Inc, 7700 Frankford Ave, Philadelphia, PA 19136-3099
14423588 + Duramed Inc, 2315 Helena Street Ste B, Kenner, LA 70062-5476
14423589 + Duranti's Restaurant, 128 N Craig Street, Pittsburgh, PA 15213-2744
14423590 + Dutilh Property Associates, 4848 Route 8, Unit 2, Allison Park, PA 15101-2362
14423591 + Duval County Health Department, 900 University Blvd. N, Jacksonville, FL 32211-5539
14423592 + Duval Janitor Services, 2850 Doric Ave, Jacksonville, FL 32210-4319
14423593 + Dwayne Thomas, 3463 Medway street, Indian Head, MD 20640-3135
14423594 + Dwimelka Martin, 12660 Stafford Raod #524, Stafford, TX 77477-3547
14423595 + E F Lea Electrical Contractors Inc, 339 East 50th Street, Jacksonville, FL 32208-5472
14423596 + E Memphis Medical Transport, 2510 Lamar Ave, Memphis, TN 38114-4347
14423597 + E&K Car Service, 99 Royal Avenue, Hawthorne, NJ 07506-1851
14423598 + E4 Health, Inc, PO Box 1575, Providence, RI 02901-1575
14423607 ECFMG, 3624 Market Street, Philadelphia, PA 19104-2685
14423608 + ECO Press, PO Box 207, Hughesville, MD 20637-0207
14423609 ECS Communications, 385 New York Ave, Clairton, PA 15025-2227
14423621 EHS Inc., P O Box 204485, Dallas, TX 75320-4485
14423626 + EJH Plumbing, 5080 Forest Hill Irene Rd, Memphis, TN 38125-4005

14423652   + ELLIOTT ASSOCIATES, 16421 WIMBLEDON, HUNTINGTON BEACH, CA 92649-2111
14423638   + ELizabeth Brown, 2516 S Felton St, Philadelphia, PA 19142-3112
14434467   + ENTERGY c/o JON MAJEWSKI, CREDIT & COLLECTIONS DEPT, BLGD 1, L-JEF-359, 4809 JEFFERSON HWY, JEFFERSON, LA
             70121-3126
14423685   + ERISA Diagnostics Inc, PO Box 7, Exton, PA 19341-0007
14423689   + ESRD Network 4 Inc, 40 24th Street, Suite 410, Pittsburgh, PA 15222-4658
14423599   + Earl Bacon Agency Inc, PO Box 12039, Tallahassee, FL 32317-2039
14423600   + Earvin Darby, 4633 Haydel St., New Orleans, LA 70126-4009
14423601   + Easow Simon, 395 2nd Ave, Long Branch, NJ 07740-5709
14423602   + East Orange General Hospital, 300 Central Ave, East Orange, NJ 07018-2897
14423603     Eastern Collection Corporation, PO Box 453, Bohemia, NY 11716-0453
14423604   + Eastern Medical Gas Service Inc, 927 Ctross Road, Schwenksville, PA 19473-2125
14423605   + Easton Hospital, 250 S 21 St, Easton, PA 18042-3892
14423606   + Ebony Wade, 8590 New Falls Road Apt 0-11, Levittown, PA 19054-1603
14423611   + Edison X-Ray Service, PO Box 5463, Somerset, NJ 08875-5463
14423612   + EdnaMae McGinley, 397 Franklin Ave, West Berlin, NJ 08091-1252
14423613   + Edward Palma Simoncek, 72 Main Street, Holmdel, NJ 07733-2344
14423614   + Edward Roper, 4504 Transcontinental, Metairie, Louisiana 70006-2134
14423615   + Edward Valley, 6421 Copperhead Court, Waldorf, MD 20603-4338
14423616   + Edward Vernon, 130 Woodmont Drive, Pottstown, PA 19465-8608
14423617     Edwards Lifesciences, PO BOX 978722, Dallas, TX 75397-8722
14423618   + Edwin Jacobson, 1435 W. Pennsylvania Street, Allentown, PA 18102-1036
14423619   + Edwin Malwitz, 524 North West Blvd, East Vineland, NJ 08360-2845
14423620   + Edythe Hoffman, 14801 Pennfield Circle, Aspen Hill, MD 20906-1580
14423622   + Eileen Franklin, 4716 Hackberry Dr, Jefferson, LA 70121-1107
14423623   + Eileen Jones, 1111 Magnolia Lane, Branchburg, NJ 08876-6105
14423624   + Eisner USA, 820 Tra Cotta, Crystal Lake, IL 60014-3649
14423627   + Ekaterini Nanos, 20 N Montpelier Ave, Atlantic City, NJ 08401-3676
14423628   + Elaine Heiler, 6215 Delilah Rd #48, Egg Harbor Twnship, NJ 08234-9433
14423629   + Elaine Latimore, 1033 Monroe Avenue, Asbury Park, NJ 07712-6441
14423631   + Elawrence Davis, 2225 Stream Vista Place Apt 101, Waldorf, MD 20601-7289
14423632   + Eleanor Demkowicz, 40 Heath Village, Hackettstown, NJ 07840-4008
14423633     Electronic Network System, Dept 1078, Denver, CO 80256-1078
14423634   + Elijah Pennington, 3649 Highway 41 S, Forsyth, GA 31029-8202
14423635   + Elite Air Inc, 127 US Hwy 206, Suite 8, Hamilton Township, NJ 08610-4300
14423636   + Eliza Gardner, 285 Wilmington-West Chester Pike, Chadds Ford, PA 19317-9039
14423637   + Eliza Lester, 6731 Darby Road, Hyattsville, MD 20784-2423
14423639   + Elizabeth Dennis, 315 Prospect Ave, Little Silver, NJ 07739-1358
14423640   + Elizabeth Feigley, 7616 Bocage Blvd, Baton Rouge, LA 70809-1168
14423641   + Elizabeth Hamilton, 4407 Melrose Ave, Jacksonville FL 32210-2025
14423642     Elizabeth Landrum, 750 Windsor Dr SE, Leland, NC 28451
14423643   + Elizabeth Melton, 518 S Lefore Ave, Cleveland, MS 38732-3751
14423644   + Elizabeth ONeil, 4236 Arkansas Ave., Kenner, LA 70065-1314
14423645   + Elizabeth Rocco, 59 Charles Ave, Nazareth, PA 18064-1702
14423646   + Elizabeth Smith, 1776 Peachtree Street NW Ste 250, Atlanta, GA 30309-2307
14423647     Elkins & Assco (for TASC), PO Box 88278, Milwaukee, WI 53288-0001
14423648   + Elkins & Assoc, P O Box 35470, Charlotte, NC 28235-5470
14423649   + Ellen Gabel, 280 Fountain Park Blvd, Mandeville, LA 70448-2244
14423650   + Ellen J Eisenstadt, 90 Riverside Drive, Apt 5F, New York, NY 10024-5314
14423651   + Ellen McCabe, 185 Hill Lane, Plymouth, PA 18651-4026
14423653   + Elmark Signs and Graphisc, 307 Westtown Rd, West Chester, PA 19382-4990
14423655   + Emcor Services, PP Box 971264, Dallas, TX 75397-0001
14423656     Emcor Services, P.O. Box 945617, Atlanta, GA 30394-5617
14423657   + Emergency Ambulance Service, 3200 E Birch Street, Ste A, Brea, CA 92821-6287
14423658   + Emergency Lighting Equip Service Co LLC, 170 McCormick Ave, Costa Mesa, CA 92626-3307
14423659   + Emerita Milla, 1902 Fox Street Apt 201, Hyattsville., MD 20783-2356
14423660   + Eminent Medical Transport Inc, PO Box 376, Media, PA 19063-0376
14423661   + Emmanuel Anekwe, 20926 Cactus loop, San Antonio, TX 78258-7420
14423662   + Emmanuel Mbi, 12449 Ansin Circle Drive, Potomac, MD 20854-2994
14423663   + Emmanuel Medical Transport & Services In, 2510 Lamar Ave, Memphis, TN 38114-4347
14423664   + Empire Services, 1820 L and A Road, Metairie, LA 70001-6237
14423665     Employmnet Security Department, PO Box 34949, Seattle, WA 98124-1949
14423666     EndoShape Inc., 2450 Central Ave., Ste I, Boulder, CO 80301

District/off: 0313-2
Date Rcvd: Aug 07, 2026
User: admin
Form ID: pdf900
Page 19 of 72
Total Noticed: 3576

| | | |
|---|---|---|
| 14423667 | + | Energy Design Systems Inc, 12132 Weatherwood Estates Dr. W., Jacksonville, FL 32223-4039 |
| 14423668 | + | Enma Quinon, 95 Mercer Ave., North Plainfield, NJ 07060-4623 |
| 14423669 | + | Ennel Sukhu, 404 Covered Bridge Road, Branchburg, NJ 08853-4191 |
| 14423670 | + | Enrique Moreno, 160 River Street, Red Bank, NJ 07701-1326 |
| 14423673 | + | Entergy Mississippi, LLC, Marcus V. Brown, General Counsel, 308 E. Pearl St., Jackson, MS 39201-3419 |
| 14423672 | | Entergy Mississippi, LLC, PO Box 8105, Baton Rouge, LA 70891-8105 |
| 14423674 | | Environmental Recycling & Disposal Svc, PO Box 675, Orland Park, IL 60462-0675 |
| 14423675 | #+ | Environmental Strategies and Application, 495 Union Ave Ste 1D, Middlesex, NJ 08846-1962 |
| 14423676 | + | Epic Services, 1056 Highway 9 South, #311, Parlin, NJ 08859-1401 |
| 14423677 | + | Eric Barrios, 9014 NE 147th Street, Kenmore, WA 98028-4753 |
| 14423678 | + | Eric Castillo, 177 First Street, Perth Amboy, NJ 08861-4646 |
| 14423679 | + | Eric Knuttel, 3825 Brigantine Blvd, Brigantine, NJ 08203-1005 |
| 14423680 | + | Eric Peddicord, 4168 Bluebird Drive, Waldorf, MD 20603-4556 |
| 14423681 | + | Erica Boogaerts, 5 Cristal Court, Mandeville, LA 70448-3460 |
| 14423682 | + | Erica Thompson, 5600 Skate Ct, Waldorf, MD 20603-4785 |
| 14423683 | + | Erin Bartley, 381 Delaware Ave, Oakmont, PA 15139-1661 |
| 14423686 | + | Erma Kelly, 2488 Clearpark Dr, Memphis, TN 38127-8343 |
| 14423687 | + | Ernestine Clements, 4920 Eastern St., New Orleans, LA 70122-6209 |
| 14423688 | | Esquire Deposition Solutions, P.O. Box 846099, Dallas, TX 75284-6099 |
| 14423690 | + | Estate and Pension, 1415 Route 70 East Ste 601, Cherry Hill, NJ 08034-2239 |
| 14423691 | + | Ethlyn Cowan-Simpson, 10303 45th Place, Unit 201, Beltsville, MD 20705-2404 |
| 14423693 | + | Eva Walker, 204 6th Avenue, Newark, NJ 07107-2227 |
| 14423694 | + | Evalena Rhodie, 175 Johnson Ave., 2 B, Lawrenceville, NJ 08648-3440 |
| 14423695 | | Evangelina Canals, 4316 Yucca St, Corpus Christi, TX 78411-3609 |
| 14423696 | + | Evelyn Eslava, 9 Pepermint Rd, Levittown, PA 19056-3505 |
| 14423697 | + | Evelyn Polkey, 4574 Jean Lafitte Blvd #B, Lafitte, LA 70067-5402 |
| 14423698 | + | Everbank Commercial Finance, Inc., 10 Waterview Blvd., Parsippany, NJ 07054-1286 |
| 14423699 | + | Everbank Commerical Finance Inc, P O Box 911608, Denver, CO 80291-1608 |
| 14423700 | + | Ewing Township, 2 Jake Garzio Drive, Ewing, NJ 08628-1544 |
| 14423701 | + | Excel Carpeting Upholstery Cleaning, 40 Cindy Lane Suite 19, OCean, NJ 07712-7250 |
| 14423702 | + | Excel Electric Inc, 24 Sangmeister Road, Frankfort, IL 60423-7706 |
| 14423703 | + | Excell Investigations, PO Box 3285, Hamilton, NJ 08619-0285 |
| 14423704 | + | Exchange Cart Accessories, P.O.Box 160, Freeburg, IL 62243-0160 |
| 14423705 | + | Exhibitor Depot, 760 Kacena Road #3, Hiawatha, IA 52233-1292 |
| 14423706 | | Expense Wire LLC, C/O Rearden Commerce, Pasadena, CA 91185-3635 |
| 14423707 | + | Expert-med, 101 Park Pl. Ct., Greenville, SC 29607-4808 |
| 14423708 | + | Extra Space Management, Inc., P.O. Box 179, Marshall Creek, PA 18335-0179 |
| 14423709 | + | Ezra Fraser, 610 Venezia Ave - Apt A, Venice, CA 90291-4865 |
| 14423713 | + | FAO Enterprises, LLC, 4835 Cordell Avenue #1310, Bethesda, MD 20814-3180 |
| 14423715 | + | FDC Fire Protection, 224 Bry Ave, Howell, NJ 07731-8674 |
| 14423748 | | FL Bureau Raditaion Control, 4052 Bald Cypress Way, Bin C21, Tallahassee, FL 32399-1741 |
| 14423747 | + | FL Bureau of Radiation Control, 705 Wells Road, Suite 300, Oange Park, FL 32073-2982 |
| 14423750 | | FLETCHER, DANICA L, 106 HELMCKEN Drive, KAMLOOPS, BC V2H1M7 |
| 14425511 | ++ | FLOORSERVE MS LLC, ATTN DBA SERVICEMASTER PROPERTY RESTORATION, 100 E VALLEY STREET, HERNANDO MS 38632-1928 address filed with court:, ServiceMaster Property Restoration, 8472 Industrial Drive, Olive Branch, MS 38654 |
| 14423765 | + | FMQAI Florida ESRD Network, 5201 West Kennedy Blvd - Suite 900, Tampa, FL 33609-1822 |
| 14423710 | #+ | Fairway Mechanical Inc, 9510 White Chapel Lane, Houston, TX 77074-1355 |
| 14423711 | + | False Alarm Reduction Unit, PO Box 75888, Baltimore, MD 21275-5888 |
| 14423712 | + | Family Practice Associates, 188 Fries Mill Rd Ste N-3, Turnersville, NJ 08012-6028 |
| 14423714 | | Fasken Martineau DuMoulin, 66 Wellington Street West Suite 4200, Toronto, Ontario, Canada M5k1N6 |
| 14423721 | | FedEx, PO Box 223125, Pittsburgh, PA 15251-2125 |
| 14423716 | | Federal Blue Cross Blue Shield, PO Box 98028, Baton Rouge, LA 70898-9028 |
| 14423717 | + | Federal Employee Program, P.O. Box 890150, Camp Hill, PA 17089-0150 |
| 14423718 | | Federal Express, P O Box 7221, Pasadena, CA 91109-7321 |
| 14423719 | | Federation Credentials Verification Serv, Attn: Wholesale Lockbox, Dallas, TX 75397-0900 |
| 14423720 | | Federation of State Medical Boards, Att Exam Dept / EBAHR Form, Euless, TX 76039-3856 |
| 14423723 | + | Feel Safe Security, P O Box 125, Dunkirk, MD 20754-0125 |
| 14423724 | + | Feel Safe System Group LLC, P O Box 88, Dunkirk, MD 20754-0088 |
| 14423725 | + | Felton P Anderson MD, 8507 Oxon Hill Road Ste 102, Ft.Washington, MD 20744-4766 |
| 14423726 | + | Ferdinand Trujillo, 4156 Old Miss Dr, Kenner, LA 70065-1708 |
| 14423727 | + | Fernanda Krinsky, 135 Elmwood Ave, Long Branch, NJ 07740-7501 |
| 14423728 | + | Fernanda Macias-Krinsky, 135 Elmwood Ave, Long Branch, NJ 07740-7501 |
| 14423729 | + | Fire Fighters Sales and Service, P O Box 645353, Pittsburgh, PA 15264-5251 |

14423730 + Fire One Inc, 107 Washington Blvd, Algona, WA 98001-8504
14423731 + Fire Prevention Bureau, 47 Broad Street, Eatontown, NJ 07724-1571
14423732 + Fire Protection, PO Box 9853, Trenton, NJ 08650-1853
14423733 + Fire Service Corp., PO Box 39093, Downey, CA 90239-0093
14423735 + First Call Ambulance Service West, PO Box 17345, Nashville, TN 37217-0345
14423736 + First Coast Advantage Refunds, P.O. Box 75512, Cleveland, OH 44101-4200
14423740 + First Nursing Services Inc Annie DelRio, 2121 W Imperial Hwy E427, La Habra, CA 90631-6300
14423741 + First Security Service Inc/Custom Audio, PO Box 61779, Durham, NC 27715-1779
14423742 + First Unitarian Church, 1034 SW 13th Ave, Portland, OR 97205-1702
14423745 + Fitzpatrick Lentz & Bubba, PC, 4001 Schoolhouse Lane P.O. Box 219, Center Valley, PA 18034-0219
14423746 + Five Ave Plumbing Incv, 447 Morrow Ave, Carnegie, PA 15106-2070
14423751 Flex Med Inc, PO Box 53867, Lafayette, LA 70505-3867
14423752 + Flexible Stenting Solutions, 23 Christopher Way, Eatontown, NJ 07724-3335
14423753 + Floorin Spec, 22833 Bothell Everett Hwy #110-1105, Bothell, WA 98021-9385
14423754 + Florenda Trinidad, 8 Dorothy Lane, Rockville, MD 20851-1543
14423755 + Florida Agency for Healthcare Administra, P.O. Box 742970, Atlanta, GA 30374-2970
14423756 + Florida Board of Nursing, PO Box 6330 Department of Health, Tallahassee, FL 32314-6330
14423757 Florida Department of Health, PO Box 6330, Tallahassee, FL 32314-6330
14423758 + Florida Department of Health - BOM, PO Box 6330, Tallahassee, FL 32314-6330
14423760 + Florida Department of State, PO Box 6327, Tallahassee, FL 32314-6327
14423762 + Florida Dept. of Health in Duval County, 900 University Blvd N Suite 300 MC-45, Jacksonville, FL 32211-5539
14423763 + Fluke Biomedical, 7272 Collection Center Drive, Chicago, IL 60693-0001
14423764 + Fluke Electronics, 7272 Collection Center Drive, Chicago, IL 60693-0001
14423766 + Foley Sign Company, 1205 East Pine Street, Seattle, WA 98122-3921
14423767 + Foluke Otitoju, 4835 Cordell Ave #1310, Bethesda, MD 20814-3180
14423768 Forbes Medical Staff Fund, Medical Staff Serv. Off. / Forbes Region, Monroeville, PA 15146
14423769 + Force EMS, 13031 Harwin Dr, Houston, TX 77072-1019
14423770 + Ford & Harrison LLP, 271 17th Street NW Ste 1900, Atlanta, GA 30363-6202
14423772 + Ford Business Machines Inc, 700 Laurel Drive, Connellsville, PA 15431-3879
14423774 + Four Oaks Medical LLC, 195 Fay Road, Pompret Center, CT 06259-1906
14423775 #+ Four Quarters Inc, 2601 River Road, Unit 4, Cinnaminson, NJ 08077-1623
14423776 + Fox Brothers Alarm Services Inc, P O Box 707, Easton, PA 18044-0707
14423778 + Fox Medical, 1075 Thomas Busch Memorial Highway, Pennsauken, NJ 08110-2312
14423779 + Frances Henderson, 3001 Antler Court North, Bowie, MD 20716-1338
14423781 + Francis Santitoro, 158 RT 539, Allentown, NJ 08501-1915
14423782 + Francis Savoy, 12809 Hallwood Place, Fort Washington, MD 20744-5380
14423783 + Francis Strobel, 629 Brown Ave, Erie, PA 16502-2530
14423784 + Franco Lombardi, 308 Kings Lane, Williamstown, NJ 08094-2608
14423785 + Frank Bechtel, 1203 Delawer Ave, Cape May, NJ 08204-2606
14423786 + Frank Duranti, 432 Mapleton Ave, Pittsburgh, PA 15228-1252
14423787 + Frank Kubichek, 78 South Ashby Ave, Livingston, NJ 07039-2826
14423789 + Frank Schifano, 1792 Bolmer Farm Rd, Martinsville, NJ 08836-2103
14423790 + Fred McGrath, 411 Boston Blvd, Sea Girt, NJ 08750-2617
14423791 Fred Pryor Seminars, PO Box 219468, Kansas City, MO 64121-9468
14423792 + Frederick Nahas, 631 Shore Road, Somers Point, NJ 08244-2483
14423793 + Freedom, 49 Industrial Park Drive, Waldorf, MD 20602-2708
14423794 + Freedom Contractors, 4211 Woodland Ave., #322, Drexel Hill, PA 19026-3931
14423795 Fresenius Vascular Care, PO Box 414515, Dorchester, MA 02241
14423796 + Fresh Coat Painters, 1289 Fordham Blvd. #243, Chapel Hill, NC 27514-6110
14423797 + Friedrichs H Harris Jr, 3720 Edenborn Avenue, Metairie, LA 70002-1520
14423798 + Friendly Care Medical Transport, 238 Cleveland Ave, Highland Park, NJ 08904-1804
14423799 + Friendly Care Medical Transportation, 238 Cleveland Ave, Highland Park, NJ 08904-1804
14423801 + Fulbright & Jaworski, 1301 McKinney Suite 5100, Houston, TX 77010-3095
14423803 Funds Health Plan, PO Box 61099 - UWMA H&R Funds, Dallas, TX 75261-9099
14423804 + Future Health Concepts, Inc, 1211 E. 30th Street, Sanford, FL 32773-9373
14423805 + Fyr-Fyter Sales and Service Inc, 262 Penn Lawerence Rd, Pennington, NJ 08534-5199
14423807 + GA Card Receiver/Cogent Systems, 5025 Bradenton Ave., Suite A, Dublin, OH 43017-3506
14423808 + GA Dept of Community Health, PO Box 198181, Atlanta, GA 30384-8181
14423809 GAHC3 King of Prussia PA MOB, LLC, 33033 Collection Center Drive, Chicago, IL 60693-0330
14423823 GDI Services Inc, 780 Sth Ave Ste 115, King of Prussia, PA 19406
14423826 ++ GE HEALTHCARE, 3000 N GRANDVIEW BLVD, WAUKESHA WI 53188-1615 address filed with court:, GE Healthcare OEC, 2984 Collections Center Drive, Chicago, IL 60693
14423824 + GE Healthare, P O Box 96483, Chicago, IL 60693-6483

District/off: 0313-2                     User: admin                                    Page 21 of 72
Date Rcvd: Aug 07, 2026                  Form ID: pdf900                            Total Noticed: 3576

14423827        GE Medical Systems, 75 Remittance Drive Ste 1080, Chicago, IL 60675-1080
14438454      + GE Precision Healthcare LLC, c/o Michael B. Bach, authorized agent, 25 Whitney Drive, Suite 106, Milford, OH 45150-8400
14423865        GILL, CLARE M, 14320 83RD AVE, SURREY, BC V3W0V7
14423873     ++ GLOBAL AFFILIATES INC, 1880 J F KENNEDY BLVD, SUITE 1910, PHILADELPHIA PA 19103-7425 address filed with court:,
                Global Fit, 1818 Market Street Ste 2710, Philadelphia, PA 19103
14423880        GNeil, P O Box 451179, Sunrise, FL 33345-1179
14423882   ++++ GORDEE, NOWICKI & AUGUSTINI LLP CLIENT T, 100 SPECTRUM CENTER DR STE 870, IRVINE CA 92618-4974 address filed
                with court:, Gordee, Nowicki & Augustini LLP Client T, 8105 Irvine Center Drive, Suite 870, Irvine, CA 92618
14423903      + GT Securities Inc., 12655 West Jefferson Blvd, Los Angeles, CA 90066-7008
14423904      + GT Telecom, 6211 Kellers Church Rd, Pipersville, PA 18947-1807
14423810      + Gaicamed LLC, 9215 Sandy Creek Road, Fort Washington, MD 20744-4828
14423811      + Gaint Eagle/Super Sale Corp, 20111 Route 19, Cranberry Twp, PA 16066-6207
14423812      + Galleria Operating Co LLC, P.O. Box 6401, Metairie, LA 70009-6401
14503361      + Galleria Operating Co., LLC, Robinson Brog c/o Fred B. Ringel, 875 Third Avenue, 9th FL, New York, NY 10022-0123
14440968      + Galleria Operating Co., LLP, co Leslie C. Heilman, Ballard Spahr LLP, 919 N. Market St, 11th Floor, Wilmington, DE 19801-3023
14423813        Gambro, P O Box 33037, Newark, NJ 07188-0037
14423814      + Gannett Healthcare Group, PO Box 33130, Newark, NJ 07188-0130
14423815        Gannett Newspapers of LA, PO Box 677326, Dallas, TX 75267-7326
14423816      + Garland Ogden, 716 Brown Thrasher Loop North, Madisonville, LA 70447-3052
14423817      + Gary Amacker, 1108 Sena Dr, Metairie, LA 70005-1629
14423818      + Gary Beck, 2847 Wood Valley Court, Jacksonville, FL 32217-2495
14423819      + Gary Lawson, 7915 Amber Farm Pl, LaPlata, MD 20646-4442
14423820      + Gary Schneider, 27 Porreca Drive, Carmel, NJ 08332-4839
14423821      + Gary's Cleaning Service, 648 E. Pittsburgh-McKeesport Blvd, N. Versailles, PA 15137-2210
14423822      + Gayle Freeman, 297 Brod Street, Matawan, NJ 07747-3227
14423825        Ge Healthcare Finance Services, P O Box 641419, Pittsburgh, PA 15264-1419
14423828        Gem Ambulance LLC, PO Box 826611, Phila, PA 19182-6607
14423829      + Gemena Murchison, 16805 Hartwood Dr., Rockville, MD 20855-1624
14423830      + Gene Burch, 2850 Willena Ave, Montgomery, AL 36107-1056
14423831      + Gene Ciroalo, 30 Monmouth Pkwy, Monmouth Beach, NJ 07750-1129
14423832      + Gene Sanes & Associates, 1645 Penn Ave, Pittsburgh, PA 15222-4322
14423833      + Geneva Ford, 109181 Pleaseant Oak Rd South, Jacksonville, FL 32226-2327
14423834      + Genworth Life and Accident Ins, PO Box 30969, Amarillo, TX 79120-0969
14423835      + Geoffrey Risley, 3030 Lakeshore Blvd., Jacksonville, FL 32210-5343
14423836      + George Achinko, 780 S Blue Bell Road, East Vineland, NJ 08360-9119
14423837      + George Bousamra, 2538 Middle Rd, Glenshaw, PA 15116-2817
14423838     #+ George Gulvas, 2153 Bonnie Lane, Waldorf, MD 20601-3976
14423839      + George Isa, 247 Morningside Dr, Mandeville, Louisiana 70448-7557
14423840      + George Lin, 6 Frieda Lane, Kendall Park, NJ 08824-1324
14423841      + George M Harrison PLLC, 111 Napoleon Drive, Brandon, MS 39047-8465
14423842      + George Patterson, 41040 Sky Brook Pl, Ponchatoula, LA 70454-8485
14423843      + George Zahorsky, 546 Smith Dr, Bay Head, NJ 08742-5431
14423844      + George's Plumbing and HVAC Inc, PO Box 717, Bangor, PA 18013-0717
14423845      + Georgia Board of Nursing, 237 Coliseum Drive, Macon, GA 31217-3858
14423847      + Georgia Medical Board, 2 Peachtree St NW 36th Floor, Atlanta, GA 30303-3171
14423849      + Georgia Vascular Institute, 7823 Spivey Station Road Suite 300, Jonesboro, GA 30236-0002
14423850        Gerald Ellender, 202 Caroline St., New Iberia, LA 70560-4044
14423851      + Gerald Smith, 374 Meadow Way CV, Cordova, TN 38018-7309
14423852      + Geraldine Cabaya, 23240 88th Ave. S# MM102, Kent, WA 98031-3149
14423853      + Geraldine Yarborough, 300 Oakwood Ave Apt 2h, Orange, NJ 07050-3253
14423854      + Geraldine Yarborough, 300 Oakwood Ave APT 2 H, Orange, NJ 07050-3253
14423856      + Gerard Pepe Construction, 22 Dobson Rd, East Brunswick, NJ 08816-4617
14816979      + Gerard and Dana Marino, c/o Gerard Marino, 623 Creekview Court, Newtown Square PA 19073-2342
14423857      + Germaine Donahue, 6410 Kaslo Street, Hayattsville, MD 20784-3606
14423858      + Gi-Ann Acosta, 9215 Sandy Creek Road, Fort Washington, MD 20744-4828
14423869      + GiVonna Kirksey, 16204 Ellipse Ter, BOWIE, MD 20716-3242
14423859        Giant Eagle Market District, Shadyside Market District, Pittsburgh, PA 15232
14423860      + Gibson Place Offices, LLC, 54 West Main Street, Freehold, NJ 07728-2136
14423861      + Gibson Place Offices, LLC, 321 West Main St, Freehold, NJ 07728-2517
14423862      + Gibson Place Offices, LLC, c/o Robert J. Haurin, Esq., 20 Ash Street, Suite 200, Conshohocken, PA 19428-2089
14423863      + Gil Acosta RVT, 9215 Sandy Creek Rd, Fort Washington, MD 20744-4828
14423864      + Gilchrist Donnell PLLC, 609 Steed Road, Ridgeland, MS 39157-1709
14423866      + Gina Torres, 169 Ramapo Ave, Staten Island, NY 10309-2209

District/off: 0313-2   User: admin   Page 22 of 72

Date Rcvd: Aug 07, 2026   Form ID: pdf900   Total Noticed: 3576

14423867  + Ginger Corsaro, 209 Cannon Rd, Freehold, NJ 07728-1458
14423868    Giulia Carter, 898 Vineland Ave, Rosenhayn, NJ 08352
14423870  + Glenn Shirley, 5174 Bruton, Memphis, TN 38135-8206
14423871  + Global Dosimetry Solutions, 2652 McGraw Avenue, Irvine, CA 92614-5840
14423872  + Global Experience Specialist Inc, 7000 Lindell Rd, Las Vegas, NV 89118-4702
14423874  + Global Imaging Products, 13351 Riverside Dr. #367, Sherman Oaks, CA 91423-2542
14423875  + Global Medical Excellence LLC, 5101 E La Palma Ave #201, Anaheim, CA 92807-2056
14423876  + Global Radiology, 1009 Legacy Hills Drive, McDonough, GA 30253-8824
14423877  + Gloria Maxwell, 114 Ladis Way, Tuckerton, NJ 08087-1773
14423878    Gloria Perez, 412 E Montrose St, East Vineland, NJ 08360
14423879  + Gloria Sorrentino, 154 Wall St, West Long Branch, NJ 07764-1730
14423881  + Gonto Johns, 4101 W Adams Circle, Hammonton, NJ 08037-1065
14423883  + Government Employees Hospital Assoc, PO Box 410014, Kansas City, MO 64141-0014
14423884  + Grace Cabrera, 1102 Breakwater Trail, Stockbridge, GA 30281-2089
14423885  + Grace Nieves, 369 Rt 54, Buena, NJ 08310-1637
14423886  + Grady Jones, 1860 Akerswood CV, Germantown, TN 38138-2838
14423887  + Grainger, Dept 881498935, Palatine, IL 60038-0001
14423888  + Grand View Medical Staff, 700 Lawn Ave, Sellersville, PA 18960-1548
14423889    Granite Telecommunications, PO Box 983119, Boston, MA 02298-3119
14423890    Grant Thornton, P.O. Box 51552, Los Angeles, CA 90051-5852
14423892  + Gray Bennett, 746 Oakmont Pkwy, Ridgeland, MS 39157-3018
14423893  + Greater Memphis Area Advance Prac. Nurse, 13895 River Grove Lane, Olive Branch, MS 38654-6883
14423894  + Greenlife Landscape, 713 Kaliste Saloom, Lafayette, LA 70508-4207
14423896  + Greg Carmack, 3663 Appling Lake Dr, Bartlett, TN 38133-2705
14423897  + Greg Hoover, 161 Clemson Road, Bryn Mawr, PA 19010-3718
14423898  + Gregorio Mercado, 2338 Plantation Bend Drive, Sugar Land, TX 77478-4484
14423899  + Gregory D Crenshaw, MD, 1108 Valence Street, New Orleans, LA 70115-2806
14423900  + Gregory Gardener, 285 Wilmington-West Chester Pike, Chadds Ford, PA 19317-9039
14512558  + Gregory W. Gardner, 285 Wilmington-West Chester Pike, Chadds Ford, PA 19317-9039
14423901  + Groceria Merante, 3454 Bates Street, Pittsburgh, PA 15213-3952
14423902  + Group IV Jax Development II, Inc., 10751 Alta Dr., Jacksonville, Florida 32226-2307
14423906  + Guardian Fund II-Centerpoint LLC, 6000 Executive Boulevard, Suite 400, North Bethesda, MD 20852-3857
14819492  + Guardian Fund II-Centrepointe, LLC, 6000 Executive Blvd., Suite 400, North Bethesda MD 20852-3857
14423907  + Guardian Realty Management, 6000 Executive Boulevard, Suite 400, North Bethesda, MD 20852-3857
14423909  + Gulf Coast Vascular Society, 1514 Jefferson Highway, New Orleans, LA 70121-2451
14423910  + Gustavo Sanchez MD, 65 Alexanders Ct., Wrightstown, PA 18940-3640
14423911  + Gustavo Torres, 600 W Beverly Blvd Ste C, Montebello, CA 90640-3660
14423912  + Guy Electric LLC, 39181 Guy Family Way, Mechanicsville, MD 20659-7209
14423913  + Guy Lenoir, 18 Ameal Spears Rd, Carriere, MS 39426-8786
14423914  + Guyette Communication Industries Corp, 90 Narrows Road, Plymouth, PA 18651-3298
14423915  + Guyus Harrison, 2865 Merchant Court, Waldorf, MD 20603-5301
14423916  + Gwendolyn Moye, 7213 Mason St, District Heights, MD 20747-3339
14423917  + Gwynne Burch, 2850 Willena Ave., Montgomery, AL 36107-1056
14423918  + Gyno Disposables, 3150 Stage Post Road, Memphis, TN 38133-4050
14423919  + H&G Sign, 2663 Salmon Street, Philadelphia, PA 19125-4012
14423920  + H2GO LLC, 895 Pruitt Road, Kinston, NC 28504-9120
14423922    HAB-BPT, P O Box 21810, Lehigh Valley, PA 18002-1810
14423923    HAB-LST Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153
14423939    HASLER Financial Services, P.O. Box 45850, San Francisco, CA 94145-0850
14423942  + HCMOB 1, LLC, PO BOX 6022, Metairie, LA 70009, LA 70009-6022
14423943  + HCPro, PO Box 5094, Brentwood, TN 37024-5094
14423944  + HD Diagnostic Imagaing Inc, 4740 Los Feliz Blvd, Los Angeles, CA 90027-1918
14423987  + HIS Fire & Safety, PO Box 12801, New Iberia, LA 70562-2801
14423988  + HK Surgical Inc, 1271 Puerta del Sol, San Clemente, CA 92673-6310
14423989  + HLC Holdings Inc., 52160 National Road East, St Clairsville, OH 43950-9306
14423990  + HM Benefits Adminstrators Inc, PO Box 535078, Pittsburgh, PA 15253-5078
14424004  + HPIX, 100 American Metro Blvd - Suite 150, Hamilton, NJ 08619-2319
14423924  + Haidee Colon, 220 E Cambridge Street, Long Beach, CA 90805-2222
14423925  + Hailemariam Tamrat, 11492 Ridgedale Dr, White Marsh, MD 21162-1150
14423926    Hall Render Killian Heath & Lyman, 39778 Treasury Center, Chicago, IL 60697-9700
14423927  + Hamilton Township, 6101 13th Street Rm 207, Mays Landing, NJ 08330-1870
14423928  + Hanadie Inc, 12903 Jordan Endeavor Dr, Bowie, MD 20720-3385
14423929    Hannabery HVAC, 200 Schantz Rd, Allentown, PA 18104-8600

| 14423930 | | Hannah Smith, 11231 Danur Ct, Lusby, MD 20657 |
| 14423931 | | Harleysville Mutual Insurance Company, PO Box 731178, Dallas, TX 75373-1178 |
| 14423932 | | Harold Burnett, 636 Penn Ave, Franklinville, NJ 08322 |
| 14423933 | + | Harold Tate, 8680 Mesa Canogo Dr, Las Vagas, NV 89148-1444 |
| 14423934 | + | Harris County Treasurer, 9418 Jensen Drive, Suite A, Houston, TX 77093-6840 |
| 14423935 | + | Harry Kiett, 5148 Holmecrest Rd, Pennsauken, NJ 08109-4513 |
| 14423936 | | Hartford, P.O. Box 660916, Dallas, TX 75266-0916 |
| 14423937 | + | Harvard Surgery Center, LLC, 2520 Harvard Avenue #2A, Metairie, LA 70001-1252 |
| 14423938 | + | Harvey Riley, 19 Oak Drive, Belcoville, NJ 08330-8918 |
| 14423940 | | Hatzel & Buehler Inc, 1801 Market st Ten Penn Center Suite 220, Philadelphia, PA 19103 |
| 14423945 | + | Health First Medical Group, P O Box 2867, Santa Fe Springs, CA 90670-0867 |
| 14423946 | + | Health Fleet Ambulance, 300 Domino LAne, Phila., PA 19182-0001 |
| 14423947 | + | Health Law Network, P.O. Box 2166, Roswell, GA 30077-2166 |
| 14423948 | + | Health Ride Plus Inc, 406 Magnolia Street, Northern Cambria, PA 15714-1005 |
| 14423949 | | Health Services of Central Georgia, 688 Walnut Street St Ste 200, Macon, GA 31201 |
| 14423950 | + | HealthCare Partners, 19191 S Vermont Ave Ste 200 CQA Rec, Torrance, CA 90502-1018 |
| 14423951 | #+ | HealthPro Insurance, PO Box 818, Marion, IL 62959-0818 |
| 14423952 | + | Healthworks Inc, 515 Old Swede Road, Douglassville, PA 19518-1208 |
| 14423953 | + | Healthy Advice Communications, P.O. Box 193810, Little Rock, AK 72219-3810 |
| 14423954 | + | Heart and Vascular Specialists LLC, 3008 Lexington Ct, Export, PA 15632-9057 |
| 14423955 | | Heartland Business Credit, PO Box 910202, Denver, CO 80291-0202 |
| 14423956 | + | Heather Diss, 735 Pine Valley Drive, Pittsburgh, PA 15239-2825 |
| 14423957 | + | Heather Gay, 8217 Blue Lagoon Drive, Arlington, TN 38002-8917 |
| 14423958 | + | Heather McCain, 1362 McCain Rd, Brighton, TN 38011-6658 |
| 14423959 | + | Heidi Sperandeo, 2702 Parkestown Drive, Spring, TX 77388-3185 |
| 14423960 | + | Helen Brenna, 1303 Roberts Ave, Somers Point, NJ 08244-1179 |
| 14423961 | + | Helen Dennison, 217 Sickle Ave., Deptford, NJ 08096-3745 |
| 14423962 | + | Helen Johnson, P.O. Box 603, Cleveland, MS 38732-0603 |
| 14423963 | | Hempstead and Co., 2370 Route 70 West, Ste 314, Cherry Hill, NJ 08002 |
| 14423964 | + | Henry Bennett c/o FMC, 716 Grand Avenue, Yazoo City, MS 39194-3232 |
| 14423965 | + | Henry Brannon, 20209 5th Ave, Covington, LA 70433-5566 |
| 14423967 | + | Henry Glaze, P.O. Box 596, Folsom, LA 70437-0596 |
| 14423968 | | Henry Schein, Box 382023, Pittsburgh, PA 15250-8023 |
| 14423969 | + | Herbert Aguilar, 625 Espanade Apt #6, Renondo Beach, CA 90277-4143 |
| 14423970 | + | Herbert Bell Jr, 5 Aspen Woods Dr, Sunderland, MD 20689-3013 |
| 14423971 | + | Herbert Beraud, 200 John Hopkins Drive, Kenner, LA 70065-4072 |
| 14423972 | + | Herbert Bush, 60140 HWY 60, Bogalusa, LA 70427-0486 |
| 14423973 | + | Herbert Marshall, 76 Willis Ave., Penns Grove, NJ 08069-1740 |
| 14423974 | + | Heritage Publishing Inc, 7563 Philips Highway, Jacksonville, FL 32256-6834 |
| 14423975 | + | Hermelinda DeJesus, 1411 Roper Street, Houston, TX 77034-1029 |
| 14423976 | + | Hershel Oneil, 3458 Highgrove Drive, White Plains, MD 20695-4410 |
| 14423978 | + | High Performing Culture, 415 East Oak Avenue, Moorsetown, NJ 08057-4303 |
| 14423979 | + | Highland Capital Corporation, 5 Center Avenue, Little Falls, NJ 07424-2224 |
| 14423982 | | Highmark Financial Investigations, P.O. Box 890430, Camp Hill, PA 17089-0138 |
| 14423983 | | Highmark Medicare Services, PO Box 890304 Attn Cashier, Camp Hill, PA 17089-0304 |
| 14423984 | + | Highwoods Realty Limited Partnership, P.O. Box 409355, Atlanta, GA 30384-9355 |
| 14423986 | + | Hilton Kenner, 821Barnaby St SE, Washington, DC 20032-3955 |
| 14423991 | | Hoggard Electric Co LLC, P O Box 28, Durham, NC 27702-0028 |
| 14423992 | + | Holland & Knight LLP, 315 South Calhoun Street Suite 600, Tallahasse, FL 32301-1897 |
| 14423993 | + | Holland and Knight LLP, P.O. Box 864084, Orlando, FL 32886-4084 |
| 14423994 | + | Hollrah Leyden LLC, 1850 K Street NW Suite 390, Washington, DC 20006-2208 |
| 14423995 | + | Holly Urick, 125 Rampart Blvd, New Kensington, PA 15068-9348 |
| 14423996 | + | Holt Electrical Contractors Inc, 7620-G Rickenbacker Drive, Gaithersburg, MD 20879-4792 |
| 14423997 | + | Hometown HVAC & Refrigeration, 5585 Maxwell Dr, Olive Branch, MS 38654-9607 |
| 14423998 | | Horizon BCBSNJ, PO Box 11595, Newark, NJ 07193-1595 |
| 14423999 | | Horizon Blue, 3 Penn Plaza East PP-15M, Newark, NJ 07105-2200 |
| 14424000 | + | Horizon Construction, LLC, 5134 Stage Road, Suite 300, Memphis, TN 38134-3141 |
| 14424001 | + | Hot & Kuhl Communications, 752 Wick Blvd, Woodbury, NJ 08096-1303 |
| 14424002 | + | House Doctors, 76026 Beverly Dr, Covington, LA 70435-5724 |
| 14424003 | + | Howard Burde Health Law LLC, 601 Lee Road, Wayne, PA 19087-5605 |
| 14424005 | + | Huber Locksmith Inc, 729 S Main St, Pleasantville, NJ 08232-3223 |
| 14424006 | + | Huber Locksmiths Inc, 729 S Main Street, Pleasantville, NJ 08232-3223 |
| 14424007 | + | Huber, Slack, Thomas & Marcelle, LLP, 1100 Poydras St. Ste 2200, New Orleans, LA 70163-1123 |

District/off: 0313-2 User: admin Page 24 of 72
Date Rcvd: Aug 07, 2026 Form ID: pdf900 Total Noticed: 3576

| | | |
|---|---|---|
| 14424008 | + | Hudson Interventional Radiology, PC, 1 Doxbury Circle, Braircliff Manor, New York 10510-1733 |
| 14424009 | + | Hughes Safe & Lock, P O Box 2175, Manderville, LA 70470-2175 |
| 14424010 | + | Human Resource Administrators Inc, 1541 Alta Dr Ste 306, White Hall, PA 18052-5640 |
| 14424011 | + | Humana Health Care Plans, PO Box 931655, Atlanta, GA 31193-1655 |
| 14424012 | + | Hutchinson Electric Co Inc, One Galleria Blvd., Ste 908, Metairie, LA 70001-7531 |
| 14424013 | + | Hyung Sook Lee, 4401 Holly Ridge Road, Rockville, MD 20853-1408 |
| 14424014 | + | IAC Vascular Testing, 6021 University Boulevard, Ste 500, Ellicott City, MD 21043-6090 |
| 14424015 | | IBM Corporation, P O Box 545510, Pittsburgh, PA 15264 |
| 14424016 | + | IBT, 1650 Wabash Ave - Suite D, Springfield, IL 62704-5370 |
| 14424019 | | IDCSERVCO, P.O. Box 1925, Culver City, CA 90232-1925 |
| 14424021 | + | IFMI, LLC, 2929 Arch Street, 17th Fl, Philadelphia, PA 19104-2857 |
| 14424039 | ++ | INDIAN VALLEY MECHANICAL LLC, 683-B SUMNEYTOWN PIKE, HARLEYSVILLE PA 19438-1232 address filed with court:, Indian Valley Mechanical LLC, 432 C Lower Road, Souderton, PA 18964 |
| 14424056 | | INTER_V, 135 S. LaSalle, Dept. 2944, Chicgo, IL 60674-2944 |
| 14424063 | + | IRA C. Inc T/A Yellow Cab, PO Box 141, Woodbridge, VA 22194-0141 |
| 14424071 | + | ISNVD, 10065 Old Grove Rd, Suite 103, San Diego, CA 92131-1664 |
| 14424072 | + | ITS Neopost, Inc., 910 East Main Street, Ste 200, Norristown, PA 19401-4110 |
| 14424073 | + | IU Kenya Program, 5250 Pike Creek Lane, Indianapolis, IN 46254-5787 |
| 14424017 | | Ice Mountain SW Chicago, P.O. Box 856680, Louisville, KY 40285-6680 |
| 14424018 | + | Ida Plater, 28575 Lockes Hill Road, Mechanicsville, MD 20659-3202 |
| 14424020 | | Idev technologies, 75 Remittance Drive Suite 1138, Chicago, IL 60675-1138 |
| 14424022 | + | Illinois Department of Financial and Pro, PO Box 7007, Springfield, IL 62791-7007 |
| 14424023 | | Illinois Dept of Revenue, PO Box 19468, Springfield, IL 62794 |
| 14424024 | + | Illinois Emergency Management Agency, 1035 Outer Park Drive, Springfield, IL 62704-4462 |
| 14424025 | + | Illinois Secretary of State, 501 S. Second Street Rm 351 Howlett Bldg, Springfield, IL 62756-0002 |
| 14424026 | + | Image Diagnostics, Inc, 310 Authority Drive, Fitchburg, MA 01420-6047 |
| 14424027 | + | Image FIRST, PO Box 61323, King of Prussia, PA 19406-0823 |
| 14424030 | + | Image FIRST- NHuntingdon, 2021 Clay Pike, Unit 5, North Huntingdon, PA 15642-6319 |
| 14424029 | + | Image First, P O Box 18139, Clearwater, FL 33762-1139 |
| 14424028 | + | Image First, P O Box 5572, Katy, TX 77491-5572 |
| 14424031 | + | ImageFirst Lancaster, PO Box 7084, Lancaster, PA 17604-7084 |
| 14424032 | + | ImageFirst Nashville, 2000 Mallory Lane - Suite 130-327, Franklin, TN 37067-8209 |
| 14424033 | + | Imaging Associates Inc, Dept AT 953041, Atlanta, GA 31192-0001 |
| 14424034 | + | Imaging Physics LLC, PO Box 18426, Atlanta, GA 30316-0426 |
| 14424036 | + | In Touch Medical Associates, 2109 W. Diamond Street, Philadelphia, PA 19121-1434 |
| 14424037 | | Independance Blue Cross, Lock Box 3092 P.O. Box 8500, Philadelphia, PA 19178-3092 |
| 14424038 | | Independence Administrators, PO Box 826989, Philadelphia, PA 19182-6989 |
| 14424040 | + | Indiana Secretary of State Business Svc, 302 W Washington Street Room E-018, Indianapolis, IN 46204-2700 |
| 14424041 | + | Infection Control Consulting Services LL, 7962 S Stirling Bridge Blvd, Delray Beach, FL 33446-3615 |
| 14424042 | + | Infection Prevention Consulting, 103 Gentry Drive, Swedsboro, NJ 08085-3070 |
| 14424044 | + | Infrastruct Security Inc, PO Box 122020, Dalles, TX 75312-2020 |
| 14424045 | | Ingenix, PO Box 88050, Chicago, IL 60680-1050 |
| 14424046 | + | Innovative Awards Inc, 634 Arena Drive ste 102, Hamilton, NJ 08610-3400 |
| 14424048 | | Innovative Vascular Health Group, 4 Crape Myrtle Dr., Holmdel, NJ 07733-1529 |
| 14424050 | + | Inpro Corporation, 5131 Paysphere Circle, Chicago, IL 60674-0001 |
| 14424051 | | Inrad, Inc., P.O. Box 1797, Holland, MI 49422-1797 |
| 14424052 | + | Insight Global /IG Igloo, PO Box 198226, Atlanta, GA 30384-8226 |
| 14424053 | + | Integrated Data System LLC, 106 Metairie Lawn Dr, Metairie, LA 70001-5467 |
| 14424054 | | Intelerad Medical Systems, 800 Blvd. De Maisonneuve East, Montreal, Quebec, Canada H2L 4L8 |
| 14424057 | | InterMetro Industries Corp, P.O. Box 93730, Chicago, IL 60673-3730 |
| 14424058 | + | Interpreting Service for the Deaf, 6045 Shelby Oaks Drive, Memphis, TN 38134-7400 |
| 14424059 | + | Interventional Associates of Memphis, 1407 Union Ave., #720, Memphis, TN 38104-3641 |
| 14424060 | + | Interventional Consulting Associates, PA, 9230 Kirby Drive Suite 100, Houston, TX 77054-2541 |
| 14424061 | | Intralinks, Inc., PO BOX 392134, PITTSBURGH, PA 15251-9134 |
| 14424062 | + | Invatec, Inc., 4642 Collection Center Drive, Chicago, IL 60693-0001 |
| 14424064 | + | Irene Harbaugh, P.O. Box 237, Huntingtown, MD 20639-0237 |
| 14424065 | | Iron City Medical Physics Inc, 40 Oakmont Street, North Huntingdon, PA 15642 |
| 14424067 | + | Ironshore Specialty, PO Box 3407, New York, NY 10008-3407 |
| 14424068 | + | Irvin Roy, 416 E Prosper St, Chalmette, LA 70043-3272 |
| 14424069 | + | Isaac Jenkins, 22019 Halliburton Circle, Oxford, MS 38655-7357 |
| 14424070 | + | Isidoro Wiener MD, 902 Frostwood Ste 265, Houston, TX 77024-2422 |
| 14424074 | + | Iyen Acosta, 9215 Sandy Creek Road, Fort Washington, MD 20744-4828 |
| 14424075 | + | J B H Plumbing Inc, P O Box 127, Cleveland, MS 38732-0127 |

14424076    + J& G Cleaning Service, 399 Indiana ave Apt #2, Long Branch, NJ 07740-6119
14424077    + J. Joseph Hewett, 8700 Pershing Drive - Unit 5219, Playa del Rey, CA 90293-8025
14424078    + J. Stephen Simms, P.C.,, 201 International Circle, Ste 250, Baltimore, MD 21030-1448
14424079    + J.M.Patton Associates, Inc., 1608 Walnut Street, Suite 902, Philadelphia, PA 19103-5451
14424116      JAMS, Inc., P.O. Box 512850, Los Angeles, CA 90051-0850
14424128    ++++ JASON SMITH, 2377 CASCILLA RD, HOLCOMB MS 38940-9490 address filed with court:, Jason Smith, 273 Cascilla Rd, Holcomb,
             MS 38940
14424130    + JAT Construction, 6926 Fleur de Lis Drive, New Orleans, LA 70124-1502
14424138    + JCB Labs, 7335 W 33rd Street N, Wichita, KS 67205-9368
14424139    + JCM Cleaning Service, 150 Country Club Drive, Ste 101, Stockbridge, GA 30281-9089
14424140    + JDS Transcription Services, 610 Sagewood Court, Woodstock, GA 30189-8165
14424141      JEA, P O Box 45047, Jacksonville, FL 32232-5047
14424176    + JENNIFER NIKOLIDAKIS, 1776 Peach Tree Street NW, Atlanta, GA 30309-2307
14512559    + JHG, A Minor Child, William Whitfield Gardner, Parent, 285 Wilmington-West Chester Pike, Chadds Ford, PA 19317-9039
14424081    + Jack's Lock & Safe Inc, 3317 Avenue H, Rosenberg, TX 77471-2838
14424082    + Jackie Lester, 530 Beacon Street, Camden, NJ 08105-2805
14424083    + Jackson Green, LLC, PO Box 881, Minocqua, WI 54548-0881
14424084    + Jacksonville Sheriff Office False Alarm, P O Box 141925, Irving, TX 75014-1925
14424085      Jacob Barber, 4000 Pine Brook RD, Alexandria, VA 22310-2145
14424086    + Jacqueline Green, 322 Oswald Pl, Vauxhall, NJ 07088-1325
14424087    + Jacqueline Spaulding, 1702 Redbud Ct, Upper Marlboro, MD 20774-5623
14424088    + Jade Melton, 231 Westwood Dr, Cleveland, MS 38732-8718
14424089    + Jaime Soriano, 50 Union Avenue, Irvington, NJ 07111-3292
14424090    + Jalesa Long, 6017 New Hampshire Ave NE, Washington, DC 20011-1535
14424091      James Altrichter, 312 Triple Creek Drive, Efland, NC 27243-9573
14424093    + James Bennett, 148 Virginia Valley Drive, Brandon, MS 39047-4504
14424094    + James Bickerton, 409 Atkins Ave, Neptune, NJ 07753-5107
14424095    + James E Gardner, 9039 N Holly Brook Ln, Germantown, TN 38138-8550
14424096    + James Edwards Handy Man Service, 538 Pine Street, Crosby, TX 77532-6994
14424097    + James F McGuckin MD, 585 County Line Road, Radnor, PA 19087-3718
14424098    + James F. Ford, 180 Beach Street, Linesville, PA 16424-9766
14430685    + James F. McGuckin, MD, c/o George Bochetto, Esq, BOCHETTO & LENTZ, P.C., 1524 Locust Street, Philadelphia, PA 19102-4401
14424099    + James Guidry, Jefferson Health Care 2213 34th St, Kenner, LA 70065-3836
14424100    + James H. Gardner, 285 Wilmington-West Chester Pike, Chadds Ford, PA 19317-9039
14424101    + James Harris, 3314 Haven Ave, Ocean City, NJ 08226-2040
14424103    + James M Poindexter, MD, 1718 Peachtree Street NW, Suite 360, Atlanta, GA 30309-7038
14424104    + James Monroe, 924 19th St NE, Washington, DC 20002-4086
14424105    + James Pettit, 112 Chalet Ln, Vineland, NJ 08360-9357
14424107    + James Roger, 50519 Hwy 51 N, Tickfaw, LA 70466-1781
14424108    + James So Edison X-Ray Service, P.O. Box 5463, Somerset, NJ 08875-5463
14424109    + James Stallings, 555 Elmeer, Metarie, LA 70005-2715
14424110    + James Toliver, 124 Portangel Pla, New Orleans, LA 70119-2719
14424111    + James Urso, 2525 Maple Hall Ct, Midlothian, VA 23113-6385
14424112    + James Vaughn, 3636 Brookmeade Street, Memphis, TN 38127-4658
14424113    + James Winters, P.O. Box 898, LaPlata, MD 20646-0898
14424114    + Jamie Barrett, 103 Jefcoat Road, Sunflower, MS 38778-9706
14424115    + Jamie Patrick, 503 Elm Ridge Drive, Spring, TX 77386-2843
14424117    + Jan-Pro Of Washington DC, 10801 Main Street Suite 100, Fairfax, VA 22030-4743
14424118    + Janelle Boyer, 116 Mulberry Street, Hamburg, NJ 07419-1300
14424119    + Janet Ketter, 322 East Meyers Street, Pittsburgh, PA 15210-3757
14424120    + Janet Sprinkle, 4883 Paige Dr., Olive Branch, MS 38654-7499
14424121    + Janet W Wray, 1626 Angel Wing Drive, Silver Spring, MD 20904-1500
14424122    + Jani-King, 1701 E Woodfield Road #1100, Schaumburg, IL 60173-5156
14424123    + Jani-King of Houston Inc, 3727 Greenbriar Suite #208, Stafford, TX 77477-3930
14424124    + Jani-King of Jacksonville, 5700 St Augustine Road, Jacksonville, FL 32207-8030
14424125    + Jaret Rogers, 108 Birch Court, Raceland, LA 70394-2733
14597410    + Jason C. Manfrey, Esquire, Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222
14424126    + Jason Lin, 1101 NE Campus PKWay #515, Seattle, WA 98105-6604
14424127    + Jason Morris MD, 618 Frederick Drive, Cleveland, MS 38732-2006
14424129    + Jason Smith, 191 W Shelley Drive, Claymont, DE 19703-1522
14424131      Jateirra Middleton, 92 W 6th St, Plainfield, NJ 07063
14424132    + Javier Carreon, 9 Marley, Bridgeton, NJ 08302-1526
14424133    + Javier Diaz, 5 Bucknell Road, Parlin, NJ 08859-1226

| | | |
|---|---|---|
| 14424134 | + | Jax Patient Care Inc, 1431 Riverplace Blvd Unit 1404, Jacksonville, FL 32207-9101 |
| 14424135 | + | Jay Gibbs - Physician e-Cruit, 262 Strathmoor Way, Dardenne Prairie, MO 63368-7227 |
| 14424136 | + | Jay H. Schwartz MD FACS, 43 Rock Glen Rd, Wynnewood, PA 19096-3829 |
| 14424137 | + | Jay Nuneviller, 15 Mills Ave, Monmouth, NJ 07724-3414 |
| 14424145 | + | Jean Silsby, 36 Rector Place, Bloomfield, NJ 07003-4031 |
| 14424146 | + | Jean Toth, 378 Hannah Way, Bridgewater, NJ 08807-5753 |
| 14424147 | + | Jeanette Byrd, 1540 Arnold Street, Cleveland, MS 38732-4404 |
| 14424148 | + | Jeanette Edwards, 73 Hilton Avenue, Maplewood, NJ 07040-2910 |
| 14424149 | + | Jeanette Mercer, 3937 Spring Park Rd, Jacksonville, FL 32207-5739 |
| 14424150 | + | Jeanette Mills, 150 Country Club Drive, Stockbridge, GA 30281-9089 |
| 14424151 | + | Jeannette Montijo-Santiago, 7927 Ditman Street, Philadelphia, PA 19136-3237 |
| 14424152 | + | Jeff Dyche, PO Box 383, Merigold, MS 38759-0383 |
| 14424154 | + | Jeff Taylor, 96 Montfort Drive, Belle Mead, NJ 08502-4807 |
| 14424155 | + | Jeff Taylor MD, 1309 Fairfield Dr, District Heights, MD 20747-1707 |
| 14424156 | + | Jeff Whisnant Plumbing Co, 117 Lakepointe Ct, Stockbridge, GA 30281-4716 |
| 14424157 | + | Jefferson Parish, P.O. Box 248, Gretna, LA 70054-0020 |
| 14424158 | + | Jefferson Parish Clerlkof Court, 924 David Drive, Metairie, LA 70003-5135 |
| 14424160 | + | Jeffery D Szwyay, 7012 Wynntre Dr, Mandeville, LA 70448-7099 |
| 14424161 | + | JefferyCalligan, 917 S Jahncke Ave, Covington, LA 70433-3724 |
| 14424162 | + | Jeffrey Kaesler, 205 Maple Ave, Neptune, NJ 07753-3706 |
| 14424163 | + | Jeffrey Kinney, 122 Southern Pines Circle, Macon, GA 31211-6322 |
| 14424164 | + | Jeffrey Peterson, 488 Thatcher Road, Springfield, PA 19064-2912 |
| 14424165 | + | Jeffrey Schweitzer, 1102 Dell Dor Drive, Pt Pleasant, NJ 08742-4414 |
| 14424166 | + | Jena Trahan, 236 Sunrise Drive, Marrero, LA 70072-5740 |
| 14424167 | + | Jennifer Bjorndahl, 1331 Sleepy Hollow Road, Point Pleasant, NJ 08742-4250 |
| 14424168 | + | Jennifer Elich, 349 Carson Dr, Orange Park, FL 32073-4211 |
| 14424169 | + | Jennifer Ernest, 138 Hewell Road, Jonesboro, GA 30238-6333 |
| 14424170 | + | Jennifer Flynn, 20 Wendee Way, Sewell, NJ 08080-3526 |
| 14424171 | + | Jennifer Gallagher, 112 Blair Lane, Berlin, NJ 08009-1162 |
| 14424172 | + | Jennifer Hibbs, 212 Sullivan Dr., Mickleton, NJ 08056-1478 |
| 14424173 | + | Jennifer Hrischuk, 2929 Arch Street - Suite 620, Philadelphia, PA 19104-2857 |
| 14424174 | + | Jennifer Luikart, PO Box 462, Wateford, PA 16441-0462 |
| 14424175 | + | Jennifer Mooring, 291 Hayes Ct PO Box 52, Byron, GA 31008-0052 |
| 14424177 | + | Jennifer Noble, 50 Clover Hill Road, Colts Neck, NJ 07722-1047 |
| 14424178 | + | Jennifer Smallwood, 10701 Bailey Terrace, Cheltenham, MD 20623-1140 |
| 14424179 | + | Jennifer Williams, 380 Fordham Place, East Freehold, NJ 07728-5368 |
| 14424180 | | Jenny Brownlee, 171 Adams Rd, Oakland, MS 38948 |
| 14424181 | + | Jermon Ellis, 21 Piercetown Rd, Bridgeton, NJ 08302-7204 |
| 14424182 | + | Jerome Dorsey, VAC of Atlanta 1776 Peachtree St NW Sute, Atlanta, GA 30309-2307 |
| 14424184 | + | Jerry Moore, 19026 Aiden Lane, Apt A, Hammond, LA 70403-0908 |
| 14424185 | + | Jersey City Treasurer, 1302 Central Ave Attn Tom Bertoli, Aberdeen, NJ 07747-1064 |
| 14424186 | + | Jersey Lighting Solutions, 42 Oxford Court, Englishtown, NJ 07726-1571 |
| 14424187 | + | Jersey Shore Pharamacy Compounding, 3007 Ocean Heights Ave, Egg Harbor Township, NJ 08234-7749 |
| 14424188 | + | Jersey Steamer Cleaning Services, 1301 Corlies Ave Suite 7D, Neptune, NJ 07753-5182 |
| 14424189 | + | Jessica Domec, 1340 Surrey Street Suite 101, Lafayette, LA 70501-7647 |
| 14424190 | + | Jessica Jacobus, 63 Marshall Dr., Egg Harbor Twp., NJ 08234-6018 |
| 14424191 | + | Jesus Cardenas, 4832 Bentree Ave, Long Beach, CA 90807-1007 |
| 14424192 | + | Jill S Lindberg, 306 Rue St. Ann, Metairie, LA 70005-3468 |
| 14424193 | + | Jim Carey, 18319 8th Ave SE, Bothell, Wa 98012-6803 |
| 14424194 | + | Jim Durst and Associates, P.O. Box 352, Mapleshade, NJ 08052-0352 |
| 14424195 | | Jim Overton Tax Collector, P O Box 44009, Jacksonville, FL 32231-4009 |
| 14424196 | + | Jimmie Andrews, 339 Lee Line Road, Tupelo, MS 38801-7994 |
| 14424197 | + | Jimmy Drinkard, 65 East Tate Rd, Senatobia, MS 38668-6521 |
| 14424198 | + | Jimmy John's Gourmet Sandwiches, 7159 Philips Hwy Ste 1, Jacksonville, FL 32256-6864 |
| 15124834 | + | Jo Ann Price, 330 Maltese Dr., Red Oak Texas 75154-8996 |
| 14424200 | + | Jo Ann Price, 660 Stretford Way Apt 209, Landover, MD 20785-5950 |
| 14424201 | + | Joan Fatheree, 501 Elmwood Drive, Lafayette, LA 70503-5221 |
| 14424202 | + | Joan Gladden, 5009 Blaine Street NE, Washington, DC 20019-5315 |
| 14424203 | + | Joann Honeycutt, 33 Victor Avenue, Eatontown, NJ 07724-1320 |
| 14424204 | + | Jodi Rayhon, 9 Davids Lane, Howell, NJ 07731-2863 |
| 14424206 | + | Joe Eckstein, 4402 Main Rd West, Emmaus, PA 18049-4921 |
| 14424207 | + | Joe Tobias, 7701 Bluff Rd, Millington, TN 38053-5008 |
| 14424208 | + | Joelle Marsano, 11 Howland Circle, West Caldwell, NJ 07006-7451 |

District/off: 0313-2                            User: admin                                          Page 27 of 72
Date Rcvd: Aug 07, 2026                        Form ID: pdf900                                   Total Noticed: 3576

| | | |
|---|---|---|
| 14424209 | | John B James, 1403 Fourth St. Ext., Braddock Hills, PA 15221 |
| 14424210 | + | John Betts, 1981 Cornell Rd, Middlesburg, FL 32068-5105 |
| 14424211 | + | John Bibb, 10726 Charles Street, LaPlata, MD 20646-4129 |
| 14424212 | + | John Bingham, 2520 Yorkmont Dr, Vestavia, AL 35226-3543 |
| 14424213 | + | John Bryan Stayton, 4073 Coleman Rd, Memphis, TN 38128-2451 |
| 14424214 | + | John Chulos, 2687 Avery Road, Memphis, Tenn 38112-4818 |
| 14424216 | + | John E Lecato, 14301 Kenion Lane, Accokeek, MD 20607-3745 |
| 14424217 | + | John Fetherston, 32 East Highland Ave., Atlantic Highlands, NJ 07716-1355 |
| 14424218 | + | John Foster, 4387 Osceola Trl, Middleburg, FL 32068-7122 |
| 14424219 | + | John Harper, 13632 Tower Road, Brandywine, MD 20613-8907 |
| 14424220 | + | John Heaton, 33 Vanderbilt Avenue Apt 12, Leonardo, NJ 07737-1468 |
| 14424221 | + | John Henry, 708 Turkey Oak Lane, Naples, FL 34108-8550 |
| 14424222 | + | John Hila, 30 Kearney Street, Keyport, NJ 07735-1235 |
| 14424223 | + | John Irion Sr, 20 Avis Road, Hollandale, MS 38748-3679 |
| 14424224 | + | John Maddox, 1519 North Ave, Port Norris, NJ 08349-3413 |
| 14424225 | + | John Miller & Son, 147 Oreland Mill Rd, Oreland, PA 19075-1530 |
| 14424226 | + | John Moore, 10005 W Sam Houston Pkwy N, Houston, TX 77064-7510 |
| 14424227 | + | John Moore LP, 10005 W Sam Houston Pkwy N, Houston, TX 77064-7510 |
| 14424228 | + | John Neylan, 49 Rose Court, East Freehold, NJ 07728-1457 |
| 14424229 | + | John Postlewait, 42 E Annapolis Drive, Sicklerville, NJ 08081-4326 |
| 14424230 | + | John Remez, 13995 Huckleberry Court, Bryantown, MD 20617-2011 |
| 14424231 | + | John Sandoz, 227 Garden Rd, River Ridge, LA 70123-1912 |
| 14424232 | + | John Scott, 3015 Baywood Way, Roswell, GA 30076-4252 |
| 14424233 | + | John Shea, 67 Broadway, Freehold, NJ 07728-1860 |
| 14424234 | + | John Taylor, 8400 Black Willow CT, Clinton, MD 20735-3336 |
| 14424235 | | John Wiley & Sons Inc, PO Box 416502, Boston, MA 02241-6502 |
| 14424236 | + | Johnnie Christian, 110 Island Place, Memphis, TN 38103-8844 |
| 14424237 | + | Johnnie M Smith, 82 North 6th Street, Newark, NJ 07107-2909 |
| 14424238 | + | Johnnie Vaughan, 27102 Cherry Blossom Court, Trenton, NJ 08648-1284 |
| 14424239 | + | Johnny Galindo, 3918 Cetti St., Houston, TX 77009-4823 |
| 14424241 | | Johnson & Roundtree Premium, P O Box 301599, Dallas, TX 75303-1599 |
| 14424240 | + | Johnson & Roundtree Premium, PO Box 2625, Del Mar, CA 92014-5625 |
| 14424242 | + | Johnson Controls, Dept CH 10320, Palatine, IL 60055-0001 |
| 14473277 | + | Johnson Controls Fire Protection, 50 Technology Drive, Attn: Bankruptcy, Westminster MA 01441-0001 |
| 14424243 | + | Johnson Controls Fire Protection LP, Dept CH 10320, Palatine, IL 60055-0001 |
| 14424244 | | Johnson Roundtree Premium, PO Box 301623, Dallas, TX 75303-1623 |
| 14424245 | | Joint Commission, PO Box 734505, Chicago, IL 60673-4505 |
| 14424246 | + | Jon Marsh, 658 Ivy Brook Way, Macon, GA 31210-5520 |
| 14424247 | + | Jon R Cowart, 1191 Sea Breeze Ave, Jacksonville, FL 32250-3225 |
| 14424248 | + | Jonathan DAmico, 111 Center Avenue, McDonald, PA 15057-1208 |
| 14424249 | + | Jonathan Ellichman, MD, 6043 River Oaks Cove, Memphis, TN 38120-2518 |
| 14424250 | + | Jonathan Lieberman MD, 2151 Route 38 East, Apt 1208, Cherry Hill, NJ 08002-4237 |
| 14424252 | + | Jorge Salazar, 8705 Tan Oak Dr., Germantown, TN 38138-7343 |
| 14512937 | + | Jorge Salazar, Dr., c/o Thomas D. Bielli, Esquire, Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14424253 | + | Jose Chavez, 1105 W 18th Ave, Covington, LA 70433-1915 |
| 14424254 | + | Jose Zamora MDPA, 2510 E Main Street Ste 104, Alice, TX 78332-4188 |
| 14424255 | | Joseph Biggs, 4622 Blackhorse Pike ste 102, Mays Landing, NJ 08330-3214 |
| 14424256 | + | Joseph Brezin, 250 Gypsy Lane, Wynnewood, PA 19096-1113 |
| 14424257 | + | Joseph Courteaux, 1004 N Starrett Rd., Metairie, LA 70003-5852 |
| 14424258 | + | Joseph Gardiner DPM, 135 Bloomfield Ave. Ste. A, Bloomfield, NJ 07003-5902 |
| 14424259 | + | Joseph Garzio, 19 Dodge Drive, Hamilton, NJ 08610-1901 |
| 14424260 | | Joseph Lopinto Sheriff & Ex-Officio Tax, P O Box 130, Gretna, LA 70054-0130 |
| 14424261 | + | Joseph M Castor, 460 S Olds Blvd Apt 116, Fairless Hills, PA 19030-3534 |
| 14424262 | + | Joseph Oolut MD, 333 Sugar Creek Blvd., Sugar Land, TX 77478-3607 |
| 14424263 | | Joseph P Corcoran, 411 N. 2nd Street, National Park, NJ 08063 |
| 14424264 | + | Joseph Perno MD, 14 Innoccuzi Drive, Hamilton, NJ 08690-2284 |
| 14424265 | + | Joseph Samedi, 427 Chapman Street, Irvington, NJ 07111-1501 |
| 14424266 | + | Josephine Parrella, 27 Rolling Meadows Blvd, Ocean, NJ 07712-8530 |
| 14424267 | + | Joshua Stevens, 126 Morehead Ave, Conshohocken, PA 19428-2928 |
| 14424268 | + | Joshua Wilensky, 3917 Kent Ave, Metairie, LA 70006-2521 |
| 14424269 | + | Josie Moore, 4207 236th Street SW E302, Mountlake Terrace, WA 98043-4311 |
| 14424270 | + | Josphine Masino, 299 North 10th Street, Newark, NJ 07107-1909 |
| 14424271 | + | Joy Farrar, 24 Birch Drive, Jackson, NJ 08527-1327 |

14424272 + Joy Jakuboski, 119 Blue Meadow Lane, Sicklerville, NJ 08081-9394
14424273 + Joyce Froetschel, 107 Winchester Dr, Mc Donald, PA 15057-2649
14424274 + Joyce Gray, 1821 Kaffin Avenue, Bywater, LA 70117-2913
14424275 + Joyce Jackson, 1411 Sea Pines Terrace, Mitchellville, MD 20721-3110
14424276 + Joyce Russ, 9708 Hammond St., New Orleans, LA 70127-3520
14424277 + Jr's Carpet & Floor, 2660 Pinewood Drive, Waldorf, MD 20601-3264
14424279   Juan Arredondolopez, 188 Shoemakersville Road, Shoemarkersville, PA 19555
14424280 + Juan Mancera, 2034 Windsor Circle, Durate, CA 91010-1965
14424281 + Jude Anne Pak, 200 Elton Adelphia Road, Freehold, NJ 07728-3100
14424282 + Judy H Brooks, 1050 Island Place East, Memphis, TN 38103-8866
14424283 + Judy Owens, 7802 Sarah Ann Drive, Southaven, MS 38671-8781
14424284 + Julie Avery Duggan, 36 Orcas Key, Bellevue, WA 98006-1020
14424285 + Julie Greimel, 507 Bowne Rd, Asbury Park, NJ 07712-3301
14424286 + Julie Howd, 43265 Riverside Drive, Hollywood, MD 20636-2415
14424287 + Julie Maier, 109 Carrick Way, Macon, GA 31210-4953
14424288 + Julie Russell, P O Box 59, Osyka, MS 39657-0059
14424289 + Julie Slay, 169 Jackson Lake Road, McDonough, GA 30252-6244
14424290 + Julie Suter, 20828 Grainery Court, Ashburn, VA 20147-4626
14424291 + Julie Vacchiano, 44 Fort De France Avenue, Toms River, NJ 08757-4409
14424293 + Jumbo Deli, 14905 Interurban Ave S, Tukwila, WA 98168-4621
14424294 + Junk Be Gone, 4452 Carwithan St, Philadelphia, PA 19136-1409
14424295 + Justin Kovach, 1206 Cardinal Circle, Indianola, MS 38751-2629
14424296 + Justin Theriot, 3926 Bauvais Street, Metairie, LA 70001-4908
14424329   KAZAKAWICH, KENDRA N, PO BOX 696, FAIRVIEW, AB T0H1L0
14823364 + KDPA, Inc., dba Anago of Western PA, Bill Ross, c/o Anago of Western PA, 300 Old Pond Road, Suite 202 Bridgeville, PA 15017-1270
14424388 + KS Associates LLC, 917 Prince Street, Alexandria, VA 22314-3008
14424297   Kaiser Permanente, PO Box 413065, Salt Lake City, UT 84141-3065
14424298 + Kaleidoscope Clinical Consulting, 458 E Highland Ave, Redlands, CA 92373-6876
14424299 + Kalison, McBride, Jackson & Murphy, P.A., 25 Independence Blvd, Warren, NJ 07059-2720
14424300 + Kalli Saisslin Dennis, 5632 46th Ave SW, Seattle, WA 98136-1403
14424301 + Kantola Productions LLC, 55 Sunnyside Ave, Mill Valley, CA 94941-1924
14424302 + Karen Cavallaro, 4220 Market Street - 2nd Floor, Philadelphia, PA 19104-3007
14424304 + Karen Dawson, 1825 Windward Court, Toms River, NJ 08753-3123
14424305 + Karen Estologa, 2309 Ironwood Drive, Waldorf, MD 20601-2989
14424306 + Karen Graybush, 518 Sumter Avenue, Carolina Beach, NC 28428-5213
14424307 + Karen Mac Ainsh, 67 Golf Club Drive, Langhorne, PA 19047-2162
14424308 + Karen McGuckin Spofford, 614 Thorncroft Drive, West Chester, PA 19380-6442
14424309 + Karen Rutynowski, 135 Overlook Dr, Neptune, NJ 07753-5544
14424310 + Kari Schell, 281 Barnsley Ave, Morrisville, PA 19067-2247
14424311 + Karl Ingram, 47053 Scott Drive, Hammond, LA 70401-7324
14424312 + Karol Britt, 1750 Madison Ave - Suite 300, Memphis, TN 38104-6428
14424313 + Karry Ford-Helseth, 4072 Marion Ave, Cypress, CA 90630-4227
14424314 + Karun Sharma MD, 6368 Lynwood Hill Road, Mclean, VA 22101-2315
14424315 + Katherine Fitzgerald, 2813 Monterrey Lane, Monroe, NC 28110-7860
14424316   Katherine Gott, 3830 Broomes Island Rd, Prince Frederick, MD 20678
14424317 + Katherine Major, 860 N 21st St, Philadelphia, PA 19130-1431
14424319 + Kathleen Sale, 627 Fox Lair Cove, Collieville, TN 38017-1726
14424320 + Kathleen Sands, 48 Bloomfield Avenue, Edison, NJ 08837-3523
14424321 + Kathryn E Scales, 1235 Athalia Avenue, Monessen, PA 15062-1819
14424322 + Kathryn Nardi, 1028 Isle of Palms Lane, Fernandina Beach, FL 32034-2933
14424323 + Kathy Anderson, 11314 Sailwing Creek Ct., Pearland, TX 77584-8274
14424324 + Kathy Matthews, 606 Chamlee Drive, Fort Valley, GA 31030-4006
14424325 + Kathy Stark RHIA CCS RCC, 114 Cartagena Drive, Brick, NJ 08723-7005
14424326 + Katiana Raymond, 1010 Vermont Ave NW - Ste 300, Washington, DC 20005-4945
14424327 + Katina Thomas, 2266 BridlePath Dr., Waldorf, MD 20601-2944
14424328 + Kaylee McDonald ND, PO Box 1530, Buckley, WA 98321-1530
14424330   Kean Miller LLP, P.O. Box 3513 - 400 Convention St. Ste #, Baton Rouge, LA 70821-3513
14424331 + Keever, Dalton, Johnson, Inc, 259 Luxomni Road, Lilburn, GA 30047-2827
14424332 + Keith Blondeau, 8021 Michigan St, New Orleans, LA 70128-1025
14424333 + Keith Ford Plumbing Co Inc, 261 Timber Jump Lane, Media, PA 19063-1147
14424334 + Keith Grier, P O Box 307, Port Tobacco, MD 20677-0307
14424335 + Keith Horton, 5920 Bradley Blvd, Bethesda, MD 20814-1107
14424336   Keith Richardson, VAC of South LA, Downey, CA 90241

| | | |
|---|---|---|
| 14424337 | | Kelcey Kraus, 4315 Parkview Drive, Wynnewood, PA 19096 |
| 14424338 | + | Kellee Enos, 100 Prospect Ave, Irvington, NJ 07111-1246 |
| 14424339 | + | Keller Williams Team Realty, 525 Piaget Ave, Clifton, NJ 07011-3550 |
| 14424340 | + | Kelly Law Firm, 3490 Piedmont Road Ste 340, Atlanta, GA 30305-4801 |
| 14424341 | | Kelly Services Inc, PO Box 530437, Atlanta, GA 30353-0437 |
| 14424342 | + | Kemly Electric, Inc, 1148 NW 50th Street, Seattle, WA 98107-5119 |
| 14424343 | + | Ken Beck, 345 Goat Lane, Rocky Mount, VA 24151-3782 |
| 14424344 | | Kendall, Department 00 10318, Palatine, IL 60055-0318 |
| 14424345 | + | Kenneth Bender, 132 Pennypacker Drive, Willingboro, NJ 08046-2621 |
| 14424346 | + | Kenneth Cho, 12705 Lincolnshire Drive, Potomac, MD 20854-2364 |
| 14424347 | + | Kenneth Kinard, 237 9th St, South AMboy, NJ 08879-2013 |
| 14424348 | + | Kent Smith, 609 Rupp St, Gretna, LA 70053-2109 |
| 14424349 | + | Kentec Medical Inc, 17871 Fitch, Irvine, CA 92614-6071 |
| 14424350 | | Kentwood Springs, PO Box 660579, Dallas, TX 75266-0579 |
| 14424351 | + | Kermit Boyce, 75 Farley Ave, Newark, NJ 07108-1540 |
| 14424352 | + | Kerry Lloyd, 3343 Rutgers, Long Beach, CA 90808-3456 |
| 14424353 | + | Kevin Carson, 119 Upper Riverdale Road, Riverdale, GA 30274-2540 |
| 14424354 | + | Kevin Courville, P.O. Box 82488, Lafayette, LA 70598-2488 |
| 14424357 | + | Key Locksmithing, 6 Devonshire Dr, Egg Harbor TWP, NJ 08234-7117 |
| 14424359 | | Keystone Business Products, 1011 Norht PArk Road, Wyomissing, PA 19610 |
| 14424358 | + | Keystone Business Products, 2298 Brodhead Rd, Bethlehem, PA 18020-8927 |
| 14424360 | | Keystone Collections Group, P.O. Box 559, Irwin, PA 15642-0559 |
| 14424362 | + | Keystone Hot Shot, 101 Sycamore Ave, Folsom, PA 19033-2321 |
| 14424363 | | Keystone Quality Transport, PO Box 2027, Media, PA 19063-9027 |
| 14424364 | + | Kia Stewart, 11685 Perry Branch Rd, Newburg, MD 20664-3105 |
| 14424365 | + | Kidney Disease Program, 201 W. Preston Street SS-3, Baltimore, MD 21201-2301 |
| 14424366 | + | Kiimber Lashley, 39750 Combs Rd, Leonardtowm, MD 20650-2503 |
| 14424367 | + | Kim Lewicki, 60 Susquehanna Ave, Rochelle Park, NJ 07662-3913 |
| 14424368 | + | Kim Louis, 2582 Moonbeam, Millington, TN 38053-7415 |
| 14424369 | + | Kimberli Robert, 3216 Whispering Pines Drive - Apt 22, Silver Springs, MD 20906-2454 |
| 14424370 | | Kimberly Cole, VAC of SW Chicago - Coral Plaza, Oak Lawn, IL 60453 |
| 14424372 | + | Kingdom Transportation Inc, 4701 New Bern Ave - Ste 102, Rakeugh, NC 27610-1548 |
| 14424374 | + | Kleinbard, Bell & Brecker, LLP, 1650 Market Street - 46thFloor, Philadelphia, PA 19103-7301 |
| 14424376 | + | Klyachkin Michael L MD, 688 Walnut St, Macon, GA 31201-0333 |
| 14424378 | | Kopf Health Law, LLC, 51 Monroe Street Suite 600, Rockville, MD 20850-2416 |
| 14424380 | + | Krieg Devault LLP, One Indiana Square Ste 2800, Indianapolis, IN 46204-2079 |
| 14424382 | + | Krista Woodring, 2727 S 13th Street, Philadelphia, PA 19148-4926 |
| 14424381 | + | Krista Woodring, 2727 South 13th Street, Philadelphia, PA 19148-4926 |
| 14424383 | + | Kristen Buck, 1031 Palmers Mill Road, Media, PA 19063-1006 |
| 14424384 | + | Kristi Pottgieser, 14037 Summer Breeze Drive, Jacksonville, FL 32218-8458 |
| 14424385 | + | Kristina Breeden, 120 Delview Dr, Wilmington, DE 19810-4408 |
| 14424386 | + | Kristina McGuire, 7511 Tomahawk Court Apt E, Baltimore, MD 21237-3622 |
| 14424387 | + | Kroll Ontrack Inc, P O Box 845823, Dallas, TX 75284-5823 |
| 14424389 | + | Kulzer & DiPadova, PA, 76 E Euclid Ave Ste 300, Haddonfield, NJ 08033-2342 |
| 14424390 | + | Kuper Signs, 20508 Charter Oak Dr., Ashburn, VA 20147-7460 |
| 14424391 | + | Kwik Keys, 902 Highway 82 East, Greenville, MS 38701-5412 |
| 14424392 | + | Kyle Smith MD, 38 Sun Lane, Mount Vernon, TX 75457-8256 |
| 14424393 | + | Kyoung J Park, 6418 Gusty Trail Lane, Houston, TX 77041-6013 |
| 14424394 | + | L-1 Enrollment Services, 1650 Wabash Ave Suite D, Springfield, IL 62704-5370 |
| 14424395 | + | L.C.H., Inc, 20006 Gemstone, Montgomery, TX 77356-3258 |
| 14424396 | + | LA Patient Compensation Fund, PO Box 3718, Baton Rouge, LA 70821-3718 |
| 14424397 | | LA County Clerk, P O Box 1208, Norwalk, CA 90651-1208 |
| 14424410 | + | LAMMICO, P.O. Box 54571, New Orleans, LA 70154-4571 |
| 14424497 | + | LLR Board of Medical Examiners, 110 Centerview Drive Suite 306, Columbia, SC 29210-8432 |
| 14424498 | + | LM Architecture, 2129 South Germantown RD, Germantown, TN 38138-3844 |
| 14424499 | + | LMV Services Premier Transport, 11020 Fineview Street, S El Monte, CA 91733-2817 |
| 14424399 | | Laboratory Corp of America, P O Box 1606, Burlington, NC 27216-1606 |
| 14424400 | + | Lafayette Alarm Services, P O Box 90532, Lafayette, LA 70509-0532 |
| 14424401 | + | Lafayette City Parish Consolidated Gov, PO Box 4308, Lafayette, LA 70502-4308 |
| 14424403 | + | Lafayette Glass & Mirror Inc, 106 Row 2 Suite B1, Lafayette, LA 70508-4328 |
| 14424404 | + | Lafayette Physicians Group, LLC, 300 West St. Mary Blvd., Lafayette, LA 70506-4638 |
| 14424405 | + | Lafayette Police Department, PO Box 4308, Lafayette, LA 70502-4308 |
| 14424406 | + | Lafayette Utilities System, PO Box 4024, Lafayette, LA 70502-4024 |

District/off: 0313-2 User: admin Page 30 of 72
Date Rcvd: Aug 07, 2026 Form ID: pdf900 Total Noticed: 3576

14424407 + Laffayette Parish Tax Collector, PO Box 52667, Lafayette, LA 70505-2667
14424408 + Lamika Moore, 8241 Williams Ave., Apt A, Philadelphia, PA 19150-2010
14424409 + Lamley Amah-Lee, 13030 Hickory Ave, Waldorf, MD 20601-2040
14424411 + Lampard's Wholesale Meat Inc, 4146 Highway 8, Cleveland, MS 38732-8501
14424412 + Lana Smilan, 1450 Parkside Ave Unit 18, Trenton, NJ 08638-2951
14424415 + Larry Cooper, P O Box 307, Sunflower, MS 38778-0307
14424416 + Larry E Williams, 1705 South Christmas St, Cleveland, MS 38732-4411
14424418 + Lasser Hochman, 75 Eisenhower Parkway - Ste 120, Roseland, NJ 07068-1691
14424419 + Latoya Holmes, 1019 Brightseat Road - VAC, Landover, MD 20785-3738
14424420 + Latoya Jones, 520 Oxford St, Vineland, NJ 08360-2829
14424421 + Latoya Patterson, 1236 O. M. Cox Rd, Potts Camp, MS 38659-8244
14424423 + Laura Barger, 12707 Old Country Cove, Olive Branch, MS 38654-6245
14424424 + Laura Murphy, 314 Dickinson Street, Philadelphia, PA 19147-6515
14424425 + Laura Petrosino, 498 Tivoli Court, Morganville, NJ 07751-1776
14424426 + Lauren Bryant, 301 Loraine Woods Drive, Macon, GA 31210-5333
14424427 + Lauren Erney, 106 Hooks Lane, Canonsburg, PA 15317-1836
14424428 + Lauren McEwen, 3918 Center Ave, Allison Park, PA 15101-3406
14424429 + Laurie Brown, 4 Adams Court, Sicklerville, NJ 08081-4713
14424430 + Laurie Rieger, 943 9th Ave, Brackenridge, PA 15014-1105
14424431 + Lawrence Genereux, 190 Besecker Dr, East Stroudsburg, PA 18302-7891
14424432 + Layton X-ray Services, 6289 Bankhead Highway - Bldg 15, Austell, GA 30168-4705
14424433   Laz Parking, PO Box 759311, Baltimore, MD 21275-9311
14424442 + LeMaitre Vascular, P O Box 978979, Dallas, TX 75397-8979
14424434   Leah Mooneyham, 2402 MS Hwy 35, South Charleston, MS 38921
14424436 + Learning Harbor Inc., 16 Deep Hollow lane, Columbus, NJ 08022-1018
14424437   Lebow & Malecki, PO Box 92170, Elk Grove, IL 60009-2170
14424438 + Legal Ease Enterprises Inc, 1851 Sanford Street, Philadelphia, PA 19116-3845
14424439   Legal Shield, P O Box 2629, Ada, OK 74821-2629
14424440 + Lehigh Valley Foot and Ankle Society, 2895 Hamilton Blvd. Ste 102, Allentown, PA 18104-6172
14424443 + Len Reilly, 108 13th St, Pittsburgh, PA 15229-1326
14424444 + Lenny's Sub Shop, 12 South Cooper Street, Memphis, TN 38104-4210
14424445   Leo Vasquez Tax Assessor Collector, PO Box 4622, Houston, TX 77210-4622
14424446 + Leonard Guarini, 83 Tatum Dr, Middletown, NJ 07748-3124
14424447 + Leroy Johnson Office, P O Box 1161, Allentown, PA 18105-1161
14424448 + Leshae Guy, 1027 Atlee Drive, Hyattsville, MD 20785-5966
14424449 + Lesile Smith, 10073 Woodland Birch, Lakeland, TX 38002-3949
14424450 + Leslie Padgett, P.O. Box 661, La Plata, MD 20646-0661
14424451 + Leslie Smith, 10073 Woodland Birch Cove, Lakeland, TX 38002-3949
14424452 + Lester Shoemaker, 22 Alfred Court, Glassboro, NJ 08028-2052
14424453 + Lewis, Miller & Co., Inc, P.O. Box 15205, Sacramento, CA 95851-0205
14424454 + Liberty Ambulance Service, 1626 Atlantic University Cir, Jacksonville, FL 32207-2227
14424455 + Liberty Partners Group, LLC, 300 New Jersey Avenue, NW, Ste 900, Washington, DC 20001-2271
14424456 + Liebel-Flarsheim Co LLC, P O Box 3571, Carol Stream, IL 60132-3571
14424457 + Life Safety Services LLC, 908 S 8th St., Ste 500, Louisville, KY 40203-3360
14424459   Life Streams Medical Transport Inc, P O Box 47, Clinton, NJ 07015-0047
14424460 + LifeStar Response of NJ, PO Box 827299, Philadelphia, PA 19182-7299
14424461   Lifetime Benefits Solutions, P.O. Box 780, Liverpool, NY 13088-0780
14424462   Lifewise Health Plan of Washington, PO Box 327 MS 229, Seattle, WA 98111-0327
14424463 + Lighthouse Services Inc, 1710 Walton Rd Ste 204, Blue Bell, PA 19422-2304
14424464 + Ligia Polo-Odar, 1614 Dolphin Ave, Bargaintown, NJ 08232-4657
14424465 + Lillian Carter, 1059 Main Street, Port Noris, NJ 08349-2605
14424466 + Lillian R Sanderlin, 1624 Mediterranean Ave, Atlantic City, NJ 08401-4363
14424467 + Lillie Tabb, 212 Philllips 366 Road, Poplar Grove, AR 72374-9342
14424468 + Lily's Limo & Taxi Service, 325 Valley Street, South Orange, NJ 07079-2805
14424469 + Lina Chabala, 11217 Sewickley St, Waldorf, MD 20601-2658
14424470   Lincoln Financial Group, P O Box 0821, Carol Stream, IL 60132-0821
14424471 + Linda Canales, 10553 Bramley Court, Waldorf, MD 20603-3219
14424472 + Linda Derrickson, 4434 Homestead Ave, Pennsauken, NJ 08109-1659
14424473 + Linda Franklin, 151 Baileu Rd, Glen Allen, MS 38744-9770
14811097 + Linda Franklin, 151 Bailey Road, Glen Allen, MS 38744-9770
14424474 + Linda Hawkins, 900 G Street NE Apt 623, Washington, DC 20002-7424
14424475 + Linda Hill, 386 Fork Bridge Road, Pittsgrove, NJ 08318-4527
14424476 + Linda Johnson, 21 Percetown Rd, Bridgeton, NJ 08302-7204

14424477   + Linda Norris, 341 E Lawnwood Drive, Collierville, TN 38017-1556
14424478   + Linda S Thomas, 11011 Harts Rd Apt 407, Jacksonville, FL 32218-3733
14424479   + Linda Suissa, 172 Ridge Ave, Bloomfield, NJ 07003-3864
14424480     Linda Truly, 17 Fir Street, Charleston, MS 38921
14424481   + Linde Healthcare, PO Box 915241, Dallas, TX 75391-5241
14424482   + Lindley Brian Eckman, 123 Regal Ct, Limerick, PA 19468-3406
14424484   + Lindsay Williams, 845 McKnight Road, Cleveland, MS 38732-8739
14424485     Line Systems Inc, PO Box 826590, Philadelphia, PA 19182-6590
14424486   + Linette Hawkins, 8701 Seasons Way, Lantham, MD 20706-3815
14424488   + Lisa C Machak, 3415 - 211th Street SE, Bothell, WA 98021-3520
14424489   + Lisa Erickson, 5 Blair CT, Spring Lake Heights, NJ 07762-1949
14424490   + Lisa Haviland, 1410 Francis Drive, Wall, New Jersey 07719-4460
14424492   + Lisa Leibfreid, 207 Red Maple Court, Chalfont, PA 18914-4411
14512901   + Lisa M. Peters, Esq., c/o Kutak Rock LLP, The Omaha Building, 1650 Farnam Street, Omaha, NE 68102-2186
14424494   + Lisa Parker, 536 Summoit Drive, Point Pleasant, NJ 08742-2781
14424495   + Lite Tech Inc., 975 Madison Ave, Norristown, PA 19403-2411
14424496   + Lloyd's, 2801 West Chester Pike, Suite 200, Broomall, PA 19008-1836
14424500     LocumTenens.com, PO Box 405547, Atlanta, Georgia 30384-5547
14424501     Locumtenens.com, PO Box 405547, Atlanta, GA 30384-5547
14424502     Lofton medical Services LLC, P.O. Box 53867, Lafayette, LA 70505-3867
14424503   + Lora Gibb, 130 Great Rock Drive, Bethel Park, PA 15102-2276
14424504   + Loraine Dragwo, 8301 Sanctuary Blvd, Riverdale, NJ 07457-1641
14424505   + Loren Bogaard, 10014 48th NE, Seattle, WA 98125-8128
14424506   + Lorenzo Veloz Diaz, 6013 Mentana St, Hyattsville, MD 20784-3508
14424507   + Lori Boschetto, 103 Gentry Drive, Swedesboro, NJ 08085-3070
14424508   + Lori Hoskins, 810 E. Sunflower Rd., Ste 100 B, Cleveland, MS 38732-2828
14424509   + Lori McGee, 431 Riverwalk, McDonough, GA 30252-9014
14424510   + Lori Nichols, 2414 Chesnut Hill Drive, Cinaminson, NJ 08077-3623
14424511   + Lorie Anne Campbell, 24777 Blackstone Rd, Hollywood, MD 20636-4829
14424512   + Lorraine Brown, 4810 Corsica Place, New Orleans, LA 70129-1526
14424514   + Lorraine Weindel, 4012 Henican Place, Metairie, LA 70003-1310
14424515     Lorrie Duffy, 322 Russell Avenue, Jacksonville, FL 32218
14424516   + Lory Beloni, 327 Appenzell Terrace, Stroudsburg, PA 18360-7743
14424517   + Los Angeles County Treasurer, 3530 Wilshire Blvd 9th Flr, Los Angeles, CA 90010-2392
14424518     Los Angeles Registrar Recorder County Cl, PO Box 53592, Los Angeles, CA 90053-0592
14424519     Los Angeles Times, File 54221, Los Angeles, CA 90074-4221
14424520   + Lou Bernard, 422 South Fairview Street, Lock Haven, PA 17745-3404
14424521   + Louis Ramirez, 10522 Santa Gertrudes Ave Apt #43, Whittier, CA 90603-2740
14424522   + Louis Vernon, 111 Beechwood Terrace, Pottstown, PA 19465-8610
14424523   + Louisana State Board of Nursing, 17373 Perkins Road, Baton Rouge, LA 70810-3822
14424524   + Louise Rhea, 460 S Lauderdale Street Apt 116, Memphis, TN 38126-2016
14424525   + Louisiana Board of Pharmacy, 3388 Brentwood Drive, Baton Rouge, LA 70809-1700
14424526   + Louisiana Department of Public Safety &, PO Box 30250, New Orleans, LA 70190-0250
14424528   + Louisiana Special Systems Inc, 579 Nap Lane, Opelousas, LA 70570-0334
14424529   + Louisiana State Board of Medical Examine, PO Box 54403, New Orleans, LA 70154-4403
14424530   + Love Court Reporting Inc, 2002 Sproul Road, Suite 100, Broomall, PA 19008-3510
14424531   + Luc R Adams, 6844 Oreana Place, Bryans Rd, MD 20616-6104
14424532   + Lucid Diagnostic Imaging Services LLC, 3 Blueberry Lane, Leonardo, NJ 07737-1804
14424533   + Luis Arango, 20519 Vendale Drive, Lakewood, CA 90715-1139
14424535   + Luke Carbone, 90 Leedsville Dr, Lincroft, NJ 07738-1210
14424536   + Lula L Strickland, 1825 E 22nd St, Jacksonville, FL 32206-2664
14424537   + Luvenia Phillips, P.O. Box 892, 301 Main St, Rosedale, MS 38769-0892
14424538   + Luz Mercado, 230 Patriots Court, Absecon, NJ 08205-3620
14424540   + Lyman Davidson Dooley Inc, 5201 W Kennedy Blvd - Ste 501, Tampa, FL 33609-1819
14424539   + Lyman Davidson Dooley Inc, 1640 Powers Ferry Road, Marietta, GA 30067-9444
14424541     Lynda Cook, Vac of West Orange, West Orange, NJ 07052
14424542   + Lynette Huey, 500 Royal Stewart Court, Saint John's, FL 32259-5910
14424543   + Lynn Medical, P O Box 930459, Wixom, MI 48393-0459
14424544   + Lynn Mishoe, 7417 Earnshaw Drive, Brandywime, MD 20613-7627
14424545   + Lynn Ryan, 1504 Ocean Ave 5B, Belmar, NJ 07719-9005
14424546   + Lynn-Sandy Ryan, 1504 Ocean Ave 5B, Belmar, NJ 07719-9005
14424547   + M Baccora MD, 5909 Scenic Dr. NE, Tacoma, WA 98422-1452
14424548   + M&M Joint Venture LLP, 14145 Brandywine Road, Brandywine, MD 20613-3003

14424549   + M&T Credit Services, LLC, P.O. Box 62176, Baltimore, MD 21264-2176
14424550   + M. Al Hamad, MD, 8707 Burdette Rd, Bethesda, MD 20817-2804
14424551   + M. Burr Keim Agency, 2021 Arch Street, Philadelphia, PA 19103-1467
14424664     MASALA, 10904 Scarsdale Blvd #350-117, Houston, TX 77089-6068
14424679   + MBM Contracting Inc, 4999 Old Clairton Rd, Pittsburgh, Pa 15236-2260
14424680   + MBS Insurance Services, 215 Myrtle Avenue, Boonton, NJ 07005-1753
14424686   + MCI Comm Services, P O Box 371815, Pittsburgh, PA 15250-7815
14424695   + MD Contracting Inc, 5873 Winter Oaks Place, Frederick, MD 21704-6872
14424696     MD Department of the Environment, P.O. Box 2198, Baltimore, MD 21203-2198
14424697     MD IPA Health Plan, PO Box 932, Frederick, MD 21705
14424698   + MDHealth, 201 W. Preston St. Room 215A, Baltimore, MD 21201-2301
14424699   + MDI Consultants, Inc., 55 Northern Blvd. Ste 200, Great Neck, NY 11021-4058
14424737   ++ MEDLINE INDUSTRIES INC, ATTN ANNE KISHA, ONE MEDLINE PL, MUNDELEIN IL 60060-4486 address filed with court:,
             Medline Industries Inc, Box 382075, Pittsburgh, PA 15251-8075
14424744   + MEDSTAT EMS, PO Box 962170, Riverdale, GA 30296-6918
14424773   ++ MERRY X RAY, 8020 TYLER BLVD, MENTOR OH 44060-4825 address filed with court:, Merry X ray, 8020 Tyler Blvd, Mentor, OH,
             OH 44143
14424793   + MF Irvine, 21 E. 5th Avenue, Ste 204, Conshohocken, PA 19428-1788
14424834   + MIIX Insurance Company in Liquidation, 2271 Route 33 Suite 105, Hamilton, NJ 08690-1749
14424851   + MIMIT PC, 8600 W. Bryn Mawr Ave Suite 850N, Chicago, IL 60631-3579
14424867   + MK Electric Man, PO Box 144, St Bernard, LA 70085-0144
14424868   + MKC of the Treasure Coast Inc, 11136 English Moss Lane, Jacksonville, FL 32257-1556
14424869   + MKSD LLC, 1209 Hausman Rd., Ste A, Allentown, PA 18104-9300
14424870   + MLP PA Builders TI, LLC, 2701 Renaissance Blvd, 4th Floor, King of Prussia, PA 19406-2781
14424871   + MMIC Agency Inc, 700 Spring Forest Rd Ste 400, Raleigh, NC 27609-9124
14424882   + MORPHO Trak Inc, PO Box 183 - Fingerprint Unit, Trenton, NJ 08625-0183
14424552   + Mabeck Janitorial Services Inc, P.O. Box 1020, Shaw, MS 38773-1020
14424553   + Macecilia Velasquez, 8811 Admiral Drive, Laurel, MD 20708-3509
14424554   + Macon Discount Glass Co, 569 Jenkins Street, Macon, GA 31201-2950
14424555   + Macon Occupational Medicine LLC, 124 Third Street, Macon, GA 31201-3404
14424556     Macon-Bibb County Tax Commissioner, P.O. Box 4724, Macon, GA 31208-4724
14424557   + Madeline Sanchez, 30 Putnam Street, Lodi, NJ 07644-1430
14424558   + Madelyn Evans, 2409 Creek Road, Glenmore, PA 19343-1513
14424559   #+ Magarita Franks, 7501 Meadowland Drive, Memphis, TN 38133-5205
14424560   + Magic Carpet Cleaners, 21 Chipper Road, Wapwallopen, PA 18660-1705
14424561   + Magnacare Insurance, 1600 Stewart Ave, Westbury, NY 11590-6696
14424562   + Magnolia Plumbing Inc, 600 Gallatin Street NE, Washington, DC 20017-2359
14424565     MailFinance, PO Box 45850, San Francisco, CA 94145-0850
14424566     Maine Board of Licensure in Medicine, 161 Captiol Street, Augusta, ME 04333-0137
14424567   + Major Medical Hospital Services, 150 Cooper Road, West Berlin, NJ 08091-9279
14424568   + Malcon Building & Remodeling, 2525 Hunting Ridge Trail, Bridgeville, PA 15017-1664
14424569   + Malgorzata Skora, 67 Cox Cor Road, Toms River, NJ 08755-0952
14424570   + Malinda Davis, 291 North Church Street, Drew, MS 38737-3107
14424571     Malinda Fairman, 37 Furman Lane, Walston, PA 15781
14424572     Mallincrodt, P.O. Box 3571, Carol Stream, IL 60132-3571
14424573   + Malwinder Singha, 45300 Los Gatos Rd, Temecula, CA 92590-4343
14424574   + Manassas Cab, 7565 Gary Road, Manassas, VA 20109-2608
14424575   + Manders Decorating Company Inc, 9141 Brookville Road, Silver Spring, MD 20910-1829
14424577   + Maplewood Awning & Shade Co, 1789 Springfield Ave, Maplewood, NJ 07040-2996
14424578   + Maquet Medical Systems, 45 Barbour Pond Drive, Wayne, NJ 07470-2094
14424580   + Maraposa Surgical Inc., PO Box 158, Bradford, PA 16701-0158
14424581   + Marc Gamino, 9333 Marina Pacifica Drive N, Long Beach, CA 90803-7004
14424583     Marco Herreranoguera, 111 Bath Ave. Apt 29, Long Branch, NJ 07740
14424584   + Marg Couvillon, 930 Poydras Street Apt 1704, New Orleans, LA 70112-1700
14424585   + Margaret Atkinson, 1862 Bisbee Ave, Waterford, NJ 08089-1939
14424586   + Margaret Bennett, 1010 W 25th Ave, Covington, LA 70433-1322
14424587   + Margaret Couvillon, 718 East 10th Ave, Covington, LA 70433-3920
14424588   + Margaret Doty, 69 Spruce Drive, Fair Haven, NJ 07704-3615
14424589   + Margaret Evernham, 306 Center Ave, Middletown, NJ 07748-5365
14424590   + Margaret Flaherty, 2662 Center Street, Pittsburgh, PA 15205-2438
14424591   + Margaret G Campbell, 5002 CR 90, Greenwood, MS 38930-5512
14424593   + Margaret Ledrut, 608 Fairway Court, Covington, LA 70435-0592
14424594   + Margaret Thurmond, 64 Ashland Ave, Ampere, NJ 07017-2306

District/off: 0313-2                                        User: admin                                          Page 33 of 72
Date Rcvd: Aug 07, 2026                              Form ID: pdf900                                     Total Noticed: 3576

14424595   + Margolis Edelstein, 170 S, Independence Mall W., Ste 400E, Philadelphia, PA 19106-3380
14424596   + Maria Ganor, 59 South Woodbury Road, Pitman, NJ 08071-1656
14424597   + Maria Mendez, 1202 Cotswald Lane, Cherry Hill, NJ 08034-3017
14424598     Maria Morales, 1721 Highland Street, Memphis, TN 38111
14424599   + Maria Murasso, 41 Annapolis Drive, Hazlet, NJ 07730-2301
14424600   + Maria Nunez, 13810 Sutton Park Dr. North Unit #322, Jacksonville, FL 32224-4241
14424601   + Marian Wisnyi, 22 Nassau Ave, West Deptford, NJ 08096-3926
14424602   + Mariana Fernandes, 2820 Jones Blvd, Easton, PA 18045-7129
14424603   + Marianne Bullian, 224 Third Street, Wilmerding, PA 15148-1003
14424604   + Marie McCann, 23597 5th Ave, Abita Springs Lane, LA 70420-2237
14424606   + Marie Petrizzo, 14 Boyd Road, Hazlet, NJ 07730-1461
14424608   + Marilyn West, 824 S Parkway, Cleveland, MS 38732-3930
14424609   + Mario Lombardozzi, 4345 Birchdale Dr, Girard, PA 16417-1805
14424611   + Mario Pico, 4 Montclair Court, East Brunswick, NJ 08816-5830
14424612   + Marisa Deluca, 203 Snake Den Road, Wanaque, NJ 07465-2512
14424613   + Marjorie Spencer, 506 Roosevet Ave., Northfield, NJ 08225-1665
14424614   + Mark Allen, 300B American Legion Road, Greer, SC 29651-6123
14424615   + Mark Beard, P.O. Box 188, Folsom, LA 70437-0188
14424616   + Mark Champagne, P.O. Box 827, Hahnville, LA 70057-0827
14424617   + Mark Lamarro, 3184 Union RD, Vineland, NJ 08361-7656
14424618   + Mark Tucci, 13321 Travilah Road, Potomac, MD 20854-1097
14424619   + Market District, 5550 Centre Ave, Pittsburgh, PA 15232-1206
14424620   + Marlene S Cox, 9872 Whitfield Ct, Jacksonville, FL 32221-1296
14424621   + Marlin Business Bank, P O Box 13604, Philadelphia, PA 19101-3604
14424623   + Marlon Patiag, 12911 Neola Road, Silver Spring, MD 20906-4246
14424624   + Marlyn Acosta, 29 Cedar Ave, Middletown, NJ 07748-5807
14424625   + Marlyon K Buckner, 5846 Mt Carmel Terrace Apt 304, Jacksonville, FL 32216-4961
14424626     Marsh US Consumer, P.O. Box 14576, Des Moines, IA 50306-3576
14424627   + Marshall Medical Transport LLC, 409 Pavilion St, Lafayette, LA 70507-2693
14424628   + Martha Irion, 3519 Hwy 1 South, Greenville, MS 38701-7213
14424629   + Martin Carignan, 6118 Savannah Grace LN, Huntersville, NC 28078-1254
14424631   + Marvin & Rene Presser, 4224 Market Street, Philadelphia, PA 19104-3242
14424632   + Marvin Stein & Associates, LLC, 2221 Fifth Avenue, Seattle, WA 98121-1807
14424633   + Mary Ann McMillion, 401 North Broadway Apt 23, Drew, MS 38737-3161
14424634   + Mary Anne Schweitzer, 411 State Street, Calumet City, IL 60409-2617
14424635   + Mary Anne Suter, 1512 Lucon Road, Oreland, PA 19075-2428
14424636   + Mary B Hampton, 1361 S Wilson Ave., Metairie, LA 70003-6221
14424637   + Mary Baham, 69349 Taverny Ct, Madisonville, LA 70447-3200
14424638   + Mary Banzhof, P.O. Box 667, Swiftwater, PA 18370-0667
14424639   + Mary Beth McCusker, 7 North Columbus Blvd., Unit 113, Philadelphia, PA 19106-1423
14424640   + Mary E Lacey, 5100 Gwynn Road, LaPlata, MD 20646-5638
14424641   + Mary Flowers, P.O. Box 778, Rosedale, MS 38769-0778
14424642   + Mary Franklin, 14220 Interurban Ave. So., Suite A 110, Tukwila, WA 98168-4662
14424644   + Mary Irwin, 125 Country Creek Rd., Macon, GA 31220-4029
14424645   + Mary K Gonzales, 124 Penwood LP, Covington, LA 70433-6510
14424646   + Mary Kay, 6265 Ironsides Dr N, Jacksonville, FL 32244-4476
14424648   + Mary Lou Palencsar, 105 Newburn Drive Apt 1, Pittsburgh, PA 15216-1332
14424649   + Mary Sahdev, 9905 Hillridge Drive, Kensington, MD 20895-3230
14424650   + Mary Schnabel, 43 Vacari Way, Little Egg Harbor, NJ 08087-4028
14424651   + Mary Scholl, 3019 Atlantic Ave, Longport, NJ 08403-1416
14424652     Mary Sweetney, 1009 Rhodes Drive, White Plains, MD 20695
14424653   + Mary Tappe, 146 Wolfe Run Road, Cranberry Twp, Pa 16066-2724
14424654   + Mary Wooten, 255 Pannell Rd, Millington, TN 38053-0241
14424657   + MaryKay Burke, 3009 Hemlock Drive, Allison Park, PA 15101-4010
14424655   + Maryanne Coutino, 5214 Prairer Sky Drive, Arlington, TN 38002-8990
14424656   + Maryanne Krosoff, 906 Layton Road, Dawson, PA 15428-1035
14424658     Maryland Board of Nursing, 4140 Patterson Ave PO BX 2578, Baltimore, MD 21215-0096
14424659     Maryland Board of Physicians, PO Box 17314, Baltimore, MD 21297-0475
14424660     Maryland Department of Enviorment, P O Box 2198, Baltimore, MD 21203-2198
14424661   + Maryland Medical Electronices, 668 Kensignton Ave W, Severna Park, MD 21146-2510
14424662     Maryland Podiatric Medical Association, 600 Baltimore Ave Ste 301, Towson, MD 21204-4022
14424665   + Matloob Rehman MD, 1310 Andorra Lane, Covington, LA 70433-4545
14424666   + Matson American Trans Svc, PO Box 71-4491, Columbus, OH 43271-0001

14424667 + Matthew Carr, 2407 Reedy Creek Road, Forsyth, GA 31029-7749
14424668 Matthew Sanger, VAC of New Orleans, Metairie, LA 70001
14424669 + Matthew Thompson, 114 Poplar Walk, Ridley Park, PA 19078-1913
14424670 + Matthwe D Pelo Plumbing & Heat, 2803 Appleby Drive, Ocean, NJ 07712-4505
14424671 + Maui Medical Suplies LLC, 6884 RFD, Long Grove, IL 60047-2043
14424672 Maureen Beauchesne, 1729 YMCA Rd RR#6, Gibsons, BC VON 1V6
14424673 + Maurice Derose, 1403 Rustic Drive Apt 13, Ocean, NJ 07712-7450
14424674 + Maxcare Transport LLC, 5665 Bartlett St, Pittsburgh, PA 15217-1513
14424676 + Maximo Lamarche MD, 109 Jean Baptiste Drive, Lafayette, LA 70503-5825
14424677 + MayFlower Transit LLC, 22262 Network Place, Chicago, IL 60673-1222
14424678 Mazda Capital Services c/o Chase, P.O. Box 78074, Phoenix, AZ 85062-8074
14424681 + McClellans Security Services Inc, 500 North Chrisman Ave, Cleveland, MS 38732-2324
14424682 + McCloskey, Mina and Cunniff LLC, 12 City Center, Portland, ME 04101-4006
14424683 + McDougald & Cohen PS, 1411 Fourth Ave Suite 200, Seattle, WA 98101-2244
14424684 + McGuireWoods LLP, 77 W. Wacker Drive STE 4100, Chicago, IL 60601-1818
14424685 + McHugh Engineering Assoc Inc, 136 Poplar Street, Ambler, PA 19002-4744
14424687 + McKamish Inc, 50 55th Street, Pittsburgh, PA 15201-2397
14424688 + McKay Chadwell PLLC, 600 University Street, Ste 1601, Seattle, WA 98101-4124
14424689 McKesson, P O Box 634404, Cincinnati, OH 45274-4404
14424690 + McKesson Plasma & Biologics, 16578 Collection Center Dr, Chicago, IL 60693-0001
14424691 + McLean Controls Inc, 4380 Hackett Place, White Plains, MD 20695-3059
14424692 + McPollard's, 4233 W 76th Street - Unit 301, Chicago, IL 60652-1364
14424693 + McVay Washington, 2811 Sydney Avenue, District Heights, MD 20747-2847
14424694 + McVey Associates Inc, 1326 Ross St.. Ste. B, Petaluma, CA 94954-6545
14424700 + Med Medics Inc, 4805 Lenox Ave, Jacksonville, FL 32205-4979
14424701 + Med Mobile EMS, 29 East 1st St., East Stroudsburg, PA 18301-1901
14424702 + Med Pro Imaging Inc, 821 Corporate Court, Ste 101, Waukesha, WI 53189-5010
14424703 + Med-Cab Inc, 242 Washington Ave - Ste E, Nutley, NJ 07110-1994
14424704 Med-Lantic Management Services Inc., P.O. Box 64100, Baltimore, MD 21298-9134
14424705 + Med-Van Transport, 1311 Philadelphia Ave, Northern Cambria, PA 15714-1181
14424706 + MedAmerica, LLC, 6309 Ventnor Ave, Ventnor City, NJ 08406-2295
14424709 + MedComp, 1499 Delp Drive, Harleysville, PA 19438-2936
14424710 + MedForce Inc, 3615-C Chain Bridge Road, Fairfax, VA 22030-3237
14424739 + MedPro, 5814 Reed Rd., Fort Wayne, IN 46835-3568
14832636 + MedPro Group Inc., Attn: Matthew Degitz, 5814 Reed Road, Fort Wayne IN 46835-3568
14832635 + MedPro Group Inc., Attn: Leslie Kizziar, 5814 Reed Road, Fort Wayne IN 46835-3568
14424741 + MedRelief Staffing, 8502 Tybor Dr., Houston, TX 77074-3012
14424742 + MedRide Inc, 9430 Lanham Severn Road #200, Lanham, MD 20706-2642
14424707 + Medcentric, Inc., P O Box 181, Cleverdale, NY 12820-0181
14424708 + Medcom Soft, 378 Industrial Park Road, Ebensburg, PA 15931-4116
14424711 Medi USA LP, P O Box 890107, Charlotte, NC 28289-0107
14424712 + Medi-Transport of NJ, 63 Second Ave., Hamilton, NJ 08619-3284
14424734 + MediCleanse, PO Box 957, Renton, WA 98057-0957
14424713 + Medical Action Industries, 25 Heywood Road, Arden, NC 28704-9302
14424714 Medical Arts Press, P.O. Box 37647, Philadelphia, PA 19101-0647
14424715 + Medical Board of California, 2005 Evergreen Street - Suite 1200, Sacramento, CA 95815-5401
14424716 + Medical Care Cost Recovery, 1826 Veterans Blvd, Dublin, GA 31021-3620
14424717 + Medical Device Technologies, 3600 S.W. 47th Ave., Gainesville, FL 32608-7555
14424718 + Medical Gas Testing Service Inc, 279 Florencewood Drive, Collierville, TN 38017-1801
14424719 + Medical Learning Incorpated, 287 East Sixth Street Suite 400, St Paul, MN 55101-1658
14424720 Medical Liability Mutual Ins Co, PO Box 7247-7232, Philadelphia, PA 19170-7232
14424721 Medical Mutual, P.O. Box 64469, Baltimore, MD 21264-4469
14424722 + Medical Repair Service, 204 Carnation Ave, Metaire, LA 70001-4339
14424723 + Medical Resources, 8377-C Green Meadows Drive North, Lewis Center, OH 43035-9506
14424724 + Medical Staff of CUH, Three Cooper Plaza Suite 502, Camden, NJ 08103-1438
14424725 Medical Staffing Network, PO Box 840292, Dallas, TX 75284-0292
14424726 + MedicalRecruiting.com, 5380 Old Bullard Rd Ste 600-237, Tyler, TX 75703-3607
14424727 + Medicanix, 231 Fields Lane, Brewster, NY 10509-2676
14424728 + Medicanix Inc, 30 Nurney St, Stamford, CT 06902-4617
14424729 Medicare NHIC, PO Box 515301, Los Angeles, CA 90051-6601
14424731 Medicare Part B, Noridian Medicare Svc PO Box 6700, Fargo, ND 58108-6700
14424730 Medicare Part B, Highmark Medicare Services, Camp Hill, PA 17089-0405
14424732 Medicare Part B WA, P O Box 6721, Fargo, ND 58108-6721

14424733  + Medicare Secondary Payer, PO Box 44187, Jacksonville, FL 32231-4187
14424735  + Medicus Radiology Services LLC, 22 Roulston Rd, Windham, NH 03087-1209
14424736    Medigroup Inc, 14 A Stonehill Road, Oswego, IL 60543-9400
14424738  + Medpipe Maintenance Corp, P O Box 541, Lawrence, PA 15055-0541
14424740  + Medrad Interventional, 9055 Evergreeen Blvd NW, Minneapolis, MN 55433-5833
14424745    Medtronics, 4642 Collection Center Dr., Chicago, IL 60693-0046
14424746    Medtronics SD USA Inc, P O Box 409201, Atlanta, GA 30384-9201
14424747  + Meeruchi Inc /Subway, 15906 Crain Highway SE Unit H, Brandywine, MD 20613-8028
14424748  + Megan Shepperd, 3414 Ainslie Street, Philadelphia, PA 19129-1426
14424749  + Meghan Blount, 1518 College Street, Cleveland, MS 38732-2925
14424750  + Meir Hahn, 625 Cherry Street, Trenton, NJ 08638-3318
14424752  + Melissa Bates, 5388 Peach Trail Dr, South Haven, MS 38671-9341
14424753  + Melissa Chance, 4536 S Beechwood Drive, Macon, GA 31210-2308
14424754  + Melissa Dark, 226 Glenn Ave, Blackwood, NJ 08012-2919
14424755  + Melissa Owsiany, 86 Bloomfield Ave, Edison, NJ 08837-3324
14424756  + Melissa Provenzano, 1021 Rue Verand, Slidell, LA 70458-2101
14424757  + Melissa Provenzano, 1021 Rue Verano, Sudell, LA 70458-2101
14424758  + Melissa Trenton, 14 Sunset Place, Middletown, NJ 07748-5904
14424760    Mellon Overpayment Recovery, Dept. 1213 P.O. Box 121213, Dallas, TX 75312-1213
14424761    Melvin Bates, 13420 Grand Bay Parkway, Jacksonville, FL 32258
14424762  + Melwood Springs Water Co, 200 Georgia Crown Drive, McDonough, GA 30253-9070
14424763  + Memphis Alarm Office, 125 N Main St, Memphis, TN 38103-2026
14424764    Mercer Consumer, P O Box 4186, Carol Stream, IL 60197-4186
14424765    Mercer County Community College, PO Box B, Trenton, NJ 08690-1099
14424766    Mercer Safe and Lock, P.O. Box 3209, Trenton, NJ 08619-0209
14424767    Mercy Catholic Medical Center GME, Diagnostic Radiology MS #0031, Darby, PA 19023
14424768  + Meredith Cutaia, 3700 Toone St Apt 1557, Baltimore, MD 21224-5157
14424769  + Meredith Muller, 304 W 20th Ave, Covington, LA 70433-3126
14424770    Merge Healthcare, DEpt AT 952754, Atlanta, GA 31192-2754
14424771  + Merit Medical, PO Box 204842, Dallas, TX 75320-4842
14424772  + Merrit / Biosphere Medical Inc, P O Box 951129, South Jordan, UT 84095-1129
14424774  + Meryl Hardenstein, 105 Madewood Dr, Mandeville, LA 70471-8230
14424775    Merz North America, PO Box 10973, Palatine, IL 60055-0973
14424791    MetTel, PO Box 9660, Manchester, NH 03108-9660
14424780  + Metro Alarm Office, 125 N Main St RM 1B-20, Memphis, TN 38103-2033
14424781    Metro Asset Management, LLC, PO Box 969, Franklin, TN 37065-0969
14424782    Metro Elevator Co Inc, P.O. Box 558, West Chester, PA 19381-0558
14424784  + Metro Fire Extinguisher Co Inc, PO Box 1746, Waldorf, MD 20604-1746
14424783  + Metro Fire and Safety Inc, 130 Wolfpack Lane, Durham, NC 27704-8775
14424785    Metro Medical Supply, P.O. Box 744691, Atlanta, GA 30374-4691
14424786  + Metro-Rooter, 8892 Normandy Blvd, Jacksonville, FL 32221-6795
14424787  + Metro/Advantage Cab Company, 2240 Deadrick Ave, Memphis, TN 38114-3644
14424788  + Metropolitan Contract Carpet, 625 E Chapel Ave, Cherry Hill, NJ 08034-1407
14424789  + Metropolitan Vascular Solutions LLC, 8926 Woodyard Rd Ste 602, Clinton, MD 20735-4235
14424790  + Metry Cab Service Inc, 3625 Airline Drive, Metairie, LA 70001-5897
14424795  + Miatta McGraw, 811 Hyacinth Place, Missouri City, TX 77459-5730
14424796  + Micah Watts, 324 E Cottage Ave, Haddonfield, NJ 08033-1604
14424797  + Michael Arata MD, P.O. Box 42, Castella, CA 96017-0042
14424798  + Michael Brown, 3126 Millpark Terrace, Dacula, GA 30019-3214
14424799  + Michael Canavan, 789 Piney Forest Rd,, Ste B, Danville, VA 24540-2878
14424800    Michael Corrigan Duval County Tax Coll, PO Box 44009, Jacksonville, Florida 32231-4009
14424801  + Michael DeGroot MD, 3165 S Manaco Circle, Denever, CO 80222-7413
14424802  + Michael F Dubin, 709 King of Prussia Road, Radnor, PA 19087-3727
14424803  + Michael Hawkins, 5655 Stuckey Rd, Indian Head, MD 20640-3711
14424804  + Michael Leary, 100 Shore Road E-10, Somers Point, NJ 08244-2743
14424805  + Michael Lowe, 9 Alexandria Way, Little Egg Harbor, NJ 08087-2089
14424807  + Michael O'Shea, 5 Signal Hill Road, Cherry Hill, NJ 08003-2204
14424808  + Michael Raimondi, 9 Bellacose CT, Middletown, NJ 07748-1578
14424809  + Michael Ramirez-De Heywood, 100 Florida Ave, NE Ste 1219, Washington, DC 20002-3292
14424810  + Michael Romanowski, 514 Boulton Avenue, Point Pleasant, NJ 08742-2813
14424811    Michael Ryan, 45897 Lake Drive, Chilliwak, British Columbia V2R373
14424812  + Michael Spath, 130 Mulberry, Marianna, AR 72360-2034
14424814  + Michele Anderson, 414 Thompson Run Road, Pittsburgh, PA 15237-3760

14424815   + Michele Veech, 2173 Autum Ct, East Strousburg, PA 18302-9581
14424816   + Michele Veech, 6105 ash Road, East Stroudsburg, PA 18302-8182
14424817   + Michelle Bryenton, 409 Cantor, Irvine, CA 92620-3840
14424818   + Michelle Cummings, 224 W Tulpehocken St Rear 2, Philadelpha, PA 19144-5001
14424819   + Michelle Lillard, 378 Cascade Falls Rd, Collierville, TN 38017-2344
14424820   + Michelle Loatman, 824 Mark Drive, Bridgeton, NJ 08302-7201
14424821   + Michelle Rodriguez, 8994 Kauffman Ave, South Gate, CA 90280-3423
14424822   + Michelle Singleton, 101 Tyler Court, Macon, GA 31216-6166
14424824   + Mick Hartzog, 1697 River Road, Mt Bethel, PA 18343-6211
14424825   + Micrus, 821 Fox Lane, San Jose1, CA 95131-1601
14424827    Mid-Atlantic Radiation Physics, P.O. Box 1450, Laurel, MD 20725-1450
14424828    Mid-South Renal Clinic, PLC, 1120 Highway 77 Ste 1, Marion, AR 72364
14424830    Mid-Town Parking Inc, 3408 Monarch Lane, Annandale, VA 22003-1155
14424831   + Mieldon & Associates, LLC, 3309 NE 7th Court, Renton, WA 98056-3911
14424832   + Miguel F Molina, 315 W William David, Metairie, LA 70005-3315
14424833   + Miguel Santana, 108 S 32nd Street, Camden, NJ 08105-2325
14424835   + Mike Chamber Oakhurst Electric, 105 Union Ave, Long Branch, NJ 07740-7115
14424836    Mike Sullivan, PO Box 4622, Houston, TX 77210-4622
14424837   + Mike Swierczynski, 8 Firethorn Ln, Sicklerville, NJ 08081-4154
14424838   + Mike Timari, 41 Sylvia Terrace, Middletown, NJ 07748-1441
14424839   + Mike/Angelo Services, 12219 Arrowood Ave, Baton Rouge, LA 70818-2636
14424840   + Mikee Swierczynski, 8 Firethorn Lane, Sicklerville, NJ 08081-4154
14424850   + MilMar Services and Repairs, 17911 Lyles Drive, Hagerstown, MD 21740-9612
14424841   + Milagros Aviles, 1866 E Glenwood Ave, Philadelphia, PA 19134-1546
14424842   + Mildred Blunt, P O Box 815, Webb, MS 38966-0815
14424843   + Mildred Leahey, 396 Corson Lane, Cape May, NJ 08204-4831
14424844   + Mildred Rodriguez, 826 E Plum Street Apt 1, East Vineland, NJ 08360-3824
14424845   + Miles Technologies, 100 Mount Holly By Pass, Lumberton, NJ 08048-1112
14424846   + Millenium Health Partners, LLC, 2645 Lawrenceville Hwy, Decatur, GA 30033-2502
14424847   + Millennium Car Service, 4679 Darrah Street, Philadelphia, PA 19124-3315
14424848   + Miller Protective Services Inc, P O Box 1000, Memphis, TN 38148-0001
14424849   + Millstat, LLC, P.O. Box 145, Wayne, PA 19087-0145
14424852    Mindray DS USA, Inc, 24312 Network Place, Chicago, IL 60673-1243
14424853   + Minerva Ruiz, 742 Marlin Avenue, Lakewood, NJ 08701-5423
14424854   + Mint Condition, 1204 village Market Place #270, Morrisville, NC 27560-7508
14424855   + Mir Ahmad MD, 15 Hop Brook Lane, Holmdel, NJ 07733-2143
14424856   + Miriam Farello, 3 Londonberry Drive, Holmdel, NJ 07733-3100
14424857    Mirion Technologies (GDS) Inc, P.O. Box 101301, Pasadena, CA 91189-0005
14424858   + Mississippi Board of Nursing, 1080 River Oaks Drive Suite A100, Flowood, MS 39232-9779
14424861   + Mississippi Podiatric Medical Assoc., 975 North Street, Ste 207, Jackson, MS 39202-2639
14424862    Mississippi State Dept. of Health, P O Box 1700, Jackson, MS 39215-1700
14424863   + Missouri Board of Medicine, PO Box 4, Jefferson City, MO 65102-0004
14424864   + Missouri Secretary of State, PO Box 778 - Corporation Division, Jefferson City, MO 65102-0778
14424865   + Mist Inc, P O Box 2911, Hayden, ID 83835-2911
14424866   + Misty Taylor, 449 Wagon Wheel Road, Jeffersonville, GA 31044-3112
14424872   + Mohamad Allam MD, 5000 Ambassador Caffery Parkway Building, Lafayette, LA 70508-6984
14424873    Mohammad Suleman, 19 Guadelupe Street, Kenner, LA 70065
14424874    Molina Heathcare of Florida, P.O. Box 2470, Spokane, WA 99210-2470
14424875   + Monica VanHaste, One Journal Square, Suite 100, Jersey City, NJ 07306
14424877    Monster Inc, PO Box 416803, Boston, MA 02241-6803
14424878    Monumnetal Life Insurance Company, PO Box 97, Scranton, PA18504-0097
14424879   + Moor Medical LLC, PO Box 99718, Chicago, IL 60696-7518
14424880   + Mora and Son Janitorial services, P O Box 823, Oakhurst, NJ 07755-0823
14424881   + Morgan Medesign Inc, 947 Piner Place, Santa Rosa, CA 95403-1906
14444508    Morris Union Holdings, LLC, c/o Jonathan J. Bart, Esquire, Wilentz Goldman & Spitzer, P.A., Two Penn Center Plaza, Suite 910, Philadelphia, PA 19102
14424883   + Mr Fix It LLC, 3220 7th Street Ste 100, Metairie, LA 70002-1618
14424884    Mr Handyman Central Houston, PO Box 6828, Houston, TX 77265-6828
14424885  #+ Mr. Robert H Wood, 13008 Pine Grove Road, Newburg, MD 20664-6515
14424886   + Mr. Thurman McCallum, 4114 Birchwood Court, New Brunswick, NJ 08902-3914
14424888    Municipal Court of Atlanta, 150 Garnett St., SW, Atlanta, GA 30303-3612
14424889   + Municipal Health Benefit Fund, P.O. Box 188, North Little Rock, AR 72115-0188
14424890   + Musgrove and Smith PLLC, 1635 Lelia Drive Ste 104, Jackson, MS 39216-4876

14424891   + Mutual Aid Emergency Services, P.O. Box 1365, Absecon, NJ 08201-5365
14424920     NC Dept of State Treasurer, PO Box 602328, Charlotte, NC 28260-2328
14424922     NC Secretary of State, P.O. Box 29525, Raleigh, NC 27626-0525
14424923     NCTracks Misc Medicaid Payments, PO Box 602885, Charlotte, NC 28260-2885
14424924     NEBS, P.O. Box 88042, Chicago, IL 60680-1042
14424926     NEIRB, LLC, P O Box 360690, Pittsburgh, PA 15251-6690
14424949     NHIC Corp, PO Box 272857, Chico, CA 95927-2857
14424950     NICA, PO Box 14567, Tallahassee, FL 32317-4567
14424960     NJ Family Support Payment Center, P.O. Box 4880 CS35048009A Alessio, An, Trenton, New Jersey 08650-4880
14424961     NJ Motor Vehicle Commission, P O Box 142, Trenton, NJ 08666-0142
14424962     NJDEP, P O Box 420, Trenton, NJ 08625-0420
14424963   + NKF of West Tennessee, 857 Mt. Moriah Suite 201, Memphis, TN 38117-5305
14424967     NORCAL Mutual Insurance Company, 1700 Bent Creek Boulard, Mechanicsburg, PA 17050-1870
14424988     NSO, PO Box 371302, Pittsburgh, PA 15250-7302
14424989   + NTC Delta, LLC, PO Box 1862, Greenville, MS 38702-1862
14424993   + NUR Transportation, 12903 Jordan Endeavor Dr, Bowie, MD 20720-3385
14424894   + Nader Tavakoli MD, 12200 Annapolis Rd, STE 228, Glenn Dale, MD 20769-9182
14424895     Naegeli Reporting Corporation, US Bancorp Tower, Portland, OR 97204
14424896   + Nagle Elevator Inspection & Testing, PO Box 221, Greentown, PA 18426-0221
14424897   + Nakia Hamm, 2409 W Diamond St, Philadelphia, PA 19121-1335
14424899   + Nancy Lawson, 5500 N Braeswood Blvd #101, Houston, TX 77096-3028
14424900   + Nancy Rose & Assoc., 7220.Old Dominion Dr, McLean, VA 22101-2644
14424902   + Nancy Wargo, 2537A Sidney Street, Pittsburgh, PA 15203-2198
14424903   + Naomi Burke, 2 Royal Court Apt C4, Spring Lakes, NJ 07762-2339
14424904   + Nasser Youssef, 112 Oakmont Drive, Moorestown, NJ 08057-3960
14424906   + Natalie Weger, 4870 Forsyth Rd, Macon, GA 31210-4452
14424907   + Natasha Johnson, 4322 Dalmation Drive, Houston, TX 77045-6248
14424908   + Nathan Elicker, 128 North Craig Street Suite 100, Pittsburgh, PA 15213-2744
14424909     National Board of Medical Examiners, P O Box 48014, Newark, NJ 07101-4814
14424910   + National Fire & Marine, MedPro Group, 5814 Reed Road, Fort Wayne, IN 46835-3568
14424911   + National Kidney Foundation, 3109 Forbes Ave Ste 101, Pittsburgh, PA 15213-3010
14424912   + National Kidney Foundation of GA, 2951 Flowers Road South - Suite 211, Atlanta, GA 30341-5533
14424913   + National MS Society, 246 Monmouth Road - NJ Metro Chapter, Oakhurst, NJ 07755-1503
14424914   + National Safety Compliance Inc, 509 S Cavalier Ave, Springfield, MO 65802-2619
14424915     Nationwide Mutual Insurance Company, P.O. Box 731178, Dallas, TX 75373-1178
14424916   + Nava's Ekectric Inc, 431 E 230th Street, Carson, CA 90745-4919
14424918   + Navitas Lease Corp, P O Box 935204, Atlanta, GA 31193-5204
14424925   + Neil D. Gershon, 29 Quaker Ridge Road, Stamford, CT 06903-2310
14424927   + Nemco Inc, 43 Elizabeth Street, Hackensack, NJ 07601-3906
14424928   + Nenita Bayan, 3622 Childress Terrace, Burtonsville, MD 20866-2034
14424929   + Neopost, PO Box 123689, Dallas, TX 75312-3689
14424930   + Nephrological Assoc., PA, 83 Hanover Road Suite 290, Florham Park, NJ 07932-1520
14424931   + Neshaminy Electrical Contractors Inc, 1700 Byberry Road, Bensalem, PA 19020-4532
14424932     Netwolves Network Services LLC, P O Box 826923, Philadelphia, PA 19182-6923
14424933   + Network 8 Inc, PO Box 321475, Flowood, MS 39232-1475
14424934     New Directions Behavioral Health LLC, P O Box 87-0195, Kansas City, MO 64187-0195
14424935   + New Horizons Solutions, 4068 Windsor Heights Place, White Plains, MD 20695-3454
14424936   + New Jersey Board of Nursing, P O Box 45010, Newark, NJ 07101-8010
14424937     New Jersey Corporation TAX, NewJersey Division of Taxation, Trenton, NJ 08646-0257
14424938     New Jersey Dept of Labor, P O Box 929, Trenton, NJ 08646-0929
14424939   + New Jersey Division of Fire Safety, PO Box 809, Trenton, NJ 08625-0809
14424941   + New Jersey Mechanical Contractors, P O Box 10895, New Brunswick, NJ 08906-0895
14424942   + New Jersey Obstetrical & Gynecological S, 26 Eastmans Rd, Parsippany, NJ 07054-3703
14424943     New Jersey State Board of Medical Examin, PO Box 183, Trenton, NJ 08625-0183
14424944   + New Mexico Medical Board, 2055 S Pacheco Street Bldg 400, Santa Fe, NM 87505-0503
14424945     New Penn Motor Express Inc, 24801 Network Place, Chicago, IL 60673-1248
14424946     New York State Education Department, 89 Washington Avenue, Albany, NY 12234-1000
14424947     Newell Normand Sheriff & Ex-Officio Tax, P.O. Box, Tampa, FL 33630
14424948   + Nextgen Healthcare, P.O. Box 809390, Chicago, IL 60680-9390
14424951   + Nicholas Monaco, 4108 W Walnut St, Allentown, PA 18104-5832
14424952   + Nichols Security South, 8106 Floyd Street, Covington, GA 30014-1573
14424953   + Nick's Floor Covering Inc, 4 Lincoln Place, Madison, NJ 07940-1878
14424954   + Nicole Carpenter, 820 Adelina Rd, Prince Frederick, MD 20678-3773

District/off: 0313-2                                    User: admin                                         Page 38 of 72
Date Rcvd: Aug 07, 2026                              Form ID: pdf900                                  Total Noticed: 3576

| | | |
|---|---|---|
| 14424955 | + | Nicole Gregory, 1074 River Bay Road, Annapolis, MD 21409-4830 |
| 14424956 | + | Nicole Jackson, 110 North Peach Street, Philadelphia, PA 19139-2626 |
| 14424958 | + | Niki Simmons, PO Box 2622, Butler, GA 31006-2622 |
| 14424959 | + | Nixon Uniform Service, 500 Centerpoint Blvd, New Castle, DE 19720-8106 |
| 14424964 | + | Nock on Wood, 410 Lundy Ct., Cranberry Twp, PA 16066-4624 |
| 14424965 | + | Nora Ortiz, 608 Hayes St, Berhlehem, PA 18015-3506 |
| 14424968 | + | Nordelia Guerrier, 1018 1st Ave, Asbury Park, NJ 07712-5859 |
| 14424969 | + | Norm Edwards, 29 Heath Lane, Jackson, NJ 08527-4696 |
| 14424970 | + | Norman Parsons, 107 Bull Run Road, Brownsville, PA 15417-9583 |
| 14424971 | + | North Carolina Board of Nursing, PO Box 2129, Raleigh, NC 27602-2129 |
| 14424972 | + | North Carolina Medical Board, PO Box 20007, Raleigh, NC 27619-0007 |
| 14424973 | + | North Hills Monthly Magazine, P O Box 536073, Pittsburgh, PA 15253-5902 |
| 14424975 | + | North MS Foot Specialists, 1735 University Ave., Oxford, MS 38655-4109 |
| 14424974 | + | North Mississippi Kidney Foundation, 308 Hwy 8 W, Aberdeen, MS 39730-2106 |
| 14424976 | + | Northeast Paramedics Inc, 273 Union Street, Luzerne, PA 18709-1411 |
| 14424977 | + | Northeast Scienific Inc, 2142 Thomaston Ave, Waterbury, CT 06704-1013 |
| 14814511 | + | Northeast Scientific, Inc., 2142 Thomaston Avenue, Waterbury, CT 06704-1013 |
| 14424978 | + | Northern Monmouth County Medical Assoc., 241 Monmouth Road Suite 101, West Long Branch, NJ 07764-1178 |
| 14424981 | + | Northwest Biomedical Associates Inc, 5129 Evergreen Way, Ste 4D, #273, Everett, WA 98203-2869 |
| 14424983 | | Norwood Construction Services, 375 Technology Drive, Malvern, PA 19355-1306 |
| 14424984 | + | Noteries Equipment Company, 2021 Arch Street, Philadelphia, PA 19103-1401 |
| 14424985 | | NotifyMD, Inc., 25661 Network Place, Chicago, IL 60673-1256 |
| 14424986 | + | Nova Communications, PO Box 841, Olive Branch, MS 38654-0841 |
| 14424987 | + | Novitas Solutions, P O Box 3031, Mechanicsburg, PA 17055-1803 |
| 14424990 | #+ | Nu Cor Management Inc, 122 North Broadway, Wind Gap, PA 18091-1274 |
| 14424991 | + | NuCryo Vascular, 2192 Bering Drive, San Jose, CA 95131-2013 |
| 14424992 | + | Nunez Hernandez, 4035 Arbor Mill Circle, Orange Park, FL 32065-3216 |
| 14424994 | | Nursing Spectrum, P.O. Box 33130, Newark, NJ 07188-0130 |
| 14424995 | + | O'Brien & Ryan LLP, 2250 Hickory Road Ste 300, Plymoth Meeting, PA 19462-1065 |
| 14425048 | + | OSS/ Kroy, 21 Depot Street, Bridgeport, PA 19405-1492 |
| 14424996 | + | Ober, Kaler, Grimes & Shriver Attorney E, 120 East Baltimore St., Baltimore, MD 21202-1674 |
| 14424997 | + | Occupational Health Centers of NJ PA, PO Box 8750, Elkridge, MD 21075-8750 |
| 14424998 | | Occupational Health Centers of the South, PO Box 9005, Addison, TX 75001-9005 |
| 14424999 | + | Occupational Health Services, 3600 Lind Ave., Ste 110, Renton, WA 98057-4970 |
| 14425000 | + | Odyssey medical Transportation, 1232 South Independence Blvd, Chicago, IL 60623-1434 |
| 14425004 | | Office Suites Plus, Attn: Accounting, Lexington, KY 40502 |
| 14425001 | + | Office of George Stevenson, 5350 Poplar Ave Ste 500, Memphis, TN 38119-3697 |
| 14425002 | + | Office of Mcare, PO Box 12030, Harrisburg, PA 17108-2030 |
| 14425003 | + | Office of Professions, NY State Ed Dept - PO Box 22063, Albany, NY 12201-2063 |
| 14425005 | | Ogden Murphy Wallace, P.L.L.C., 901 Fitth Avenue, Ste 3500, Seattle, WA 98164-2008 |
| 14425006 | + | Olaf Hughes, 7307 Greenmeadow Drive, Imperial, PA 15126-9277 |
| 14425007 | + | Olayide Freeman, 9656 Washington Ave, Laurel, MD 20723-1870 |
| 14425008 | + | Olen B Chevalier, 32810 Kerbywood, Walker, LA 70785-5742 |
| 14425009 | + | On Site Fire Protection, PO Box 2758, Costa Mesa, CA 92628-2758 |
| 14425010 | + | Oncology Supply, 2811 Horace Shepard Drive, Dothan, AL 36303-1038 |
| 14425011 | + | Ondra Huyett Associates Inc, 7584 Morris Court, Suite 210, Allentown, PA 18106-9250 |
| 14425012 | + | One Call Plumbing Services, 3525 Mossdale Ave., Durham, NC 27707-3813 |
| 14425013 | + | One GRR LLC, 41 Gainswood Drive East, Marrero, LA 70072-5069 |
| 14425014 | + | One Hour Air Conditioning & Heating, 1785 Hwy 59, Mandeville, Louisiana 70448-1903 |
| 14425015 | + | One Hour Air Conditioning and Heating, 1785 Hwy 59, Manderville, LA 70448-1903 |
| 14425016 | | Onward Healthcare, P O Box 27421, New York, NY 10087-7421 |
| 14425018 | | Optimum, PO Box 742698, Cincinnati, OH 45274-2698 |
| 14425019 | | Optum360, P O Box 88050, Chicago, IL 60680-1050 |
| 14425025 | + | Orkin, P O Box 740847, Cincinnati, OH 45274-0847 |
| 14425022 | + | Orkin, 11200 Saint John's Industrial Parkway S, Jacksonville, FL 32246-6629 |
| 14425026 | + | Orkin, 95 Lackawanna Ave, Woodland Park, NJ 07424-2551 |
| 14425023 | + | Orkin, 331 Fairfield Rd Bldg C Ste 1, Freehold, NJ 07728-9565 |
| 14425028 | + | Orkin, 100 Henderson Drive - Bay 103, Sharon Hill, PA 19079-1033 |
| 14425021 | + | Orkin, 5700 Citrus Blvd Ste E-2, Jefferson, LA 70123-5813 |
| 14425027 | | Orkin, PO Box 660294, Dallas, TX 75266-0294 |
| 14425024 | | Orkin, 21151 Highway 36, Covington, LA 70433-8682 |
| 14425020 | | Orkin, 811 Highway 82E, Leland, MS 38756-9529 |
| 14425029 | + | Orkin - Memphis TN, 8420 Wolf Lake Dr, Memphis, TN 38133-7110 |

Case 19-17117-amc   Doc 1399   Filed 08/09/26   Entered 08/10/26 00:36:35   Desc
Imaged Certificate of Notice   Page 39 of 73
District/off: 0313-2                                    User: admin                                         Page 39 of 72
Date Rcvd: Aug 07, 2026                                 Form ID: pdf900                                     Total Noticed: 3576

| 14425030 | | Orkin - WA, P.O. Box 7161, Pasadena, CA 91109-7161 |
| 14425031 | | Orkin Chicago Downtown, 4201 W 36th Street, Chicago, IL 60632-3800 |
| 14425032 | + | Orkin Comml Services - Houston, 3901 Braxton Dr., Houston, TX 77063-6303 |
| 14425033 | + | Orkin Exterminating, 200 Saul Drive, Scott, LA 70583-5335 |
| 14425034 | + | Orkin Exterminating Co, 7381 Hawkinsville Road, Macon, GA 31216-6900 |
| 14425037 | + | Orkin Inc, 603 E Diehl Road - Ste 124, Naperville, IL 60563-4904 |
| 14425039 | + | Orkin Inc, 1660 Norman Drive, College Park, GA 30349-5498 |
| 14425036 | | Orkin Inc, 10843 Main St, Fairfax, VA 22030-4713 |
| 14425038 | | Orkin Inc, PO Box 1135, Kenner, LA 70063-1135 |
| 14425035 | | Orkin Inc, PO Box 7161, Pasadena, CA 91109-7161 |
| 14425041 | + | Orkin Inc - Pitts, 255 Miller Run Road, Bridgeville, PA 15017-1321 |
| 14425042 | | Orkin Inc. AC, 100 Dobbs Lane - Suite 207, Cherry Hill, NJ 08034-1436 |
| 14425043 | | Orkin Pest Control MD, 7180 Troy Hill Dr. Ste. G, Elkridge, MD 21075-7057 |
| 14425044 | | Orkin Raleigh Comm, 8810 Westgate Park Drive Ste 106, Raleigh, NC 27617-4821 |
| 14425045 | + | Orkin-Seattle Coom. WA, 5113 Pacific Hwy. E,. STE 1W, Fife, WA 98424-2639 |
| 14425046 | + | Orland Trinidad, 1010 Vermont Ave NW Suite 300, Washington, DC 20005-4945 |
| 14425047 | + | Osama Hassan, 7549 Wilhelm Drive, Lanham, MD 20706-3737 |
| 14425049 | | Ossur, P O Box 842265, Boston MA, 2284 |
| 14425050 | + | Oswaldo Barbosa, 203 Lafayette Street, Newark, NJ 07105-1811 |
| 14425052 | + | Otis Medical Analytics, 415 Fourth Street Ste 202, Annapolis, MD 21403-2546 |
| 14425053 | + | Our Lady of Lourdes School of Nursing, 1600 Haddon Avenue, Camden, NJ 08103-3117 |
| 14425054 | + | Oussama Fares, 9526 Meadowvale, Houston, TX 77063-5204 |
| 14425055 | | Ova Cleaning Contractors, Inc., 1328 Deutz Ave., Trenton, NJ 08611-3244 |
| 14425056 | | Overnite Transportation Company, P.O. Box 79755, Baltimore, MD 21279-0755 |
| 14425057 | + | Overpayment Recovery, P.O .Box 92420, Cleveland, OH 44193-0003 |
| 14425058 | | Overpayment Recovery Dept 1213, PO Box 121213, Dallas, TX 75312-1213 |
| 14425059 | + | Overpayment Recovery Services, PO Box 292437, Nashville, TN 37229-2437 |
| 14425060 | | Overpayment Recovery Services, P O Box 290067, Nashville, TN 37229-0067 |
| 14425061 | | Ozarka, PO BOX 856680, Louisville, KY 40285-6680 |
| 14425062 | + | Ozburn Electrical Contractors Inc, 8316 Hazelbrand Road, Covington, GA 30014-1503 |
| 14425063 | + | P P S Commerical Unlimited LLC, 3510 N Causeway Blvd., Ste 105, Metairie, LA 70002-3531 |
| 14425064 | + | P Rami, 25128 N 74th Ave, Peoria,, AZ 85383-7232 |
| 14425065 | | PA Unemployment Compensation Fund, PO Box 60848, Harrisburg, PA 17106-0848 |
| 14425067 | | PA Department of State, P.O. Box 8722, Harrisburg, PA 17105-8722 |
| 14425068 | + | PA Foot and Ankle Associates PC, 301 Oxford Valley Rd. Ste 204, Yardley, PA 19067-7708 |
| 14425069 | + | PA Radiological Society, 101 West Broad Street Suite 614, Hazelton, PA 18201-6303 |
| 14425070 | | PA SCDU, P.O. Box 69112 (Lorish 8909101925), Harrisburg, PA 17106-9112 |
| 14425071 | + | PA Vascular Institute LLC, 831 DeKalb Pike, Blue Bell, PA 19422-1215 |
| 14425072 | + | PA Vascular Institute PC, 831 DeKalb Pike, Blue Bell, PA 19422-1215 |
| 14425141 | + | PBF Online, P.O. Box 776, Ebensburg, PA 15931-0776 |
| 14823122 | + | PBH2, LLC, Helen Sara Ward, Esq., Dentons Cohen & Grigsby P.C., 625 Liberty Ave. 5th Fl, Pittsburgh, PA 15222-3110 |
| 14512556 | | PBH2, LLC, c/o Fridrikh V. Shrayber, Dentons Cohen & Grigsby P.C., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| 14425142 | + | PBH2, LLC, 761 Osage Road, Pittsburgh, PA 15243-1039 |
| 14425144 | + | PC Nametag Inc, PO Box 8604, Madison, WI 53708-8604 |
| 14425145 | | PCS Info Group, PO Box 7777-6540, Philadelphia, PA 19175-6560 |
| 14425146 | + | PCS/Dario Bottger, 3833 24th Ave W, Seattle, WA 98199-1503 |
| 14425156 | + | PENTELEDATA, P O Box 401, Palmerton, PA 18071-0401 |
| 14425189 | + | PIC Medical Gas Testing, 4117 Route 309, Schnecksville, PA 18078-2572 |
| 14425191 | | PIH Health, PO Box 845095, Los Angeles, CA 90084-5095 |
| 14510216 | + | PIH Health real Estate Services, LLC, Attn: Mary Wargo, Lambert Operations - 12532 Lambert Road, Whittier, CA 90606-2712 |
| 14425198 | + | PJM Mechanical Contractors, 1688 Fifth Street, Ewing, NJ 08638-3037 |
| 14425200 | + | PMIC, 4727 Wilshire Blvd, Los Angeles, CA 90010-3806 |
| 14425201 | + | PNW Medical Inc., 74 South Lucile Street Suite 102, Seattle, WA 98134-2444 |
| 14425208 | | POULSEN, KURT, 3611 PIERCY ROAD, COURTENAY, BC V9J1R7 |
| 14425217 | ++ | PREFERRED MEDICAL CLAIM SOLUTIONS, 16767 N PERIMETER DRIVE #130, SCOTTSDALE AZ 85260-1067 address filed with court:, Preferred Medical Claim Solutions, 9060 East Via Linda, Suite 250, Scottsdale, AZ 85258 |
| 14425238 | | PRN Funding LLC, PO Box 643455, Cincinnati, OH 45264-3455 |
| 14425239 | + | PRN Medical Transport, PO Box 510, Hainesport, NJ 08036-0510 |
| 14425254 | | PRS:Datamining, P O Box 415000, Nashville TN 37241-0836 |
| 14425255 | + | PSAV Presentation Services, 23918 Network Place, Chicago, IL 60673-1239 |
| 14425256 | | PSC Info Group, PO Box 7777-6540, Philadelphia, PA 19175-6540 |
| 14425259 | | PSE&G Law Department, 80 Park Plaza, T5G, Newark, NJ 07102-4194 |
| 14425260 | | PSR Mechanical, P O Box 27073, Seattle, WA 98165-1473 |

Case 19-17117-amc   Doc 1399   Filed 08/09/26   Entered 08/10/26 00:36:35   Desc
Imaged Certificate of Notice   Page 40 of 73
District/off: 0313-2                    User: admin                              Page 40 of 72
Date Rcvd: Aug 07, 2026                 Form ID: pdf900                          Total Noticed: 3576

14425261 + PSS, P O Box 634404, Cincinati, OH 45263-4404
14425262 + PSS - Carolinas, P O Box 634404, Cincinati, OH 45263-4404
14425263 + PSS - Houston, P O Box 634404, Cincinati, OH 45263-4404
14425264 + PSS - Southeast, P O Box 634404, Cicinati, OH 45263-4404
14425265 + PSS Chicago, P O Box 634404, Cincinati, OH 45263-4404
14425266   PSS Gulf Coast, P O Box 634404, Cincinnati, OH 45263-4404
14425267 + PSS Mid South, P O Box 634404, Cincinnati, OH 45263-4404
14425268 + PSS Pacific Northwest, P O Box 634404, Cincinnati, OH 45263-4404
14425269 + PSS Southern CA, P O Box 634404, Cincinnati, OH 45263-4404
14425270   PSS- Northeast, P O Box 634404, Cincinnati, OH 45263-4404
14425271 + PSSNF, P O Box 634404, Cincinnati, OH 45263-4404
14425073 + Page Leigh Winchester, 1544 Rodessa Run, Raleigh, NC 27607-6033
14425074 + Paige Colotta, 19 Horseshoe Drive, Merigold, MS 38759-9659
14425075   Palfert Brown, 2449 Charlotte Hall Road, Charlotte Hall, MD 20622
14425076 + Palmetto GBA - Medicare, PO Box 367, Augusta, GA 30903-0367
14425077 + Pamela Dickinson, 70477 Gulch St, Abita Springs, LA 70420-3317
14425078 + Pamela Easter, 8040 Wheatly Road, La Plapa, MD 20646-4111
14425079   Pamela Hebert, VAC of South LA - Suite 301, Downey, CA 90241
14425080 + Pamela Swann, 1120 Heritage Place Unit D, Waldorf, MD 20602-1821
14425081 + Pamela Washington, 6974 Dashwood Drive, Memphis, TN 38119-8504
14425082   Parasec, PO Box 160568, Sacramento, CA 95816-0568
14425083   Parente Randolph, PO Box 13090, Newark, NJ 07188-0090
14425084   ParenteBeard, Lockbox #7831 P.O.Box 8500, Philadelphia, PA 19178-7831
14425085 + Parish Cab, P O Box 307, Slidell, LA 70459-0307
14425086 + Parker Poe, 401 South Tryon Street Ste 3000, Charlotte, NC 28202-1942
14425088 + Partners Specialty Group, 100 Tournament Drive Ste 214, Horsham, PA 19044-3602
14425089 + Pascal Medina, 108 Hearthstone Ave, Fords, NJ 08863-1207
14425090 + Pascuala Perez, 646 Margaret Ave, Los Angeles, CA 90022-3324
14425091 + Pasha Estates LLC, 951 Timber Lake Road, Meridian, MS 39305-8227
14425092 + Patrice Horan, 35 Highland Avenue, Rumson, NJ 07760-1751
14425093 + Patrice Wellman, 2702 Lexington Street, Durham, NC 27707-1927
14425094 + Patricia Alexander, 600 Lee Street, Cleveland, MS 38732-3842
14425095 + Patricia Bowersox, 12015 Eastview Lane, Charlotte Hall, MD 20622-3651
14425096 + Patricia Campbell, 1750 Madison Ave ste 300, Memphis, TN 38104-6428
14425097 + Patricia Cofer, 2 Fischer Rd, Linwood, NJ 08221-1338
14425098 + Patricia Elliot, 1508 Gardenia Drive, Metairie, LA 70005-1157
14425099 + Patricia Ferguson, 5809 Middleton Court, Temple Hills, MD 20748-2313
14425100 + Patricia Findlay, 100 Oval Road Unit 132, Manasquan, NJ 08736-2000
14425101 + Patricia Hassell, 121 Richardson Loop Road, Knotts Island, NC 27950-9738
14425102 + Patricia Kalsey, 37 Pasadena St, Pittsburgh, PA 15211-2139
14425103 + Patricia Kennedy, 6249 Ingham Road, New Hope, PA 18938-9669
14425104 + Patricia Logan, P O Box 266, Rolling Fork, MS 39159-0266
14425105 + Patricia Newman, 4023 Ridge Ave, Egg Harbor Twp, NJ 08234-9722
14425106 + Patricia Reynolds, 103 Lowrys Lane, Bryn Mawr, PA 19010-1303
14425107 + Patricia Rodgers, 6508 8th Street, Marrero, LA 70072-1410
14425108 + Patricia Rogers, 6508 8th St, Marrero, LA 70072-1410
14425109 + Patricia Shaw, 6532 S 153rd Street, Tukwila, WA 98188-8529
14425110 + Patricia Thomas, 3720 Decomine Drive, Chalmette, LA 70043-1408
14425111 + Patricia Venafro, 707 Gull Wing Court, Smithville, NJ 08205-3125
14425112 + Patrick Faucheaux, 1123 East William David Parkway, Metairie, LA 70005-1638
14425113 + Patrick Glickman, 145 Meadowland Drive, Collegeville, PA 19426-2740
14425114 + Patrick Hebert, 904 Landis Ave, Centerton, NJ 08318-4044
14425115 + Patrick J Brittain Electrical Contractor, 388 Bethel Road, Somers Point, NJ 08244-2170
14425116 + Patrick Kuhlen Design, 1320 Chesnut Ave, Haddon Heights, NJ 08035-1842
14425118 + Patrick Sewell MD, P.O. Box 1009, Cleveland, MS 38732-1009
14425119 + Patriot Construction Inc., 950 Calcon Hook Rd Ste 25, Sharon Hill, PA 19079-1822
14425120 + Patriot Electric and Mechanical Inc, 717 E Ordnance Rd Ste 203, Baltimore, MD 21226-1755
14425121 + Patriot Fire Protection Inc, PO Box 402, Locust Grove, GA 30248-0402
14425122 + Patriot Medical TransportSystem LLC, PO Box 403, Mechanicsville, MD 20659-0403
14425123 + Patti Honnoll, 10295 Cypress Knee Dr, Olive Branch, MS 38654-9136
14425124 + Patty Scott, 4371 Telfar Blvd Apt 8406, Camp Springs, MD 20746-4293
14425125 + Paul Bateman, 10572 CR 13N, St Augustine, FL 32092-8912
14425126   Paul Bettencourt, PO Box 4622, Houston, Texas 77210-4622

| | | |
|---|---|---|
| 14425127 | + | Paul Dobak, 6569 Cornell Road, Bryans Road, MD 20616-3058 |
| 14425128 | | Paul Poche, 24885 Harvey Rd, Covington, LA 70433 |
| 14425129 | + | Paul Powell, 1101 Oxford Pl, Greenville, MS 38701-8325 |
| 14425130 | + | Paul Rudolph, 5402 Fremont Ave, Atlantic City, NJ 08406-1520 |
| 14425131 | + | Paula Bagielto, 1309 S Loretta Ave., Mays Landing, NJ 08330-1414 |
| 14425132 | + | Paula Boyce, 1038 Ronald Reagan Hwy Apt 10, Covington, LA 70433-1177 |
| 14425133 | + | Paula Nyberg, 19 Essex Court, Marlton, NJ 08053-2862 |
| 14425134 | + | Paulette Fox, 514 North Lakeshore Drive, Brick, NJ 08723-5034 |
| 14425135 | + | Paulette Snoby, 2835 Roxburgh Drive, Roswell, GA 30076-2448 |
| 14425136 | + | Pauline Burroughs, 78 Burroughs Road, Shelby, MS 38774-2312 |
| 14425137 | + | Pauline Smith, 9934 Cullman Ave, Whittier, CA 90603-1517 |
| 14425138 | + | Pauline Yerecic, 304 Dolores Circle, Cranberry Twp, PA 16066-5626 |
| 14425139 | + | Pavel Gordin, 1129 Boynton Ave 2022, Westfield, NJ 07090-1695 |
| 14425140 | | Paychex, P O Box 29769, New York, NY 10087-9769 |
| 14425148 | + | Peggy Crowley, 3973 Lake Joyce Drive, Land O Lakes, FL 34639-4692 |
| 14425149 | + | Peggy Patterson, 636 Spartan Lane, Kenner, LA 70065-2644 |
| 14425151 | | Penn Power Systems, P O Box 829798, Philadelphia, PA 19182-9798 |
| 14425152 | + | PennDel CKD Partnership, 520 Jefferson Ave Suite 301, Jeannette, PA 15644-2538 |
| 14425153 | + | Pennsylvania Dept. of Health, PO Box 500, Exton, PA 19341-0017 |
| 14425154 | + | Pennsylvania Professional Liability Join, 2250 Hickory Rd, Plymouth Meeting, PA 19462-1047 |
| 14425155 | | Pennsylvanua SCDU, PO Box 69112, Harrisburg, PA 17106-9112 |
| 14425157 | + | Penumbra, 1351 Harbor Bay Parkway, Alameda, CA 94502-6541 |
| 14425158 | + | People Cab Company, 238 S Mannheim Road, Bellwood, IL 60104-1338 |
| 14425159 | + | Peoples Health Network, 3838 N Causeway Blvd Ste 2200, Metairie, LA 70002-8306 |
| 14425161 | + | Pepco, Wendy Stark, General Counsel, 2300 Martin Luther King Jr. Ave. SE, Washington, DC 20020-5808 |
| 14512984 | + | Peripheral Vascular Institute of Phila., LLC, 4220 Market Street, 2nd Fl., Philadelphia, PA 19104-3007 |
| 14425163 | + | Peripheral Vascular Institute, LLC, 4220 Market street 2nd Flr, Philadelphia, PA 19104-3007 |
| 14425164 | | Perkins Coie LLP, PO Box 24643, Seattle, WA 98124-0643 |
| 14425165 | + | Pershing, One Pershing Plaza, Jersey City, NJ 07399-0002 |
| 14425166 | + | Personal Medical Care NJ, LLC, 318 Professional View Drive, Freehold, NJ 07728-7904 |
| 14425167 | + | Peter Gregory, 1920 4th Avenue North, Seattle, WA 98109-2603 |
| 14425168 | + | Peter Landers, 1510 Heritage Court, Wall Twp., NJ 07753-7124 |
| 14425170 | + | Peters Rice Associates, P.O. Box 5558, Harrisburg, PA 17110-0558 |
| 14425171 | + | Phi Le, 139 Applewood Lane, Lansdale, PA 19446-1561 |
| 14425172 | + | Philadelphia Magazine, 1818 Market Street, Philadelphia, PA 19103-3638 |
| 14425173 | + | Philadelphia Vascular Institute, LLC, 585 County Line Road, Radnor, PA 19087-3718 |
| 14425174 | + | Philip Dewatne Irion, 1307 Oxford Place, Greenville, MS 38701-8329 |
| 14425175 | + | Philip Gardner MD, 135 West Ruelle, Mandeville, LA 70471-1750 |
| 14425176 | + | Philip Georgevich MD, 4955 Stubenville Pike Suite 301, Pittsburgh, PA 15205-9604 |
| 14425177 | + | Philip Plancher, 45 Coolidge Place, W Long Branch, NJ 07764-1278 |
| 14425178 | + | Philips Ambulance Service, P O Box 47, Clifton, NJ 07015-0047 |
| 14438879 | + | Philips Healthcare, c/o Bruce J. Borrus, Fox Rothschild LLP, 1001 4th Ave. Suite 4500, Seattle, WA 98154-1192 |
| 14425179 | | Philips Healthcare, PO Box 100355, Atlanta, GA 30384-0355 |
| 14597596 | | Philips Healthcare, c/o David P. Papiez, Esq., 1001 Fourth Avenue, Ste 4500, Seattle, WA 98154-1065 |
| 14597594 | + | Philips Healthcare, c/o Jason C. Manfrey, Esq., 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| 14425180 | + | Philips Medical Capital, PO Box 92449, Cleveland, OH 44193-0003 |
| 14425181 | + | Philips Medical Capital, c/o Stark & Stark, Attn: Jennifer Gould, 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| 14430295 | + | Philips Medical Capital, LLC, c/o Marshall T. Kizner, Esq, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| 14425184 | + | Phoenix Transportation Services LLC, 371 Central Ave, Newark, NJ 07103-2842 |
| 14425185 | | Phoneowners Group, USA PhoneCenters, Cherry Hill, NJ 08003 |
| 14425186 | + | Phyllis Georges, 90 Ash St, Westwood, NJ 07675-2834 |
| 14425187 | + | Physician e-Cruit, 262 Strathmoor Way, Dardenne Prairie, MO 63368-7227 |
| 14425188 | + | Physics Services Incorporated, 5000 West Esplanade PMB 322, Metairie, LA 70006-2551 |
| 14425190 | + | Pierce Street Deli, 517 Pierce Street, Kingston, PA 18704-5756 |
| 14425192 | + | Pinefield Subway, 2112 Crain Highway, Waldorf, MD 20601-3146 |
| 14425193 | + | Pintinalli, 2357 Route 33 Ste 2, Robbinsville, NJ 08691-1407 |
| 14425194 | + | Piscataway Township, 555 Sidney Road, Piscataway, NJ 08854-4180 |
| 14425195 | + | Pitney Bowes, P O Box 371874, Pittsburgh, PA 15250-7874 |
| 14425196 | + | Pittsburgh Post- Gazette, PO Box 566, Pittsburgh, PA 15230-0566 |
| 14425197 | | Pittsburgh Post-Gazette, Box 400536, Pittsburgh, PA 15268-0536 |
| 14425202 | + | Pocono Surgical Associates, 505 Independence Rd Ste E, East Stroudsburg, PA 18301-7916 |
| 14425203 | + | Point Swerer and Drain Cleaning Serv. LL, 6308 Sears Ave, Mays Landing, NJ 08330-1141 |
| 14425204 | + | Poland Spring, PO Box 856192, Louisville, KY 40285-6192 |

14425205   + Post & Schell PC, 1600 John F Kennedy Blvd., Philadelphia, PA 19103-7480
14425206   + Poster Compliance Center, 3687 Mt. Diablo Blvd Ste B100, Lafayette, CA 94549-3777
14425209     Powell Goldstein, LLP, One Atlantic Center 14th Fl, Atlanta, GA 30309-3488
14425210   + Powell, Trachtman, Logan, Carrle & Lomba, 475 Allendale Rd. Ste 200, King of Prussia, PA 19406-1495
14425212   + Pradip Sahdev MD, 9905 Hillridge Drive, Kensington, MD 20895-3230
14425213   + Pramuk Aluminum & Glass Co., 1022 Hamilton St. - Ste E, Somerset, NJ 08873-3387
14425214   + Pravin & Veena Shah, 11 Liberty Ct., Glenmont, NY 12077-3322
14425215   + Precision Cardiovascular Diagnostics, 202 Chatham Ave, Sugar Land, TX 77479-6719
14425216   + Precision Discovery LLC, 25 W 45th Street Ste 701, New York, NY 10036-4915
14425218   + Preferred Medical Transport, 2104 Pease Street, Houston, TX 77003-5141
14425219     Premera Blue Cross, Calypso - PO Box 327 MS 229, Seattle, WA 98111-0327
14425220   + Premier Radiology Associates, 517 Pierce Street, Kingston, PA 18704-5756
14425221     Premiere Global Services, PO Box 404351, Atlanta, GA 30384-4351
14425222     Premium Assignment Corporation, PO Box 8000, Tallahassee, FL 32314-8000
14425223   + Premium Credit, P O Box 750, Scottsdale, AZ 85252-0750
14425225   + Premium Refreshment Services, P O Box 1779, Cleveland, MS 38732-1779
14425226   + Press - Telegram Display, PO Box 6149, Covina, CA 91722-5149
14425227   + Presser Realty Partnership, 4224 Market Street, Philadelphia, PA 19104-3242
14425228   + Prince George County Maryland, 6820 Webster Street Ste 124, Landover Hills, MD 20784-1474
14425230   + Princeton Insurance, Verification Unit - PO Box 5322, Princeton, NJ 08543-5322
14425233     Principle Equity, P.O. Box 31001-1419, Pasadena, CA 91110-1419
14425234     Print Copy Design Solutions, P O Box 26346, Collegeville, PA 19426-0346
14425236   + Priscilla Cotman, 4 E Ashland Ave, Pleasantville, NJ 08232-3502
14425237   + Priscilla Richardson, 6046 English Creek Ave, Bargaintown, NJ 08234-7263
14425250   + ProPharma Distribution LLC, 11005 Dover St Ste 1000, Westminister, CO 80021-5569
14425240   + Professional Casualty Assocation, 1012 W 9th Ave 2nd Floor, King Of Prussia, PA 19406-1093
14425241   + Professional Duplicating, Inc., 700 Abbott Drive, Broomall, PA 19008-4331
14425242   + Professional Healthcare Services, 17 Norris Run Court, Reisterstown, MD 21136-5833
14425243   + Professional Licensing Agency, 402 W Washington St - Room W072, Indianapolis, IN 46204-2724
14425244   + Professional Medical Administrators, 1800 Northern Blvd, Roslyn, NY 11576-1140
14425245   + Professional Medical Warehouse, P O BOx 5785, Palm Springs, CA 92263-5785
14425246   + Professional Network on Aging, 2670 Union Avenue Eextended Suite 1060, Memphis, TN 38112-4444
14425247   + Professional Revenue Management Services, 11 E Second Street, Media, PA 19063-2905
14425248   + Professionals Advocate, P.O. Box 64090, Baltimore, MD 21264-4090
14425251   + Protection One Alarm Monitoring Inc, P O Box 219044, Kanas City, MO 64121-9044
14425252   + Protex Elites, 12212 N. Paradise Village Parkway Ste C1, Phoenix, AZ 85032-7645
14425253   + Providian Law Group, 202 S. Hoover Blvd., Tampa, FL 33609-3522
14425272   + Psyche Caspillo, 324 Park Hall South, Laurel, MD 20724-2426
14425273   + Puget Sound Cabulance LLC, PO Box 1321 c/o Havok, Bellevue, WA 98009-1321
14425274   + Puget Sound Dispatch LLC, 74 South Hudson, Seattle, WA 98134-2421
14425275   + Puleo Electric LLC, 2218 Elizabeth Street, Metairie, LA 70003-2069
14425276   + Purity Medical Prodcuts, P O Box 940, Placentia, CA 92871-0940
14425277   + Purvis Brothers Inc, P O Box 957, Mars, PA 16046-0957
14425278   + QHP LLC, 104 Honeysuckle Dr, Covington, LA 70433-5313
14425279   + Quadrant Incorporated, 1881 Campus Commons Drive, Reston, VA 20191-1522
14425280   + Quannisha Washington, 6336 Leonard Street, Philadelphia, PA 19149-2919
14425281   + Quantam Health ACO, LLC, 6 Neshaminy Interplex Ste 215, Trevose, PA 19053-6942
14425282     Quarles Building Maintenance Inc, PO Box 3451 1720 September Ave, Memphis, TN 38173-0451
14425283   + Queron Hope, 8227 Forrest Ave, Philadelphia, PA 19150-2007
14425286     Quest Diagnostics, P O Box 841725, Dallas, TX 75284-1725
14425287   + R&S Lock & Key, 4215 McKean Drive, Houston, TX 77080-1724
14425309   + RATT DBA Orkin Pest Control, 4450 Paxton St, Harrisburg, PA 17111-2515
14425312     RCN Telecom Services LLC, PO Box 11816, Newark, NJ 07101-8116
14425369   + RITINTERN, 731 Upper Gulph Road, Wayne, PA 19087-2022
14425372   + RJ Young, PO Box 40623, Nashville, TN 37204-0623
14425373   + RJS Medical Physics Inc, P O Box 324, Mantua, OH 44255-0324
14425374   + RMS Lifeline, Inc., 3 Hawthorne Parkway Ste 410, Vernon Hills, IL 60061-1450
14425401     ROMED Ambulance, 2860 Hedley St., Suite 101, Philadelphia, PA 19137-1919
14425431  ++ ROXWOOD MEDICAL INC, ATTN C/O EKOS CORPORATION, 11911 NORTH CREEK PKWY S, BOTHELL WA 98011-8809
             address filed with court:, Roxwood Medical, 400 Seaport Court Ste 103, Redwood City, CA 94063
14425435   + RPPP, 429 West Airline Hwy Suite B, LaPlace, LA 70068-3817
14425436   + RR Transportation Services Inc, PO Box 1501, Bellaire, TX 77402-1501
14425288   + Rad-Link Staffing Inc, PO Box 270568, Houston, TX 77277-0568

14425289   + Radames Candelaria, 7350 Blanding Blvd apt 209, Jacksonville, FL 32244-4566
14425290   + Radio Cleveland Inc, P O Box 780, Cleveland, MS 38732-0780
14425291     Radiological Physics Consultants Inc, PO Box 15066, Winston- Salem, NC 27113-0066
14425292     Radiological Society of NA, 820 Jorie Blvd, Oak Brook, IL 60523-2251
14425293   + Radman Staffing, 6327 Canyon Chase Drive, Richmond, TX 77469-6227
14425294   + Rae Crews, 552 Hillcrest Circle, Cleveland, MS 38732-2025
14425295   + Rafael Esquenazi, 5314 Pine Street, Bellaire, TX 77401-4811
14425296   + Rafael Rivera, 2277 Canehill Ave, Long Beach, CA 90815-2203
14425297   + Rainier Dispatch, LLC, 2450 6th Ave S #200, Seattle, WA 98134-2029
14425298   + Rajesh Malhotra MD, 2220 SW 135 PL, Oklahoma City, OK 73170-5726
14425299   + Ralph Antidormi, 657 Cypress Point Dr, Egg Harbor Township, NJ 08215-5124
14425300   + Ralph Bastian, 43 Washington Valley Road, Warren, NJ 07059-7047
14425301   + Ralph Maroe, 217 Fleming Ave, Hammonton, NJ 08037-2519
14425302   + Rama Mandadi, 1200 14th Street NW, Apt 707, Washington, DC 20005-7609
14425303   + Ramsey Veitch, 2358 Huntington St, Bethlehem, PA 18017-4941
14425304   + Randolph Campbell, 9211 Stuart Lane, Clinton, MD 20735-2712
14425305   + Ranzy Boudreaux, 23224 Delery Street, Mandeville, LA 70471-7904
14425306     Rapid Permit service, 7711 Garrison Road, Landover Hills, MD 20784-1756
14425307   + Raritan Bay Medical Center EMS Training, 530 New Brunswick Ave, Perth Amboy, NJ 08861-3685
14425308   + Rasesh Shah, 104 Ashley Court, Moorestown, NJ 08057-2144
14425311   + Raynor Electric, 206 N Medford -Mt Holly Rd, Medford, NJ 08055-9612
14425314     Ready Refresh, P O Box 856192, Louisville, KY 40285-6192
14425315   + Reback, McAndrews, Kjar, Warford, Stocka, 1230 Rosencrans Avenue, Ste 450, Manhattan Beach, CA 90266-2436
14425316   + Rebbecca Ward, 716 Clarks Run Road, La Plata, MD 20646-9563
14425317   + Rebecca Echevarria, 1833 E Cambria Street, Philadelphia, PA 19134-3549
14425319   + Rebecca Hurst, 105 Florence Ave, Clarksdale, MS 38614-2719
14425320   + Rebecca Lorden, 535 N Church Street, Morrestown, NJ 08057-1702
14425321   + Rebecca Morano, 3920 Coral Street, Philadelphia, PA 19124-5015
14425323   + Rebeccaa Rymal, 360 Wyoming Avenue, Langhorne, PA 19047-7537
14425324     Recorder of Deeds, Broad and Market Streets, Philadelphia, PA 19107
14425325   + Recovery Networks, 4747 S Broad St ste 233, Phila, PA 19112-1327
14425326   + Recovery Services, P.O. Box 740804, Atlanta, GA 30374-0804
14425328   + Reed Wright Heating & Electric Co, 2212 B Queen Anne Ave North, Seattle, WA 98109-2312
14425329   + Regina Cicalese, 13 Troon Road, Laurel Springs, NJ 08021-4851
14425330   + Regina Riesen, 40 Kinnaman Ave, Washington, NJ 07882-4137
14425331   + Reginald Rachuba, 2019 Corinne St, Chalmette, LA 70043-5633
14425332   + Reine-Elodie Koffi, 2125 N John Russell Circle, Elkins Park, PA 19027-1020
14425333   + Reliable, 1801 Market Street Ste 660, Philadelphia, PA 19103-1628
14425334     Reliance Standard Life Insurance Comp, PO Box 3124, Southeastern, PA 19398-3124
14425336   + Rena Davis, 1257 W 29th St, Jacksonville, FL 32209-4059
14425337   + Rena Friel, 6708 Martins Mill Rd., Philadelphia, PA 19111-4625
14425338   + Renaissance 3 Architects, P.C., 48 S. 14th Srtreet, Pittsburgh, PA 15203-1548
14425339   + Renal Access Partners, 300 West St. Mary's Blvd., Lafayette, LA 70506-4638
14425340   + Renal Research Institute, 207 East 94th Street Suite 303, New York, NY 10128-3705
14425341   + Renal Round Table, 5171 Liberty Ave, Pittsburgh, PA 15224-2254
14425342   + Rene Camacho, 459 North 35 Street, Camden, NJ 08105-1611
14425343   + Rene Vasquez, P.O. Box 59126, Los Angeles, CA 90059-0126
14425344   + Renee Brooks, 1450 Wolf Pack Drive, Collierville, TN 38017-8635
14425345   + Renee McKinney, 3655 Crossview Drive, Jacksonville, FL 32224-0862
14425346   + Renee Williams, 1835 Polo Run Drive, Yardley, PA 19067-7209
14425347   + Renew Skin and Laser, 810 E. Sunflower Rd. Suite 100-A, Cleveland, MS 38732-2828
14425348   + Rennan Abella, 21905 95th Place S, Kent, WA 98031-1832
14425350   + Repayment Department, P.O. Box 872168, Kansas City, MO 64187-2168
14425351   + Reprise Signs, 1110 Pin Oak Drive, Perkiomenville, PA 18074-9450
14425355   + Rhonda Connor, 116 Briwood Dr, Canonsburg, PA 15317-8528
14425356   + Rhonda Solberg, 130 E Chickasaw Pkwy, Memphis, TN 38111-2557
14425357   + Rhonda's Gentle Care Transportation, 3910 Timberlea Court, Country Club Hills, IL 60478-4621
14425358   + Rhythm Ambulance Inc, 309 Camer Dr. Unit 4, Bensalem, PA 19020-7323
14425359   + Richard Gray MD, 10412 Masters Terrace, Potomac, MD 20854-3862
14425360   + Richard King, 12604 18th Ave NW, Marysville, WA 98271-7012
14425361   + Richard L Auman, 604 Chestnut Street, Latrobe, PA 15650-2002
14425362   + Richard L Micco, D.P.M. P.C., 3132 Wilmington Rd. Ste #2, New Castle, PA 16105-1180
14425363   + Richard Smith, 7070 Salamanca Ave, Jacksonville, FL 32217-3416

District/off: 0313-2                                  User: admin                                          Page 44 of 72
Date Rcvd: Aug 07, 2026                          Form ID: pdf900                              Total Noticed: 3576

14425365          Right Management Inc, 24677 Network Place, Chicago, IL 60673-1246
14425366        + Rinota Johnson, 2224 Ollie Drive, Macon, GA 31217-4431
14425367        + Rita Morales, 5253 Kawanee Ave., Metairie, LA 70006-2549
14425368        + Rita Robbins, 717 Hager St, Deltona, FL 32725-7020
14425370        + River City Advertising, 3514 Morton St, Jacksonville, FL 32217-2547
14425371        + Riverview Medical & Dental Staff, 1 Riverview Plaza, Red Bank, NJ 07701-1872
14425375        + Roam Investments, 121 North Main Street 2nd Floor, Greensburg, PA 15601-2408
14425376        + Robert A Gutcheck PHD, PO Box 1574, Bothell, WA 98041-1574
14425377        + Robert Anderson, 12 Highpoint Way Apt K, Matawan, NJ 07747-7015
14425378        + Robert Clark, 353 S Beauchamp Ave, Greenville, MS 38703-6767
14425379        + Robert Half International Inc, 12400 Collection Center Dr, Chicago, IL 60693-0124
14425380        + Robert Half of PA Inc, 12400 Collections Center Dr, Chicago, IL 60693-0124
14425381        + Robert Han, 55 Costa Brava, Irvine, CA 92620-3822
14425382        + Robert Hickman, MD, 11100 Kulshan Road, Edmonds, WA 98020-6130
14425383        + Robert Hoeft, 100 Werah Place, Oceanport, NJ 07757-1536
14425384        + Robert Kolans, 807 Rhine Blvd, Raritan, NJ 08869-1215
14425385          Robert Kraus, 413 Parkview Drive, Wynnewood, PA 19096-1620
14425386        + Robert Paiva, 2283 Community DR, Waldorf, MD 20601-3965
14425387        + Robert Road Holdings, LLC, 1970 North Highway 190, Covington, LA 70433-5364
14425388          Robert Tahara MD, 409 Hedgehog Lane, Bradford, PA 16701
14425389        + Robert Thibault, 524 Northwest Blvd, Vineland, NJ 08360-2845
14425391        + Robert Worthington-Kirsch, 42 Rosedale Road, Wynnewood, PA 19096-3526
14425392        + Robin Caroppola, 69 Redfern Road, Eatontown, NJ 07724-2321
14425393        + Robin Keyack, 11 Georgia O'Keefe Way, Marlton, NJ 08053-7209
14425394        + Robinson Electic, PO BOX 236, Cleveland, MS 38732-0236
14425395        + Robinson Steeel Compnay Inc, P O Box 71, Norristown, PA 19404-0071
14425396        + Rochele Herzog, 204 Hillcrest Ave, Neptune, NJ 07753-5731
14425397          Rockhurst University Continuing Edu Ctr, PO Box 419107, Kansas City, MO 64141-6107
14425398        + Rodeen Rahbar, MD, 1874 Carpenter Rd, Alexandria, VA 22314-6244
14425400        + Roderick Clark MD, 209 Waterford Drive, Lafayette, LA 70503-5408
14425402        + Romina Tolentino, 416 Bradford Ct, Hillsborough, NJ 08844-5204
14425403        + Ron Benson, 105 Sunrise, Venetia, PA 15367-1371
14425405        + Ron's Plumbing Service Inc, 74515 Gina Denney Lane, Covington, LA 70435-6544
14425406        + Ronald Alexander, 4354 Dresden Court, Waldorf, MD 20602-3117
14425407        + Ronald Brethrick, 606 North Cambridge Ave, Ventor, NJ 08406-1305
14425408        + Ronald Haffling, 50 Church St, High Bridge, NJ 08829-1512
14425409        + Ronald L White, 13541 Chauny Road, Jacksonville, FL 32246-1219
14425410        + Ronald Miles, 1381 Southview Drive, Forest Heights, MD 20745-4109
14425412        + Ronald Taylor, 1420 Klopfer Road, Juliette, GA 31046-4115
14425413          Ronan Patonona, 7890 Eaca Spring Street #23B, Long Beach, CA 90815
14425414        + Ronda Thomas, 76259 S. Fitzmorris Rd, Covington, LA 70435-9211
14425415        + Roni Goldstein, 3 Knottingham Road, Englishtown, NJ 07726-1809
14425416        + Roofers Local 30 Benefit Funds, P.O. Box 21240, Denver, Colorado 80221-0240
14425417        + Root Consulting Inc, P O Box 130971, Houston, TX 77219-0971
14425418        + Rosa Centeno, 350 Livingston Ave, New Brunswick, NJ 08901-3452
14425419        + Rosa E Garza, 4417 Cloudburst Rd, Memphis, TN 38141-6922
14425420        + Rosa Marie Rivera, 712 S Bundicks Lake Ct, Sidell, LA 70461-4004
14425421        + Rose Business Equipment, P O Box 1063, Grenada, MS 38902-1063
14425422        + Rosemarie Cimini, 517 Pierce Street, Kingston, PA 18704-5756
14425423          Rosemary Gress, 829 Fisgard St. #201, Burien, WA 98168
14425424        + Rosenbloom Law Group LLC, 120 Gibraltar Road, Suite 111, Horsham, PA 19044-2348
14425425        + Rosetta Cisero, 1081 Cullerwood, Memphis, TN 38116-8209
14425426        + Ross Bennett, 4038 Fairway View Circle East, Bartlett, TN 38135-9120
14425427        + Roto Rooter, 70161 Hwy 59 Ste B, Abita Springs, LA 70420-3706
14425428        + Roto Rooter Services Company, 5672 Collections Center Drive, Chicago, IL 60693-0056
14425429        + Roxanna Kimes, 605 Betty Boyd Lane, Atoka, TN 38004-5129
14425430          Roxborough Memorial Hospital, 5800 Ridge Ave, Philadelphia, PA 19128
14425432        + Royer & Associates LLC, 681 Moore Road Suite 321, King of Prussia, PA 19406-1319
14425433        + Royer Cooper Cohen Braunfeld LLC, 101 West Elm Street, Ste 400, Conshohocken, PA 19428-2075
14425434        + Rozier Herbert, 100 Clemson Drive, Kermer, LA 70065-3906
14425437        + Ruchdi Barakat, 2001 Holcombe Blvd unit 801, Houston, TX 77030-4214
14425438        + Russell A Springer, 119 Watkins Ave, Lawnside, NJ 08045-1533
14425439        + Russell Milheim, 3181 Eutew Forest Dr, Waldorf, MD 20603-4070

14425440    + Ruth Clifford, 107 Brookview Lane, Pittsburgh, PA 15237-3201
14425441    + Ruth Keister, 1887 N Delsea Dr APT 152, East Vineland, NJ 08360-1969
14425442    + Ryan Bonshock, 624 Keely St, Philadelphia, PA 19128-2979
14425443    + Ryan Boynton, 6722 Martins Mill Road, Philadelphia, PA 19111-4689
14425444    + Ryan Deady, 4078 Cedar Point Road, Lakeland, TN 38002-3988
14425445    + Ryan Govito, 10 Oakview Ave, Cherry Hill, NJ 08002-1431
14425446      S C Witty Plumbing & Heating, 41 Deer Path Drive, Churchville, PA 18966-1022
14425515    + SHAHTHIRAN HOLDINGS, LLC, 43 Acorn Place, Colt's Neck, NJ 07722-1401
14425551    + SHRM, P.O. Box 79482, Baltimore, MD 21279-0482
14425561      SIGVARIS, LOCKBOX 890807, Charlotte, NC 28289-0807
14425571    + SIR - 2011, 3975 Fair Ridge Dr. - Ste 400N, Fairfax, VA 22033-2930
14425574    + SMA Properties, 5 Samantha Dr., Covington, LA 70433-1040
14512189    + SMA Properties, LLC, John Palopoli, 5 Samantha Drive, Covington, LA 70433-1040
14425575    + SMALHN, 6 Industrial Way West, Eatontown, NJ 07724-2268
14425583      SMITH, JUDITH A, 70 HERITAGE BLVD WEST, LETHBRIDGE, AB T1K6R9
14425606    + SOUTHERN CALIFORNIA VASCULAR INSTITUTE I, P.O. Box 49953, Los Angeles, CA 90049-0953
14425615      SP Plus Corp., PO Box 790402, St Louis, MO 63179-0402
14425624    + SSR Medical Temps, 1712 N Fazier St #213, Conroe, TX 77301-1380
14425731      SVM, 39435 Treasury Center, Chicago, IL 60694-9400
14425732      SVMIC, P.O. Box 415000 MSC 30036, Nashville, TN 37241-5000
14425733      SVU, PO Box 75491, Baltimore, MD 21275-5491
14425734      SWAI, P O Box 2656, Norfolk, VA 23501-2656
14425447    + Saba Jalil, 11703 Olde English Drive Unit J, Reston, VA 20190-3581
14425448    + Sabrina Alzamora, 347 Mt Pleasant Ave Suite 100, West Orange, NJ 07052-2745
14425449    + Sadie McCraney, 596 Hewlett Rd, Memphis, TN 38109-6382
14425450      Safetynet of Florida, 5677 NW CR 229, Starke, FL 32091-8111
14425451    + Sales Pad, 3351 Claystone St SE, Grand Rapids, MI 49546-5781
14425452    + Salil Joshi MD, 2972 Devonshire Cove, Germantown, TN 38139-8061
14512938    + Salil Joshi, Dr., c/o Thomas D. Bielli, Esquire, Bielli & Klauder, LLC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518
14425453    + Salim Aziz MD, 8610 Burning Tree Road, Bethesda, MD 20817-2944
14425454    + Saljl Joshi, MD, 2972 Devonshire Cove, Germantown, TN 38139-8061
14425455    + Sally Chapman, 101 Cords Bridge Rd NE, Milledgeville, GA 31061-9052
14425457    + Samantha El, 4217 Barnett Street, Philadelphia, PA 19135-3107
14425458    + Sami Elsayed MD, 107 Fox Ridge Farms Drive, Pittsburgh, PA 15215-1142
14425459    + Samis Screen House, 336 Station Street, Bridgeville, PA 15017-1853
14425460    + Samuel Goshu, 6291 Hillary Ct, Alexandria, VA 22315-3440
14425461    + Samuel Putnam MD, 1012 Walsh Lane, Narberth, PA 19072-1134
14425462    + Sanco Products & Services, 1001 Seventh Ave, MAcon, GA 31206-1096
14425464    + Sandoz Medical APMC, 227 Garden Rd, River Ridge, LA 70123-1912
14425465    + Sandra Curry, 1014 Randolph Ave, Rahway, NJ 07065-5506
14425466    + Sandra Neff, P.O. Box 490, Hahnville, LA 70057-0490
14425467    + Sandra Richards, 2328 Lauradale Dr., Algeirs, LA 70114-4742
14425468    + Sandrina Pullie, 6434 Dean Street, Pittsburgh, PA 15206-1838
14425469    + Santiago Rodriquez, 507 Bloomfield Aver, Caldwell, NJ 07006-5430
14425470    + Saphier and Heller Law Corporation, 4924 Balboa Blvd., #635, Encino, CA 91316-3402
14425471   #+ Sara Pollan, 6701 Pearidge Rd, Grenada, MA 38901-7825
14425472    + Sara Propernick, 5220 Quincy Ave SE, Auburn, WA 98092-8723
14425473    + Sarah Dore, PO Box 1425, Hammond, LA 70404-1425
14425474    + Sarah Gaston, 1612 Crossing Drive, Horn Lake, MS 38637-8550
14425475    + Sarah Gutterman, 11 Amesbury Place, Sicklerville, NJ 08081-3022
14425476    + Sarah Hunter, 7039 Munford Gilt Edge Road, Burlinson, TN 38015-7305
14425477    + Sarah Raben, 329 Laughlin Road, Boyle, MS 38730-8802
14425478      Saul Ewing, 1500 Market Street, 38th Fl, Philadelphia, PA 19102-2186
14425479    + Sayre Law Offices, 1016 Jefferson Street, Seattle, WA 98122
14425480    + Scales Medicla Technologies Inc, 110 Voice Road, Carle Place, NY 11514-1516
14425481    + Scalise Industries Corporation, P O Box 611, Lawerence, PA 15055-0611
14425482    + Schoenberg & Associates, 363 Bala Avenue, Bala Cynwyd, PA 19004-2735
14425483    + Schure Med, 452 Randolph St, Abington, MA 02351-1170
14425485    + Scot Kurtz/Architect, 1617 Forest Ridge Dr, Pittsburgh, PA 15237-1418
14425486    + Scott Bourgeois, 308 Summerfield Loop North, Pearl River, LA 70452-3758
14425487    + Scott Byerly, 7412 Church Ave, Ben Avon, PA 15202-1804
14425488    + Scott Contracting, 2775 Premiere Parkway, Duluth, GA 30097-4937
14425490      Scott Kurnat, VAC of Chicago, Chicago, IL 60607

| 14512165 | + | Scott R. Cheatham, Adams and Reese LLP, 701 Poydras Street, Suite 4500, New Orleans, LA 70139-4596 |
| 14425492 | + | Seaboard Fire and Safety Equip Co., 2112 Kings Highway, Ocean, NJ 07712-7204 |
| 14425493 | + | Sean O'Brien, MD, 920 Poeyfarre St,, New Orleans, LA 70130-3802 |
| 14425494 | + | Seashore Communications, LLC, 27 Gasko Rd, Mays Landing, NJ 08330-2205 |
| 14425496 | + | Seattle Home Theaters Pros, 3233 SW Avalon Way, Seattle, WA 98126-4431 |
| 14425497 |   | Secretary of State, PO Box 29525, Raleigh, NC 27626-0525 |
| 14425498 |   | Secretary of State, 801 Capitol Way South, Olympia, WA 98504-0234 |
| 14425500 |   | Secretary of State, PO Box 1020, Jackson, MS 39215-1020 |
| 14425499 | + | Secretary of State, Commerical Division - PO Box 94125, Baton Rouge, LA 70804-9125 |
| 14425501 |   | Secretary of State Georgia, 2 Martin Luther King Jr. Dr - 315 West T, Atlanta, GA 30334-1530 |
| 14425502 |   | Secretary of State of California, PO Box 944230, Sacramento, CA 94244-2300 |
| 14425503 |   | Secretary of State of Texas, PO Box 12028, Austin, TX 78711-2028 |
| 14425504 | + | Secure Health, P.O. Box 13447, Macon, GA 31208-3447 |
| 14425505 |   | Seko, P O Box 71141, Chicago, IL 60694-1141 |
| 14425506 | + | Selzer Company, 975 Easton Road Ste 100, Warrington, PA 18976-1861 |
| 14425507 | + | Senior Transportation and Invalid Coach, 730 West White Horse Pike, Egg Harbor Twp, NJ 08215-3838 |
| 14425508 | + | Sera Security Services Inc, 511 Street Road, Southampton, PA 18966-3746 |
| 14425509 | + | Service Linen Supply, PO Box 957, Renton, WA 98057-0957 |
| 14425510 |   | Service Master Clean, 7270 Penn Drive, Bath, PA 18014 |
| 14425512 | + | Servpro of Piscataway, 120 Barone St, South Plainfield, NJ 07080-1904 |
| 14425513 | + | Shady Ave, 653 Morewood Ave, Pittsburgh, PA 15213-2909 |
| 14425514 | + | Shadyside Medical Staff Services, 5230 Center Ave., Suite W-109, Pittsburgh, PA 15232-1304 |
| 14425516 | + | Shamika Wells, 13003 Golden Oak Drive, Laurel, MD 20708-2331 |
| 14425517 | + | Shana Yaughn, 139 Alabama Ave, Macon, GA 31204-2807 |
| 14425518 | + | Shannon Holder, 444 Elwell Court, Glen Burnie, MD 21061-6150 |
| 14425519 | + | Shante Ford, 222 Dorchester Ave, LaPlata, MD 20646-9228 |
| 14425520 | + | Shantel Berry-Lilliston, 303 S Parkway Blvd, Apt S5312, Broomall, PA 19008-3653 |
| 14425521 | + | Sharee Scarborough, 2835 N 28th Street, Philadelphia, PA 19132-2512 |
| 14425522 | + | Sharon Doerr, PO Box 767, Tannersville, PA 18372-0767 |
| 14425523 | + | Sharon Kates, 347 Mt. Pleasant Ave., Ste 100, West Orange, NJ 07052-2745 |
| 14425524 | + | Sharon Kates, 528 Scotland Road, South Orange, NJ 07079-3012 |
| 14425525 | + | Sharon Millis, 11666 Cygnet Drive, Waldorf, MD 20601-2635 |
| 14425526 | + | Sharp & Cobos LLP, 4705 Spicewood Springs Road - Suite 100, Austin, TX 78759-8402 |
| 14425527 | + | Sharp Medical, 1464 Sharps Point Road, Annapolis, MD 21409-6140 |
| 14425528 | + | Shauger Property Services Inc, 429 Dodd Street, East Orange, NJ 07017-1202 |
| 14425529 | + | Shawn Howell, 2201 N St NW, Washington, DC 20037-1107 |
| 14425530 | + | Shebet Floyd, 1728 W 126th Street, Los Angeles, CA 90047-5228 |
| 14425531 |   | Sheila Clark, 5912 Trowridge PL, Fort Washington, MD 20744 |
| 14425532 | + | Sheila Williams, 59354 Borgne Ave, Bogalusa, LA 70427-8374 |
| 14425533 | + | Shelby County Clerk, 150 Washington Ave Suite 200, Memphis, TN 38103-2038 |
| 14425534 | + | Shelly Electric Company Inc, 1126 Callowhill street, Philadelphia, PA 19123-3797 |
| 14425535 | + | Sheppard Construction, 2681 Dow Avenue #B, Tustin, CA 92780-7244 |
| 14425536 | + | Sherri Ashford, 7903 Thouron Ave, Philadelphia, PA 19150-2520 |
| 14425537 | + | Sherri Garton, 151 Alloway Aldhine Road, Woodstown, NJ 08098-2053 |
| 14425538 | + | Sherrie Rohn, 4471 Meadow Drive, Nazareth, PA 18064-9625 |
| 14425539 | + | Sherrine Sommerville, 1541 Lardner Street, Philadelphia, PA 19149-3301 |
| 14425540 | + | Sherwanda Cameron, 1100 Morgan St, Cleveland, MS 38732-3514 |
| 14425541 | + | Sheryl Jones, 1976 Northeast Ave Lot 228, East Vineland, NJ 08360-2165 |
| 14425543 | + | Shirley Colbert, 5818 Shoshone Drive, Forest Heights, MD 20745-1940 |
| 14425544 | + | Shirley D Kimbrough, 5059 Lincoln Circle South, Jacksonville, FL 32209-1313 |
| 14425545 | + | Shirley Magnus, 750 Northfield Ave, West Orange, NJ 07052-1111 |
| 14425546 | + | Shirley Steib, 1213 Marshall Drive, Marrero, LA 70072-2630 |
| 14425547 |   | Shore Memorial Hospital, One East New York Ave, Sommers Point, NJ 08244 |
| 14425548 | + | Shore Physican Supply, P O Box 4686, Toms River, NJ 08754-4686 |
| 14425549 | + | Shredding Source Inc, PO BOX 3608, Hayward, CA 94540-3608 |
| 14425550 | + | Shrewsbury Vascular & Gen Surgery Assoc., 655 Shrewsbury Ave, Suite 210, Shrewsbury, NJ 07702-4151 |
| 14425552 |   | Shu-Lin Caldwell, VAC of Seattle - Suite A110, Tukwila, WA 98168 |
| 14425554 | + | Sidney L Gold & Associates, 1835 Market Street - Ste 515, Philadelphia, PA 19103-2933 |
| 14425555 | + | Siegfried Group, 1201 Market Street Ste 700, Wilmington, DE 19801-1158 |
| 14425556 | + | Signature Upholstery and Design, 100 Frabnklin Ave, Hartford, CT 06114-1083 |
| 14425557 | + | Signs By Rob, 43 Fulton Ave, West Long Branch, NJ 07764-1219 |
| 14425559 | + | Signs Now, 2683 St Johns Bluff Ste 155, Jacksonville, FL 32246-3765 |
| 14425560 | + | Signs Xpress, 600 New York Ave, Rochester, PA 15074-1606 |

| | | |
|---|---|---|
| 14425558 | + | Signs by Tomorrow, 3387 Evergreen Road, Pittsburgh, PA 15237-2650 |
| 14425562 | + | Sikora Architectual Works LLC, 5074 Arnold Ave, Wall, NJ 07719-9768 |
| 14425563 | + | Silhol Law PLLC, 7557 Rambler Rd., Ste 1425, LB-4, Dallas, TX 75231-0103 |
| 14425564 | + | Silhouette Consulting Services Inc, P O Box 90250, Allentown, PA 18109-0250 |
| 14425565 | + | Silvana Donati, 523 Emerson Court, Galloway, NJ 08205-6612 |
| 14425566 | + | Silver Cab of PG, 8316 Ardwick Ardmore Rd, Landover, MD 20785-1621 |
| 14425567 | + | Simon Easow, 395 2nd Ave, Long Branch, NJ 07740-5709 |
| 14425568 | + | Simplex Grinell LP, 1501 Yamato Rd, Boca Raton, FL 33431-4438 |
| 14425569 | + | Simplex Grinnell, 6330 Hedgewood Dr., Ste 250, Allentown, PA 18106-9215 |
| 14425570 | + | Simulution, 211 River Ridge Circle, Burnsville, MN 55337-1699 |
| 14425572 | | Sirius XM Sat Radio, PO Box 9001399, Louisville, KY 40290-1399 |
| 14425573 | + | Skaz Holding, PLLC, P.O. Box 5141, Memphis, TN 38101-5141 |
| 14425577 | + | Smart Sign LLC, P O Box 231, New Galilee, PA 16141-0231 |
| 14425578 | + | Smart Signs, P O Box 231, New Gailee, PA 16141-0231 |
| 14425579 | + | SmartSign.Com, 32 Court Street, Brooklyn, NY 11201-4421 |
| 14425581 | + | Smith Medical ASD Inc, P O Box 7247-7784, Philadelphia, PA 19170-0001 |
| 14425582 | + | Smith's Coffee and Premium Water, PO Box 845, Pittsboro, NC 27312-0845 |
| 14425584 | + | Sojka Realty Corp., 495 IRON BRIDGE RD STE 4, FREEHOLD, NJ 07728-5306 |
| 14425585 | + | Soma Technology, 166 Highland Park Drive, Bloomfield, CT 06002-5306 |
| 14425586 | | Somerset Hospital, 225 South Center Ave., Somerset, PA 15501-2088 |
| 14425587 | + | Sonador LLC, 8060 Pritchard's Court, Dun Loring, VA 22027-1315 |
| 14425589 | + | Sonic Wall Services, PO Box 49042, San Jose, CA 95161-9042 |
| 14425590 | + | Sonja Turner, 4460 Hodges Blvd Apt 1605, Atlantic Beach, FL 32224-0205 |
| 14425591 | + | Sonny Dela Cruz, 187 Browertown Road, West Paterson, NJ 07424-2609 |
| 14425592 | + | Sophia Baker, 550 Wilson Bridge Drive Apt D2, Oxon Hill, MD 20745-1873 |
| 14425594 | + | Sorin Royer Cooper LLC, 101 West Elms Street Ste 220, Conshohocken, PA 19428-2046 |
| 14425595 | + | Sound Jury Consulting, P.O. Box 46863, Seattle, WA 98146-0863 |
| 14425596 | + | South Atlanta Radiology Assoc, 119 Upper Riverdale Road, Riverdale, GA 30274-2540 |
| 14425597 | + | South Carolina Board of Medical, PO Box 11329, Columbia, SC 29211-1329 |
| 14425601 | | South Sound Dispatch, PO Box 111030, Tacoma, WA 98411-1030 |
| 14425602 | + | Southeast Business Systems, 202 Market Street, Hammond, LA 70401-2818 |
| 14425603 | + | Southeastern EMS LLC, 3855 Heaton Rd, Huntingdon Valley, PA 19006-1803 |
| 14425604 | + | Southeastern Kidney Council, 1000 St Albans Drive - Ste 270, Raleigh, NC 27609-7348 |
| 14425605 | + | Southeastern Radiology Services Inc, 905 Juniper Street, Atlanta, GA 30309-4128 |
| 14425609 | + | Southern Maryland Hospital Center, 7503 Surratts Road, Clinton, MD 20735-3358 |
| 14425610 | | Southern Medical Corp, PO Box 84007, Baton Rouge, LA 70884-4007 |
| 14425611 | + | Southern Safety Supply Company, 2135 Broadway, Macon, GA 31206-1399 |
| 14425612 | + | Southern Signal, 855 Marathon Parkway, Ste 2, Lawrenceville, GA 30046-2911 |
| 14425613 | | Southpointe Surgical Supplu Inc, 116 NW 110 Way, Coral Springs, FL 33071 |
| 14425614 | + | Southwest Janitorial Service, PO Box 878, Carencro, LA 70520-0878 |
| 14425617 | | Spectranetics Corporation, Dept CH 19038, Palatine, IL 60055-9038 |
| 14425620 | + | Spinner Construction LLC, 10751 Alta Drive, Jacksonville, FL 32226-2307 |
| 14425621 | + | Spring Garden Construction Co., 437 Pennsylvania Ave., Fort Washington, PA 19034-3414 |
| 14425622 | + | Spyglass Group LLC, 25777 Detriot Rd Ste 400, Westlake, OH 44145-2496 |
| 14425623 | | Squid Wire, 1950 Butler Oike - Suite 231, Conshohocken, PA 19428 |
| 14425625 | + | St Clair CPA, 101 West Elm Street, Ste 500, Conshohocken, PA 19428-2005 |
| 14425626 | + | St Jude Medical S.C. Inc., 22400 Network Place, Chicago, IL 60673-1224 |
| 14425628 | + | Stacey Meentenmeyer, 205 Blackwood Way, Johnson City, TN 37615-2625 |
| 14425629 | + | Stacey Mitchell, 657 Gordon Combs Road NW, Marietta, GA 30064-1215 |
| 14425630 | + | Stacey Paukovitz, 1440 Garrett Drive, Wall, NJ 07719-9647 |
| 14425631 | + | Stacey Stewart, 2301 N Maplewood Avenue, Chicago, IL 60647-5495 |
| 14425632 | + | Stacey Webb, 1113 Third Ave, Indianola, MS 38751-3633 |
| 14425633 | + | Stacy Beining, 9570 Katherine Dribe, Allison Park, PA 15101-2023 |
| 14425634 | + | Stacy Gideon, 128 Stratford Ave, Haddon Twp, NJ 08108-2326 |
| 14425635 | + | Stacy McCarthy, 1279 St Georges Ave Apt 2B, Colonia, NJ 07067-3937 |
| 14425637 | + | Stacy Rueda, 10555 Bramley Ct, Waldorf, MD 20603-3219 |
| 14425638 | + | Stacy Webb, 1113 Third ave, Indianola, MS 38751-3633 |
| 14425639 | + | Stan A. Metter, 522 Edgewood Drive, Lafayette Hill, PA 19444-2240 |
| 14424792 | + | Stan Metter, CPA, Partner, Baratz & Associates, P.A., 550 Pinetown Road, Suite 410, Fort Washington, PA 19034-2609 |
| 14425640 | + | Standard Glass and Mirror Works, 1128 S Lopez, New Orleans, LA 70125-1864 |
| 14425641 | + | Stanley Mihalecz, 989 Alvine Road, Pittsgrove, NJ 08318-4210 |
| 14425642 | + | Stanley Obanion, 409 Decatur St NW, Washington, DC 20011-4744 |
| 14425643 | + | Staples / Sun Office Products, PO Box 83689, Chicago, IL 60696-0001 |

District/off: 0313-2 User: admin Page 48 of 72
Date Rcvd: Aug 07, 2026 Form ID: pdf900 Total Noticed: 3576

| 14425644 | | Staples Business Advantage, P O Box 70242, Phiadelphia, PA 19176-0242 |
| 14425646 | + | Star Capital, 390 North Broadway, Jericho, NY 11753-2125 |
| 14425647 | + | Star LA, 117 Pintail St., St. Rose, LA 70087-4025 |
| 14425648 | # | Star Services Inc, PO Box 720339, Byram, MS 39272-0339 |
| 14425649 | + | Star-Lo Communications Inc, 32 South Jefferson Rd Unit B, Whippany, NJ 07981-1001 |
| 14425650 | + | Starr Electric Company Inc, PO Box 4807, Macon, GA 31208-4807 |
| 14425651 | + | State Board of Nursing, PO Box 2649, Harrisburg, PA 17105-2649 |
| 14425652 | | State Corporation Commission, PO Box 1197, Richmond, VA 23218-1197 |
| 14425666 | + | State Security Services, PO Box 434, Oakmont, PA 15139-0434 |
| 14425667 | + | State Workers' Insurance Fund, 100 Lackawanna Ave, Scranton, PA 18503-1966 |
| 14425653 | + | State of Delaware, 861 Silver Lake Blvd., Ste 203, Dover, DE 19904-2467 |
| 14425654 | | State of Florida Disbursement Unit, PO Box 8500, Tallahassee, FL 32314-8500 |
| 14425656 | + | State of Louisiana Office of Fire Marsha, 8181 Indpendence Blvd, Baton Rouge, LA 70806-6413 |
| 14425657 | + | State of Michigan, 611 W Ottawa, Lansing, MI 48933-1070 |
| 14425663 | | State of NJ TGI, Revenue Processing Center P.O. Box 188, Trenton, NJ 08646-0188 |
| 14425658 | | State of New Jersey, P O Box 283, Trenton, NJ 08695-0283 |
| 14425659 | + | State of New Jersey, PO Box 45045, Newark, NJ 07101-8002 |
| 14425661 | | State of New Jersey, Division of Employer Accounts, Trenton, NJ 08625-0394 |
| 14425662 | | State of New Jersey, Trenton, NJ |
| 14425665 | | State of Washington, P O Box 9034, Olympia, WA 98507-9034 |
| 14425664 | + | State of the Art Medical Products INC, 41 Canfield Road, Cedar Grove, NJ 07009-1201 |
| 14425668 | + | Static Electric, 6531 Halleck Street, District Heights, MD 20747-4925 |
| 14425669 | + | Stefan Franciosa MD, 184 Durham Road, Newtown, PA 18940-1119 |
| 14425671 | + | Stephanie Beard, 1499 Delmont Road, Memphis, TN 38117-6709 |
| 14425672 | | Stephanie Pontz, 112 Lafayette Street, Williamstown, NJ 08094 |
| 14425673 | | Stephanie St Leger, Blue Ridge Road, Pittsburgh, PA 15239 |
| 14425674 | + | Stephanie Trost, 2612 Cameron Way, Frederick, MD 21701-3049 |
| 14425675 | | Stephanie West Moye, 1330 Camey Court, McDonough, GA 30252 |
| 14425676 | + | Stephanine Tibbs, 10602 Gay Ct, Upper Marlboro, MD 20772-4707 |
| 14425677 | + | Stephano Slack LLC, 125 Strafford Ave Suite 200, Wayne, PA 19087-3342 |
| 14425678 | + | Stephen A Morris, 7044 General Haig, New Orleans, LA 70124-4004 |
| 14425679 | + | Stephen Estelle, 205 Hockhockson Road, Tinton Falls, NJ 07724-4406 |
| 14425680 | #+ | Stephen Ferrara, 4524 32nd Road North, Arlington, VA 22207-4459 |
| 14425681 | + | Stephen Kolakowski MD, 28 Natures Drive, Farming Dale, NJ 07727-4213 |
| 14425683 | + | Stephen Osaguona, 3017 Candela Grove Drive, Charleston, SC 29414-8009 |
| 14425684 | + | Stephen Side MD, 112 Allen Dr, New Bern, North Carolina 28562-7751 |
| 14425685 | + | Stephen Sides MD, 112 Allen Drive, New Bern, NC 28562-7751 |
| 14425686 | + | Stephen Yusem, Esq., Atty for DVMM, 920 Lenmar Drive, Blue Bell, Pennsylvania 19422-2000 |
| 14425687 | + | Steppic Medical, 485-31 S. Broadway, Hicksville, NY 11801-5071 |
| 14425689 | | Stericycle Communication Solution, 26604 Network Place, Chicago, IL 60673-1256 |
| 14425690 | + | Stericycle Envirnmental Solutions, 29338 Network PL, Chicago, IL 60673-1293 |
| 14425692 | | Stericycle, Inc., P.O. Box 9001590, Louisville, KY 40290-1590 |
| 14425694 | + | Sterling Life Insurance Company, PO Box 1917, Belingham, WA 98227-1917 |
| 14425695 | #+ | Steve Pringle, 480 Web Foot Lane, Stevensville, MD 21666-2447 |
| 14425696 | + | Steven Hoefer, 10209 Tenbrook Drive, Silver Spring, MD 20901-1803 |
| 14425697 | + | Steven Sieczkowski, 600 Cambria Avenue, Avonmore, PA 15618-9791 |
| 14425698 | + | Stewart Organization, PO Box 166708, Irving, TX 75016-6708 |
| 14425699 | + | Stille Surgical Inc, 915 Parkview Blvd, Lombard, IL 60148-3267 |
| 14425700 | + | Stone Creek Place, LLC, 4349 Lakeland Drive, Flowood, MS 39232-8947 |
| 14425701 | + | Stop Security Systems, INC., PO Box 404, Newtown, PA 18940-0404 |
| 14425702 | + | Strassburger McKenna Gutnick & Potter, 444 Liberty Avenue, Pittsburgh, PA 15222-1208 |
| 14425706 | | Stryker, P.O. Box 70119, Chicago, IL 60673-0119 |
| 14425707 | | Stuart Warren, VAC of Houston, Houston, TX 77054 |
| 14425708 | + | Subhash Ramnauth, MD, 2094 Mackenzie Road, Toms River, NJ 08755-2343 |
| 14425709 | + | Suburban Life Publishing LLC, 112 F Centre Blvd, Marlton, NJ 08053-4134 |
| 14425710 | + | Subway #44283, 1500 N Causeway Blvd., Metairie, LA 70001-4136 |
| 14425711 | + | Sudhen Desai, 4502 Merrie Lane, Bellaire, Texas 77401-3726 |
| 14425712 | + | Sudhir & Seema Julka, 2604 Gay Lynn Drive, Kenner, LA 70065-1536 |
| 14812786 | + | Sudhir K. Julka, 2604 Gay Lynn Street, Kenner LA 70065-1536 |
| 14425713 | + | Sugar Run 5K, 8200 Old Dexter Rd., Suite 106, Cordova, TN 38016-0542 |
| 14425714 | + | Sumit Kumar MD, 3301 Hayley Court, Richardson, TX 75082-2670 |
| 14425715 | + | Summit Access LLC, 14 Inverness Drive East Ste H-135, Englewood, CO 80112-5645 |
| 14425716 | + | Summit Elecrical Contractors, 13790 Ranch Road, Jacksonville, FL 32218-9401 |

14425717    + Summit Group, 4124 Arkwright Road, Macon, GA 31210-1777
14425718      Sun Life Assurance Co, P.O. Box 7247-7184, Philadelphia, PA 19170-7184
14425719    + Sunbelt Medical Corporation, 2040 Johanna Drive, Houston, TX 77055-1702
14425720    + Supera, 253 Medical Center Blvd, Webster, TX 77598-4408
14425722    + Superior Home Improvement LLC, 30204 Diane St, Lacombe, LA 70445-3926
14425723      Supertech, Inc., PO Box 186, Elkhart, IN 46515-0186
14425724    + Suplee Contracting LLP, P O Box 58, Harwood, MD 20776-0058
14425725    + Surgiquip Solutions Inc, 2020 Johanna Dr, Houston, TX 77055-1702
14425726    + Surgpro, 5809 Departure Drive, Raleigh, NC 27616-1935
14425727    + Susan Brown, 3450 Old Washington Rd, Waldorf, MD 20602-3248
14425728    + Susan Koebert, 30 Bluestone Circle, Sicklerville, NJ 08081-1340
14425729    + Susan Sims, 1 Galleria Blvd Suite 110, Metairie, LA 70001-8501
14425735    + Sylvester Bowen, 2790 Lynchburg Street, Memphis, TN 38134-4324
14425736    + System 4 of Washington DC, 5711 Industry Lane, Unit 13, Frederick, MD 21704-7251
14425737    + System Tech Inc, 29 Heath Lane, Jackson, NJ 08527-4696
14425738    + T Metals Inc, PO Box 1053, Park Forrest, IL 60466-1184
14425739    + T-Med Inc, 2634 Henry Street, Augusta, GA 30904-4656
14810038    + T.D. Business Ventures Inc./, TD Pharmacy Returns, Thomas P. DiFilippo, 351 Stockham Avenue, Morrisville PA 19067-6614
14425756    + TCS Inc, 12114 Ell Lane, Waldorf, MD 20602-3520
14425757    + TD Pharmacy Returns, 351 Stockham Ave., Morrisville, PA 19067-6614
14425827    + TI-Westover Place LLC, PO Box 19669, Raleigh, NC 27619-9669
14492669    + TIAA Commercial Finance, Inc., c/o Lisa M. Peters, Esq., KUTAK ROCK LLP, 1650 Farnam Street, Omaha, NE 68102-2186
14512902    + TIAA Commercial Finance, Inc., c/o Kutak Rock LLP, Attn: Lisa M. Peters, Esq., 1650 Farnam Street, Omaha, NE 68102-2186
14425828      TIAA Commerical Finance Inc, P O Box 911608, Denver, CO 80291-1608
14425848    + TLC Engineering, 255 S Orange Ave., Ste 1600, Orlando, FL 32801-3463
14425851    + TN Dept Env & Conservation, 312 Rosa L. Parks Avenue, Nashville, TN 37243-1102
14425852      TN Secretary of State, 312 Rosa L. Parks Ave., 6th Floor, Nashville, TN 37243-1102
14425885    + TRC Holdings, LLC, P.O. Box 5188, Toms River, NJ 08754-5188
14425910      TYCO Integrated Systems LLC, P O Box 371967, Pittsburgh, 15250-7994
14425740    + Takia Williams, 710 Barrington Dr, Waldorf, MD 20602-3069
14425741      Tallahassee Central Service Center, P O Box 6417, Tallahassee, FL 32314-6417
14425742    + Tamara Reid, 2002 Stenton Ave, Philadelphia, PA 19138-3028
14425743    + Tamieka Young, 5763 Broadway Dr W, Southhaven, MS 38672-6508
14425744    + Tammara Tate, 8513 Edney Ridge Dr, Memphis, TN 38016-4541
14425745    + Tammera Smith, 7411 Buist Ave, Philadelphia, PA 19153-1402
14425747    + Tamy Oser LLC, 71209 Schooner Place, Abita Springs, LA 70420-3457
14425748    + Tanya Honore, 1115 Bellecastle St, New Orleans, LA 70115-3031
14425749    + Tanya Thomas, 78 Southern Golf Court, Fayetteville, GA 30215-8008
14425750    + Tarah Virgil, 18415 83rd Ave SE, Snohomish, WA 98296-8027
14425751    + Tarmo Vance, 103 Beechwood Circle, Cranberry Twp, PA 16066-4701
14425752    + Tasha Barnett, 229 Carolina Jasmine Lane, St John's, FL 32259-4036
14425753    + Tax Trust Account, 9618 Jefferson Hwy Ste D #334, Baton Rouge, LA 70809-9636
14425754    + Taxi & Limousine One LLC, 5 Pennsylvania Ave, Metuchen, NJ 08840-1905
14425758    + Ted Hall, 397 Hwy #35, Red Bank, NJ 07701-5938
14425759    + Teleflex, P O Box 936729, Atlanta, GA 31193-6729
14425760    + Telforward, 7531 Leesburg Pike Suite 101, Falls Church, VA 22043-2120
14425761      Telspan, 101 West Washington Street, Indianapolis, IN 46204-3409
14425762      Temple Univ. School of Podiatric Medicin, 148 North 8th Street, Room 634, Philadelphia, PA, 19107-2496
14425763    + Teneca Dianne Hill, 7085 Fernbank LN, Memphis, TN 38125-4176
14425764    + Tenesa Dockery, 4907 Wooddale Ave., Memphis, TN 38118-5312
14425765    + Tennessee Board of Medical Examiners, 227 French Landing Ste 300, Nashville, TN 37243-0001
14425766    + Tennessee Board of Nursing, 227 French Landing Ste 300, Nashville, TN 37243-0001
14425767      Tennessee Bureau of Investigation, 901 RS Gass Blvd, Nashville, TN 37216-2639
14425768    + Tennessee Dept of Health, 665 Mainstream Drive, Nashville, TN 37243-1003
14425769      Tennessee Dept of Revenue, PO Box 198990, Nashville, TN 37219-8990
14425770    + Tennessee Kidney Foundation, 95 White Bridge Road, Nashville, TN 37205-1497
14425771    + Tennessee Springs, PO Box 1941, Cleveland, MS 38732-4941
14425772    + Tennie Lyons, 25203 Boulder Bend Lane, Katy, TX 77494-6455
14425774    + Teresa Grady, 184 Bellevue Ave - Unit C, Upper Monteclair, NJ 07043-1877
14425775    + Teresa Tadley, 633 Mill Rd, Bargaintown, NJ 08232
14425776    + Terrell Enterprises, 2229 Fulmer Street, Philadelphia, PA 19115-3328
14425777    + Terrence Stangil, 7263 Decatur St, New Tripoli, PA 18066-3928
14425779    + Terry Adams, 475 Aragon Rd, Montegut, LA 70377-3313

District/off: 0313-2                       User: admin                                Page 50 of 72
Date Rcvd: Aug 07, 2026                    Form ID: pdf900                          Total Noticed: 3576

| | | |
|---|---|---|
| 14425780 | + | Terry White, 7610 Pennsylvania Ave ste 203, Forestville, MD 20747-4716 |
| 14425782 | + | Texas ANNA Collaboration, Gail McLaughlin - 4610 Alamance, Baytown, TX 77521-3001 |
| 14425783 | | Texas Board of Nursing, 333 Guadalupe Suite 3-460, Austin, TX 78701-3944 |
| 14425784 | | Texas Department of Public Safety, PO Box 15888, Austin, TX 78761-5888 |
| 14425785 | | Texas Dpt of State Health Svcs, PO Box 12190, Austin, TX 78711-2190 |
| 14425786 | | Texas Medicaid & Healthcare Partnership, PO Box 204270, Austin, TX 78720-4270 |
| 14425787 | | Texas Medical Board, PO Box 2029, Austin, TX 78768-2029 |
| 14425788 | + | Thaddeus A Wilson PHD, 5150 Shady Grove Rd, Memphis, TN 38117-3437 |
| 14425789 | + | The Alphabet Shop Inc, 300 E. Elgin Ave, Elgin, IL 60120-8412 |
| 14425790 | + | The American Board of Radiology, 5441 E Williams Blvd - Ste 200, Tucson, AZ 85711-4493 |
| 14425791 | + | The Best Cleaning Co, 1028 Minnesota Ave., Glassport, PA 15045-1731 |
| 14425792 | + | The Bittinger Law Firm, 3621 Hendricks Ave, Jacksonville, Florida 32207-5311 |
| 14425793 | + | The Citizens' Voice, 75 N Washington Street, Wilkes-Barre, PA 18701-3109 |
| 14425794 | | The Doctors Company, PO Box 52780, Phoenix, AZ 85072-2780 |
| 14425795 | + | The Downey Patriot, P.O. Box 39249, Downey, CA 90239-0249 |
| 14425797 | + | The HUB, 2929 Arch Street, Suite 200, Philadelphia, PA 19104-2824 |
| 14425796 | + | The Hire Connection, 3535 Osage Beach Parkway Ste 403, Osage Beach, MO 65065-8600 |
| 14425798 | + | The Language Shop, 114-26 146th Street, Jamaica, NY 11436-1109 |
| 14425799 | + | The McGraw Hill Companies, PO Box 7247-7020, Philadelphia, PA 19170-0001 |
| 14425803 | + | The Renal Network Inc, 911 E 86th Street, Suite 202, Indianapolis, IN 46240-1840 |
| 14425804 | + | The Rock Brook Consulting Group LLC, 103 Melrich Road, Cranbury, NJ 08512-3512 |
| 14425805 | + | The Sherman Engineering Co, 1830 County Line Road, Huntingdon Valley, PA 19006-1703 |
| 14425806 | + | The Spring Group LTD, 401 Cheyney Road, Glen Mills, PA 19342-1025 |
| 14425807 | | The Tennessee Bureau of Investigations, 901 RS Gass Blvd, Nashville, TN 37216-2639 |
| 14425808 | + | The Times, 500 Perry Street, Trenton, NJ 08618-3932 |
| 14425809 | + | The Trentonian, 600 Perry Street, Trenton, NJ 08618-3996 |
| 14425810 | + | The Wheelchair Man Co., Inc, 281 White Horse Pike, Clementon, NJ 08021-4322 |
| 14425811 | + | The Wingfield/Sears Group Inc, 2900 Weslayan Suite 310, Houston, TX 77027-5259 |
| 14425813 | + | Theresa Loup, 27559 Snead Drive, Abita Springs, LA 70420-2896 |
| 14425814 | + | Theresa Ogin, 528 Royal Palms Dr, Atlantic Beach, FL 32233-3928 |
| 14425815 | + | Thermal Services of NJ Inc, P O Box 6554, Edison, NJ 08818-6554 |
| 14425817 | + | Thersa Ogin, 528 Royal Palms Dr, Atlantic Beach, FL 32233-3928 |
| 14425818 | + | Thersea Aquino, 219 Mercer Street, Princeton, NJ 08540-6818 |
| 14425819 | + | Thomas Waski, 88 Burlington Ave, Leonardo, NJ 07737-1156 |
| 14425820 | + | Thomas Blesi, 640 N Broad Street Apt 724, Philadelphia, PA 19130-3441 |
| 14425821 | + | Thomas D Morris Inc, 4001 Millender Mill Road, Reisterstown, MD 21136-3827 |
| 14425822 | + | Thomas Mc Conville, 284 Timberline Pl, Brick, NJ 08723-5937 |
| 14425823 | | Thomas Plumbing Co, 2619 Evarts St NE, Washington, DC 20018-1430 |
| 14425824 | + | ThreeSixty Group, Eight Stonehill Road, Marlborough, MA 01752-1731 |
| 14425825 | + | Thrifty Office Furniture, 1023 S Miami Blvd, Durham, NC 27703-5121 |
| 14425826 | + | Thuc Tu, 6552 Bolsa Ave Suite N, Huntington Beach, CA 92647-2656 |
| 14425829 | | Tierpoint LLC, PO Box 82670, Lincoln, NE 68501-2670 |
| 14425830 | + | Tiffany Avery, 1505 Clinton Road Apt 505, Macon, GA 31211-1769 |
| 14425831 | + | Tiffany Bethel, 12326 Newport Run Place, Charlotte, MD 20622-3733 |
| 14425832 | + | Tiffany Capps, 4622 Black Horse Pike Suite 102, Mays Landing, NJ 08330-3214 |
| 14425833 | + | Tim Lopez, 329 Pecan Court, McDonough, GA 30252-6681 |
| 14425834 | | Time Customer Service Inc, PO Box 62121, Tampa, FL 33662 |
| 14425836 | + | Timm Heimgartner, 14220 Interurban Ave S A110 VAC of Seatt, Tukwila, WA 98168-4662 |
| 14425837 | + | Timothy Kightlinger, 1099 Elizabeth Lane, League City, TX 77573-9079 |
| 14425838 | + | Timothy Lantry, 3804 Denfield Ave, Kensington, MD 20895-1603 |
| 14425839 | + | Timothy McKee, 2 Cheswyck Circle, Horsham, PA 19044-1112 |
| 14425840 | + | Timothy McSorley, 5260 Lake Road, Newfield, NJ 08344-5217 |
| 14425841 | + | Timphony Blakney-Brown, 1776 Peachtree St, NW - Suite 250, Atlanta, GA 30309-2307 |
| 14425842 | + | Tina Hallman, 3664 Highway 1 South, Greenville, MS 38701-7214 |
| 14425843 | + | Tina Harris, 2660 Augusta Drive # H404, Houston, TX 77057-5870 |
| 14425844 | + | Tina Rosier, 7372 St. Mary's Ave, LaPlata, MD 20646-3941 |
| 14425845 | + | Tina Valin, 144 Comanche Lane, Opelousas, LA 70570-0313 |
| 14425846 | + | Tissue Seal, 5643 Plymouth Rd, Ann Arbor, MI 48105-9586 |
| 14425847 | | Titan sign, 1101 Peirson Drive #H, Fredericksburg, VA 22404 |
| 14425853 | | Today's Options, P O Box 505057, St Louis, MO 63150-2127 |
| 14425854 | + | Tom Bertoli, 1302 Central Avenue, Aberdeen, NJ 07747-1064 |
| 14425855 | + | Tomiko Lyles, 4841 Roanoke Blvd, Jacksonville, FL 32208-1047 |
| 14425856 | + | Tommie Walker, 6500 Kerby Gate Blvd, Memphis, TN 38119-2673 |

14425857     +  Tommy McCullar, 3406 Good Hope Road, Batesville, MS 38606-8121
14425858     +  Tony Garcia, 6035 Curtier Dr Unit D, Alexandria, VA 22310-5163
14425859     +  Tony Laurencio, 1450 Parkside Ave., Unit 18, Trenton, NJ 08638-2951
14425860        Tonya Chin, 5413 Russell DR, Southaven, MS 38671
14425861     +  Tonya Roundtree, 9188 Muddville Road, Millington, TN 38053-4829
14425862     +  Total Plastics Inc., 1350 Reliable Pkwy, Chicago, IL 60686-0013
14425863        Total Plastics Inc., 23559 Network Place, Chicago, IL 60673-1235
14425864     +  Total Vein Systems, 901 Yale Street, Houston, TX 77008-6919
14425865        TotalFunds By Hasler, PO Box 6813, Carol Stream, IL 60197-6813
14425866     +  Townshi p of Hamilton, Bureau of Fire Pr, 6101 Thirteenth Street, Mays Landing, NJ 08330-1840
14425867     +  Township of Hamilton, 6101 13th Street, Ste. 207, Mays Landing, NJ 08330-1870
14425868     +  Township of Lower Merion, 75 E Lancaster Ave, Ardmore, PA 19003-2300
14425869     +  Township of Piscataway Tax Office, 455 Hoes Lane, Piscataway, NJ 08854-5097
14425871     +  Tozour Energy Systems Inc, PO Box 822249, Philadelphia, PA 19182-2249
14425872     +  Trac T Le, 5100 Janice Avenue, Kenner, LA 70065-3236
14425873     +  Tracey Glasscock, 351 Epps Martin Road, Roxboro, NC 27574-6800
14425874     +  Tracy Beard, 8728 Compass Lane, Raliegh, NC 27615-8201
14425875     +  Tracy Foray Torrisi, 615 Missletoe Ave, Pt. Pleasant, NJ 08742-2854
14425876     +  Tracy Martin, 521 Pacer Drive, Landover, MD 20785-4639
14425877     +  Tracy Revels, 79 Wildwood Ave, Edison, NJ 08837-3315
14425878     +  Tracy Rimmer, 28 Moonlit Trail, St Augustine, FL 32092-2925
14425879     +  Trade Eastern Inc, 53 Gravel Street, Wilkes-Barre, PA 18705-3723
14425880     +  Transamerica, PO Box 30266, Los Angeles, CA 90030-0266
14425881     +  Transport U LLC, PO Box 40289, Pittsburgh, PA 15201-0289
14425882     +  Transportation Solutions, P.O. Box 53039, Pittsburgh, PA 15219-0039
14425883        Traveler's Life Annuity, CL REMITTANCE CENTER, Dallas, TX 75266-0317
14425884        Travelers, P.O. Box 29103, Shawnee Mission, Kansas 66201-1403
14425886        Treasurer - State of New Jersey, P O Box 417, Trenton, NJ 08646-0417
14425887        Treasurer City of Pittsburgh, PO Box 642606, Pittsburgh, PA 15264-2606
14425888        Treasurer City of Pittsburgh, 414 Grant St., Rm 205, Pittsburgh, PA 15219-2476
14425889     +  Treasurer of Virginia, 9960 Mayland Dr - Ste 300, Henrico, VA 23233-1485
14425891     +  Treatspace Inc, 201 S. Highland Avenue, Ste 102, Pittsburgh, PA 15206-3969
14425892     +  Trent Cab Limo Service, 1827 US Highway 1, Lawrenceville, NJ 08648-4676
14425893        Trenton Joe and Son, 4 Scotch Roar, Ewing, NJ 08628
14425894     +  Trenton Water Works, P.O. Box 1790, Newark, NJ 07101-1790
14425895        Trevis Parker, 1615 Nova Ave, Suitland, MD 20746
14425900     +  TriState Capital, 789 E. Lancaster Avenue Suite 240, Villanova, PA 19085-1521
14425901     +  TriTech Systems Inc, 405 Baily Road, Yeadon, PA 19050-3003
14425896     +  Tribune Review Publishing Co, PO Box 642557, Pittsburgh, PA 15264-2557
14425897     +  Tricare Medical Transportation, 825 Noah's Road, Pleasantville, NJ 08232-4227
14425899     +  Trish Lane, 1186 John Oakley Road, Prospect Hill, NC 27314-9590
14425902     +  Trust U/T/W Virginia B.D. Gardner, 285 Wilmington- West Chester Pike, Chadds Ford, PA 19317-9039
14512560     +  Trust U/W of Virginia B. D. Gardner, W. Whitfield Gardner, Trustee, 285 Wilmington-West Chester Pike, Chadds Ford, PA 19317-9039
14425903     +  Trustee of the University of Pennsylvani, 3451 Walnut Street - 221 Franklin bldg, Philadelphia, PA 19104-6205
14425904     +  Tryon Kretzu, 524 Northwest Blvd, East Vineland, NJ 08360-2845
14425905     +  Tukwila Fire Department, 444 Andover Park East, Tukwila, WA 98188-7606
14425906     #  Tulpehocken Mountain Spring Water, 200 N 1st Street STE E, Stroudsburg PA 18360-2539
14425907     +  Turelk Inc, PO Box 93101, Long Beach, CA 90809-3101
14425908     +  Turner Logistics LLC, 4 Skyline Drive, Hawthorne, NY 10532-2147
14425909        Tyco Fire & security Management Inc, P O Box 8799, Princeton, NJ 08543-8799
14425911        Tyco Simplex Grinnell, Dept. CH 10320, Palatine, IL 60055-0320
14425912        Tygris Asset Finance, PO Box 809073, Chicago, IL 60680-9073
14425913     +  Tymia Perkins, 6731 Marsden St, Philadelphia, PA 19135-2225
14425914     +  U G Utiliries, P O Box 15523, Wilmington, DE 19850-5523
14425915     +  UC Surgeons Inc, 2123 Auburn Ave, Cincinnati, OH 45219-2906
14425916     +  UFCW Health and Welfare Fund, 911 Ridgebrook Road, Sparks, MD 21152-9459
14425942     +  UPMC Health Plan, One Chatham Center - Ste 600, Pittsburgh, PA 15219-3477
14425941        UPMC Health Plan, One Chatham Center 1211 Washington Place, Pittsburgh, PA 15219
14425943     +  UPMC Passavant Professional staff, 9100 Babcock Blvd, Pittsburgh, PA 15237-5815
14425944        UPMC Shadyside Hospital Med Staff, First Floor, W-109, Pittsburgh, PA 15232
14425949        UPS Freight, 28013 Network Place, Chicago, IL 60673-1280
14425957        US Bank Equipment Financing, PO Box 790413, St Louis, MO 63179-0413
14425959     +  US Family Health Plan, 5 Penn Plaza 5th Fl, New York, NY 10001-1810

14425960  + US Postal Service, 30th St Train St 2955 Market St Lbby A, Philadelphia, PA 19104-2817
14425961  + US Treasury FMS, P.O. Box 979111, St Louis, MO 63197-9001
14425962  + US Vascular, LLC, Mailbox # 9 15246 NW Greenbrier Pkwy, Beaverton, OR 97006-5764
14425963  + USAA Life Insurance, P.O. Box 12750, Pensacola, FL 32591-2750
14425965  + USBEF Exchange Co., Lockbox 88010 131 S Dearborn 6th Fl, Chicago, Il 60680-1010
14425964    USbank, PO Box 790448, St Louis, MO 63179-0448
14425918  + Ultrasound Imaging Inc, 19019 International Blvd # 142, Seattle, WA 98188-5207
14425919  + Umberto Malignaggi, 347 Mt Pleasant Ave Ste 100, West Orange, New Jersey 07052-2745
14425920    Unite Healthcare, P O Box 101760, Atlanta, GA 30392-1760
14425921    United American Insurance Company, PO Box 8080, McKinney, TX 75070-8080
14425922  + United Cabs Inc, 1634 Euterpe Street, New Orleans, LA 70130-4434
14425923  + United Concordia, PO Box 827399, Philadelphia, PA 19182-0001
14425926  + United Healthcare, PO Box 209011, Dallas, TX 75320-9011
14425924  + United Healthcare, P O Box 1600, Kingston, NY 12402-1600
14425925    United Healthcare, PO Box 203921 Johnson & Roundtree, Houston, TX 77216-3921
14425927  + United Mechanical Contractors LLC, 105 Ridona Street, Lafayette, LA 70508-3504
14425928    United Retirement, P.O. Box 638750, Cincinnati, OH 45263-8750
14425929    United Retirement Plan Consultants, PO Box 638750, Cincinnati, OH 45263-8750
14425930  + United State Fire Protections Co, P O Box 39093, Downey, CA 90239-0093
14425931  + United Supply Center, P O BOx 1621, Walnut, CA 91788-1621
14425932  + UnitedHealthcare, Dept CH 10151, Palatine, IL 60055-0001
14425933    Universal American, P.O. Box 505057, St. Louis, MO 63150-2127
14425934    Universal Hospital Services, SDS12-0940, Minneapolis, MN 55486-0940
14425936  + Universal Medical Services Inc, PO Box 986, Beaver Falls, PA 15010-0986
14425937  + Universal Service Agency, 501 Office Center Drive Ste 128, Fort Washington, PA 19034-3267
14425939  + University of Texas at Austin, PO Box 7216 - UT Office of Registrar, Austin, TX 78713-7216
14425940    University of Washington, PO Box 356421 Med Res Pro Off, Seattle, WA 98195-6421
14425945  + Upper Merion Township, 175 W. Valley Forge Road, King of Prussia, PA 19406-1851
14425951    Ups Store 0391, 2771029 Monumnet Rd, Jacksonville, FL 32225
14425953    Urban Renewal Associates, Harborside Plaza 10, Ste 1203, Jersey City, NJ 07311
14425954  + Urbanarch Assoc., 390 South Main, Memphis, TN 38103-4226
14425955  + Urszula Legiec-Mamon, 3313 Park Ave, South Plainfield, NJ 07080-5223
14425979  + VCM, LLC, 1750 Madison, Memphis, TN 38104-6492
14425998  + VF Chauffeured, 127 E Valley Creek Rd, Plymouth Meeting, PA 19462-7146
14426016  + VIVA, 5671 Santa Teresa Blvd Suite 202, San Jose, CA 95123-6511
14426017    VNUS, Department 00 10318, Palatine, IL 60055-0318
14426021  + VVI Patient Handbook, 4828 Water Park Dr, Belcamp, MD 21017-1442
14425966  + Valdmed LLC, 1381 Beechwood Circle, Lawrenceville, GA 30046-8807
14425967  + Valerie Antici, 203 Seventh Ave, Cleveland, MS 38732-3165
14425968  + Valerie Lear, 6220 Quebec Place, Berwyn Heights, MD 20740-2744
14425969  + Valerie Reyes, 101 Orchid Rd, Egg Harbor Twp, NJ 08234-4957
14425971  + Van Painting and Home Improvement, 4 Currier Way, Ewing, NJ 08628-1505
14425972  + Vanguard Cleaning Sys Central NJ, 67 Buck Road B45, Huntingdon Valley, PA 19006-1542
14425973  + Vanguard Cleaning Sys of N New Jersey, 115 Route 46 West Ste A-8, Mountain Lakes, NJ 07046-1655
14425974  + Vanguard Cleaning Systems of Centra l& S, 67 Buck Road B45, Huntingdon Valley, PA 19006-1542
14430686  + Vascular Access Centers, LLC, c/o George Bochetto, Esq, BOCHETTO & LENTZ, P.C., 1524 Locust Street, Philadelphia, PA
             19102-4401
14512998    Vascular Access Centers, LLC, c/o David P. Heim, Esq., Bochetto & Lentz, P.C., 1524 Locust St., Phila., PA 19102
14425975  + Vascular Access Society of the Americas, 19 North Street, Salem, MA 01970-3970
14425976  + Vascular Holdings Company, LLC, P. O. Box 1805, Covington, LA 70434-1805
14831305  + Vascular Institute Interventional Physicians, LLC, Vascular Institute of Virginia, 14085 Crown Court, Woodbridge, VA 22193-1458
14425977    Vascular Solutions, Inc., PO Box 936729, Atlanta, GA 31193-6729
14425978  + Vasquez Transportation, PO Box 59126, Los Angeles, CA 90059-0126
14425980    Vector Security, P.O. Box 89462, Cleveland, OH 44101-6462
14425981    Venable LLP, PO Box 62727, Baltimore, MD 21264-2727
14425982  + Venosan North America Inc, PO Bos 1067, Asheboro, NC 27204-1067
14425983  + Ventura Uniform Service, 2659 Lexington Ave, Kenner, LA 70062-5370
14425984  + Vera M Centrella, 439 Church Road Apt 2305, Sicklerville, NJ 08081-2635
14425985    Verity, PO Box 1171130, Atlanta, GA 30368-7113
14425994  + Vermont 1010 Associates, 6000 Executive Blvd Suite 400, North Bethesda, MD 20852-3857
14425995  + Veronica Hernandez, 9479 Badminton Ave., Whitter, CA 90605-2809
14425996  + Veronica Hevican, 336 Sgoda Circle North, Macon, GA 31217-8223
14425997  + Vertiv services Inc, 610 Executive Campus Dr, Westerville, OH 43082-8870

14425999    +  Vicky Volz, 13298 Magnolia Crossing, Hammond, LA 70401-6442
14426000    +  Victor Carabello, 1700 E Cesar Chavez Ave Ste L-200, Los Angeles, CA 90033-2470
14426001    +  Victor Roa, 41 Willow Street, Port Monmouth, NJ 07758-1457
14426002    +  Victor Salmones, 17721 Norwalk Blvd @17, Artesia, CA 90701-4355
14426003    +  Victoria Fraizer, 3514 Countryhill Dr, Bartlett, TN 38135-2458
14426004    +  Victoria Rios, 10402 9th Ave So, Seattle, WA 98168-1515
14426006    +  Vincent Ippolito, 2456 Pimlico Ct, Waldorf, MD 20602-2009
14426007    +  Vinod Maller, P O Box 5135, Memphis, TN 38101-5135
14426008    +  Vinson & Elkins, PO Box 200113, Houston, TX 77216-0001
14426009       Virginia Board of Medicine, 9960 Maryland Drive Suite 300, Henrico, VA 23233
14426010    +  Virginia Employment Commission, PO Box 27592, Richmond, VA 23261-7592
14426011    +  Virgo Publishing, 3300 North Central Ave Ste 300, Phoenix, AZ 85012-2532
14426012    +  Vision Business Products, P O Box 643897, Pittsburgh, Pa 15264-3897
14426013    +  Vision Imaging, 517 Pierce Street, Kingston, PA 18704-5757
14426014    +  Vision Latina, PO Box 33003, Trenton, NJ 08629-3003
14426015    +  Vital Care Products, 3046 Brecksville Rd, Richfield, OH 44286-9252
14426018       Volcano Corporation, PO Box 100355, Atlanta, GA 30384-0355
14426019    +  Vontricia Johnson, 1755 Cesery Blvd, Jacksonville, FL 32211-4787
14426022    +  W.L.Gore, P.O. Box 751331, Charlotte, NC 28275-1331
14426023    +  WA State Dept of Ecology, PO Box 34050, Seattle, WA 98124-1050
14426024    +  WABG-TV, 849 Washington Ave, Greensville, MS 38701-3727
14426069       WHBQ-FM, 6080 Mt Moriah, Memphis, TN 38115
14426073       WI Dept of Regulation & Licensing, PO Box 8935, Madison, WI 53708-8935
14426096       WILLIAMS, RICHARD B, PO BOX 244, CANIM LAKE, BC V0K1J0
14426111    +  WPH Medical Staff, 4800 Friendship Ave, Pittsburgh, PA 15224-1722
14426112    +  WPS - Medicare part B, PO Box 999 - Financial Dept, Marion, IL 62959-0911
14426113    +  WPS Tricare for Life, PO Box 7928, Madison, WI 53707-7928
14426114       WRE Ownership Services LLC, P.O. Box 6162, Hicksville, NY 11802-6162
14426116    +  WRVR-FM, 1835 Moriah Woods Blvd, Memphis, TN 38117-7122
14426117    +  WSRT, 12609 NW 20th Ave, Vancouver, WA 98685-2305
14426118       WYMX-FM, P O Box 1686, Greenwood, MS 38935-1686
14426025    +  Wachsil LLC, 237 South Street, Morristown, NJ 07960-6098
14440955    +  Wadah Atassi, co John C. Kilgannon, Stevens & Lee, P.C., 1818 Market St, 29th Floor, Philadelphia, PA 19103-3652
14426026    +  Wadah Atassi, MD, 907 Saint Stevens Green, Oak Brook, Illinois 60523-2569
14426027    +  Wagner Medical, P O Box 431, Middlebourne, WV 26149-0431
14426028    +  Waleska Rivera, 2715 East Chesnut Ave APT 28, Vineland, NJ 08361-6162
14426029    +  Walker Daly, LLP, 3939 N. Causeway Blvd Ste 200, Metairie, LA 70002-1777
14426030    +  Wallace Gauntner, 1367 Parkview Drive, Allison Park, PA 15101-1627
14426031    +  Walter Pond, 1119 Division St, Metairie, LA 70001-3917
14426032    +  Walter Stephens, 76301 Beverly Drive, Covington, LA 70435-5511
14426033    +  Walter Sullivan, 205 Glen Brook Place, Hightstown, NJ 08520-4102
14426034    +  Wanda Hall, 17 Ewan Terr, Vineland, NJ 08360-3901
14426035    +  Warehouse Assoc., 707 North Shepherd Dr. Ste 700, Houston, TX 77007-1351
14426036    +  Warren Nothnick, 123 Nothnick Lane, Franklinville, NJ 08322-2342
14426037    +  Warren Yu, 9309 Langford Court, Potomac, MD 20854-4351
14426038    +  Warren-Hay Mechanical Contractors, PO Box 818, Hillsborough, NC 27278-0818
14426041    +  Washington Gas, 1000 Maine Avenue, SW, Suite 700, Washington, DC 20024-3496
14426042    +  Washington National Insurance C., c/o Asset Prot. P.O. Box 30969, Amarillo, TX 79120-0969
14426044       Washington State Treasurer, P.O. Box 34051, Seattle, WA 98124-1051
14426045       Waste Management, PO Box 9001054, Louisville, KY 40290-1054
14426046       Waste Management of MD, P.O. Box 13648, Philadelphia, PA 19101-3648
14426047       Watchung Companies, P.O.Box 3019, Lakewood, NJ 08701
14426048    +  Watkins Court Reporters, 1001 4th Avenue - Suite 4400, Seattle, WA 98154-1192
14426049    +  Watkins Transport Corporation, 7603 Bethal Drive, District Heights, MD 20747-1749
14426050    +  Watson Electrical Construction Co LLC, PO Box 3105, Wilson, NC 27895-3105
14426052    +  Wayne Clay, 103 Nautilus Court, Gloucester, NC 28528-9310
14426051    +  Wayne Clay, 103 Nautilus Ct., Gloucester, NC 28528-9310
14426053    +  Wayne Davis, 10500 Blackstone Ave, Cheltenham, MD 20623-1121
14426054    +  Wayne Demling, 440 Burdick Ave, Hammonton, NJ 08037-1007
14426055    +  Wayne Moving & Storage Co., Inc, 100 Lawrence Drive, West Chester, PA 19380-4253
14426056    +  Wayne P Huckle, P.O. Box 12737, Charlotte, NC 28220-2737
14426057    +  Weber Gallagher Simpson Stapleton Fires, 2000 Market Street - 13th Floor, Philadelphia, PA 19103-3204
14426058    +  Wee Care Transportation, 2001 South Michigan - Ste 135, Chicago, IL 60616-1735

14426059  +  Wellness Corporation, 512 West Main Street, Shrewsbury, MA 01545-6406
14426060  +  Wendy Crowley, 3322 Ruth Elaine Drive, Los Alamitos, CA 90720-3039
14426061  +  Wendy Jacobs, 4308 Rivermont Road, Durham, NC 27712-2935
14426062  +  Wesley McCann, 409 Harang Ave, Metairie, LA 70001-4507
14426063  +  West Call of Texas Inc, 6060 South Loop East Ste 216, Houston, TX 77033-1042
14426064  +  West End Community Ambulance Association, P O Box 90, Danville, PA 17821-0090
14426065  +  West Philadelphia Locksmith Co., 31S 42nd St, Philadelphia, PA 19104-3078
14426066  +  West Physics Consulting, 3825 Paces Walk SE Suite 250, Atlanta, GA 30339-4096
14426067     West Virginia University, Office of University Registar, Morgantown, WV 26506
14426068  +  Westport Linen Services LLC, 510 Kornmeyers Plaza, Baton Rouge, LA 70806-8933
14426070     Whitaker Medical LLC, PO Box 4346 Dept 105, Houston, TX 77210-4346
14426074  +  Wilentz Goldman & Spitzer, 90 Woodbridge Center Drive, Woodbridge, NJ 07095-1146
14426075  +  Wiliiam Givens, 1805 Bolton Abbey Dr, Jacksonville, FL 32223-5079
14426076  +  Wilkes Bowers, 127 Dunbar Street Ste 200, Spartanburg, SC 29306-5191
14426077  +  Willaim Borrows, 6 Waling Drive, Wayne, NJ 07470-4504
14426079     William Bamberger, P.O. Box 3068, Princeton, NJ 08543-3068
14426080  +  William Brady, 45 Millbrook Rd, Piscataway, NJ 08854-2304
14426081  +  William Bragg, 309 Pencarrow Circle, Madisonville, La 70447-3425
14426082  +  William Cleary, 2434 Mill Pond Road, Yorktown Heights, NY 10598-3512
14426083  +  William Convery, 24 Lees Ave, Collingswood, NJ 08108-2070
14426084  +  William Crowder, 4156 Dogwood Dr, Jackson, MS 39211-6520
14426085  +  William Devercelly, 1 Liberty Street Apt M7, Little Ferry, NJ 07643-1787
14426086  +  William Findley, 2813 Concord Drive, Wall, NJ 07719-9574
14426087  +  William Gray, 8834 Alliston Hollow way, Gaithersburg, MD 20879-1659
14426088  +  William H Smith, 6321 Carrington Court, Capitol Heights, MD 20743-1857
14426089  +  William Laurendine, 3336 Antoine Wattigny, Kenner, LA 70065-2902
14426090  +  William Reid, 922 Truro Lane, Waldorf, MD 20601-3350
14426091  +  William Schroder, 108 Weatherby Drive, Macon, GA 31210-8234
14426092  +  William Urban, 1225 Amelia St, New Orleans, LA 70115-2529
14426093  +  William W. Gardner, 285 Wilmington-West Chester Pike, Chadds Ford, PA 19317-9039
14512561  +  William Whitfield Gardner, 285 Wilmington-West Chester Pike, Chadds Ford, PA 19317-9039
14426094  +  William Yu, 5214 Sweet Meadow Lane, Clarksville, MD 21029-1187
14426095  +  William Zantzinger, 212 Banbury Rd., Richmond, VA 23221-3316
14426097  +  Willie Jackson, 2503 Palmdale Street, Jacksonville, FL 32208-3027
14426098  +  Willis Payton, 19545 Vicknair Rd, Maurepas, LA 70449-5351
14426099  +  Wilma Samuel Reeves, 15302 Pulaski Road, Brandywine, MD 20613-6270
14426100  +  Wilson Elser Moskwitz Edelman & Decker L, 150 East 42nd Street, New York, NY 10017-5639
14426102  +  Wind Gap Electric Inc, 125 West Seventh Street, Wind Gap, PA 18091-1272
14426103  +  Wise Carter Child & Caraway, 401 East Capitol Street Ste 600, Jackson, MS 39201-2688
14426104  +  Wolfgang Zeilinger, 330 Davis Ave, Linwood, NJ 08221-1807
14426105     Wolters Kluwer Health, P.O. Box 1610, Hagerstown, MD 21741-1610
14426106  +  Womble Carlyle Sandridge and Rice LLP, One West Fourth Street, Winston-Salem, NC 27101-3846
14426107  +  Word Processing Services Inc, 14500 Byers Road, Hagerstown, MD 21742-1326
14426108  +  Worldwide Innovations & Tech Inc., 2834 Roe Lane, Kanas City, KS 66103-1543
14426109  +  Worldwide Property Management Inc, PO Box 246, Montrose, NY 10548-0246
14426110  +  Worth& Company, 6263 Kellers Church Rd, Pipersville, PA 18947-1807
14426115  +  Wright Medical Services, PA, 810 East Sunflower, Suite 100A, Cleveland, MS 38732-2828
14426119  +  Wynter Samaha, 1210 Camp St Apt A, New Orleans, LA 70130-4256
14426121  +  XRAYZ4U, 2986 Kings Hwy, Colonial Beach, VA 22443-5312
14426120     Xpress Electronics Servics Inc, PO Box 803, Vineland, NJ 08362-0803
14426122  +  Yajaira Maldonado, 347 Mt. Pleasant Ave., St 100, West Orange, NJ 07052-2745
14426123  +  Yelena Vaynberg, 610 3rd Street SE, Washington, DC 20003-1936
14426124  +  Yellow Business Directory, PO Box 411450, Melbourne, FL 32941-1450
14426125  +  Yellow Cab, PO Box 400, Memphis, TN 38101-0400
14426126  +  Yellow Cab Company of DC, 1636 Bladensburg Road NE, Washington, DC 20002-1889
14426127  +  Yellow Pages United, P O Box 50038, Jacksonville, FL 32240-0038
14426128  +  Yeugeniy Oleynik, 7820 Algon Ave, Philadelphia, PA 19111-2848
14426129  #+ Yogesh Patel, P O Box 1139 2500 Hwy 82E, Greenville, MS 38702-1139
14426130     Yolanda Lewis, VAC of Chicago - Ste 108, Chicago, IL 60607
14426131  +  Yoshida Law Firm PLLC, 2125 Fifth Avenue, Seattle, WA 98121-2510
14426132  +  Yost and Tretta LLP, 1500 JFK Blvd Ste 610, Philadelphia, PA 19102-1744
14426133  +  Youssef Kabbani, 612 Elkins Ave., Elkins Park, PA 19027-2302
14426134  +  Yvonne B Ford, 12085 Pierce Road, Waldorf, MD 20601-2749

District/off: 0313-2                      User: admin                                         Page 55 of 72
Date Rcvd: Aug 07, 2026                   Form ID: pdf900                                     Total Noticed: 3576

| | | |
|---|---|---|
| 14426135 | + | Yvonne Ford, 12085 Pierce Rd, Waldorf, MD 20601-2749 |
| 14426140 | + | ZHealth LLC, 330 Franklin Rd., Ste 135A #232, Brentwood, TN 37027-2767 |
| 14426136 | + | Zager Fuchs, PC, 268 Broad St. P.O. Box 489, Red Bank, NJ 07701-0489 |
| 14426137 | + | Zephyrhills direct, P O Box 856680, Louisville, KY 40285-6680 |
| 14426138 | + | Zetter Healthcare LLC, 161 Old Schoolhouse Lane Suite 3, Mrchanicsburg, PA 17055-5680 |
| 14426139 | + | Zevi White, 4 Norfolk Road, Somerset, NJ 08873-1025 |
| 14426141 | | Zonare Medical Systems Inc, P.O. Box 122383, Dallas, TX 75312-2383 |
| 14426142 | + | Zones, 1102 15th St S W ste 102, Auburn, WA 98001-6524 |
| 14423692 | + | ev3 Inc., 4642 Collection Center Dr, Chicago, IL 60693-0001 |
| 14423908 | | guerbet, P.O. Box 3571, Carol Stream, IL 60132-3571 |
| 14424080 | | j2 Global Inc, PO Box 101672, Pasadena, CA 91189-1672 |
| 14424106 | + | james river insurance company, P.O. Box 27648, Richmond, VA 23261-7648 |

TOTAL: 3368

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 08 2026 01:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2026 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| intp | | Email/Text: susan.kempf@dentons.com | Aug 08 2026 01:47:00 | 1750 Madison, LLC, c/o Dentons Cohen & Grigsby P.C., Helen Sara Ward, Esq., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| ptcrd | | Email/Text: stan@mettercpa.com | Aug 08 2026 01:46:00 | Metter & Company, 831 DeKalb Pike, Blue Bell, PA 19422 |
| intp | | Email/Text: susan.kempf@dentons.com | Aug 08 2026 01:47:00 | PBH2, LLC, c/o Dentons Cohen & Grigsby P.C., 625 Liberty Avenue, Pittsburgh, PA 15222-3152 |
| cr | ^ | MEBN | Aug 08 2026 01:44:42 | SMA Properties, LLC, c/o Fox Rothschild LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| cr | ^ | MEBN | Aug 08 2026 01:44:48 | Spectrum Health Partners, LLC, c/o Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Attn: Blake D. Roth, Esq., Nashville, TN 37219-1791 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Aug 08 2026 01:46:00 | TN Dept of Revenue, c/oTN Atty General,Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2026 01:47:00 | United States of America, U.S. Attorneys' Office, 615 Chesnut Street, Suite 1250, Philadelphia, PA 19106-4490 |
| 14422509 | + | Email/Text: asignco@frontier.com | Aug 08 2026 01:47:00 | A Sign Company, 1405 132nd Ave NE Suite 3, Bellevue, WA 98005-2258 |
| 14422523 | | Email/Text: accounts-receivable@aapc.com | Aug 08 2026 01:46:00 | AAPC, P O Box 35199, Seattle, WA 98124 |
| 14422570 | ^ | MEBN | Aug 08 2026 01:44:47 | ADT Security Services Inc, PO Box 371967, Pittsburgh, PA 15250-7967 |
| 14422595 | | Email/Text: ipfscollectionsreferrals@ipfs.com | Aug 08 2026 01:47:00 | AICCO, Box 9045, New York, NY 10087-9045 |
| 14631243 | + | Email/Text: aleksandra.fish@AIG.com | Aug 08 2026 01:47:00 | AIG Property Casualty, Inc, 80 Pine Street, 13th Floor, New York, NY 10005-1734 |
| 14422650 | | Email/Text: randy@allfax.com | Aug 08 2026 01:46:00 | Allfax Specialties Inc, 130 James Drive East, St Rose, LA 70087 |
| 14424917 | | Email/Text: legal@angiodynamics.com | Aug 08 2026 01:46:00 | Navilyst Medical, P O Box 1549, Albany, NY 12201-1549 |

| | | | |
|---|---|---|---|
| 14422747 | Email/Text: legal@angiodynamics.com | Aug 08 2026 01:46:00 | Angio Dynamics, P.O. Box 1549, Albany, NY 12201-1549 |
| 14422819 | + Email/Text: g17768@att.com | Aug 08 2026 01:46:00 | AT&T, PO Box 650661, Dallas, TX 75265-0661 |
| 14449340 | + Email/Text: kmksc@kmksc.com | Aug 08 2026 01:47:00 | Abbott Vascular, Division of Abbott Laboratories Inc., c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, Wisconsin 53212-1077 |
| 14422536 | + Email/Text: tstodder@accentimaging.com | Aug 08 2026 01:47:00 | Accent Imaging Inc, 8121 Brownleigh Drive, Raleigh, NC 27617-7408 |
| 14422601 | Email/Text: ndiv.bkrpt.notice@airgas.com | Aug 08 2026 01:47:00 | Airgas East, P.O. Box 827049, Philadelphia, PA 19182-7049 |
| 14422652 | Email/Text: dvenable@republicservices.com | Aug 08 2026 01:47:24 | Allied Waste Services, PO Box 9001099, Louisville, KY 40290-1099 |
| 14422686 | Email/PDF: bncnotices@becket-lee.com | Aug 08 2026 01:52:31 | American Express, P. O. Box 1270, Newark, NJ 07101-1270 |
| 14422688 | Email/Text: creditbankruptcy@ama-assn.org | Aug 08 2026 01:47:00 | American Medical Association, P O Box 930876, Atlanta, GA 31193-0876 |
| 14422886 | + Email/Text: pjennings@bassberry.com | Aug 08 2026 01:47:00 | Bass Berry & Sims, 150 Third Ave. South - Suite 2800, Nashville, TN 37201-2017 |
| 14422887 | + Email/Text: pjennings@bassberry.com | Aug 08 2026 01:47:00 | Bass Berry & Sims PLC, 150 Third Ave Souith Ste 2800, Nashville, TN 37201-2017 |
| 14422888 | + Email/Text: creditdept@baxter.com | Aug 08 2026 01:47:00 | Baxter Healthcare Corp, PO Box 33037, Newark, NJ 07188-0037 |
| 14422935 | + Email/Text: accounting@biomedix.com | Aug 08 2026 01:47:00 | BioMedix, 2025 Centre Point Blvd Ste 200, Mendota Heights, MN 55120-1259 |
| 14422943 | + Email/Text: robyn.schwartz@bcbsma.com | Aug 08 2026 01:47:00 | Blue Cross Blue Sheild of MA, One Enterprise Drive, North Quincy, MA 02171-2139 |
| 14511655 | Email/Text: Bankruptcy@mccarter.com | Aug 08 2026 01:47:00 | C.R. Bard, Inc., c/o McCarter & English, LLP, Attn: Lisa S. Bonsall, Esq., 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102 |
| 14423026 | + Email/Text: OLSBKNotices@cdph.ca.gov | Aug 08 2026 01:47:00 | CA Dept of Public Health, P O Box 997377, Sacramento, CA 95899-7377 |
| 14423072 | Email/Text: jodi.moore@falck.com | Aug 08 2026 01:47:00 | CARE Ambulance Service, 1517 W Braden Court, Orange, CA 92868-1125 |
| 14423190 | Email/Text: citjaxbankruptcy@cit.com | Aug 08 2026 01:47:00 | CIT Technology Fin Serv Inc, 21146 Network Place, Chicago, IL 60673-1211 |
| 14423191 | + Email/Text: citjaxbankruptcy@cit.com | Aug 08 2026 01:47:00 | CIT Tecnology Fin Serv In, 21146 Network Place, Chicago, IL 60673-1211 |
| 14423199 | Email/Text: dominique.green@cityofclevelandms.com | Aug 08 2026 01:46:00 | City Of Cleveland, P.O. Box 1439 - Privilege Tax Collector, Cleveland, MS 38732 |
| 14423203 | Email/Text: Collections@DurhamNC.gov | Aug 08 2026 01:47:00 | City of Durham, 101 City Hall Plaza, Durham, NC 27701 |
| 14423295 | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 08 2026 01:46:00 | Comptroller of Maryland, Revenue Administration Division, Annapolis, MD 21411-0001 |
| 14423338 | Email/Text: cindy.koss@cranberrytownship.org | Aug 08 2026 01:46:00 | Cranberry Township, 2525 Rochester Rd Ste 400, Cranberry Township, PA 16066 |
| 14423349 | Email/Text: BANKRUPTCYNOTICE@CSCINFO.COM | Aug 08 2026 01:46:00 | CSC, PO Box 13397, Philadelphia, PA 19101-3397 |
| 14423353 | Email/Text: cls-bankruptcy@wolterskluwer.com | Aug 08 2026 01:47:00 | CT Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 14423030 | Email/Text: BANKRUPTCIES@CABLEONE.BIZ | | |

| | | | Aug 08 2026 01:47:00 | Cable One, PO Box 9001009, Louisville, KY 40290-1009 |

14423051          ^  MEBN

Aug 08 2026 01:44:40   Canon Financial Services Inc, 14904 Collections Center Drive, Chicago, IL 60693-0149

14423057             Email/PDF: AIS.cocard.ebn@aisinfo.com

Aug 08 2026 01:52:31   Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083

14423064          +  Email/Text: erin.gapinski@cardinalhealth.com

Aug 08 2026 01:47:00   Cardinal Health 200 LLC, 7000 Cardinal Place, Dublin, OH 43017-1091

14423102          +  Email/Text: kadalbert@cascadesubscriptions.com

Aug 08 2026 01:46:00   Cascade Subscription Services Inc, P O Box 75089, Seattle, WA 98175-0089

14423152          +  Email/Text: dl-csgbankruptcy@charter.com

Aug 08 2026 01:47:00   Charter Communications, P O Box 742614, Cincinnati, OH 45274-2614

14423187          +  Email/Text: stephen.malkiewicz@cintas.com

Aug 08 2026 01:47:00   Cintas Corp, PO BOX 631025, Cincinnati, OH 45263-1025

14423218          +  Email/Text: ctilghman@umm.edu

Aug 08 2026 01:47:00   Civista Medical Center, PO Box 1070, LaPlata, MD 20646-1070

14423276          +  Email/Text: comedbankruptcygroup@exeloncorp.com

Aug 08 2026 01:47:00   ComEd, Bill Payment Center, Chicago, IL 60668-0001

14423270          +  Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast, P O Box 0196, Newark, NJ 07101-0196

14423269          +  Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast, P O Box1577, Newark, NJ 07101-1577

14423266             Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast, P O Box 71211, Charlotte, NC 28272-1211

14423271             Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast, PO Box 660618, Dallas, TX 75266-0618

14423267          +  Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast, P O Box 3001, Southeastern, PA 19398-3001

14423268             Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast, PO Box 3006, Southeastern, PA 19398-3006

14423272             Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast - DC, P.O. Box 3005, Southeastern, PA 19398-3005

14423273          +  Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast - Georgia, PO Box 105184, Atlanta, GA 30348-5184

14423274             Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast - IL, PO Box 3002, Southeastern, PA 19398-3002

14423275          +  Email/Text: documentfiling@lciinc.com

Aug 08 2026 01:46:00   Comcast - WO, PO Box 70219, Phila, PA 19176-0219

14423282             Email/Text: comedbankruptcygroup@exeloncorp.com

Aug 08 2026 01:47:00   Commonwealth Edison, Bill Payment Center, Chicago, IL 60668-0001

14423294             Email/Text: pacer@cpa.state.tx.us

Aug 08 2026 01:47:00   Comptoller of Public Accounts, P.O. Box 149348, Austin, TX 78714-9348

14423339             Email/Text: skb@cshlaw.com

Aug 08 2026 01:47:00   Cranfill Sumner & Hartzog LLP, P O Box 27808, Raleigh, NC 27611-7808

14423440             Email/Text: litigation.recoverybkmailbox@dllgroup.com

Aug 08 2026 01:46:00   De Lage Landen Financial Services Inc, P O Box 41602, Phila, PA 19101

14423427          +  Email/Text: USPSbankruptcy@dwt.com

Aug 08 2026 01:46:00   Davis Wright Tremain, LLP, 1201Third Ave - Ste 2200, Seattle, WA 98101-3047

14454657          +  Email/Text: lemaster@slollp.com

Aug 08 2026 01:46:00   Dell Marketing, L.P., c/o Streusand Landon Ozburn & Lemmon, 1801 S. MoPac Expressway, Suite 320, Austin, TX 78746-9817

14423490             Email/Text: ecffilings@lni.wa.gov

Aug 08 2026 01:47:00   Department of Labor and Industries, P.O. Box 34974, Seattle, WA 98124-1974

Case 19-17117-amc   Doc 1399   Filed 08/09/26   Entered 08/10/26 00:36:35   Desc
Imaged Certificate of Notice   Page 58 of 73
District/off: 0313-2                                        User: admin                                        Page 58 of 72
Date Rcvd: Aug 07, 2026                          Form ID: pdf900                          Total Noticed: 3576

| 14423530 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Aug 08 2026 01:52:31 | Directv, P.O. Box 5006, Carol Streem, IL 60197-5006 |
| 14423531 | + | Email/Text: Bankruptcy.Consumer@dish.com | Aug 08 2026 01:47:00 | Dish Network, PO Box 94063, Palatine, IL 60094-4063 |
| 14423580 | + | Email/Text: collections@drexel.edu | Aug 08 2026 01:47:00 | Drexel University, 245 N 15th Street - Mail Stop 445, Philadelphia, PA 19102-1198 |
| 14423585 | | Email/Text: lynn.colombo@duke-energy.com | Aug 08 2026 01:47:00 | Duke Energy, PO Box 70516, Charlotte, NC 28272-0516 |
| 14423610 | | Email/Text: itcdbg@edd.ca.gov | Aug 08 2026 01:47:00 | EDD, P.O. Box 826846, Sacramento, CA 94246-0001 |
| 14423654 | + | Email/Text: legal-collections@elsevier.com | Aug 08 2026 01:47:27 | ELSEVIER, 3251 Riverport Lane, Maryland Heights, MO 63043-4816 |
| 14423625 | + | Email/Text: delmarie.velazquez@eisneramper.com | Aug 08 2026 01:47:30 | EisnerAmper LLP, 2015 Lincoln Hwy P.O. Box 988, Edison, NJ 08818-0988 |
| 14423671 | | Email/Text: credit7@entergy.com | Aug 08 2026 01:46:00 | Entergy, PO Box 8105, Baton Rouge, LA 70891-8105 |
| 14423738 | | Email/Text: rmurphy1@firstinsurancefunding.com | Aug 08 2026 01:47:00 | First Insurance Funding, 450 Skokie Boulevard, Suite 1000, Northbrook, IL 60062-7917 |
| 14423759 | | Email/Text: BNC_Notices@floridarevenue.com | Aug 08 2026 01:46:00 | Florida Department of Revenue, 1401 W US Hwy 90 Suite 100, Lake City, FL 32055 |
| 14423800 | | Email/Text: ffss-credit@fujifilm.com | Aug 08 2026 01:46:00 | Fujifilm Sonosite Inc, 4332 Solutions Center, Chicago, IL 60677-4003 |
| 14423722 | ^ | MEBN | Aug 08 2026 01:44:40 | Fedex, PO Box 660481, Dallas, TX 75266-0481 |
| 14423737 | ^ | MEBN | Aug 08 2026 01:44:35 | First Data Global Leasing, P O Box 173845, Denver, CO 80217-3845 |
| 14423739 | ^ | MEBN | Aug 08 2026 01:44:34 | First Insurance Funding Corp, P.O. Box 7000, Carol Stream, IL 60197-7000 |
| 14423743 | + | Email/Text: bankruptcy@fisherphillips.com | Aug 08 2026 01:46:00 | Fisher & Philips LLP, 1075 Peachtree Street, NE, Atlanta, GA 30309-3912 |
| 14423744 | + | Email/Text: bankruptcy@fisherphillips.com | Aug 08 2026 01:46:00 | Fisher & Phillips LLP, 1075 Peachtree Street NE, Atlanta, GA 30309-3900 |
| 14423749 | + | Email/Text: fleming_@bellsouth.net | Aug 08 2026 01:47:00 | Fleming Lumber co, Inc, P O Box 960, Cleveland, MS 38732-0960 |
| 14423761 | | Email/Text: BNC_Notices@floridarevenue.com | Aug 08 2026 01:46:00 | Florida Dept of Revenue, 5050 W Tennnessee St, Tallahassee, Fl 32399-0110 |
| 14423771 | ^ | MEBN | Aug 08 2026 01:44:37 | Ford & Harrison LLP, P O Box 890836, Charlotte, NC 28289-0836 |
| 14423773 | | Email/Text: EBNBKNOT@ford.com | Aug 08 2026 01:47:00 | Ford Credit, P.O. Box 220564, Pittsburgh, PA 15257-2564 |
| 14467798 | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 08 2026 01:47:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento CA 95812-2952 |
| 14423780 | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 08 2026 01:47:00 | Franchise Tax Board, PO Box 942857, Sacramento, CA 94257-0631 |
| 14423802 | | Email/Text: tc.bankruptcy@fultoncountyga.gov | Aug 08 2026 01:47:00 | Fulton Co Tax Commissioner, PO Box 105052, Atlanta, GA 30348-5052 |
| 14423846 | | Email/Text: brnotices@dor.ga.gov | Aug 08 2026 01:47:00 | Georgia Department of Revenue, P.O. Box 105499, Atlanta, GA 30348-5499 |
| 14423895 | | Email/Text: legal@greenwayhealth.com | Aug 08 2026 01:46:00 | Greenway, P.O. Box 203658, Dallas, TX 75320-3658 |

| | | | | |
|---|---|---|---|---|
| 14423848 | | Email/Text: G2GPCCU@southernco.com | Aug 08 2026 01:47:00 | Georgia Power, 96 Annex, Atlanta, GA 30396-0001 |
| 14423966 | | Email/Text: bbrown@co.henry.ga.us | Aug 08 2026 01:46:00 | Henry County Tax Commissioner, 140 Henry Parkway, McDonough, GA 30253 |
| 14423980 | | Email/Text: bankruptcy.notices@highmark.com | Aug 08 2026 01:47:00 | Highmark Blue Shield, P O Box 890150, Camp Hill, PA 17011-9774 |
| 14423981 | | Email/Text: bankruptcy.notices@highmark.com | Aug 08 2026 01:47:00 | Highmark Blue Shield, PO Box 898820, Camp Hill, PA 17089 |
| 14423985 | ^ | MEBN | Aug 08 2026 01:44:45 | Hill Rom, PO Box 643592, Pittsburgh, PA 15264-3592 |
| 14424035 | | Email/Text: ipfscollectionsreferrals@ipfs.com | Aug 08 2026 01:47:00 | Imperial Credit Corporation, PO Box 200455, Dallas, TX 75320-0455 |
| 14424043 | + | Email/Text: billing@infocubic.com | Aug 08 2026 01:47:00 | Info Cubic, 9250 E Costilla Ave - Suite 525, Greenwood Village, CO 80112-3662 |
| 14424066 | | Email/Text: bankruptcy2@ironmountain.com | Aug 08 2026 01:47:00 | Iron Mountain, P O Box 27128, New York, NY 10087-7128 |
| 14831653 | + | Email/Text: bankruptcy2@ironmountain.com | Aug 08 2026 01:47:00 | Iron Mountain Information Management, LLC, 1101 Enterprise Drive, Royersford, PA 19468-4201 |
| 14512564 | + | Email/Text: jssimms@simmsshowers.com | Aug 08 2026 01:46:00 | J Stephen Simms, 201 International Circle, Hunt Valley, MD 21030-1304 |
| 14424142 | | Email/Text: bankruptcy@jea.com | Aug 08 2026 01:47:00 | JEA, 21 West Church Street, Jacksonville, FL 32202-3139 |
| 14424159 | + | Email/Text: tcortazzo@bhbmlaw.com | Aug 08 2026 01:47:00 | Jefferson Sprinkler Inc, P.O.Box 129, Gretna, LA 70054-0129 |
| 14424251 | ^ | MEBN | Aug 08 2026 01:44:44 | Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14424375 | + | Email/Text: office@klsphysics.com | Aug 08 2026 01:47:00 | KLS Physics Group, 124 Killgore Road, Ruston, LA 71270-7084 |
| 14424356 | | Email/Text: rita.robles@key.com | Aug 08 2026 01:47:00 | Key Equipment Finance, P.O. Box 74713, Cleveland, OH 44194-0796 |
| 14424361 | + | Email/Text: debbie.cavallaro@keystonefire.com | Aug 08 2026 01:47:00 | Keystone Fire Protection Co, 433 Industrial Drive, North Wales, PA 19454-4150 |
| 14424377 | + | Email/Text: sshelton@kolbio.com | Aug 08 2026 01:47:00 | Kol Bio Medical Instruments Inc, PO Box 220630, Chantilly, VA 20153-6630 |
| 14508133 | | Email/Text: aawotwi@locumtenens.com | Aug 08 2026 01:46:38 | LocumTenens.com, LLC, 2575 Northwinds Parkway, Alpharetta, GA 30009 |
| 14424398 | | Email/Text: bankruptcy@ttc.lacounty.gov | Aug 08 2026 01:46:00 | LA County Tax Collector, P.O. Box 54027, Los Angeles, CA 90054-0027 |
| 14767192 | | Email/Text: bankruptcy@ttc.lacounty.gov | Aug 08 2026 01:46:00 | Los Angeles County Treasurer and Tax Collector, PO Box 54110, Los Angeles, CA 90054-0110 |
| 14424402 | + | Email/Text: blewis@lus.org | Aug 08 2026 01:47:00 | Lafayette Consolidated Government, PO Box 4024, Lafayette, LA 70502-4024 |
| 14424413 | + | Email/Text: BankruptyNotices@rsui.com | Aug 08 2026 01:47:00 | Landmark American Insurance Company, 945 East Paces Ferry Road, Suite 1800, Atlanta, GA 30326-1373 |
| 14424414 | + | Email/Text: collections@languageline.com | Aug 08 2026 01:47:00 | Language Line Services, PO Box 202564, Dallas, TX 75320-2564 |
| 14424487 | ^ | MEBN | Aug 08 2026 01:44:47 | LinkedIn, 62228 Collections Center Drive, Chicago, IL 60693-0001 |
| 14437265 | + | Email/Text: LDRBankruptcy.EBN@la.gov | | |

Case 19-17117-amc   Doc 1399   Filed 08/09/26   Entered 08/10/26 00:36:35   Desc
Imaged Certificate of Notice    Page 60 of 73
District/off: 0313-2                          User: admin                          Page 60 of 72
Date Rcvd: Aug 07, 2026                    Form ID: pdf900                    Total Noticed: 3576

| | | | | |
|---|---|---|---|---|
| | | | Aug 08 2026 01:46:00 | Louisiana Department of Revenue, P O Box 66658, Baton Rouge, LA 70896-6658 |
| 14424527 | | Email/Text: LDRBankruptcy.EBN@la.gov | | |
| | | | Aug 08 2026 01:46:00 | Louisiana Deptartment of Revenue, P.O. Box 1231, Baton Rouge, LA 70821-1231 |
| 14424675 | | Email/Text: joanderl@amergis.com | | |
| | | | Aug 08 2026 01:47:00 | Maxim Staffing Solutions, 12558 Collections Center Drive, Chicago, IL 60693 |
| 14424743 | | Email/Text: Bankruptcy@medstar.net | | |
| | | | Aug 08 2026 01:47:00 | Medstar St Mary's Hospital, 25500 Point Lookout Road, Leonardtown, MD 20650 |
| 14444762 | + | Email/Text: bankruptcy@mdes.ms.gov | | |
| | | | Aug 08 2026 01:47:00 | MS Department of Employment Security, PO Box 1699, Jackson, MS 39215-1699 |
| 14424563 | ^ | MEBN | | |
| | | | Aug 08 2026 01:44:48 | Mail Finance, PO Box 123682, Dallas, TX 75312-3682 |
| 14424622 | | Email/Text: BANKRUPTCY@PEACSOLUTIONS.COM | | |
| | | | Aug 08 2026 01:47:00 | Marlin Leasing, PO Box 13604, Philadelphia, PA 19101-3604 |
| 14424663 | | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | | |
| | | | Aug 08 2026 01:47:00 | Maryland Unemployment Insurance Fund, P.O. Box 1844, Baltimore, MD 21203-1844 |
| 14424776 | | Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | | Aug 08 2026 01:47:00 | Met Ed, P O Box 3687, Akron, OH 44309-3687 |
| 14424777 | | Email/Text: litigationintake@metlife.com | | |
| | | | Aug 08 2026 01:47:00 | Met Life, P.O. Box 804466, Kansas City, MO 64180-4466 |
| 14424778 | | Email/Text: litigationintake@metlife.com | | |
| | | | Aug 08 2026 01:47:00 | MetLife, P O Box 371888, Pittsburgh, PA 15250-7888 |
| 14424779 | | Email/Text: litigationintake@metlife.com | | |
| | | | Aug 08 2026 01:47:00 | MetLife-SBC, PO Box 804466, Kansas City, MO 64180-4466 |
| 14424826 | + | Email/Text: tbowen@ourcommunityambulance.org | | |
| | | | Aug 08 2026 01:47:00 | Mid Georgia Ambulance, P O Box 2710, Macon, GA 31203-2710 |
| 14424859 | | Email/Text: bankruptcy@mdes.ms.gov | | |
| | | | Aug 08 2026 01:47:00 | Mississippi Dept of Employment Security, P.O. Box 22781, Jackson, Mississippi 39225-2781 |
| 14424876 | | Email/Text: ebn@rwjbh.org | | |
| | | | Aug 08 2026 01:47:00 | Monmouth Medical Center, PO Box 29962, New York, NY 10087-9962 |
| 14424919 | | Email/Text: bankruptcynotices@ncdor.gov | | |
| | | | Aug 08 2026 01:47:00 | NC Department of Revenue, P.O. Box 25000, Raleigh, NC 27640-0002 |
| 14424921 | | Email/Text: jon.granger@dhhs.nc.gov | | |
| | | | Aug 08 2026 01:47:00 | NC Radiation Protecton Section, 1645 Mail Service Center, Raleigh, NC 27699-1645 |
| 14424957 | | Email/Text: bankrup@aglresources.com | | |
| | | | Aug 08 2026 01:46:00 | Nicor Gas, PO Box 416, Aurora, IL 60568-0001 |
| 14435392 | | Email/Text: bankruptcynotices@ncdor.gov | | |
| | | | Aug 08 2026 01:47:00 | North Carolina Department of Revenue, Bankruptcy Unit, PO Box 1168, Raleigh, NC 27602-1168 |
| 14424979 | + | Email/Text: bogden@northlakenephrology.com | | |
| | | | Aug 08 2026 01:47:00 | Northlake Nephrology, P.O. Box 3370, Covington, LA 70434-3370 |
| 14425655 | | Email/Text: INAGBankruptcy@atg.in.gov | | |
| | | | Aug 08 2026 01:46:00 | State of Indiana, 302 West Washington St, 5th Fl, Indianapolis, IN 46204 |
| 14831542 | ^ | MEBN | | |
| | | | Aug 08 2026 01:44:44 | Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| 14425017 | | Email/Text: bcwrtoff@cablevision.com | | |
| | | | Aug 08 2026 01:47:00 | Optimum, PO Box 371378, Pittsburgh, PA 15250-7378 |
| 14425051 | ^ | MEBN | | |
| | | | Aug 08 2026 01:44:32 | Otis Elevator Company, P O Box 13716, Newark, NJ 07188-3716 |
| 14425160 | + | Email/Text: Bankruptcy_General@pepco.com | | |
| | | | Aug 08 2026 01:47:00 | PEPCO, P O Box 13608, Phila, PA 19101-3608 |
| 14425257 | ^ | MEBN | | |
| | | | Aug 08 2026 01:44:28 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |

| 14425147 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 08 2026 01:47:00 | Peco Energy, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14425150 | | Email/Text: bankruptcies@penncredit.com | Aug 08 2026 01:47:00 | Penn Credit Corp, PO Box 988, Harrisburg, PA 17108-0988 |
| 14425162 | + | Email/Text: Bankruptcy_General@pepco.com | Aug 08 2026 01:47:00 | Pepco, PO Box 13608, Philadelphia, PA 19101-3608 |
| 14425182 | + | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Aug 08 2026 01:46:00 | Philips Medical Capital LLC, 1111 Old Eagle School Road, Wayne, PA 19087-1453 |
| 14425224 | | Email/Text: ipfscollectionsreferrals@ipfs.com | Aug 08 2026 01:47:00 | Premium Financing Specialists, PO Box 9045, New York, NY 10087-9045 |
| 14425231 | + | Email/Text: card@ppag.com | Aug 08 2026 01:47:00 | Princeton Public Affairs Group Inc, 160 West State Street, Trenton, NJ 08608-1102 |
| 14425249 | | Email/Text: dhall@proforma.com | Aug 08 2026 01:47:00 | Proforma, P.O. Box 640814, Cincinnati, OH 45264-0814 |
| 14425284 | ^ | MEBN | Aug 08 2026 01:44:28 | Quest Diagnostics, PO Box 740709, Atlanta, GA 30374-0709 |
| 14425285 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 08 2026 01:47:00 | Quest Diagnostics, P O Box 740775, Cincinnati, OH 45274-0775 |
| 14424887 | | Email/Text: Claim.Help@rlicorp.com | Aug 08 2026 01:47:00 | Mt. Hawley Insurance Company, 9025 N. Lindburgh Drive, Peoria, IL 61615 |
| 14425310 | | Email/Text: license@machinify.com | Aug 08 2026 01:47:00 | Rawlings Financial Services LLC, P O Box 589, LaGrange, KY 40031-0589 |
| 14425335 | + | Email/Text: ecfbankruptcy@nrg.com | Aug 08 2026 01:47:00 | Reliant Energy, PO Box 650475, Dallas, TX 75265-0475 |
| 14425352 | ^ | MEBN | Aug 08 2026 01:44:37 | Republic Services, PO Box 9001099, Louisville, KY 40290-1099 |
| 14425353 | | Email/Text: RSSNBankruptcy@repsrv.com | Aug 08 2026 01:47:00 | Republic Services, PO Box 78829, Phoenix, AZ 85062-8829 |
| 14425390 | | Email/Text: rwjebn@rwjbh.org | Aug 08 2026 01:47:00 | Robert Wood Johnson Univ Hospital, One Hamilton Health Place, Hamilton, NJ 08690-3599 |
| 14443271 | ^ | MEBN | Aug 08 2026 01:44:43 | SMA Properties, LLC, c/o Fox Rothschild LLP, MARTHA B. CHOVANES, Esquire, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| 14425835 | | Email/Text: CreditServicesSMBBankruptcies@charter.com | Aug 08 2026 01:46:00 | Time Warner Cable, Box 223085, Pittsburgh, PA 15251 |
| 14425580 | | Email/Text: CustomerAccounting@SMECO.coop | Aug 08 2026 01:47:00 | SMECO, P.O. Box 62261, Baltimore, MD 21264-2261 |
| 14425607 | | Email/Text: CustomerAccounting@SMECO.coop | Aug 08 2026 01:47:00 | Southern Maryland Electric Cooperative, 15065 Burnt Store Road, Hughesville, MD 20637 |
| 14425608 | | Email/Text: CustomerAccounting@SMECO.coop | Aug 08 2026 01:47:00 | Southern Maryland Electric Cooperative, PO Box 62261, Baltimore, MD 21264-2261 |
| 14425619 | | Email/Text: Laura@callsperrs.com | Aug 08 2026 01:46:00 | Sperr's Fuel & Heating Co, 1156 Muhlenberg Ave, Swarthmore, PA 19081 |
| 14441288 | | Email/Text: Bankruptcy@staples.com | Aug 08 2026 01:46:00 | Staples Business Advantage, Staples / Tom Riggleman, 7 Technology Circle, Columbia SC 29203 |
| 14466913 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 08 2026 01:46:00 | State of New Jersey, Division of Taxation, Bankruptcy, Trenton, NJ 08695 |
| 14425688 | | Email/Text: BankruptcyNotice@Stericycle.com | Aug 08 2026 01:46:00 | Stericycle, PO Box 6575, Carol Stream, IL 60197-6575 |
| 14425691 | | Email/Text: BankruptcyNotice@Stericycle.com | | |

| | | | |
|---|---|---|---|
| | | Aug 08 2026 01:46:00 | Stericycle Inc, PO Box 6578, Carol Stream, IL 60197-6578 |
| 14425599 | + Email/Text: bankruptcynotice@sjindustries.com | | |
| 14425598 | Email/Text: bankruptcynotice@sjindustries.com | Aug 08 2026 01:47:00 | South Jersey Gas, 1 South Jersey Plaza, Hammonton, NJ 08037-9100 |
| | | Aug 08 2026 01:47:00 | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 14425616 | Email/Text: BANKRUPTCIES@CABLEONE.BIZ | Aug 08 2026 01:47:00 | Sparklight Business, P O Box 9001009, Louisville, KY 40290-1009 |
| 14425618 | ^ MEBN | Aug 08 2026 01:44:39 | Spectrotel, P O Box 1949, Newark, NJ 07101-1949 |
| 14425627 | Email/Text: bankruptcy@stpso.com | Aug 08 2026 01:47:00 | St Tammany Parish Tax Collector, PO Box 61080, New Orleans, LA 70161-1080 |
| 14425645 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2026 01:52:25 | Staples Credit Plan, P.O. Box 689020, Des Moines, IA 50368-9020 |
| 14425660 | ^ MEBN | Aug 08 2026 01:44:37 | State of New Jersey, P O Box 663, Trenton, NJ 08646-0663 |
| 14425693 | Email/Text: BankruptcyNotice@Stericycle.com | Aug 08 2026 01:46:00 | Stericyle Inc, P O Box 6582, Carol Stream, IL 60197-6582 |
| 14425755 | + Email/Text: EFBankruptcyNotices@huntington.com | Aug 08 2026 01:47:00 | TCF Equipment Finance, PO Box 77077, Minneapolis, MN 55480-7777 |
| 14423279 | Email/Text: bankruptcy@td.com | Aug 08 2026 01:47:00 | Commerce Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 14425781 | Email/Text: brian.wagner@terumomedical.com | Aug 08 2026 01:46:00 | Terumo Medical Corporation, PO Box 281285, Atlanta, GA 30384-1285 |
| 14425849 | Email/Text: allison@oakpointpartners.com | Aug 08 2026 01:47:00 | TMP Medical Listings, 400 Perimeter Center Terraces - Ste 290, Atlanta, GA 30346-1227 |
| 14425850 | + Email/Text: recovery.bankruptcy@tn.gov | Aug 08 2026 01:47:00 | TN Department of Labor & Workforce Devel, 220 French Landing Drive, Nashville, TN 37243-1002 |
| 14655202 | + Email/Text: AGBankRevenue@ag.tn.gov | Aug 08 2026 01:46:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, P O Box 20207, Nashville, TN 37202-4015 |
| 14425801 | + Email/Text: legalnotices@centraljersey.com | Aug 08 2026 01:46:00 | The Princeton Packet Inc, 300 Witherspoon Street, Princeton, NJ 08542-3497 |
| 14425802 | + Email/Text: timtrout@protectionbureau.com | Aug 08 2026 01:46:27 | The Protection Bureau Inc., 197 Philips Rd, Exton, PA 19341-1337 |
| 14425870 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 08 2026 01:47:00 | Toyota Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 14787863 | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 08 2026 01:47:00 | U. S. Trustee, 900 Market Street, Room 320, Philadelphia, PA 19107-4202 |
| 14425947 | + Email/Text: bankruptcy@ups.com | Aug 08 2026 01:47:00 | UPS, PO Box 894820, Los Angeles, CA 90189-4820 |
| 14425948 | Email/Text: bankruptcy@ups.com | Aug 08 2026 01:47:00 | UPS, Lockbox 577, Carol Stream, IL 60132-0577 |
| 14425946 | Email/Text: bankruptcy@ups.com | Aug 08 2026 01:47:00 | UPS, P.O. Box 7247-0244, Philadelphia, PA 19170-0001 |
| 14425950 | Email/Text: bankruptcy@ups.com | Aug 08 2026 01:47:00 | UPS Freight, PO Box 533238, Charlotte, NC 28290-3238 |
| 14425952 | ^ MEBN | Aug 08 2026 01:44:38 | UPS Supply Chain Solutions, 28013 Network Place, Chicago, IL 60673-1280 |
| 14425956 | Email/Text: misty.hoefs@usbank.com | Aug 08 2026 01:47:00 | US Bank Equipment & Finance, PO Box 790448, St Louis, MO 63179-0448 |
| 14425958 | ^ MEBN | | |

District/off: 0313-2 | User: admin | Page 63 of 72
Date Rcvd: Aug 07, 2026 | Form ID: pdf900 | Total Noticed: 3576

| | | Aug 08 2026 01:44:45 | US Dept of the Treasury, P O Box 979101, St Louis, MO 63197-9000 |
| 14425917 | + Email/Text: arbankruptcy@uline.com | Aug 08 2026 01:47:00 | Uline, 2200 S Lakeside Drive, Waukegan, IL 60085-8311 |
| 14431231 | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 08 2026 01:47:00 | United States Trustee, c/o Kevin P. Callahan, Esq., Office of the United States trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14425935 | + Email/Text: info@universalmedicalinc.com | Aug 08 2026 01:47:00 | Universal Medical Inc, 14 Perry Drive, Foxboro, MA 02035-1067 |
| 14425938 | + Email/Text: ctilghman@umm.edu | Aug 08 2026 01:47:00 | University of MD Charles Regional Med Ce, P O Box 1070, LaPlata, MD 20646-1070 |
| 14426005 | Email/Text: KROCHE@OAKLAWN-IL.GOV | Aug 08 2026 01:47:00 | Village of Oak Lawn, 9446 S. Raymond Ave, Oak Lawn, IL 60453 |
| 14425989 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 08 2026 01:46:00 | Verizon, P O Box 15124, Albany, NY 12212-5124 |
| 14425990 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 08 2026 01:46:00 | Verizon, P O Box 15043, Albany, NY 12212-5043 |
| 14425988 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 08 2026 01:46:00 | Verizon, P O Box 920041, Dallas, TX 75392-0041 |
| 14425986 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 08 2026 01:46:00 | Verizon, PO Box 660720, Dallas, TX 75266-0720 |
| 14425987 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 08 2026 01:46:00 | Verizon, PO Box 28000, Lehigh Valley, PA 18002-8000 |
| 14425991 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 08 2026 01:46:00 | Verizon California, PO Box 9688, Mission Hills, CA 91346-9688 |
| 14425992 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 08 2026 01:46:00 | Verizon Trenton, PO Box 4830, Trenton, NJ 08650-4830 |
| 14425993 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 08 2026 01:46:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |
| 14426039 | ^ MEBN | Aug 08 2026 01:44:42 | Washington Gas, PO Box 37747, Philadelphia, PA 19101-5047 |
| 14439701 | + Email/Text: Bankruptcy@washgas.com | Aug 08 2026 01:47:00 | Washington Gas, Bankruptcy Dept., 6801 Industrial Road, Springfield, VA 22151-4205 |
| 14426040 | + Email/Text: Bankruptcy@washgas.com | Aug 08 2026 01:47:00 | Washington Gas, 6801 Industrial Road, Springfield, VA 22151-4205 |
| 14426043 | + Email/Text: DORBankruptcyNOTICES@dor.wa.gov | Aug 08 2026 01:47:00 | Washington State Dept of Revenue, PO Box 34052, Seattle, WA 98124-1052 |

TOTAL: 208

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | | EisnerAmper LLP |
| 14422583 | | Aetna |
| 14422936 | | BioMedix |
| 14423215 | | City of Pittsburgh |
| 14424630 | | Martin Jacobs |
| 14425066 | | PA Department of Revenue |
| 14512979 | | Philadelphia Vascular Institute, LLC |
| 14425183 | | Philomena Mercer, 80 Brazil's Hill P.O. Box 476, Spaniards Bay |
| 14425576 | | Smart Ride, Inc., P.O. Box 1846, P.O. Box, 01846 |
| 14425721 | | Superior Court of NJ Clerk, Superior Court of, NJ |
| 14425890 | | Treasurer, State of New Jersey |
| aty | *+ | Walsh Pizzi O'Reilly Falanga LLP, Three Gateway Center, 100 Mulberry Street, 15th Floor, Newark, NJ 07102, UNITED STATES 07102-4056 |

| | | |
|---|---|---|
| cr | *+ | Brandywine Cira, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| ptcrd | *+ | Crestwood Associates, LLC, 240 East Lincoln Street, Mount Prospect, IL 60056-3244 |
| intp | *+ | Omni Agent Solutions, 5955 De Soto Avenue, Suite 100, Woodland Hills, CA 91367-5100 |
| ptcrd | *+ | Philadelphia Vascular Institute, LLC, 585 County Line Road, Radnor, PA 19087-3718 |
| cr | *+ | Philips Healthcare, c/o Bruce J. Borrus, Fox Rothschild LLP, 1001 4th Ave., Suite 4500, Seattle, WA 98154-1192 |
| 14422544 | *+ | Accu-Air Cooling Service, 8544 Alicanta Ave, Jacksonville, FL 32244-9503 |
| 14422676 | *+ | Amber Lewis, 245 Lite N Tie Rd, Gray, GA 31032-6201 |
| 14422728 | *+ | Andrei Kranz, MD, 41 Valley Road, Old Westbury, NY 11568-1015 |
| 14422966 | * | Boston Scientific Corporation, P.O.Box 8500-6205, Philadelphia, PA 19178-6205 |
| 14423062 | *+ | Cardinal Health, P O Box 70539, Chicago, IL 60673-0539 |
| 14423236 | * | Cleco Power LLC, PO Box 660228, Dallas, TX 75266-0228 |
| 14423370 | *+ | D&D Services, 3687 Locks Hill, Martinez, GA 30907-4969 |
| 14452203 | *+ | Denice M. Jones, PO Box 754, Shelby, MS 38774-0754 |
| 14423493 | * | Department of State, PO Box 8722, Harrisburg, PA 17105-8722 |
| 14423497 | * | Dept of Labor & Industries, PO Box 34974, Seattle, WA 98124-1974 |
| 14440325 | *+ | Innovo Staffing, P.O. Box 178, Thornton PA 19373-0178 |
| 14427572 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14424143 | * | JEA, PO Box 45047, Jacksonville, FL 32232-5047 |
| 14424092 | *+ | James Altrichter, 312 Triple Creek Drive, Efland, NC 27243-9573 |
| 14425040 | *+ | Orkin Inc, 603 E Diehl Rd Ste 124, Naperville, Il 60563-4904 |
| 14425258 | * | PSE&G Co, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 14425542 | *+ | Sheryl Jones, 1976 Northeast Ave Lot 228, East Vineland, NJ 08360-2165 |
| 14425600 | * | South Jersey Gas Company, P O Box 6091, Bellmawr, NJ 08099-6091 |
| 14425636 | *+ | Stacy McCarthy, 1279 St Georges Ave., Apt 2B, Colonia, NJ 07067-3937 |
| 14425705 | *+ | Stratus Building Solutions of Houston, 2537 S Gessner Road #121, Houston, TX 77063-2090 |
| 14443405 | * | Teleflex LLC, PO Box 936729, Atlanta, GA 31193-6729 |
| 14425816 | *+ | Thermal Services of NJ Inc., PO Box 6554, Edison, NJ 08818-6554 |
| 14512982 | *+ | United States of America, c/o AUSA Matthew Howatt, E.D.Pa. U.S. Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4404 |
| 14810030 | *+ | Valdmed LLC, 1381 Beechwood Circle, Lawrenceville GA 30046-8807 |
| 14422504 | ##+ | 4622 Hamilton Medical Center LLC, 1060 North Kings Hwy Suite 250, Cherry Hill, NJ 08034-1910 |
| 14422507 | ##+ | A 1 Safe & Lock Co, Inc., 2444 Hamilton Ave, Hamilton, NJ 08619-3044 |
| 14422685 | ##+ | AMerican Electric Contracting Inc, 5065 Saint Augustine Road, Ste 3, Jacksonville, FL 32207-1717 |
| 14422807 | ##+ | ASAP Plumbing and Mechanical LLC, 151 Webb Rd, Absecon, NJ 08201-1125 |
| 14422815 | ##+ | ASL Interpreter Refferal Service Inc, 21 Clyde Road Ste 103, Somerset, NJ 08873-5043 |
| 14422550 | ##+ | AchieveNext LLC, 1265 Drummers Lane, Ste 106, Wayne, PA 19087-1570 |
| 14422560 | ##+ | Admiral Linen & Uniform Services, 2030 Kipling, Houston, TX 77098-1532 |
| 14422578 | ##+ | Advanced Office Environments, 160 Quaker Lane, Malvern, PA 19355-2479 |
| 14422661 | ##+ | Alpha Medical Group LLC, 477 Main Street Ste 202, Monroe, CT 06468-1146 |
| 14422671 | ##+ | Amanda Nigro, 6909 Christine St, Metairie, LA 70003-4919 |
| 14422681 | ##+ | American Bankers Insurance Company, PO Box 8695, Kalispell, MT 59904-1695 |
| 14422734 | ##+ | Andrey Espinoza, 14 Alexander Drive, Flemington, NJ 08822-4117 |
| 14422780 | ##+ | April Shinn, 695 Schoolhouse Lane, Toms River, NJ 08753-5600 |
| 14422786 | ##+ | Arcus Design Group, 101 Church Street, Ste 10, Malvern, PA 19355-2700 |
| 14422828 | ##+ | Atlas Transportation Inc., 3140 Moseley Dr., Ste I, Greenville, NC 27858-4255 |
| 14422864 | ##+ | Baranov and Wittenberg LLP, 1901 Avenue of the Stars Ste 1750, Los Angeles, CA 90067-6056 |
| 14422898 | ##+ | Bear State AC Services Inc., 3548 Enterprise Dr, Anaheim, CA 92807-1640 |
| 14422908 | ##+ | Benons LLC, 11106 Superior Landing, Bowie, MD 20720-3491 |
| 14422941 | ##+ | Blanco Electric, 915 Lehman Street, Houston, TX 77018-1437 |
| 14422946 | ##+ | Blue Cross Blue Shield of Texas, PO Box 650776 - Refund Dept/Cash Dis, Dallas, TX 75265-0776 |
| 14422962 | ##+ | Bonnie Gray, 4033 Sabel Dr, Jacksonville, FL 32277-1626 |
| 14422978 | ##+ | Brenda Mann, 12211 Fondren Rd Apt 1108, Houston, Texas 77035-4054 |
| 14423004 | ##+ | Bryn Mawr Communications II, LLC, 1008 Upper Gulph Road - Ste 200, Wayne, PA 19087-2700 |
| 14423009 | ## | BullsEye Telecom, P.O. Box 33025, Detroit, MI 48232-5025 |
| 14423132 | ##+ | Chanel Walker, 204 Becker Ave, Wilmington, DE 19804-2236 |
| 14423186 | ##+ | Cindy Gould, 83 Baylis Road, Langhorne, PA 19047-8111 |
| 14423224 | ##+ | Classsic Medical, 2116 S. E. Ray's Way, Stuart, FL 34994-3999 |
| 14423238 | ##+ | Clement Fire & Safety Co., Inc, 73225 Pruden Road, Covington, LA 70435-7348 |
| 14423248 | ##+ | Clini Cab, 215 C Rutgers Street, Maplewood, NJ 07040-3229 |
| 14423278 | ##+ | CoMedical, 7100 Roosevelt Way NE, Seattle, WA 98115-5652 |
| 14423320 | ##+ | Corporate Facilities, Inc., 2129 Chestnut Street, Philadelphia, PA 19103-3153 |
| 14423322 | ##+ | Corvus of New Orleans LLC, 815 W Weed Street, Chicago, IL 60642-2579 |

| | | |
|---|---|---|
| 14423334 | ##+ | Coy Lee Keys, 600 East McLaurin St, Greenword, MS 38930-6348 |
| 14423367 | ##+ | Cynthia Gould, 83 Baylis Road, Langhorne, PA 19047-8111 |
| 14423378 | ##+ | Dana Hackle, 955 Stoney Brook Ct, Macon, GA 31204-1096 |
| 14423382 | ##+ | Danielle Parkinson, 42 Annapolis Drive, Sicklerville, NJ 08081-4326 |
| 14423398 | ##+ | Datacomm Services Corporation, 3717 Cherry Road, Memphis, TN 38118-6320 |
| 14423409 | ##+ | David Feng, 2387 Church St, Manasquan, NJ 08736-1148 |
| 14423415 | ##+ | David Miller, 6107 Longfellow Street, Riverdale, MD 20737-2661 |
| 14423442 | ##+ | Deaf Connect of the Mid South, 6045 Shelby Oaks Dr, Memphis, TN 38134-7400 |
| 14423443 | ##+ | Deanna Burson, 5292 Bears Paw Circle, Memphis, TN 38120-1504 |
| 14423456 | ##+ | Deidre Vailor, 13809 Briarwood Drive #1534, Laurel, MD 20708-1346 |
| 14423458 | ##+ | Delaware County Memorial Hospital, 501 North Landsowne Ave, Drexel Hill, PA 19026-1114 |
| 14423514 | ##+ | Diane McLain, 8812 Bismark Drive, Fort Washington, MD 20744-4881 |
| 14423517 | ## | Dianelda Atwell, 245 Atlantic Ave Apt 155, Long Branch, NJ 07740-7256 |
| 14423521 | ##+ | Dilweg Companies, 5310 S. Alston Avenue, Suite 210, Durham, NC 27713-4381 |
| 14423528 | ##+ | Direct Copiers & Fax, 6343 U.S. Hwy 70 STE #107, Memphis, TN 38134-5981 |
| 14423540 | ##+ | Doing Better Business Inc, 14500 Byers Road, Hagerstown, MD 21742-1326 |
| 14423542 | ##+ | Dominick J Aimino, 126 E Weber Ave Apt A, Du Bois, PA 15801-7716 |
| 14423561 | ##+ | Donna Smith, 2074 Downshire Court, Waldorf, MD 20603-5311 |
| 14423574 | ##+ | Dr Kevin Lie, 989 Hillcreek Ln, Gates Mills, OH 44040-9630 |
| 14823924 | ##+ | Dr. Atul Katyal, 8109 Glenhurst Drive, Fairfax Station VA 22039-3145 |
| 14423577 | ##+ | Dr. Rakesh Passi, MD, LLC, 172 Summerhill Road Suite 4, East Brunswick, NJ 08816-4911 |
| 14423630 | ##+ | Elaine Paguio, 6606 Netties Lane Unit 1305, Alexandria, VA 22315-6033 |
| 14423684 | ##+ | Erin Moore, 2005 Herschel Street #4, Jacksonville, FL 32204-3828 |
| 14423734 | ##+ | Fire Systems of New Jersey LLC, 1080 Farmingdale Rd, Jackson, NJ 08527-1372 |
| 14423777 | ##+ | Fox Group, 99 C Street, Ste 207, Upland, CA 91786-8305 |
| 14423788 | ##+ | Frank Mita, 589 Winston Way, Berwyn, PA 19312-1147 |
| 14423806 | ##+ | G W May Electric Company, P O Box 49, Rougemont, NC 27572-0049 |
| 14423855 | ##+ | Gerard & Dana Marino, 782 Hillview Road, Malvern, PA 19355-3428 |
| 14423891 | ##+ | Grapevine Visual Concepts Inc, 153 James Way, Southampton, PA 18966-3817 |
| 14423905 | ##+ | Guaranteed Returns, 100 Colin DR, Holbrook, NY 11741-4306 |
| 14423921 | ##+ | Haas Peters Construction Group, 306 Baltimore Ave, Folcroft, PA 19032-1101 |
| 14423941 | ##+ | Hazleton Standard-Speaker, 21 North Wyoming Street, Hazleton, PA 18201-6068 |
| 14423977 | ##+ | Hewitt Electric LLC, 29 College Rd, Netcong, NJ 07857-1629 |
| 14424047 | ##+ | Innovative Discovery LLC, 1700 N. Moore St., Ste. 1500, Arlington, VA 22209-1911 |
| 14424049 | ##+ | Innovo Staffing LLC, PO Box 178, Thornton, PA 19373-0178 |
| 14424055 | ##+ | IntelliSoft Group, 61 Spit Brook Road - Suite 204, Nashua, NH 03060-5614 |
| 14424278 | ##+ | JSP Transportation LLC, 174 Main St. Lower 125, Eatontown, NJ 07724-4506 |
| 14424102 | ##+ | James Lorish, 1214 Chidsey St, Easton, PA 18042-3234 |
| 14424144 | ##+ | Jean Ray, 259 Parkview Terrace, Lincroft, NJ 07738-1330 |
| 14424153 | ##+ | Jeff Hardin, 808 Poplar Street, Greenwood, MS 38930-3139 |
| 14424183 | ##+ | Jerry McGill, P O Box 2921, West Memphis, AR 72303-2921 |
| 14424199 | ##+ | Jimmy Williams, 405 N Chrisman Ave., Cleveland, MS 38732-2321 |
| 14424205 | ##+ | Jody Newell, 85 Jimmie Lee Cove, Munford, TN 38058-7368 |
| 14424215 | ##+ | John Darty, 5610 Haddon Drive, Glenarden, MD 20706-4106 |
| 14424292 | ##+ | Julio Torres, 2215 Apple Mill Dr, Cordova, TN 38016-0925 |
| 14424303 | ##+ | Karen D Allen, 2432 Green Springs Dr, Jacksonville, FL 32246-2482 |
| 14424318 | ##+ | Kathleen Roach, 35561 Golf Course Drive, Mechanicsville, MD 20659-2914 |
| 14424355 | ##+ | Kevin Lopyan, MD, 142 Highway 35 Suite 106, Eatontown, NJ 07724-1864 |
| 14424371 | ##+ | Kimberly Parkinson, 42 Annapolis Dr, Sicklerville, NJ 08081-4326 |
| 14424373 | ## | Kistler OBrien Fire Protection, 2210 City Line Road, Bethlehem, PA 18017-2171 |
| 14424379 | ## | Kourtney Saba, 45 John Street, Kingston, Pennsylvania 18704-3801 |
| 14424417 | ##+ | Larry Rector, 3634 Guilderland Ave, Schenectady, NY 12306-1828 |
| 14424422 | ##+ | Latrina Middleton, 280 E Radison Run, Clayton, DE 19938-3846 |
| 14424435 | ##+ | LeAnn Smith, 213 Turning Leaf Lane, Madisonville, LA 70447-3609 |
| 14424441 | ##+ | Leigh Ann Laska, 9309 Lindale Dr, Bethesda, MD 20817-2569 |
| 14424458 | ##+ | Life Search Technologies, Inc., 11350 McCormick Rd. Exec Plz 3, Ste 1001, Hunt Valley, MD 21031-9011 |
| 14424483 | ##+ | Lindsay & Jenn Carter, 205 St. David's Court, Wayne, PA 19087-4902 |
| 14814553 | ##+ | Lindsay L. Carter, 205 St. Davids Court, Wayne, PA 19087-4902 |
| 14424491 | ##+2 | Lisa Laphen, 20 Wood Stream Court, Mantua, NJ 08051-2140 |
| 14424493 | ##+ | Lisa McGovern, 103 Willimsburg Way, Mt Laurel, NJ 08054-2420 |
| 14424513 | ##+ | Lorraine Burkhart, 268 Yosemite Drive, Pittsburgh, PA 15235-2047 |
| 14424534 | ##+ | Luis Gabriel Uribe, 5 Waverly Place, Metairie, LA 70003-2553 |
| 14424564 | ##+ | Mail Handlers Benefit Plan, PO Box 8402, London, KY 40742-8402 |

District/off: 0313-2 | User: admin | Page 66 of 72
Date Rcvd: Aug 07, 2026 | Form ID: pdf900 | Total Noticed: 3576

| 14424576 | ##+ | Mandeville Cab LLC, 253 W Causeway Approach, Mandeville, LA 70448-3032 |
| 14424579 | ##+ | Mara Carter, 1587 Estates Drive, Memphis, TN 38119-6967 |
| 14424582 | ##+ | Marcello Fusco, 620 Shunpike Road, Emra, NJ 08204-4525 |
| 14424592 | ##+ | Margaret Kidwell, 4257 Nebraska Court, Pomfret, MD 20675-3318 |
| 14424605 | ##+ | Marie Bradley, 4250 Southwinds Place Apt 204, White Plains, MD 20695-4239 |
| 14424607 | ##+ | Marie Rhodes, 37509 Olympic View Rd. NE, Hansville, WA 98340-8727 |
| 14424610 | ##+ | Mario Moya MD, 647 Malin Road, Newtown Square, PA 19073-2621 |
| 14424643 | ##+ | Mary Harris, 187 Holland Ave, Memphis, TN 38109-1807 |
| 14424647 | ##+ | Mary Kazanchy, 479 Evergreen Rd, Mt Bethel, PA 18343-5150 |
| 14424751 | ##+ | Meisner Services, 958 N Penn St, Allentown, PA 18102-1760 |
| 14424759 | ##+ | Mellette, PC, P.O. Box 6133, Willimasburg, VA 23188-5219 |
| 14424794 | ##+ | Mia Rose Pierce, 147 Roseto Ave, Roseto, PA 18013-1343 |
| 14424806 | ##+ | Michael Markovitz, P.O. Box 43187, Philadelphia, PA 19129-3187 |
| 14424813 | ##+ | Michaels and Associates, PC, 161 Old Schoolhouse Lane, Ste 3, Mechanicsburg, PA 17055-5680 |
| 14424823 | ##+ | Michelle Wingerter, 106 Chartres Ct, Laplace, LA 70068-6490 |
| 14424829 | ##+ | Mid-State Heating and Cooling, 413 Oak Glen Road, Howell, NJ 07731-8932 |
| 14424860 | ##+ | Mississippi Kidney Foundation, P.O. Box 55802, Jackson, MS 39296-5802 |
| 14424892 | ##+ | My NP Family Health and Wellness Clinic, 4730 Riverdale Rd #6, Memphis, TN 38141-8511 |
| 14424893 | ##+ | Myra Eberwine, 111 Pembrooke Rd, Egg Harbor Township, NJ 08234-6520 |
| 14424898 | ##+ | Nancy Gaynor, 318 Sylvania Avenue, Avon, NJ 07717-1243 |
| 14424901 | ##+ | Nancy Smith, 4 Lamp Post Court, Howell, NJ 07731-1630 |
| 14424905 | ##+ | Natalia Bartholomew, 70 Bimini Ave, Kenner, LA 70065-3117 |
| 14424940 | ##+ | New Jersey Mechanical Contractors, 1440 Union Ave, S Plainfield, NJ 07080-1485 |
| 14424966 | ##+ | Nora Torres, 89 B Atlantic Ave, Plesantville, NJ 08232-1450 |
| 14424980 | ##+ | Northstate Medical Transport, P O Box 1280, Knightdale, NC 27545-1280 |
| 14424982 | ##+ | Northwest Kidney Centers, 700 Broadway, Seattle, WA 98122-4310 |
| 14425143 | ##+ | PC Choice, P.O. Box 1657, West Chester, PA 19380-0053 |
| 14425087 | ##+ | Pars International, 253 West 35th Street, New York, NY 10001-1907 |
| 14425117 | ##+ | Patrick Satifka, 147 Spring Street Apartment B, Coal Center, PA 15423-1173 |
| 14425169 | ##+ | Peter Lima, 7101 Kawanee, Metairie, LA 70003-3151 |
| 14425199 | ##+ | Plumbing Contractors Inc, 291 E South Street, Collierville, TN 38017-2727 |
| 14425207 | ##+ | Potter Heating & Electric Inc, 6 Irongate Drive, Waldorf, MD 20602-2705 |
| 14425211 | ##+ | Powers Pyles Sutter & Verville PC, 1501 M Street NW. Ste 700, Washington, DC 20005-1708 |
| 14425229 | ## | Prince George's County MD, P.O. Box 17578, Baltimore, MD 21297-1578 |
| 14425232 | ## | Principal, PO Box 10372, Des Moines, IA 50306-0372 |
| 14425235 | ##+ | Priority Transporation & Limo Service, 528 Outrigger Lane, Manahawkin, NJ 08050-2107 |
| 14425313 | ##+ | RD Stewart CO, 1881 Main Street, Pittsburgh, PA 15215-2712 |
| 14425318 | ##+ | Rebecca Gould, 83 Baylis Road, Langhorne, PA 19047-8111 |
| 14425322 | ##+ | Rebecca Zwakenberg, 2726 Intrepid Trail., Rosenburg, TX 77471-6319 |
| 14425327 | ##+ | Redfield Corporation, 336 West Passaic Street, Rochelle Park, NJ 07662-3027 |
| 14425349 | ##+ | Renovate, Inc, 824 24th Street, Kenner, LA 70062-5250 |
| 14425354 | ##+ | Rex Medical, 555 E North Lane, Ste 5035, Conshohocken, PA 19428-2208 |
| 14425364 | ##+ | Rickey Brown, 6830 Lake Forest E, Walls, MS 38680-9508 |
| 14425399 | ##+ | Rodeo Town Taxi, PO Box 181, Ellensburg, WA 98926-1911 |
| 14425404 | ##+ | Ron Renzi, 2002 Woodland Rd, Abington, PA 19001-3620 |
| 14425411 | ##+ | Ronald Renzi, 2002 Woodland Rd, Abington, PA 19001-3620 |
| 14425456 | ##+ | Sally Fayter, 148 Lake George Dr, Williamstown, NJ 08094-2437 |
| 14425463 | ##+ | Sandeep Sharma, 533 MacLeod Drive, Gibsonia, PA 15044-8959 |
| 14425484 | ##+ | Scientia Vascular LLC, 3487 West 2100 South Ste 100, West Valley City, UT 84119-5863 |
| 14425489 | ## | Scott Hollander, 1 Brown St Apt 1620, Philadelphia, PA 19123-3356 |
| 14425491 | ##+ | Scott Straube, 11485 Somerset Drive, North Royalton, OH 44133-2658 |
| 14425495 | ##+ | Seattle Deposition Reporters LLC, 600 University Street, #320, Seattle, WA 98101-4196 |
| 14425553 | ##+ | Shurda Akins, P.O. Box 136, Byhalia, MS 38611-0136 |
| 14425588 | ##+ | Sonia Mottola, 233 Broughton Ave, Bloomfield, NJ 07003-4037 |
| 14425593 | ##+ | Sophia Dietrich, 3563 Brookeside Drive, Chesapeake Beach, MD 20732-3874 |
| 14425670 | ##+ | Steinmetz & Assoc, 650 Poydras St Suite 1425, New Orleans, LA 70130-6202 |
| 14425682 | ##+ | Stephen Lowe, 2868 Pebble Beach Drive, Ellicott City, MD 21042-7604 |
| 14425703 | ##+ | Stratix Systems Inc, 1011 North Park Road, Wyomissing, PA 19610-9000 |
| 14425704 | ##+ | Stratus Building Solutions of Houston, 2537 S. Gessner RD #121, Houston, TX 77063-2090 |
| 14425730 | ##+ | Susan Viering, 17346 Sarah Lane, King George, VA 22485-5971 |
| 14425746 | ##+ | Tammira Jones, 408 E Brinkley Loop Apt 6, Marion, AR 72364-5068 |
| 14425773 | ##+ | Teresa Burnett, 239 Lee Ave, Stroudsburg, PA 18360-2336 |
| 14425778 | ##+ | Terri Huff, 3222 West Dale CT, Waldorf, MD 20601-2915 |

| 14425800 | ##+ | The Medical Board of California, 1426 Howe Ave - Suite 54, Sacramento, CA 95825-3204 |
| 14425812 | ##+ | Theresa Buffaloe, 5272 Edith Namkipoo Rd, Ripley, TN 38063-7222 |
| 14425898 | ##+ | Trigild, 9339 Genesee Avenue Ste 130, San Diego, CA 92121-2120 |
| 14426020 | ##+ | VSSI, Inc., P.O.Box 431, Carthage, MO 64836-0431 |
| 14425970 | ##+ | Valterra Holdings, LLC, 5310 South Alston Ave. Suite 210, Durham, NC 27713-4381 |
| 14426071 | ## | Whitney Bolton Erickson, 7534 Parker Circle, Germantown, TN 38138-2814 |
| 14426072 | ##+ | Whitney Erickson, 7534 Parker Circle, Germantown, TN 38138-2814 |
| 14426078 | ##+ | Willentz, Goldman & Spitzer, P.A., Two Industrial Way West, Eatontown, NJ 07724-2265 |
| 14426101 | ##+ | Wilson, Elser, Moskowitz, Edelman & Dick, 200 Campus Drive, Florham Park, NJ 07932-1007 |

TOTAL: 11 Undeliverable, 30 Duplicate, 167 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFRED ABEL | |
| | on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com |
| AMY JANE BLUMENTHAL | |
| | on behalf of Creditor TIAA Commercial Finance  Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com |
| ANNE M. AARONSON | |
| | on behalf of Debtor Vascular Access Centers  L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com;aholland@dilworthlaw.com |
| ANNE M. AARONSON | |
| | on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com;aholland@dilworthlaw.com |
| AUTUMN M. MCCOURT | |
| | on behalf of Plaintiff David Cohen amccourt@bracheichler.com |
| AUTUMN M. MCCOURT | |
| | on behalf of Interested Party David Cohen amccourt@bracheichler.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Defendant Vascular Access Centers  LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Interested Party James F. McGuckin  M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |
| Albert Anthony Ciardi, III | |
| | on behalf of Defendant James McGuckin  M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com |

District/off: 0313-2      User: admin      Page 68 of 72

Date Rcvd: Aug 07, 2026      Form ID: pdf900      Total Noticed: 3576

**BLAKE DANIEL ROTH**

on behalf of Creditor Spectrum Health Partners  LLC blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.young@hklaw.com;hapi@hklaw.com

**CHRISTOPHER JOHN LEAVELL**

on behalf of Creditor NextGen Healthcare cleavell@klehr.com  lclark@klehr.com

**DALLAS G. TAYLOR**

on behalf of Creditor William Whitfield Gardner dgtaylor@mintz.com

**DANA S. PLON**

on behalf of Creditor Brandywine Cira  L.P. dplon@sirlinlaw.com

**DANIEL N. BROGAN**

on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate dbrogan@bayardlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

**DAVID B. SMITH**

on behalf of Petitioning Creditor Crestwood Associates  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant Peripheral Vascular Institute of Philadelphia  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Interested Party Vascular Access Centers  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com  b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Pennsylvania Vascular Institute  PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant Vascular Access Centers  L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant Vascular Access Center Memphis  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID B. SMITH**

on behalf of Defendant PA Vascular Institute  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

**DAVID E. LEMKE**

on behalf of Creditor Spectrum Health Partners  LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com

**DAVID M. KLAUDER**

on behalf of Creditor Morris Union Holdings  LLC dklauder@bk-legal.com, ldees@bk-legal.com

**DAVID P. HEIM**

on behalf of Cross-Claimant PA Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

**DAVID P. HEIM**

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

**DAVID P. HEIM**

on behalf of Interested Party James F. McGuckin  M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

**DAVID P. HEIM**

on behalf of Cross-Claimant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

**DAVID P. HEIM**

on behalf of Defendant JAMES MCGUCKIN dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

**DAVID P. HEIM**

on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

**DAVID P. HEIM**

on behalf of Interested Party Vascular Access Centers  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

District/off: 0313-2

User: admin

Page 69 of 72

Date Rcvd: Aug 07, 2026

Form ID: pdf900

Total Noticed: 3576

DAVID P. HEIM

on behalf of Defendant Philadelphia Vascular Institute  LLC dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Cross-Claimant JAMES MCGUCKIN dheim@bochettoandlentz.com  mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Defendant Bochetto & Lentz  P.C. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

DAVID P. HEIM

on behalf of Defendant James F. McGuckin  M.D. dheim@bochettoandlentz.com, mtrout@bochettoandlentz.com

EDMOND M. GEORGE

on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer
.com

EDMOND M. GEORGE

on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer
.com

EVAN THOMAS MILLER

on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com,
robyn.warren@saul.com

EVAN THOMAS MILLER

on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com  robyn.warren@saul.com

EVAN THOMAS MILLER

on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com

EVAN THOMAS MILLER

on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com  robyn.warren@saul.com

FRANCIS J. LAWALL

on behalf of Defendant B. Braun Medical francis.lawall@troutman.com  susan.henry@troutman.com,wlbank@troutman.com

FRIDRIKH V. SHRAYBER

on behalf of Interested Party PBH2  LLC fred.shrayber@dentons.com,
katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com

GARY F SEITZ

on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO

on behalf of Defendant Philadelphia Vascular Institute  LLC gbochetto@bochettoandlentz.com,
mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO

on behalf of Interested Party Vascular Access Centers  LLC gbochetto@bochettoandlentz.com,
mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO

on behalf of Defendant James F. McGuckin  M.D. gbochetto@bochettoandlentz.com,
mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO

on behalf of Interested Party James F. McGuckin  M.D. gbochetto@bochettoandlentz.com,
mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO

on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC gbochetto@bochettoandlentz.com,
mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GREGORY W. HAUSWIRTH

on behalf of Defendant Parish Cab ghauswirth@ch-legal.com
pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III

on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III

on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS

on behalf of Interested Party David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS

on behalf of Plaintiff David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS

on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com  ncapra@bracheichler.com,jmartin@bracheichler.com

District/off: 0313-2 User: admin Page 70 of 72

Date Rcvd: Aug 07, 2026 Form ID: pdf900 Total Noticed: 3576

HELEN SARA WARD
on behalf of Interested Party 1750 Madison LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
on behalf of Interested Party PBH2 LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
on behalf of Debtor Vascular Access Centers L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JAMES M. MATOUR
on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com
brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JENNIFER C. MCENTEE
on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
on behalf of Creditor Philips Medical Capital LLC jennifer.gould@volvo.com,
mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. ENDLER
on behalf of Allied World Specialty Insurance Company jesse.endler@wilsonelser.com

JESSE M. HARRIS
on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS
on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN A. O'CONNELL
on behalf of Defendant Bochetto & Lentz P.C. joconnell@bochettoandlentz.com,
tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

JOHN C. GENTILE
on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com debankruptcy@beneschlaw.com

JOHN C. KILGANNON
on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com pam@stevenslee.com

JONATHAN J. BART
on behalf of Creditor Morris Union Holdings LLC jbart@wilentz.com,
jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR
on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com,
cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC
joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

KATE ROGGIO BUCK
on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL
on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
on behalf of Debtor Vascular Access Centers L.P. lmcmichael@dilworthlaw.com,
mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN
on behalf of Creditor Galleria Operating Co. LLP heilmanl@ballardspahr.com,
carbonej@ballardspahr.com;weidmanb@ballardspahr.com

LISA M. PETERS
> on behalf of Defendant GE HFS  LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
> on behalf of Defendant TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
> on behalf of Creditor TIAA Commercial Finance  Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN
> on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER
> on behalf of Creditor Philips Medical Capital  LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT
> on behalf of Creditor United States of America matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.
> on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.
> on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE
> on behalf of Defendant Artz McCarrie Health Law LLC mjm@bochettoandlentz.com

MICHAEL J. MCCARRIE
> on behalf of Counter-Defendant Michael McCarrie mjm@bochettoandlentz.com

NICHOLAS M CENTRELLA
> on behalf of John E. Royer  Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
> on behalf of Petitioning Creditor Philadelphia Vascular Institute  LLC nengel@skhlaw.com

NICHOLAS S. HERRON
> on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov  USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS
> on behalf of Defendant Parish Cab pcarothers@ch-legal.com ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

PETER JOSEPH PIZZI
> on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law

PETER JOSEPH PIZZI
> on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI
> on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI
> on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law

PETER JOSEPH PIZZI
> on behalf of Defendant Vascular Access Centers  L.P. sdarling@walsh.law

PETER JOSEPH PIZZI
> on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

PETER JOSEPH PIZZI
> on behalf of Plaintiff Stephen V. Falanga  as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

RYAN T. KIRK
> on behalf of Defendant Philadelphia Vascular Institute  LLC rkirk@bochettoandlentz.com

RYAN T. KIRK
> on behalf of Defendant James F. McGuckin  M.D. rkirk@bochettoandlentz.com

STEPHEN V. FALANGA
> sfalanga@walsh.law

STEPHEN V. FALANGA
> on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law

STEVEN D. ADLER
> on behalf of Plaintiff Stephen V. Falanga  in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER

District/off: 0313-2                          User: admin                                   Page 72 of 72

Date Rcvd: Aug 07, 2026                      Form ID: pdf900                               Total Noticed: 3576

on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com  rhudson@bayardlaw.com;ccampbell@bayardlaw.com

STEVEN D. ADLER

on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com
rhudson@bayardlaw.com;ccampbell@bayardlaw.com

THOMAS DANIEL BIELLI

on behalf of Creditor Jorge Salazar tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI

on behalf of Creditor Salil Joshi tbielli@bk-legal.com  bhoffmann@bk-legal.com

TURNER N. FALK

on behalf of Attorney Saul Ewing LLP turner.falk@saul.com  tnfalk@recap.email;veronica.marchiondo@saul.com

Thomas Kamvosoulis

on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com  jmartin@bracheichler.com

Thomas Kamvosoulis

on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com  jmartin@bracheichler.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 118

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re: Vascular Access Centers, L.P. § Case No. 19-17117
§ Chapter 7
§
§
Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Please take notice that on August 6, 2026, Stephen V. Falanga, trustee of the above styled estate, filed a Final Report and the trustee and the trustee's professionals have filed final fee applications. A Summary of the Final Report is available at https://www.paeb.uscourts.gov/case-info. The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court

900 Market Street, Suite 400

Philadelphia, PA 19107

or

201 Penn Street, Suite 103

Reading, PA 19601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 PM on 09/09/2026 in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

For the Court

Date Mailed: 08/06/2026

Mohung Wong
Clerk of Court