**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117-AMC |
| Debtor. | |

**CERTIFICATION OF NO OBJECTION REGARDING NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Christopher M. Hemrick, of full age, hereby certifies as follows:

I am an attorney at law licensed in the States of New York and New Jersey, admitted *pro hac vice* in this matter in the United States Bankruptcy Court for the Eastern District of Pennsylvania, and a partner with the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel for Stephen V. Falanga, Chapter 7 Trustee for the bankruptcy estate of Vascular Access Centers, L.P. (the "Trustee").

1. On August 6, 2026, the Trustee filed the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* (the "Final Report") [Dkt. 1396].

2. Also on August 6, 2026, the Trustee filed the *Application for Trustee's Compensation and Expenses* (the "Application") [Dkt. 1397].

3. On August 7, 2026, the Court also docketed for service the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* on the docket [Dkt. 1398].

4. Objections to the Final Report and the Application were due within 14 days.

5. The deadline for objecting to the Final Report and the Application has expired and no objection or other response was filed on the docket or served upon the Trustee.

6. Service of the Final Report and Application was made by the Clerk on all required parties as appears from the Certificate of Mailing [Dkt. 1399].

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2026

_____________________________

Christopher M. Hemrick (*pro hac vice*)
Peter J. Pizzi
WALSH PIZZI O'REILLY FALANGA LLP
One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel: (973) 757-1100
chemrick@walsh.law