IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Vascular Access Centers, L.P.<br><br>Debtor(s) | Chapter 7<br>Bankruptcy No. 19-17117 |

**ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT**

AND NOW, this 11th day of Sept. 2026, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

ASHELY M. CHAN
United States Bankruptcy Judge