**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: Vascular Access Centers, L.P. | § | Case No. 19-17117 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Stephen V. Falanga, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: ***(without deducting any secured claims)*** | $0.00 | Assets Exempt: | N/A |
| Total Distributions to Claimants: | $442,908.37 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $1,184,535.65 | | |

3) Total gross receipts of $1,627,444.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,627,444.02 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,659,698.00 | $8,754,077.84 | $4,004,105.97 | $442,908.37 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $462,133.23 | $443,554.66 | $309,784.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $5,087,257.02 | $5,087,257.02 | $874,751.20 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $472.00 | $882,817.09 | $882,817.09 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,213,845.03 | $63,412,026.10 | $63,412,026.10 | $0.00 |
| **TOTAL DISBURSEMENTS** | $3,874,015.03 | $78,598,311.28 | $73,829,760.84 | $1,627,444.02 |

4) This case was originally filed under chapter 11 on 11/12/2019, and it was converted to chapter 7 on 03/08/2023. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2026

By: /s/ Stephen V. Falanga
Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance Action - QCC Insurance Company d/b/a Independence Administrators (Adv. Proc. No. 21-00109) | 1141-000 | $3,000.00 |
| Avoidance Action - Abbott Vascular (Adv. Proc. No. 21-00113) | 1141-000 | $10,000.00 |
| Avoidance Action - Nixon Medical, Inc. (Adv. Proc. No. 21-00106) | 1141-000 | $8,000.00 |
| Avoidance Action - Stericycle Inc. (Adv. Proc. No. 21-00120) | 1141-000 | $13,737.45 |
| Avoidance Actions- Boston Scientific Corporation (Adv. Proc. No. 21-00091) & Bicompatibles, Inc., a BTG Company (Adv. Pr | 1141-000 | $12,000.00 |
| QCC Healthcare Plan Deposit | 1229-000 | $57,388.45 |
| Avoidance Actions - PVI, VAC, LLC et al. (Adv. Proc. No. 21-00130) and (Adv. Proc. No. 23-00050) | 1241-000 | $140,000.00 |
| Return of Chapter 11 Trustee Bond Premium | 1290-000 | $11,184.00 |
| Turnover of Chapter 11 Funds | 1290-000 | $1,372,134.12 |
| **TOTAL GROSS RECEIPTS** | | **$1,627,444.02** |

*[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 51 | Philadelphia Vascular Institute, LLC | 4210-000 | $0.00 | $1,407,955.20 | $0.00 | $0.00 |
| 64 | Los Angeles County Treasurer and Tax Collector | 4800-000 | $0.00 | $3,920.97 | $3,920.97 | $0.00 |
| 84 | William Whitfield Gardner | 4210-000 | $0.00 | $4,000,000.00 | $4,000,000.00 | $442,908.37 |
| 86S | Iron Mountain Information Management, LLC | 4210-000 | NA | $185.00 | $185.00 | $0.00 |
| C43-S | Cardinal Health 108 LLC | 4210-000 | $43,963.00 | $38,503.05 | $0.00 | $0.00 |
| C70 | Peripheral Vascular Inst of Phila LLC | 4210-000 | $0.00 | $653,254.38 | $0.00 | $0.00 |
| C72 | Philips Medical Capital LLC | 4210-000 | $0.00 | $697,046.88 | $0.00 | $0.00 |
| C80 | James and Allison McGucklin | 4210-000 | $0.00 | $129,178.14 | $0.00 | $0.00 |
| C81 | PA Vascular Institute LLC | 4210-000 | $0.00 | $216,864.02 | $0.00 | $0.00 |
| C82-S | Philadelphia Vascular Institute LLC | 4210-000 | $1,202,120.00 | $1,407,955.20 | $0.00 | $0.00 |
| C90 | Phillips Medical Capital | 4210-000 | $199,215.00 | $199,215.00 | $0.00 | $0.00 |
| N/F | Collaborative Care Diagnostics, LLC | 4210-000 | $120,400.00 | NA | NA | NA |
| N/F | Cubex Financial Services | 4210-000 | $0.00 | NA | NA | NA |
| N/F | Everbank Commercial Finance, Inc. | 4210-000 | $94,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,659,698.00** | **$8,754,077.84** | **$4,004,105.97** | **$442,908.37** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Stephen V. Falanga | 2100-000 | NA | $48,823.32 | $30,244.75 | $30,244.75 |
| Attorney for Trustee Fees - Walsh Pizzi O'Reilly Falanga LLP | 3110-000 | NA | $287,972.50 | $287,972.50 | $179,858.82 |
| Fees, United States Trustee | 2950-000 | NA | $248.80 | $248.80 | $248.80 |
| Bond Payments - International Sureties, LTD | 2300-000 | NA | $2,219.24 | $2,219.24 | $2,219.24 |
| Bond Payments - International Sureties, Ltd. | 2300-000 | NA | $1,267.99 | $1,267.99 | $1,267.99 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $12,081.91 | $12,081.91 | $12,081.91 |
| Other State or Local Taxes (post-petition) - PA Department of Revenue | 2820-000 | NA | $10.00 | $10.00 | $10.00 |
| Other Chapter 7 Administrative Expenses - United States Postal Service | 2990-000 | NA | $120.00 | $120.00 | $120.00 |
| Attorney for Trustee Fees (Other Firm) - Bayard, P.A. | 3210-000 | $0.00 | $40,833.33 | $40,833.33 | $40,833.33 |
| Attorney for Trustee Expenses (Other Firm) - Bayard, P.A. | 3220-000 | $0.00 | $217.18 | $217.18 | $217.18 |
| Accountant for Trustee Fees (Other Firm) - EisnerAmper LLP | 3410-000 | NA | $68,277.00 | $68,277.00 | $42,643.73 |
| Accountant for Trustee Expenses (Other Firm) - EisnerAmper LLP | 3420-000 | NA | $61.96 | $61.96 | $38.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$462,133.23** | **$443,554.66** | **$309,784.45** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Administrative Expenses - Cardiovascular Systems, Inc | 6990-000 | NA | $132,624.54 | $132,624.54 | $0.00 |
| Other Prior Chapter Administrative Expenses - Galleria Operating Co LLC | 6990-000 | NA | $16,564.70 | $16,564.70 | $0.00 |
| Other Prior Chapter Administrative Expenses - Cardinal Health 108 LLC | 6990-000 | NA | $22,205.21 | $22,205.21 | $0.00 |
| Other Prior Chapter Administrative Expenses - Gregory Crenshaw MD | 6990-000 | NA | $0.00 | $0.00 | $0.00 |
| Other Prior Chapter Administrative Expenses - CR Bard Inc | 6990-000 | NA | $58,717.42 | $58,717.42 | $0.00 |
| Other Prior Chapter Administrative Expenses - Philadelphia Vascular Institute LLC | 6990-000 | NA | $0.00 | $0.00 | $0.00 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - EisnerAmper LLP | 6420-000 | NA | $187.22 | $187.22 | $187.22 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - EisnerAmper LLP | 6410-000 | NA | $946,375.75 | $946,375.75 | $185,552.72 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - Walsh Pizzi O'Reilly Falanga LLP | 6120-000 | NA | $4,612.70 | $4,612.70 | $0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Walsh Pizzi O'Reilly Falanga LLP | 6110-000 | NA | $2,677,742.01 | $2,677,742.01 | $526,346.81 |
| Other Prior Chapter Professional's Fees - SSG Advisors, LLC | 6700-000 | NA | $264,113.00 | $264,113.00 | $0.00 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Bayard, P.A. | 6220-000 | NA | $20,033.18 | $20,033.18 | $0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Bayard, P.A. | 6210-000 | NA | $115,115.04 | $115,115.04 | $0.00 |
| Prior Chapter Trustee Compensation - Stephen V. Falanga | 6101-000 | NA | $826,392.00 | $826,392.00 | $162,664.45 |
| Prior Chapter Trustee Expenses - Stephen V. Falanga | 6102-000 | NA | $2,574.25 | $2,574.25 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$5,087,257.02** | **$5,087,257.02** | **$874,751.20** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | North Carolina Department of Revenue | 5800-000 | NA | $0.58 | $0.58 | $0.00 |
| 7 | Innovo Staffing | 5800-000 | NA | $10,907.90 | $10,907.90 | $0.00 |
| 13P | Abbott Vascular | 5800-000 | NA | $56,716.42 | $56,716.42 | $0.00 |
| 17P | Cardiovascular Systems, Inc. | 5800-000 | NA | $66,312.27 | $66,312.27 | $0.00 |
| 18 | Maria Murasso | 5800-000 | NA | $3,750.00 | $3,750.00 | $0.00 |
| 20 | Franchise Tax Board | 5800-000 | NA | $800.00 | $800.00 | $0.00 |
| 27P | Galleria Operating Co., LLC | 5800-000 | NA | $16,564.70 | $16,564.70 | $0.00 |
| 33P | C.R. Bard, Inc. | 5800-000 | NA | $58,717.42 | $58,717.42 | $0.00 |
| 47 | 201 International Circle | 5800-000 | NA | $270,480.00 | $270,480.00 | $0.00 |
| 62 | State of New Jersey | 5800-000 | NA | $5,521.92 | $5,521.92 | $0.00 |
| 66P | David Cohen | 5800-000 | NA | $15,150.00 | $15,150.00 | $0.00 |
| 79 | PBH2, LLC | 5800-000 | NA | $12,500.00 | $12,500.00 | $0.00 |
| 85 | Omni Agent Solutions | 5800-000 | NA | $63,113.29 | $63,113.29 | $0.00 |
| C2-P | North Carolina Department of Revenue | 5800-000 | NA | $0.58 | $0.58 | $0.00 |
| C20 | Maria Murasso | 5300-000 | NA | $3,750.00 | $3,750.00 | $0.00 |
| C21 | State of New Jersey | 5800-000 | NA | $3,770.78 | $3,770.78 | $0.00 |
| C22 | State of California | 5800-000 | NA | $800.00 | $800.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| C4-P | Louisiana Department of Revenue | 5800-000 | NA | $73.33 | $73.33 | $0.00 |
| C51 | James Poindexter Jr | 5300-000 | NA | $12,000.00 | $12,000.00 | $0.00 |
| C54 | 201 International Circle | 5800-000 | NA | $270,480.00 | $270,480.00 | $0.00 |
| C7 | Innovo Staffing | 5300-000 | NA | $10,907.90 | $10,907.90 | $0.00 |
| C8 | Department of Treasury - Internal Revenue Service | 5800-000 | NA | $500.00 | $500.00 | $0.00 |
| N/F | New Jersey Division of Taxation * | 5600-000 | $472.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$472.00** | **$882,817.09** | **$882,817.09** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ENTERGY c/o JON MAJEWSKI | 7100-000 | NA | $137.04 | $137.04 | $0.00 |
| 2U | North Carolina Department of Revenue | 7100-000 | NA | $20.20 | $20.20 | $0.00 |
| 3 | Charter Communications | 7100-000 | $142.07 | $275.11 | $275.11 | $0.00 |
| 4 | Louisiana Department of Revenue | 7100-000 | NA | $1,837.65 | $1,837.65 | $0.00 |
| 5 | GE Precision Healthcare LLC | 7100-000 | $182,018.51 | $10,154.51 | $10,154.51 | $0.00 |
| 6 | Washington Gas | 7100-000 | NA | $25.26 | $25.26 | $0.00 |
| 8 | Internal Revenue Service | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 9 | Staples Business Advantage | 7100-000 | NA | $7,148.22 | $7,148.22 | $0.00 |
| 10 | Teleflex LLC | 7100-000 | $1,662.20 | $9,108.89 | $9,108.89 | $0.00 |
| 11 | CNA Commercial Insurance | 7100-000 | NA | $200,253.00 | $200,253.00 | $0.00 |
| 12 | MS Department of Employment Security | 7100-000 | NA | $6.00 | $6.00 | $0.00 |
| 13U | Abbott Vascular | 7100-000 | $83,745.13 | $104,671.90 | $104,671.90 | $0.00 |
| 14 | Denice M. Jones | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 15 | Dell Marketing, L.P. | 7100-000 | NA | $12,466.80 | $12,466.80 | $0.00 |
| 16 | Group IV Jax Development II, Inc. | 7100-000 | NA | $205,768.06 | $205,768.06 | $0.00 |
| 17U | Cardiovascular Systems, Inc. | 7100-000 | NA | $87,283.00 | $87,283.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | State of New Jersey | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 21 | Bandwave Systems LLC | 7100-000 | $3,149.94 | $1,049.98 | $1,049.98 | $0.00 |
| 22 | Asahi Intecc USA Inc | 7100-000 | $1,148.56 | $2,977.12 | $2,977.12 | $0.00 |
| 23 | Johnson Controls Fire Protection | 7100-000 | NA | $1,361.66 | $1,361.66 | $0.00 |
| 24 | Cook Medical | 7100-000 | $19,756.63 | $26,709.13 | $26,709.13 | $0.00 |
| 25 | Canon Solutions America | 7100-000 | $203.65 | $203.65 | $203.65 | $0.00 |
| 26 | De Lage Landen Financial Services Inc | 7100-000 | $109.66 | $2,342.90 | $2,342.90 | $0.00 |
| 27U | Galleria Operating Co., LLC | 7100-000 | NA | $12,812.59 | $12,812.59 | $0.00 |
| 28 | Dr. Wadah Atassi | 7100-000 | NA | $1,063,878.50 | $1,063,878.50 | $0.00 |
| 29 | LocumTenens.com, LLC | 7100-000 | $3,374.52 | $5,591.40 | $5,591.40 | $0.00 |
| 30 | Philips Healthcare | 7100-000 | $9,015.51 | $698,931.79 | $698,931.79 | $0.00 |
| 31 | PIH Health real Estate Services, LLC | 7100-000 | NA | $202,932.90 | $202,932.90 | $0.00 |
| 32 | T.D. Business Ventures Inc./ | 7100-000 | NA | $10,600.00 | $10,600.00 | $0.00 |
| 33U | C.R. Bard, Inc. | 7100-000 | NA | $298,668.25 | $298,668.25 | $0.00 |
| 34 | Chad Edwards | 7100-000 | NA | $711,774.56 | $711,774.56 | $0.00 |
| 35 | Erica Boogaerts | 7100-000 | NA | $711,774.56 | $711,774.56 | $0.00 |
| 36 | SMA Properties, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 37 | Philips Medical Capital | 7100-000 | NA | $546,021.01 | $546,021.01 | $0.00 |
| 38 | Philips Medical Capital | 7100-000 | $139,392.08 | $185,536.55 | $185,536.55 | $0.00 |
| 39 | Angio Advancements | 7100-000 | NA | $5,935.00 | $5,935.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | Cynthia Gardner | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 41 | Eliza Gardner | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 42 | Gregory W. Gardner | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 43 | JHG, A Minor Child | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 44 | Trust U/W of Virginia B. D. Gardner | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 45 | William Whitfield Gardner | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 46 | William Whitfield Gardner | 7100-000 | NA | $4,219,483.00 | $4,219,483.00 | $0.00 |
| 48 | Royer Cooper Cohen Braunfeld LLC | 7100-000 | $1,547.00 | $1,547.00 | $1,547.00 | $0.00 |
| 49 | PBH2, LLC | 7100-000 | $11,019.77 | $0.00 | $0.00 | $0.00 |
| 50 | TIAA Commercial Finance, Inc. | 7100-000 | $10,370.74 | $407,998.81 | $407,998.81 | $0.00 |
| 52 | James F McGuckin MD | 7100-000 | NA | $129,178.14 | $129,178.14 | $0.00 |
| 53 | James F McGuckin MD | 7100-000 | NA | $2,132,376.00 | $2,132,376.00 | $0.00 |
| 54 | PA Vascular Institute LLC | 7100-000 | NA | $216,864.02 | $216,864.02 | $0.00 |
| 55 | Internal Revenue Service | 7100-000 | NA | $17,881,010.73 | $17,881,010.73 | $0.00 |
| 56 | Peripheral Vascular Institute of Phila., LLC | 7100-000 | $15,548.30 | $653,254.38 | $653,254.38 | $0.00 |
| 57 | Vascular Access Centers, LLC | 7100-000 | NA | $357,750.00 | $357,750.00 | $0.00 |
| 58 | Jorge Salazar | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 59 | Salil Joshi MD | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 60 | Chehardy, Sherman, Williams, Murray, Recile, | 7100-000 | NA | $14,700.00 | $14,700.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | AIG Property Casualty, Inc | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 63 | Meisner Services | 7100-000 | NA | $2,756.00 | $2,756.00 | $0.00 |
| 66U | David Cohen | 7100-000 | NA | $159,656.09 | $159,656.09 | $0.00 |
| 67 | Valdmed LLC | 7100-000 | NA | $7,247.00 | $7,247.00 | $0.00 |
| 68 | Stephen Ferrara | 7100-000 | NA | $22,764.00 | $22,764.00 | $0.00 |
| 69 | Cardiovascular Systems, Inc. | 7100-000 | $91,808.50 | $153,595.27 | $153,595.27 | $0.00 |
| 70 | Linda Franklin | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 71 | Erica Boogaerts | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 72 | Cheryl Brown, MD | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 73 | Sudhir K. Julka | 7100-000 | NA | $39,042.00 | $39,042.00 | $0.00 |
| 74 | Alice G. Gosfield and Associates, PC | 7100-000 | $0.00 | $4,040.83 | $4,040.83 | $0.00 |
| 75 | Northeast Scientific, Inc. | 7100-000 | NA | $2,674.57 | $2,674.57 | $0.00 |
| 76 | Lindsay L. Carter | 7100-000 | NA | $200,000.00 | $200,000.00 | $0.00 |
| 77 | Gerard and Dana Marino | 7100-000 | NA | $50,000.00 | $50,000.00 | $0.00 |
| 78 | Guardian Fund II-Centrepointe, LLC | 7100-000 | NA | $172,599.41 | $172,599.41 | $0.00 |
| 80 | KDPA, Inc. | 7100-000 | NA | $7,165.60 | $7,165.60 | $0.00 |
| 81 | Dr. Atul Katyal | 7100-000 | NA | $50,000.00 | $50,000.00 | $0.00 |
| 82 | Greg Hoover | 7100-000 | NA | $44,800.00 | $44,800.00 | $0.00 |
| 83 | Vascular Institute Interventional Physicians, LLC | 7100-000 | NA | $428,339.00 | $428,339.00 | $0.00 |
| 86U | Iron Mountain Information Management, LLC | 7100-000 | NA | $33,695.36 | $33,695.36 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 87 | MedPro Group Inc. | 7200-000 | NA | $10,000.00 | $10,000.00 | $0.00 |
| C1 | Entergy | 7100-000 | NA | $137.04 | $137.04 | $0.00 |
| C10 | Teleflex LLC | 7100-000 | NA | $9,108.89 | $9,108.89 | $0.00 |
| C11 | CNA Commercial Insurance | 7100-000 | NA | $200,253.00 | $200,253.00 | $0.00 |
| C12 | MS Department of Employment Security | 7100-000 | NA | $6.00 | $6.00 | $0.00 |
| C13 | PSE&G | 7100-000 | $610.03 | $1,261.01 | $1,261.01 | $0.00 |
| C14 | Denice M Jones | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C15 | Dell Marketing, L.P. | 7100-000 | $12,466.80 | $12,466.80 | $12,466.80 | $0.00 |
| C16 | Group IV Jax Development II, Inc | 7100-000 | NA | $205,768.06 | $205,768.06 | $0.00 |
| C17 | Terumo Medical Corporation | 7100-000 | $107,091.88 | $128,932.70 | $128,932.70 | $0.00 |
| C18-U | Cardiovascular Systems, Inc | 7100-000 | NA | $23,970.73 | $23,970.73 | $0.00 |
| C19 | Brandywine Cira LP | 7100-000 | $1,326.54 | $28,546.92 | $28,546.92 | $0.00 |
| C2-U | North Carolina Department of Revenue | 7100-000 | NA | $20.20 | $20.20 | $0.00 |
| C23 | Louisiana Department of Revenue | 7100-000 | NA | $1,837.65 | $1,837.65 | $0.00 |
| C24 | Bandwave Systems LLC | 7100-000 | NA | $1,049.98 | $1,049.98 | $0.00 |
| C25 | Asahi Intecc USA, Inc | 7100-000 | NA | $2,977.12 | $2,977.12 | $0.00 |
| C26 | Johnson Controls Fire Protection | 7100-000 | NA | $1,361.66 | $1,361.66 | $0.00 |
| C27 | Cook Medical | 7100-000 | NA | $26,709.13 | $26,709.13 | $0.00 |
| C28 | Canon Solutions America | 7100-000 | NA | $203.65 | $203.65 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| C29 | De Lage Landen Financial Services Inc | 7100-000 | NA | $2,342.90 | $2,342.90 | $0.00 |
| C3 | Charter Communications | 7100-000 | NA | $275.11 | $275.11 | $0.00 |
| C30 | Metter & Company | 7100-000 | $18,276.25 | $11,144.25 | $11,144.25 | $0.00 |
| C31-U | Galleria Operating Co LLC | 7100-000 | NA | $12,812.59 | $12,812.59 | $0.00 |
| C32 | Airgas USA LLC | 7100-000 | NA | $687.30 | $687.30 | $0.00 |
| C33 | Zetter Healthcare LLC | 7100-000 | NA | $3,658.00 | $3,658.00 | $0.00 |
| C34 | D&D Services | 7100-000 | NA | $376.80 | $376.80 | $0.00 |
| C35 | JoAnn Price | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C36 | Charles F Reindl | 7100-000 | NA | $450.00 | $450.00 | $0.00 |
| C38 | LocumTenens.com LLC | 7100-000 | NA | $5,591.40 | $5,591.40 | $0.00 |
| C39 | Supertech Inc | 7100-000 | NA | $589.00 | $589.00 | $0.00 |
| C4-U | Louisiana Department of Revenue | 7100-000 | NA | $2,033.00 | $2,033.00 | $0.00 |
| C40 | Philips Healthcare | 7100-000 | NA | $698,931.79 | $698,931.79 | $0.00 |
| C41 | Dr Wadah Atassi | 7100-000 | NA | $1,063,878.50 | $1,063,878.50 | $0.00 |
| C42 | Valdmed LLC | 7100-000 | NA | $7,247.00 | $7,247.00 | $0.00 |
| C44 | Jimmie Andrews | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C45 | PIH Health Real Estate Services LLC | 7100-000 | NA | $202,932.90 | $202,932.90 | $0.00 |
| C46 | PIH Health Real Estate Services LLC | 7100-000 | NA | $202,932.90 | $202,932.90 | $0.00 |
| C47 | NextGen Healthcare Inc | 7100-000 | $79,423.40 | $83,373.01 | $83,373.01 | $0.00 |
| C48 | Arcus Design Group Architects Inc | 7100-000 | NA | $2,405.00 | $2,405.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| C49 | Ancero LLC | 7100-000 | $72,783.75 | $96,688.88 | $96,688.88 | $0.00 |
| C5 | GE Precision Healthcare, LLC | 7100-000 | NA | $10,154.51 | $10,154.51 | $0.00 |
| C50 | Denice M Jones | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C52 | Anish Shah | 7100-000 | NA | $500,000.00 | $500,000.00 | $0.00 |
| C53-U | Gregory Crenshaw MD | 7100-000 | NA | $30,800.00 | $30,800.00 | $0.00 |
| C55 | Anish Shah | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C56 | Warren David Yu | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C57 | Erica Boogaerts | 7100-000 | NA | $711,774.56 | $711,774.56 | $0.00 |
| C58-U | CR Bard Inc | 7100-000 | $263,859.20 | $298,668.25 | $298,668.25 | $0.00 |
| C59 | SMA Properties Inc | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C6 | Washington Gas | 7100-000 | NA | $25.26 | $25.26 | $0.00 |
| C60 | TD Pharmacy Returns | 7100-000 | NA | $10,600.00 | $10,600.00 | $0.00 |
| C63 | JHG, a minor child | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C64 | Gregory W Gardner | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C65 | Eliza A Gardner | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C66 | Cynthia Gardner | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C67 | Chad Edwards | 7100-000 | NA | $711,774.56 | $711,774.56 | $0.00 |
| C68 | Angio Advancements | 7100-000 | $968.00 | $5,935.00 | $5,935.00 | $0.00 |
| C69 | Drunella Williams | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C71 | Phillips Medical Capital LLC | 7100-000 | NA | $546,021.01 | $546,021.01 | $0.00 |
| C73 | Royer Cooper Cohen Braunfeld LLC | 7100-000 | NA | $1,547.00 | $1,547.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| C74 | Vascular Access Centers LLC | 7100-000 | NA | $357,750.00 | $357,750.00 | $0.00 |
| C75 | William Whitfield Gardner | 7100-000 | NA | $4,219,483.00 | $4,219,483.00 | $0.00 |
| C76 | Intelerad Medical Systems Incorporated | 7100-000 | NA | $4,250.00 | $4,250.00 | $0.00 |
| C77 | Jorge Salazar, MD | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C78 | Salil Joshi, MD | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| C79 | Dr James McGucklin | 7100-000 | NA | $2,132,376.00 | $2,132,376.00 | $0.00 |
| C84 | United States of America | 7100-000 | NA | $17,881,010.73 | $17,881,010.73 | $0.00 |
| C85 | TIAA Commercial Finance Inc | 7100-000 | NA | $407,998.81 | $407,998.81 | $0.00 |
| C88 | KOL Bio-Medical Instruments, Inc. | 7100-000 | $953.92 | $953.92 | $953.92 | $0.00 |
| C9 | Staples Business Advantage | 7100-000 | NA | $7,148.22 | $7,148.22 | $0.00 |
| N/F | ACA Cardiovascular, LLC * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ADP Commercial Leasing * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ADP Screening and Selections Services | 7100-000 | $41.98 | NA | NA | NA |
| N/F | AchieveNext LLC * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Airgas Great Lakes | 7100-000 | $111.98 | NA | NA | NA |
| N/F | Airgas Mid South Inc | 7100-000 | $244.65 | NA | NA | NA |
| N/F | Amato Keating and Lessa PC * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Express * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Ameripride Linen and Apparel Services | 7100-000 | $4,788.52 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Anago Pitts | 7100-000 | $3,169.40 | NA | NA | NA |
| N/F | Angio Dynamics | 7100-000 | $30,418.43 | NA | NA | NA |
| N/F | Argon Medical Devices | 7100-000 | $8,425.04 | NA | NA | NA |
| N/F | Arrow | 7100-000 | $4,562.34 | NA | NA | NA |
| N/F | Artz Health Law * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | B. Braun Medical | 7100-000 | $7,863.60 | NA | NA | NA |
| N/F | Benons LLC | 7100-000 | $332.50 | NA | NA | NA |
| N/F | BioMed Assoc Inc | 7100-000 | $760.00 | NA | NA | NA |
| N/F | BioMedix * | 7100-000 | $10,507.20 | NA | NA | NA |
| N/F | Biocompatibles Inc (BTG) | 7100-000 | $9,665.00 | NA | NA | NA |
| N/F | Bochetto & Lentz, P.C. * | 7100-000 | $11,555.25 | NA | NA | NA |
| N/F | Boston Scientific Corporation | 7100-000 | $19,046.69 | NA | NA | NA |
| N/F | Broadway Linen | 7100-000 | $329.24 | NA | NA | NA |
| N/F | Canon Financial Services Inc * | 7100-000 | $965.52 | NA | NA | NA |
| N/F | Capital Group Retirement Plan * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital Research & Management Company * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cardinal Health * | 7100-000 | $10,298.20 | NA | NA | NA |
| N/F | CardioVascular Coalition * | 7100-000 | $7,500.00 | NA | NA | NA |
| N/F | Carolon Co. | 7100-000 | $232.89 | NA | NA | NA |
| N/F | Chehardy Sherman Williams * | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Circulation Inc | 7100-000 | $12,809.64 | NA | NA | NA |
| N/F | City of Covington | 7100-000 | $46.69 | NA | NA | NA |
| N/F | Cleco Power LLC | 7100-000 | $950.02 | NA | NA | NA |
| N/F | Climantech Inc | 7100-000 | $517.00 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $487.92 | NA | NA | NA |
| N/F | Comcast - DC * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comcast - WO * | 7100-000 | $742.59 | NA | NA | NA |
| N/F | Community Coffee | 7100-000 | $510.08 | NA | NA | NA |
| N/F | Contract Cleaners Supply Inc | 7100-000 | $317.31 | NA | NA | NA |
| N/F | Corvus of New Orleans LLC | 7100-000 | $1,300.00 | NA | NA | NA |
| N/F | Coverall North America Inc | 7100-000 | $1,572.79 | NA | NA | NA |
| N/F | Covidien | 7100-000 | $693.26 | NA | NA | NA |
| N/F | Cox Business | 7100-000 | $289.38 | NA | NA | NA |
| N/F | Crestwood Associates, LLC * | 7100-000 | $6,090.00 | NA | NA | NA |
| N/F | Cristo Rey Work Study Program * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Curley & Rothman * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dan Long Consulting LLC * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Deep South Physicsa PLLC | 7100-000 | $533.38 | NA | NA | NA |
| N/F | Deluxe * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Direct Copiers & Fax | 7100-000 | $154.99 | NA | NA | NA |
| N/F | Directv | 7100-000 | $429.10 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Edwards Lifesciences | 7100-000 | $5,370.45 | NA | NA | NA |
| N/F | Emcor Services | 7100-000 | $587.75 | NA | NA | NA |
| N/F | Extra Space Management, Inc. * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fire Fighters Sales and Service | 7100-000 | $208.82 | NA | NA | NA |
| N/F | Fox Group * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | GT Securities Inc. * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Greenway * | 7100-000 | $18,825.43 | NA | NA | NA |
| N/F | Guardian Realty Management | 7100-000 | $2,661.19 | NA | NA | NA |
| N/F | HAB-BPT | 7100-000 | $3,233.00 | NA | NA | NA |
| N/F | Hempstead and Co. * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Henry Schein | 7100-000 | $99,633.33 | NA | NA | NA |
| N/F | Highmark Financial Investigations | 7100-000 | $65,377.69 | NA | NA | NA |
| N/F | Highwoods Realty Limited Partnership | 7100-000 | $928.02 | NA | NA | NA |
| N/F | IBM Corporation * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Image FIRST | 7100-000 | $5,423.77 | NA | NA | NA |
| N/F | Infection Control Consulting Serv. * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Innovo Staffing LLC * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Insight Global/IG Igloo * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Intelerad Medical Systems | 7100-000 | $4,250.00 | NA | NA | NA |
| N/F | Iron Mountain * | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Jackie Lester | 7100-000 | $133.60 | NA | NA | NA |
| N/F | KLS Physics Group | 7100-000 | $360.00 | NA | NA | NA |
| N/F | Kean Miller LLP * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kentwood Springs | 7100-000 | $217.81 | NA | NA | NA |
| N/F | Krieg Devault LLP * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Language Line Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LeadMaster Operating Company * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Learning Harbor Inc. * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Legal Shield | 7100-000 | $308.85 | NA | NA | NA |
| N/F | Lenny's Sub Shop | 7100-000 | $459.72 | NA | NA | NA |
| N/F | Liberty Partners Group, LLC * | 7100-000 | $8,029.00 | NA | NA | NA |
| N/F | Lighthouse Services Inc. * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Linda Derrickson | 7100-000 | $142.50 | NA | NA | NA |
| N/F | MF Irvine * | 7100-000 | $19,656.00 | NA | NA | NA |
| N/F | Mabeck Janitorial Services Inc | 7100-000 | $727.00 | NA | NA | NA |
| N/F | Mail Finance * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Marlin Leasing * | 7100-000 | $61.43 | NA | NA | NA |
| N/F | McKesson | 7100-000 | $74.92 | NA | NA | NA |
| N/F | McLean Controls Inc | 7100-000 | $2,297.00 | NA | NA | NA |
| N/F | MedComp | 7100-000 | $3,270.08 | NA | NA | NA |
| N/F | Medical Mutual | 7100-000 | $6,682.34 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | MedicalRecruiting.com * | 7100-000 | $9,000.00 | NA | NA | NA |
| N/F | Medpipe Maintenance Corp | 7100-000 | $863.90 | NA | NA | NA |
| N/F | Medtronics | 7100-000 | $9,740.95 | NA | NA | NA |
| N/F | Merit Medical | 7100-000 | $75,113.78 | NA | NA | NA |
| N/F | Merz North America | 7100-000 | $113.00 | NA | NA | NA |
| N/F | Met Life * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MetLife-SBC * | 7100-000 | $957.06 | NA | NA | NA |
| N/F | Metro Medical Supply | 7100-000 | $13,669.99 | NA | NA | NA |
| N/F | Michael F. Dubin * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Miles Technologies * | 7100-000 | $27.74 | NA | NA | NA |
| N/F | NTC Delta, LLC | 7100-000 | $685.50 | NA | NA | NA |
| N/F | New Directions Behavioral Health LLC * | 7100-000 | $278.00 | NA | NA | NA |
| N/F | Nixon Uniform Service | 7100-000 | $5,791.80 | NA | NA | NA |
| N/F | Optum360 * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Orkin | 7100-000 | $67.12 | NA | NA | NA |
| N/F | Orkin | 7100-000 | $83.24 | NA | NA | NA |
| N/F | PEPCO | 7100-000 | $1,489.67 | NA | NA | NA |
| N/F | Paychex * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Philadelphia Vascular Institute, LLC * | 7100-000 | $36,250.00 | NA | NA | NA |
| N/F | Premiere Global Services * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Premium Refreshment Services | 7100-000 | $52.36 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | ProPharma Distribution LLC | 7100-000 | $9,267.26 | NA | NA | NA |
| N/F | Professional Duplicating, Inc. * | 7100-000 | $898.28 | NA | NA | NA |
| N/F | Proforma | 7100-000 | $712.24 | NA | NA | NA |
| N/F | Ready Refresh * | 7100-000 | $84.12 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $245.89 | NA | NA | NA |
| N/F | SP Plus Corp. * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Saul Ewing * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Soma Technology | 7100-000 | $43,531.48 | NA | NA | NA |
| N/F | Sparklight Business | 7100-000 | $167.06 | NA | NA | NA |
| N/F | Spectranetics Corporation | 7100-000 | $73,735.89 | NA | NA | NA |
| N/F | Spectrotel * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Staples Business Advantage * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Star LA | 7100-000 | $1,551.88 | NA | NA | NA |
| N/F | Stericyle Inc * | 7100-000 | $3,440.21 | NA | NA | NA |
| N/F | Sun Life Assurance Co * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | System 4 of Washington DC | 7100-000 | $344.50 | NA | NA | NA |
| N/F | TYCO Integrated Systems LLC | 7100-000 | $456.31 | NA | NA | NA |
| N/F | Tierpoint LLC * | 7100-000 | $5,485.83 | NA | NA | NA |
| N/F | TotalFunds by Hasler * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Transport U LLC | 7100-000 | $2,407.00 | NA | NA | NA |
| N/F | UPS * | 7100-000 | $164.11 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | US Dept of the Treasury * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Retirement Plan Consultants * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Supply Center | 7100-000 | $943.48 | NA | NA | NA |
| N/F | University of MD Charles Regional Med Ce | 7100-000 | $160.00 | NA | NA | NA |
| N/F | Vanguard Cleaning Sys of N New Jersey | 7100-000 | $906.31 | NA | NA | NA |
| N/F | Vanguard Cleaning Systems of Centra l& S | 7100-000 | $2,469.44 | NA | NA | NA |
| N/F | Vascular Solutions, Inc. | 7100-000 | $1,208.67 | NA | NA | NA |
| N/F | Verity * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Verizon * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Verizon Trenton | 7100-000 | $413.40 | NA | NA | NA |
| N/F | Verizon Wireless * | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Vision Business Products | 7100-000 | $9,403.15 | NA | NA | NA |
| N/F | Volcano Corporation | 7100-000 | $359,338.87 | NA | NA | NA |
| N/F | Waste Management of MD | 7100-000 | $457.14 | NA | NA | NA |
| N/F | Westport Linen Services LLC | 7100-000 | $1,274.22 | NA | NA | NA |
| N/F | ev3 Inc. | 7100-000 | $1,639.36 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,213,845.03** | **$63,412,026.10** | **$63,412,026.10** | **$0.00** |

# Form 1

# Individual Estate Property Record and Report

# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 19-17117
**Case Name:** Vascular Access Centers, L.P.
**For Period Ending:** 10/12/2026

**Trustee Name:** (502300) Stephen V. Falanga
**Date Filed (f) or Converted (c):** 03/08/2023 (c)
**§ 341(a) Meeting Date:** 04/24/2023
**Claims Bar Date:** 11/16/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Turnover of Chapter 11 Funds (u) | 1,372,134.12 | 1,372,134.12 | | 1,372,134.12 | FA |
| 2 | Estate's right, title, and interest in those derivative claims asserted, or which could be asserted, in the action pending in the Court of Common Pleas of Delaware County, Commonwealth of Pennsylvania, styled Gardner, et al. v. Vascular Access Centers LLC, et al., Case No. 2016-000367<br>Estate's right, title, and interest in those derivative claims asserted, or which could be asserted, in the action pending in the Court of Common Pleas of Delaware County, Commonwealth of Pennsylvania, styled Gardner, et al. v. Vascular Access Centers LLC, et al., Case No. 2016-000367<br>Listed on SOFA. | Unknown | 1.11 | | 0.00 | FA |
| 3 | Avoidance Actions- Boston Scientific Corporation (Adv. Proc. No. 21-00091) & Bicompatibles, Inc., a BTG Company (Adv. Proc. No. 21-00094)<br>Preference action resolved for $7,000.00 May 19, 2023<br>Listed on SOFA. | 55,767.24 | 1.11 | | 12,000.00 | FA |
| 4 | Avoidance Action - QCC Insurance Company d/b/a Independence Administrators (Adv. Proc. No. 21-00109)<br>Preference Action Resolved for $3,000.00 on November 21, 2023<br>Listed on SOFA. | 312,594.33 | 1.11 | | 3,000.00 | FA |
| 5 | Avoidance Action - Abbott Vascular (Adv. Proc. No. 21-00113)<br>Preference Action Resolved for $10,000.00 on January 16, 2024<br>Listed on SOFA. | 200,231.16 | 1.11 | | 10,000.00 | FA |
| 6 | Avoidance Actions - PVI, VAC, LLC et al. (Adv. Proc. No. 21-00130) and (Adv. Proc. No. 23-00050) (u)<br>Preference Action resolved as of 12/7/2023 with respect to defendant Artz McCarrie for $15,000 and remaining defendants for $125,000.00 on July 9, 2024 | Unknown | 1.11 | | 140,000.00 | FA |
| 7 | Avoidance Action - Stericycle Inc. (Adv. Proc. No. 21-00120)<br>Preference Action resolved for payment of $13,735.45 on April 1, 2024<br>Listed on SOFA. | 19,447.88 | 1.11 | | 13,737.45 | FA |
| 8 | Avoidance Action - Nixon Medical, Inc. (Adv. Proc. No. 21-00106)<br>Preference Action resolved for $8,000.00 on April 1, 2026<br>Listed on SOFA. | 15,601.08 | 1.11 | | 8,000.00 | FA |
| 9 | QCC Healthcare Plan Deposit (u) | Unknown | 1.11 | | 57,388.45 | FA |

# Form 1



# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 19-17117
**Case Name:** Vascular Access Centers, L.P.

**For Period Ending:** 10/12/2026

**Trustee Name:** (502300) Stephen V. Falanga
**Date Filed (f) or Converted (c):** 03/08/2023 (c)
**§ 341(a) Meeting Date:** 04/24/2023
**Claims Bar Date:** 11/16/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Books and Records<br>Abandonment of Debtor's Remaining Records by Stipulation with W. Gardner entered October 1, 2025 Listed on SOFA. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Return of Chapter 11 Trustee Bond Premium (u) | 11,184.00 | 11,184.00 | | 11,184.00 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$1,986,959.81** | **$1,383,327.00** | | **$1,627,444.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 03/31/2025 **Current Projected Date Of Final Report (TFR):** 05/26/2026 (Actual)

# Form 2

Exhibit 9

Page: 1

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-17117 | **Trustee Name:** | Stephen V. Falanga (502300) |
| **Case Name:** | Vascular Access Centers, L.P. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0010 | **Account #:** | ******3858 Main Checking Account |
| **For Period Ending:** | 10/12/2026 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 03/24/23 | {1} | Stephen V Falanga Chapter 7 Trustee Vascular Access Centers, L.P. | initial deposit | 1290-000 | 1,147,216.74 | | 1,147,216.74 |
| 03/29/23 | {11} | Global Surety, LLC | Return of Bond Premium Chapter 11 Case | 1290-000 | 11,184.00 | | 1,158,400.74 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 295.70 | 1,158,105.04 |
| 04/18/23 | 101 | International Sureties, LTD | Blanket Bond Premium Chapter 7 | 2300-000 | | 514.08 | 1,157,590.96 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 2,086.57 | 1,155,504.39 |
| 05/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 2,454.85 | 1,153,049.54 |
| 06/14/23 | | Independence Administrators | Return of Insurance Deposit and Avoidance Action Settlement | | 60,388.45 | | 1,213,437.99 |
| | {9} | | Return of Healthcare Insurance Deposit $57,388.45 | 1229-000 | | | |
| | {4} | | Preference Action Settlement $3,000.00 | 1141-000 | | | |
| 06/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 2,279.37 | 1,211,158.62 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 2,243.52 | 1,208,915.10 |
| 08/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | -9,360.01 | 1,218,275.11 |
| 01/09/24 | 102 | International Sureties, Ltd. | Blanket Bond - Vascular Access Centers LP 19-17117 | 2300-000 | | 1,267.99 | 1,217,007.12 |
| 01/09/24 | 103 | United States Postal Service | PO Box Renewal - Vascular Access Centers LP | 2990-000 | | 60.00 | 1,216,947.12 |
| 09/04/24 | 104 | PA Department of Revenue | Vascular Access Centers LP 76-0790010 2023 Return | 2820-000 | | 10.00 | 1,216,937.12 |
| 10/10/24 | | To Account #******3858 | Transfer to pay Bayard, P.A. Fees and Expenses | 9999-000 | 41,050.51 | | 1,257,987.63 |
| 10/10/24 | 105 | Bayard, P.A. | Court Ordered Fees for Preference Action Recoveries Voided on 10/10/2024 | 3210-004 | | 41,050.51 | 1,216,937.12 |
| 10/10/24 | 105 | Bayard, P.A. | Court Ordered Fees for Preference Action Recoveries Voided: check issued on 10/10/2024 | 3210-004 | | -41,050.51 | 1,257,987.63 |
| 10/10/24 | 106 | Bayard, P.A. | Court Ordered Fees for Preference Action Recoveries Voided on 10/10/2024 | 3210-004 | | 40,833.00 | 1,217,154.63 |
| 10/10/24 | 106 | Bayard, P.A. | Court Ordered Fees for Preference Action Recoveries Voided: check issued on 10/10/2024 | 3210-004 | | -40,833.00 | 1,257,987.63 |
| 10/10/24 | 107 | Bayard, P.A. | Court Ordered Fees for Preference Action Recoveries | 3210-000 | | 40,833.33 | 1,217,154.30 |
| 10/10/24 | 108 | Bayard, P.A. | Court Ordered Expenses for Preference Action Recoveries | 3220-000 | | 217.18 | 1,216,937.12 |
| 12/31/24 | 109 | International Sureties, LTD | Vascular Access Centers - Bond # 612419176 | 2300-000 | | 1,434.18 | 1,215,502.94 |
| 02/05/25 | | To Account #******3866 | Portion of QCC Settlement attributable to Avoidance Action | 9999-000 | | 3,000.00 | 1,212,502.94 |
| | | | | **Page Subtotals:** | **$1,259,839.70** | **$47,336.76** | |

# Form 2

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-17117 | **Trustee Name:** | Stephen V. Falanga (502300) |
| **Case Name:** | Vascular Access Centers, L.P. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0010 | **Account #:** | ******3858 Main Checking Account |
| **For Period Ending:** | 10/12/2026 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/25 | | To Account #******3858 | Transfer to Operating to Fund Settlement Payment to W. Gardner | 9999-000 | 120,536.70 | | 1,333,039.64 |
| 07/17/25 | 110 | William W. Gardner | Settlement Payment per Court Order | 4210-000 | | 382,039.64 | 951,000.00 |
| 11/06/25 | 111 | Walsh Pizzi O'Reilly Falanga LLP | Chapter 11 Fees Pro Rata Carve Out Pursuant to Court Order | 6110-000 | | 526,346.81 | 424,653.19 |
| 11/06/25 | 112 | Walsh Pizzi O'Reilly Falanga LLP | Chapter 11 Commission Pro Rata Carve Out pursuant to Court Order | 6101-000 | | 162,664.45 | 261,988.74 |
| 11/06/25 | 113 | Eisner Amper LLP | Chapter 11 Fees Pro Rata Carve Out pursuant to Court Order | | | 185,739.94 | 76,248.80 |
| | | EisnerAmper LLP | Fees $185,552.72 | 6410-000 | | | |
| | | EisnerAmper LLP | Expenses $187.22 | 6420-000 | | | |
| 11/10/25 | | U. S. Trustee | CH. 11 Quarterly Fees Due | 2950-000 | | 248.80 | 76,000.00 |
| 12/30/25 | 114 | International Sureties, LTD | Trustee Bond Premium | 2300-000 | | 270.98 | 75,729.02 |
| 04/01/26 | {8} | Nixon Medical | Preference Action Settlement Proceeds | 1141-000 | 8,000.00 | | 83,729.02 |
| 04/01/26 | {8} | Nixon Medical | Preference Action Settlement Proceeds | 1141-000 | 8,000.00 | | 91,729.02 |
| 04/01/26 | {7} | Stericycle, Inc. | Preference Action Proceeds | 1141-000 | 13,737.45 | | 105,466.47 |
| 04/01/26 | | To Account #******3858 | Transfer of proceeds t close account | 9999-000 | 216,615.69 | | 322,082.16 |
| 04/01/26 | 115 | William W. Gardner | Settlement Payment per Court Order | 4210-000 | | 50,000.00 | 272,082.16 |
| 04/01/26 | 116 | William W. Gardner | Settlement Payment per Court Order | 4210-000 | | 10,868.73 | 261,213.43 |
| 04/01/26 | {8} | Nixon Medical | Deposit Reversal: Preference Action Settlement Proceeds | 1141-000 | -8,000.00 | | 253,213.43 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 427.43 | 252,786.00 |
| 09/28/26 | 117 | EisnerAmper LLP | Vascular Access Centers - Final Payment - Order of Distribution 9/11/2026 | 3410-000 | | 42,643.73 | 210,142.27 |
| 09/28/26 | 118 | Walsh Pizzi O'Reilly Falanga LLP | Vascular Access Centers - Final Payment - Order of Distribution 9/11/2026 | 3110-000 | | 179,858.82 | 30,283.45 |
| 09/28/26 | 119 | EisnerAmper LLP | Vascular Access Centers - Final Payment (Costs) Order of Distribution 9/11/2026 | 3420-000 | | 38.70 | 30,244.75 |
| 09/28/26 | 120 | Stephen V. Falanga, Chapter 7 Trustee | Vascular Access Centers - Trustee Commission - Order of Distribution 9/11/2026 | 2100-000 | | 30,244.75 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **1,618,729.54** | **1,618,729.54** | **$0.00** |
| Less: Bank Transfers/CDs | 378,202.90 | 3,000.00 | |
| **Subtotal** | **1,240,526.64** | **1,615,729.54** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,240,526.64** | **$1,615,729.54** | |

# Form 2

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-17117 | **Trustee Name:** | Stephen V. Falanga (502300) |
| **Case Name:** | Vascular Access Centers, L.P. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0010 | **Account #:** | ******3866 Avoidance Action Account |
| **For Period Ending:** | 10/12/2026 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/24/23 | {1} | Stephen V. Falanga Chapter 7 Trustee Vascular Access Centers LP | Initial Deposit | 1290-000 | 224,917.38 | | 224,917.38 |
| 03/29/23 | {3} | Boston Scientific Corporation | Preference Action Settlement | 1141-000 | 12,000.00 | | 236,917.38 |
| 07/26/23 | 1001 | United States Postal Service | Post Office Renewal fee | 2990-000 | | 60.00 | 236,857.38 |
| 08/09/23 | {6} | ARTZ MCCARRIE HEALTH LAW LLC | Settlement Payment Adv Proc. 21-00130 | 1241-000 | 15,000.00 | | 251,857.38 |
| 01/09/24 | {5} | Abbott Laboratories | Settlement Payment Preference Action | 1141-000 | 10,000.00 | | 261,857.38 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 11.71 | 261,845.67 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.43 | 261,830.24 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 15.40 | 261,814.84 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 16.97 | 261,797.87 |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 418.97 | 261,378.90 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 389.92 | 260,988.98 |
| 07/02/24 | {6} | Bochetto & Lentz P.C. | Settlement Proceeds | 1241-000 | 50,000.00 | | 310,988.98 |
| 07/09/24 | {6} | James McGuckin (PNC Bank) | Settlement Proceeds | 1241-000 | 75,000.00 | | 385,988.98 |
| 07/26/24 | 1002 | United States Postal Service | Post Office Box Renewal Box 38574<br>Voided on 09/04/2024 | 2990-004 | | 61.00 | 385,927.98 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 624.03 | 385,303.95 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 615.95 | 384,688.00 |
| 09/04/24 | 1002 | United States Postal Service | Post Office Box Renewal Box 38574<br>Voided: check issued on 07/26/2024 | 2990-004 | | -61.00 | 384,749.00 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 594.46 | 384,154.54 |
| 10/10/24 | | To Account #******3858 | Transfer to pay Bayard, P.A. Fees and Expenses | 9999-000 | | 41,050.51 | 343,104.03 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 644.36 | 342,459.67 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 510.88 | 341,948.79 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 601.23 | 341,347.56 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 565.27 | 340,782.29 |
| 02/05/25 | | To Account #******3866 | Portion of QCC Settlement attributable to Avoidance Action | 9999-000 | 3,000.00 | | 343,782.29 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 513.45 | 343,268.84 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 531.83 | 342,737.01 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 585.99 | 342,151.02 |
| | | | | **Page Subtotals:** | **$389,917.38** | **$47,766.36** | |

# Form 2

Exhibit 9



# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-17117 | **Trustee Name:** | Stephen V. Falanga (502300) |
| **Case Name:** | Vascular Access Centers, L.P. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0010 | **Account #:** | ******3866 Avoidance Action Account |
| **For Period Ending:** | 10/12/2026 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 548.37 | 341,602.65 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 529.25 | 341,073.40 |
| 07/17/25 | | To Account #******3858 | Transfer to Operating to Fund Settlement Payment to W. Gardner | 9999-000 | | 120,536.70 | 220,536.70 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 597.05 | 219,939.65 |
| 08/29/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 340.75 | 219,598.90 |
| 09/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 375.42 | 219,223.48 |
| 10/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 363.06 | 218,860.42 |
| 11/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 315.69 | 218,544.73 |
| 12/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 518.79 | 218,025.94 |
| 01/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 470.89 | 217,555.05 |
| 02/27/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 438.72 | 217,116.33 |
| 03/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 500.64 | 216,615.69 |
| 04/01/26 | | To Account #******3858 | Transfer of proceeds t close account | 9999-000 | | 216,615.69 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **389,917.38** | **389,917.38** | **$0.00** |
| Less: Bank Transfers/CDs | 3,000.00 | 378,202.90 | |
| **Subtotal** | **386,917.38** | **11,714.48** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$386,917.38** | **$11,714.48** | |

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-17117 | **Trustee Name:** | Stephen V. Falanga (502300) |
| **Case Name:** | Vascular Access Centers, L.P. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***0010 | **Account #:** | ******3866 Avoidance Action Account |
| **For Period Ending:** | 10/12/2026 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $1,627,444.02 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,627,444.02 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3858 Main Checking Account | $1,240,526.64 | $1,615,729.54 | $0.00 |
| ******3866 Avoidance Action Account | $386,917.38 | $11,714.48 | $0.00 |
| | **$1,627,444.02** | **$1,627,444.02** | **$0.00** |