Re: Case # 19-17117

Please update my address

Steve Pringle
2905 Thompson Rd
Longs, SC 29568

You had an old address on file of 480 Web Foot Lane, Stevensville, MD but I have moved

FILED
OCT 16 2026
CLERK OF COURT
BY ________ DEP. CLERK