United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-17117-amc
Vascular Access Centers, L.P. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 6
Date Rcvd: Oct 31, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vascular Access Centers, L.P., 2929 Arch Street, Suite 1705, Philadelphia, PA 19104-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFRED ABEL | on behalf of Petitioning Creditor Metter & Company aa.law@alfredabellaw.com g22350@notify.cincompass.com;abel.alfredb126660@notify.bestcase.com |
| AMY JANE BLUMENTHAL | on behalf of Creditor TIAA Commercial Finance Inc. amy.blumenthal@kutakrock.com, natashia.townsend@kutakrock.com;jeremy.williams@kutakrock.com;amanda.roberts@kutakrock.com;erika.witherspoon@kutakrock.com |
| ANNE M. AARONSON | on behalf of Attorney Dilworth Paxson LLP aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com;aholland@dilworthlaw.com |
| ANNE M. AARONSON | on behalf of Debtor Vascular Access Centers L.P. aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com;ksheronas@dilworthlaw.com;shenry@dilworthlaw.com;aholland@dilwort |

hlaw.com

AUTUMN M. MCCOURT
on behalf of Interested Party David Cohen amccourt@bracheichler.com

AUTUMN M. MCCOURT
on behalf of Plaintiff David Cohen amccourt@bracheichler.com

Albert Anthony Ciardi, III
on behalf of Interested Party James F. McGuckin M.D. aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

Albert Anthony Ciardi, III
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC aciardi@ciardilaw.com, sfrizlen@ciardilaw.com;dtorres@ciardilaw.com

BLAKE DANIEL ROTH
on behalf of Creditor Spectrum Health Partners LLC blake.roth@hklaw.com, brooke.freeman@hklaw.com;cathy.young@hklaw.com;hapi@hklaw.com

CHRISTOPHER JOHN LEAVELL
on behalf of Creditor NextGen Healthcare cleavell@klehr.com lclark@klehr.com

DALLAS G. TAYLOR
on behalf of Creditor William Whitfield Gardner dtaylor@dglaw.com

DANA S. PLON
on behalf of Creditor Brandywine Cira L.P. dplon@sirlinlaw.com

DANIEL N. BROGAN
on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate dbrogan@bayardlaw.com, rhudson@bayardlaw.com;kmccloskey@bayardlaw.com

DAVID B. SMITH
on behalf of Defendant Vascular Access Centers L.P. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant JAMES MCGUCKIN dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Pennsylvania Vascular Institute PC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Vascular Access Center Memphis LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant Peripheral Vascular Institute of Philadelphia LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Metter & Company dsmith@skhlaw.com b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Crestwood Associates LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Defendant PA Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
on behalf of Interested Party Vascular Access Centers LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID E. LEMKE
on behalf of Creditor Spectrum Health Partners LLC david.lemke@hklaw.com, chris.cronk@hklaw.com;cathy.thomas@hklaw.com

DAVID M. KLAUDER
on behalf of Creditor Morris Union Holdings LLC dklauder@bk-legal.com, ldees@bk-legal.com

DAVID P. HEIM
on behalf of Defendant JAMES MCGUCKIN dheim@blhlegal.com mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant JAMES MCGUCKIN dheim@blhlegal.com mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Defendant Bochetto & Lentz P.C. dheim@blhlegal.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Defendant Philadelphia Vascular Institute LLC dheim@blhlegal.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant PA Vascular Institute LLC dheim@blhlegal.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Interested Party Vascular Access Centers LLC dheim@blhlegal.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant Peripheral Vascular Institute of Philadelphia LLC dheim@blhlegal.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Cross-Claimant Philadelphia Vascular Institute LLC dheim@blhlegal.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Interested Party James F. McGuckin M.D. dheim@blhlegal.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Defendant James F. McGuckin M.D. dheim@blhlegal.com, mtrout@bochettoandlentz.com

DAVID P. HEIM
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC dheim@blhlegal.com, mtrout@bochettoandlentz.com

EDMOND M. GEORGE
on behalf of Defendant QCC Insurance Company d/b/a Independence Administrators edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EDMOND M. GEORGE
on behalf of Interested Party QCC Insurance Company edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;samantha.catullo@obermayer.com;coleen.schmidt@obermayer.com

EVAN THOMAS MILLER
on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com

EVAN THOMAS MILLER
on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

EVAN THOMAS MILLER
on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate evan.miller@saul.com, robyn.warren@saul.com;sean.kenny@saul.com

EVAN THOMAS MILLER
on behalf of Trustee STEPHEN V. FALANGA evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com

FRANCIS J. LAWALL
on behalf of Defendant B. Braun Medical francis.lawall@troutman.com susan.henry@troutman.com,wlbank@troutman.com

FRIDRIKH V. SHRAYBER
on behalf of Interested Party PBH2 LLC fred.shrayber@dentons.com, katie.jacobs@dentons.com;michelle.graeb@dentons.com;erin.rusin@dentons.com

GARY F SEITZ
on behalf of Michael Levine gseitz@gsbblaw.com

GEORGE BOCHETTO
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC gbochetto@blhlegal.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Interested Party Vascular Access Centers LLC gbochetto@blhlegal.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Interested Party James F. McGuckin M.D. gbochetto@blhlegal.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Defendant James F. McGuckin M.D. gbochetto@blhlegal.com,

mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GEORGE BOCHETTO
on behalf of Defendant Philadelphia Vascular Institute LLC gbochetto@blhlegal.com, mtrout@bochettoandlentz.com;tbaker@bochettoandlentz.com

GREGORY W. HAUSWIRTH
on behalf of Defendant Parish Cab ghauswirth@ch-legal.com pcarothers@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

George M Conway, III
on behalf of U.S. Trustee United States Trustee gmconwayiii@gmail.com

George M Conway, III
on behalf of Creditor United States of America gmconwayiii@gmail.com

HARALAMPO "BOB" KASOLAS
on behalf of Counter-Defendant David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
on behalf of Interested Party David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HARALAMPO "BOB" KASOLAS
on behalf of Plaintiff David Cohen bkasolas@bracheichler.com ncapra@bracheichler.com,jmartin@bracheichler.com

HELEN SARA WARD
on behalf of Interested Party 1750 Madison LLC helen.ward@dentons.com, michelle.graeb@dentons.com

HELEN SARA WARD
on behalf of Interested Party PBH2 LLC helen.ward@dentons.com, michelle.graeb@dentons.com

JAMES M. MATOUR
on behalf of Attorney Dilworth Paxson LLP jmatour@dilworthlaw.com ctomlin@dilworthlaw.com

JAMES M. MATOUR
on behalf of Debtor Vascular Access Centers L.P. jmatour@dilworthlaw.com, ctomlin@dilworthlaw.com

JASON CHRISTOPHER MANFREY
on behalf of Creditor Philips Healthcare jason.manfrey@stevenslee.com brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothschild.com

JEFFREY GARFINKLE
on behalf of Creditor NextGen Healthcare jgarfinkle@buchalter.com lverstegen@buchalter.com;docket@buchalter.com

JENNIFER C. MCENTEE
on behalf of Defendant James McGuckin M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER C. MCENTEE
on behalf of Defendant Vascular Access Centers LLC and James F. McGuckin, M.D. (and physician practices owned, run, managed or operated by him) jcranston@ciardilaw.com, dtorres@ciardilaw.com;sfrizlen@ciardilaw.com

JENNIFER D. GOULD
on behalf of Creditor Philips Medical Capital LLC jennifer.gould@volvo.com, mdepietro@stark-stark.com;lsciscio@stark-stark.com

JESSE M. ENDLER
on behalf of Allied World Specialty Insurance Company jesse.endler@wilsonelser.com

JESSE M. HARRIS
on behalf of Defendant Philips Healthcare jesseharris@foxrothschild.com

JESSE M. HARRIS
on behalf of Defendant Volcano Corporation jesseharris@foxrothschild.com

JOHN A. O'CONNELL
on behalf of Defendant Bochetto & Lentz P.C. joconnell@bochettoandlentz.com, tbaker@bochettoandlentz.com;jguaraldo@bochettoandlentz.com;jbaker@bochettoandlentz.com

JOHN C. GENTILE
on behalf of Defendant Metropolitan Vascular Solutions LLC jgentile@beneschlaw.com debankruptcy@beneschlaw.com

JOHN C. KILGANNON
on behalf of Creditor Wadah Atassi john.kilgannon@stevenslee.com pam@stevenslee.com

JONATHAN J. BART
on behalf of Creditor Morris Union Holdings LLC jbart@wilentz.com, jmcbride@wilentz.com;lcasey@wilentz.com;dbernheim@wilentz.com

JOSEPH N ARGENTINA, JR
on behalf of Creditor William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR

on behalf of Plaintiff William Whitfield Gardner joseph.argentina@faegredrinker.com cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
on behalf of Cross Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

JOSEPH N ARGENTINA, JR
on behalf of Defendant VASCULAR ACCESS CENTER BOLIVAR COUNTY LLC joseph.argentina@faegredrinker.com, cathy.greer@faegredrinker.com

KATE ROGGIO BUCK
on behalf of Defendant Cigna Health KBuck@mccarter.com

KEVIN P. CALLAHAN
on behalf of U.S. Trustee United States Trustee kevin.p.callahan@usdoj.gov

LAWRENCE G. MCMICHAEL
on behalf of Attorney Dilworth Paxson LLP lmcmichael@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LAWRENCE G. MCMICHAEL
on behalf of Debtor Vascular Access Centers L.P. lmcmichael@dilworthlaw.com, mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

LESLIE C. HEILMAN
on behalf of Creditor Galleria Operating Co. LLP heilmanl@ballardspahr.com, brothmanb@ballardspahr.com

LISA M. PETERS
on behalf of Defendant GE HFS LLC d/b/a GE Healthcare Finance Services lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
on behalf of Creditor TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

LISA M. PETERS
on behalf of Defendant TIAA Commercial Finance Inc. lisa.peters@kutakrock.com, marybeth.brukner@kutakrock.com

MARIA G. PERRI-QUINN
on behalf of Defendant Tricare Medical Transportation maria.perri@wilsonelser.com

MARSHALL T KIZNER
on behalf of Creditor Philips Medical Capital LLC mkizner@stark-stark.com

MATTHEW E. K. HOWATT
on behalf of Creditor United States of America matthew.howatt@usdoj.gov Sherri.Tiller-Nikazy@usdoj.gov;CaseView.ECF@usdoj.gov

MICHAEL G. BUSENKELL, Esq.
on behalf of Creditor Abbott Vascular Division of Abbott Laboratories Inc. mbusenkell@gsbblaw.com

MICHAEL G. BUSENKELL, Esq.
on behalf of Defendant Abbott Vascular mbusenkell@gsbblaw.com

MICHAEL J. MCCARRIE
on behalf of Defendant Artz McCarrie Health Law LLC mjm@bochettoandlentz.com

MICHAEL J. MCCARRIE
on behalf of Counter-Defendant Michael McCarrie mjm@bochettoandlentz.com

NICHOLAS M CENTRELLA
on behalf of John E. Royer Jr. ncentrella@clarkhill.com

NICHOLAS M. ENGEL
on behalf of Petitioning Creditor Philadelphia Vascular Institute LLC nengel@skhlaw.com

NICHOLAS S. HERRON
on behalf of U.S. Trustee United States Trustee nicholas.s.herron@usdoj.gov USTPRegion03.PH.ECF@usdoj.gov

PATRICK W CAROTHERS
on behalf of Defendant Parish Cab pcarothers@ch-legal.com ghauswirth@ch-legal.com;dweyels@ch-legal.com;cfaber@ch-legal.com

PETER JOSEPH PIZZI
on behalf of Defendant Vascular Access Centers L.P. sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Plaintiff Stephen V. Falanga sdarling@walsh.law

PETER JOSEPH PIZZI
on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law

| | |
|---|---|
| PETER JOSEPH PIZZI | on behalf of Plaintiff Stephen V. Falanga as Chapter 11 Trustee for the Debtor's Estate sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Trustee STEPHEN V. FALANGA sdarling@walsh.law |
| PETER JOSEPH PIZZI | on behalf of Attorney Walsh Pizzi O'Reilly Falanga LLP sdarling@walsh.law |
| RYAN T. KIRK | on behalf of Defendant Philadelphia Vascular Institute LLC rkirk@bochettoandlentz.com |
| RYAN T. KIRK | on behalf of Defendant James F. McGuckin M.D. rkirk@bochettoandlentz.com |
| STEPHEN V. FALANGA | on behalf of Trustee STEPHEN V. FALANGA sfalanga@walsh.law |
| STEPHEN V. FALANGA | sfalanga@walsh.law |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Trustee STEPHEN V. FALANGA sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| STEVEN D. ADLER | on behalf of Plaintiff Stephen V. Falanga in his Capacity as Chapter 7 Trustee sadler@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Salil Joshi tbielli@bk-legal.com bhoffmann@bk-legal.com |
| THOMAS DANIEL BIELLI | on behalf of Creditor Jorge Salazar tbielli@bk-legal.com bhoffmann@bk-legal.com |
| TURNER N. FALK | on behalf of Attorney Saul Ewing LLP turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com |
| Thomas Kamvosoulis | on behalf of Counter-Defendant David Cohen tkamvosoulis@bracheichler.com jmartin@bracheichler.com |
| Thomas Kamvosoulis | on behalf of Plaintiff David Cohen tkamvosoulis@bracheichler.com jmartin@bracheichler.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 119

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br>Vascular Access Centers, L.P.<br><br>Debtor(s) | Chapter 7<br><br>Bankruptcy No. 19-17117 |

**ORDER APPROVING TRUSTEE'S FINAL ACCOUNT.**
**DISCHARGING TRUSTEE, AND CLOSING ESTATE**

AND NOW, this 21st day of Oct. 20 26, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT:

ASHELY M. CHAN
United States Bankruptcy Judge